## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Nu Flow America, Inc., | Case No. 23-_____ (_____) |
| Debtor.[1] | |

## GLOBAL NOTES AND STATEMENTS OF LIMITATION, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Nu Flow America, Inc, the debtor (the "**Debtor**") in the above-captioned chapter 7 case (the "**Case**") submits its Schedules of Assets and Liabilities (collectively, the "**Schedules**") and the Statement of Financial Affairs (the "**Statements**" and, together with the Schedules, the "**Schedules and Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). The Debtor, with the assistance of its legal and financial advisors, prepared the Schedules and Statements, pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and are unaudited.

While the Debtor's management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible, based on information that was available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may have occurred. The Schedules and Statements contain unaudited information that is subject to further review verification, and potential adjustment, and reflect the Debtor's reasonable best efforts to report the assets and liabilities of the Debtor. As such, there can be no assurance that these Schedules and Statements are as complete as practicable. Accordingly, the Debtor reserves all of its rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules and Statement of Financial Affair* (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, the Debtor's Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

Disclosure of information in one Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule or Statement. The Schedules and

---

[1] The Debtor in this chapter 7 case, along with the last four digits of its taxpayer identification number, is Nu Flow America, Inc. (4340). The Debtor's mailing address is 1270 W Mission Ave., Escondido, CA 92029.

Statements, as well as these Global Notes, should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtor. Moreover, nothing contained in the Schedules and Statements shall constitute a waiver of the Debtor's rights with respect to the Case, including with respect to any issues involving substantive consolidation, recharacterization, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

The Schedules and Statements for the Debtor are signed by Dan Squiller, CEO of the Debtor. In reviewing and signing the Schedules and Statements, Mr. Squiller relied upon his knowledge of the business, his accounting and financial data the efforts, statements, advice, and representations of personnel of the Debtor and the Debtor's legal and financial advisors. Mr. Squiller has not and could not personally verify the accuracy of each statement and/or representation contained in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditors' addresses.

In preparing the Schedules and Statements, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. The Debtor, and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtor and its professionals expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtor, or its agents, attorneys, and financial advisors, be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys, or financial advisors are advised of the possibility of such damages.

### Global Notes and Overview of Methodology

1.   **Description of Case.** On April 18, 2023, (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

2.   **Reservations and Limitations.** Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted *supra*, inadvertent errors or omissions may exist. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtor's rights or an

admission of any kind with respect to this Case, including, but not limited to, any rights or claims of the Debtor against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non- bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a)     **No Admission.**  Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of the right to dispute any claim or assert any cause of action or defense against any party.

(b)     **Recharacterization.**    Notwithstanding that the Debtor has made commercially reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The Debtor reserves all rights to recharacterize, reclassify, recategorize, or re-designate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

(c)     **Categories or Labels for Purpose of Presentation in Schedules and Statements**.  Information requested by the Schedules and Statements requires the Debtor to make a judgment regarding the appropriate category in which information should be presented or how certain parties, claims or other data should be labeled. The Debtor's decisions regarding the category or label to use  are based on the best information available as of the filing of these Schedules and Statements and within the time constraints imposed.  The Debtor reserves the right to modify, change or delete any information in the Schedules and Statements by amendment, including to the extent some information currently presented should be moved to a different category or labeled in a different way.  Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statements.

(d)     **Classifications.**  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty, or a waiver of the right to recharacterize or reclassify such claim or contract.

(e)     **Claims Description.**  Any failure to designate a claim on the Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not

"disputed," "contingent," or "unliquidated."  The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority of any claim.  Moreover, listing a claim does not constitute an admission of liability by the Debtor.  The Debtor reserves all rights to amend its Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(f)    **Estimates and Assumptions.**    The preparation of the Schedules and Statements required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

(g)    **Undetermined Amounts:**  Claim amounts that could not readily be quantified by the Debtor are scheduled as "undetermined" or "unknown."  The description of an amount as "undetermined" or "unknown" is not intended to reflect upon the materiality of the amount.

(h)    **Excluded Assets and Liabilities:**  The Debtor believes that it has identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules.  The Debtor may have excluded the following items, which may be included in its GAAP financial statements, from the Schedules: certain accrued liabilities, including, without limitation, accrued salaries, employee benefit accruals, and certain other accruals, trusts, certain prepaid and other current assets considered to have no market value, and deferred gains.  Other immaterial assets and liabilities may also have been excluded.

(i)    **Causes of Action.**  Despite commercially reasonable efforts, the Debtor may not have identified all current and potential causes of action the Debtor may have against third parties in its Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtor reserves all rights with respect to any causes of action, and nothing in these Global Notes or the Schedules and Statements should be construed as a waiver of any such causes of action.

(j)    **Intellectual Property Rights.**  Exclusion of certain intellectual property

from the Schedules and Statements should not be construed as an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property rights in the Schedules and Statements should not be construed as an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(k)     **Insiders.**  Solely, for purposes of the Schedules and Statements, the Debtor defines "insiders" to include the following: (a) members of the board of directors of the Debtor; (b) employees of the Debtor that may be, or may have been during the relevant period, "officers"," as such term is defined by applicable law; (c) other persons who exercised "control" over the Debtor's operations; and (d) Aquam Corp. as the parent company of the Debtor and any affiliates of the Debtor.  Persons listed as "insiders" have been included for informational purposes only.  In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtor has included information with respect to persons who are believed to have been "insiders" during the relevant time periods.

The Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

**3.**     **Methodology.**

(a)     **Basis of Presentation.**  Prior to the Petition Date, the Debtor relied on its Acting CFO Carrie McQueen, to maintain the Debtor's books and records. Information contained in the Schedules and Statements has been derived from the Debtor's books and records and historical financial statements, but neither Mr. Squiller nor his professionals and staff can vouch for the accuracy of those books and records.  The fair value and net realizable value of real and personal property may vary materially from the net book value presented herein.

These Schedules and Statements do not purport to represent financial statements prepared in accordance with accounting principles generally accepted in the United States ("**GAAP**"), nor are they intended to fully reconcile to the financial statements prepared by the Debtor. These Schedules and Statements reflect the best available estimate of assets and liabilities of the Debtor.

Given, among other things, the uncertainty surrounding the condition,

collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that the Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent the Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or any time prior to the Petition Date.

All asset and liability information, except where otherwise noted, is reflected through April 14, 2023.

(b)     **Duplication.**  Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtor has endeavored to only list such assets, liabilities, and prepetition payments once.

(c)     **Unliquidated Amounts.**  Claim amounts that could not be readily quantified by the Debtor are scheduled as "unliquidated."  The description of an amount as "unknown," or "undetermined" is not intended to reflect upon the materiality of such amount.  Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim or amount is not "contingent," "unliquidated," or "disputed."  The Debtor reserves all rights to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."

(d)     **Totals.**  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

(e)     **Credits and Adjustments.**  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtor or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtor on a post-petition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and critical vendor payments, if applicable.  The Debtor reserves all of its rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such allowances in the ordinary course of business on a post-petition

basis.

(f)     **Guarantees and Indemnification Claims.**  The Debtor has exercised commercially reasonable efforts to locate and identify guarantees of its executory contracts, unexpired leases, secured financings, and other such agreements.    Where  guarantees  or  indemnification  claims  have  been identified, they have been included in the relevant Schedules E/F, G and H. The Debtor may have inadvertently omitted guarantees or indemnifications embedded  in  its  contractual  agreements  and  may  identify  additional guarantees or  indemnifications  as  they  continue  to  review  its  books  and records and contractual agreements.  The Debtor reserves its rights, but is not  required,  to  amend  the  Schedules  and  Statements  if  additional guarantees are identified.  In addition, the Debtor may have entered into certain guarantees of debt and other obligations of other subsidiaries or affiliates, including but not limited to cross-collateralization of obligations. The Debtor does not track these guarantees and thus have not listed them.

(g)     **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

4.     **Specific Schedules Disclosures.**

(a)     **Schedules Summary**.  Except as otherwise noted, the asset and liability totals represent amounts obtained utilizing trial balances through April 14, 2023.

(b)     **Schedule A/B – Parts 1& 2 - *Cash and Cash Equivalents; Deposits and Prepayments.*** Details with respect to the Debtor's bank account is provided in the Debtor's Schedules and is as of the Petition Date.

(c)     **Schedule A/B, Part 11 – *Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtors and Rights to Setoff Claims.*** The Debtor may be party to pending litigation in which such Debtor has asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant.  Because such claims are unknown to the Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.  The Debtor's failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

(d)     **Schedule E/F – Creditors Who Have Unsecured Claims.**

*Part 2 - Creditors with Nonpriority Unsecured Claims.*  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtor's books and

records. The Debtor made a commercially reasonable attempt to set forth its unsecured obligations, although the actual amounts of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities, which have been listed on a gross accounts' payable basis, may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, may contain information regarding threatened or pending litigation involving the Debtor. The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtor or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtor's estate, the Debtor has not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtor has not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. The Debtor reserves its rights, but undertakes no obligation, to amend Schedules D and E/F if, or when, the Debtor receives such invoices.

(e) **Schedule G – Executory Contracts and Unexpired Leases.** Although the Debtor's existing books, records and financial systems have been relied upon to identify and schedule executory contracts and diligent efforts have been made to ensure the accuracy of the Debtor's Schedule G, inadvertent errors, omissions or over-inclusions may have occurred. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtor's reasonable efforts. Listing a contract on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contract or agreement are not impaired by the omission.

**5.    Specific Statements Disclosures.**

(a)    **Statements, Part 2, Question 3 – Payments and Transfers to Certain Creditors within 90 Days.**    Payments to the Debtor's bankruptcy professionals, insiders, intercompany transactions, wage garnishments and donations are not included in the payments to creditors. Payments to the aforementioned parties are included in the following locations within the Statements: bankruptcy professionals (Question 11), insider (Question 4, 13, and 30), intercompany (Question 4, 13, and 30).

(b)    **Statements, Part 2, Question 4 – Payments and Transfers to Insiders.** The Debtor has included all distributions made over the twelve months preceding the Petition Date to any individual or entity that may be considered an "insider." Solely for purposes of preparing the Schedules and Statements, the Debtor included the following for purposes of defining "insiders:" (a) members of the board of directors of the Debtor; (b) employees of the Debtor that may be, or may have been during the relevant period, "officers"," as such term is defined by applicable law; (c) other persons who exercised "control" over the Debtor's operations; and (d) Aquam Corp. as the parent company of the Debtor and any affiliates of the Debtor. The Debtor does not believe that all such Persons in these categories are in fact insiders with control over the Debtor. Persons listed as "insiders" have been included for informational purposes only and including them in the Schedules and Statements shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code or otherwise. Moreover, the Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether the Debtor or such individual could successfully argue that they are not an "insider" under applicable law, or with respect to any theories of liability or for any other purpose.

The Debtor has listed all outgoing cash transfers to Aquam Corp. as the parent company and/or other affiliate companies. In addition, the Debtor has received $2,978,916.49 of incoming cash transfers over the same period. These intercompany transactions were necessary to balance out the Debtor's accounts payable and accounts receivable when the business was sold and there was a significant delay between the time accounts payable were due, and when cash was received.

(c)    **Statements, Part 3, Question 7 – Legal Actions or Assignments**. This section contains information regarding threatened or pending litigation involving the Debtor.  The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

(d)    **Statements, Part 6, Question 11 – Payments Related to Bankruptcy.** The payments provided in Question 11 are reported for the representation of the Debtor. It is possible that some of the disclosed payments relate to non-bankruptcy related services.

(e)    **Statements, Part 6, Question 13 – Transfers not already listed on this statement.**  The Debtor reserves the right to supplement or amend should any non-ordinary course transfers be identified.

**These Global Notes are in addition to the specific notes set forth in the Schedules and Statements of the Debtor.  The fact that the Debtor has prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtor to exclude the applicability of such Global Note to any or all of the Debtor's remaining Schedules or Statements, as appropriate.  Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.**

**Fill in this information to identify the case:**

Debtor name    **Nu Flow America, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...............................................................   $      0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................   $      4,674,004.41

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................   $      4,674,004.41

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $      0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................   $      84.23

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$      0.00

4.   **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b     $      84.23

**Fill in this information to identify the case:**

Debtor name    **Nu Flow America, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Well Fargo** | **Checking** | **1644** | $8,083.26 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $8,083.26 |
|---|---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1. | **February 2020 Lease Deposit on Artesia Road lease, Orange County, CA** | $15,000.00 |
|---|---|---|
| 7.2. | **Run-off value of prepaid insurance** | $4,649.05 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor  **Nu Flow America, Inc.**                                Case number *(If known)* _____
             Name

Description, including name of holder of prepayment

9.  **Total of Part 2.**                                         | $19,649.05 |
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11b. Over 90 days old:     **116,379.20**   -   **87,327.20**  =....     $29,052.00
                          face amount          doubtful or uncollectible accounts

12. **Total of Part 3.**                                         | $29,052.00 |
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

Debtor    **Nu Flow America, Inc.**_____    Case number *(If known)* _____
          Name

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
|  | **2021 Net Operating Loss**  Tax year **2021** | **$4,498,968.00** |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
|  | **Artesia Road Lease, Orange Co** | **$118,252.10** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$4,617,220.10** |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Nu Flow America, Inc.**
          <span style="font-size:smaller">Name</span>

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,083.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $19,649.05 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $29,052.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,617,220.10 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,674,004.41 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,674,004.41 |

---

**Fill in this information to identify the case:**

Debtor name  **Nu Flow America, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | **$75.60** | **$75.60** |

**2.1**  Priority creditor's name and mailing address
**Jeremy Anding**
**2493 Gumtree Lane**
**Fallbrook, CA 92028**

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Commission if customer pays AR**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| | | Total claim | Priority amount |
|---|---|---|---|
| | | **$8.63** | **$8.63** |

**2.2**  Priority creditor's name and mailing address
**Megan DeWert**
**967 S Hanlon Way**
**Anaheim, CA 92808**

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Commission if customer pays AR**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor  **Nu Flow America, Inc.**
_____     Case number (if known) _____
Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address
**(New owner Joe Roach) Bieksis, Shana**
**604 Santa Carina**
**Solana Beach, CA 92075**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2**  Nonpriority creditor's name and mailing address
**1 Murray Company Mechanical Contractors**
**18814 S. Santa Fe Ave.**
**Rancho Dominguez, CA 90221**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3**  Nonpriority creditor's name and mailing address
**100 Coast HOA**
**100 Coast Blvd**
**La Jolla, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4**  Nonpriority creditor's name and mailing address
**100 N Wetherly HOA**
**100 N Wetherly Dr.**
**Los Angeles, CA 90048**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.5**  Nonpriority creditor's name and mailing address
**100 Pratt St Ventures, LLC c/o CBRE**
**01-90524-GNH001**
**PO Box 2021**
**Warren, MI 48090**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6**  Nonpriority creditor's name and mailing address
**101 Ocean Avenue**
**101 Ocean Avenue**
**Santa Monica, CA 90402**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.7**  Nonpriority creditor's name and mailing address
**109 S. Horne St. Land Trust co: Rental M**
**109 S. Horne St.**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Nu Flow America, Inc.** | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address

**1500 East Katella Avenue Prof. Corp**
**925 N. Park Center Drive**
**Santa Ana, CA 92705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address

**1855 W Katella Ave Unit 320 Orange CA 92**
**P.O. Box 803555**
**Dallas, TX 75380-3555**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address

**1st Commercial Realty Group**
**17430 Crenshaw**
**Torrance, CA 90505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address

**1st Management Group**
**7946 Ivanhoe Ave**
**La Jolla, CA 92037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address

**20/20 Plumbing**
**7343 Orangewood Dr., Ste. B**
**Riverside, CA 92504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address

**2001 Kirby Building Inc.**
**2001 Kirby**
**Houston, TX 72070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address

**2160 Charleston**
**2160 W Charleston**
**LAS VEGAS, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Nu Flow America, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**2344 Snead Dr Land Trust Co: Rental Mana**
2344 Snead Dr.
Oceanside, CA 92054

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**24 Carrots Catering and Event**
4121 Warner Avenue
Huntington Beach, CA 92649

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**2400 McCue Condominiums**
2400 McCue Road
Houston, TX 72070

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**27H LLC/ Autumn Burns**
3111 Bel Air Dr
Unit 27H
Las Vegas, NV 89101

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**29th St COA**
3345 29th St
San Diego, CA 92122

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**330 S. Horne land Trust Co: Rental Manag**
330 S. Horne Dr
Oceanside, CA 92054

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**360 North Crescent LLC**
360 N Crescent Drive South Building
Beverly Hills, CA 90210

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**                                  Case number (if known) _____
        Name

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**3.22**

**Nonpriority creditor's name and mailing address**
**3900 Paradise Retail Owner SPE, LLC c/o**
**3900 S Hualapai Way #200**
**Las Vegas, NV 89147**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.23**

**Nonpriority creditor's name and mailing address**
**5920 Friars Rd, LLC c/o Carleton Managem**
**11440 West Bernardo Court Suite 390**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.24**

**Nonpriority creditor's name and mailing address**
**601 Figueroa Co. LLC**
**601 S. Figueroa Street, Suite 375**
**Los Angeles, CA 90001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.25**

**Nonpriority creditor's name and mailing address**
**911 Sewer Specialists Inc.**
**25029 S Vermont Ave**
**Harbor City, CA 90710**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.26**

**Nonpriority creditor's name and mailing address**
**9310 Towne Center Drive Harriso-1, LLC**
**PO Box 231594**
**Encinitas, CA 92024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.27**

**Nonpriority creditor's name and mailing address**
**9595 Wilshire, LLC c/o CBRE, Inc.**
**PO Box 2092**
**Warren, MI 48090**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.28**

**Nonpriority creditor's name and mailing address**
**A to Z Plumbing**
**233 Hawthorne Walk**
**Chula Vista, CA 91911**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Nu Flow America, Inc.**                                            Case number (if known) _____
Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.29**

Nonpriority creditor's name and mailing address
**A&O Services, Inc.**
**2855 Blanco Ct**
**Poway, CA 92064**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.30**

Nonpriority creditor's name and mailing address
**A.O. Reed & Co.**
**10010 N Torrey Pines Rd**
**San Diego, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.31**

Nonpriority creditor's name and mailing address
**AA Action Plumbing of Yuma**
**P.O. Box 1713**
**Yuma, AZ 85364**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.32**

Nonpriority creditor's name and mailing address
**AAA Auto Club**
**2601 South Figueroa Street**
**Los Angeles, CA 90001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.33**

Nonpriority creditor's name and mailing address
**AAA Companies**
**25007 ANza Drive**
**Valencia, CA 91355**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.34**

Nonpriority creditor's name and mailing address
**AAA Companies**
**1470 West Horizon Ridge Parkway**
**Henderson, NV 89015**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.35**

Nonpriority creditor's name and mailing address
**Abdu Abdelhaq**
**1577 Ottawa Drive**
**Las Vegas, NV 89169**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Able Services**
**5469 Kearny Villa Road**
**San Diego, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ABM**
**402 W Broadway**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ABM Building Solutions, LLC**
**1005 Windward Ridge Parkway**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ACCO Engineered Systems dba All Area Plu**
**1 Hoag Dr.**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ACCO Engineered Systems dba All Area Plu**
**6265 San Fernando Rd.**
**Glendale, CA 91201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Acco Engineering**
**6265 San Fernando Rd**
**Glendale, CA 91201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ace Pipe Cleaning**
**6601 Universal Drive**
**Kansas City, MO 64120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**                                    Case number *(if known)* _____
         Name

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.43** **Nonpriority creditor's name and mailing address**
**Ace Pipe Cleaning, Inc.**
**6601 Universal Avenue**
**Kansas City, MO 64108**

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.44** **Nonpriority creditor's name and mailing address**
**Action Cooling and Plumbing, LLC**
**PO Box 3565**
**Lake Havasu City, AZ 86505**

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.45** **Nonpriority creditor's name and mailing address**
**Adam Anderson**
**1127 East Del Mar Blvd Unit 234**
**Pasadena, CA 91106**

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**
**Adam Antinone**
**8895 Calle Tragar**
**San Diego, CA 92129**

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.47** **Nonpriority creditor's name and mailing address**
**Adam Berman**
**5464 Limerick  ave**
**San Diego, CA 92117**

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**
**Adams, Sheila**
**20 Woodhaven Drive**
**Laguna Niguel, CA 92607**

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.49** **Nonpriority creditor's name and mailing address**
**Adamski**
**649 Laguna Pt Ct**
**Chula Vista, CA 91911**

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ADC Corp / Pub Construction**
**1545 Hotel Circle South #120**
**San Diego, CA 92122**

☐ Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ADP Consultants**
**14901 River Rd.**
**Potomac, MD 20854**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Aegea HOA**
**910 N. Pacific St.**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AES Redondo Beach LLC**
**PO Box 210307**
**Dallas, TX 75253**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AES Southland, LLC**
**690 N Studebaker Rd**
**Long Beach, CA 90809**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Affinity Property Services**
**2522 Chambers Road #100**
**Tustin, CA 92780**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Affordable Plumbing and Drain**
**1132 Erin Way**
**Campbell, CA 95008**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.** _____   Case number (if known) _____
　　　　　　　Name

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AG-LO Burbank Collection, LP**
**303 North Glenoaks Blvd Suite L100**
**Burbank, CA 91505**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Agresti, Ron**
**45775 Indian Wells Lane**
**Indian Wells, CA 92210**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Agueda Ureno**
**3040 Diana Drive**
**North Las Vegas, NV 89030**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AHI Management Services, Inc**
**N. Central Street**
**Suite 1400**
**Phoenix, AZ 85004**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ahmed Radwan**
**27932 Cabo Rosa**
**Mission Viejo, CA 92692**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AK Stormwater Maintenance, Inc**
**205 E Dimand Blvd, PMB#831**
**Anchorage, AK 99515**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Akane Cimarusti**
**711 Saxony Rd**
**Encinitas, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor __Nu Flow America, Inc._____     Case number _(if known)_ _____

Name

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Al & Jill Parajeckas**
**31471 Carril De Maderas**
**San Juan Capistrano, CA 92675**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Alameda Isles**
**C/O Lighthouse Property Management**
**16 Church St**
**Osprey, FL 34229**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Alameda Mgmt Assoc c/o ASPM- San Diego**
**9340 Hazard Way Suite B2**
**San Diego, CA 92122**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Alan Diamond**
**2056 Pauline**
**Los Angeles, CA 90046**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Alan Goetz**
**6475 Avenida Manana**
**La Jolla, CA 92037**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Alan Hughes**
**3663 Mountcrest Drive**
**Las Vegas, NV 89121**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Alan Quade - Oceans Plumbing**
**225 Palm Avenue**
**Coronado, CA 92118**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
Name

Case number (if known) _____

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alan Skolnick**
**3111 Bel Aire Drive Unit #15 H**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Albert Delgado**
**6236 Lone Cypress Ct**
**Las Vegas, NV 89141**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Albert Huang**
**131 Pixley Street**
**San Francisco, CA 94123**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Albert Misajon**
**3638 Via Benardo**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Albert Skeakalee**
**5640 E. Sheppard Ave**
**Clovis, CA 93612**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alberto Paret**
**6960 Gleneagle Drive**
**Miami Lakes, FL 33014**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alberto Renteria**
**3157 El Chico Court**
**Las Vegas, NV 89120**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Albrecht Von Mueller**
**7910 Girard #9**
**La Jolla, CA 92037**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Badal**
**8981 Lightwave Ave.**
**San Diego, CA 92123**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Conrad**
**2971 Club Dr.**
**Los Angeles, CA 90064**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex da Silva**
**6638 Wellesly Place**
**University City, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Puente**
**1524 Dorinda Ct**
**San Diego, CA 92154**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Rajni**
**17100 Rolling Creek Drive**
**Houston, TX 72070**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Simovich**
**1478 N Cabrillo Street**
**Orange, CA 92869**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Nu Flow America, Inc.**                                    Case number (if known) _____
               Name

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alex Stone**
**26442 Sand Canyon Road**
**Canyon Country, CA 91387**

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alex Strickland**
**9756 Edifice Ave**
**Las Vegas, NV 89117**

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alfred Gale**
**2429 Alcott Ct**
**San Diego, CA 92122**

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alhambra Unified School District**
**1515 W. Mission Road**
**Alhambra, CA 91802**

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ali Kazemzadeh**
**16275 Windpiper Rd**
**Poway, CA 92064**

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alicia Mardini**
**1127 East Del Mar Blvd Unit 335**
**Pasadena, CA 91106**

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Align Builders**
**6798 Embarcadero Lane**
**Suite A**
**Carlsbad, CA 92011**

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____      Case number (if known) _____
Name

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alison Boyer**
**929 Garnet Ave**
**San Diego, CA 92109**

☐ Date(s) debt was incurred __
☐ Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**All Area Plumbing**
**1560 W Industrial Park Street**
**Covina, CA 91722**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**All Area Services**
**5742 Venice Blvd**
**Los Angeles, CA 90001**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**All Saints Healthcare**
**11810 Saticoy St.**
**North Hollywood, CA 91601**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Allan Freedman**
**200 Queensway**
**Searcy, AR 72143**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Allan Lamkin**
**4282 Farley**
**SanDiego, CA 92122**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Allen Spousta**
**609 W. Hackberry Street**
**Fredericksburg, TX 78624**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**

Name

Case number (if known)

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Allgire General Contractors, Inc.**
**3278 Grey Hawk Court**
**Carlsbad, CA 92008**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Allison Boyer**
**929 Garnett Ave**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Allison Hoskins**
**3843 Billman St**
**San Diego, CA 92115**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Allyn and Barbara Winchel**
**12 Downfield Way**
**Coto de Caza, CA 92679**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Almas Plaza 1BA**
**1885 Diamond St. Unit 2-229**
**San Diego, CA 92109**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Alpha Mechanical**
**4885 Greencraig Lane**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Alpha Mechanical, Inc.**
**4885 Greencraig Lane St. #100**
**San Diego, CA 92123**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alpha Restoration & Waterproofing**
218 Littlefield Ave
South San Francisco, CA 94080

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alpha Restoration and Waterproofing**
218 Littlefield Avenue
South San Francisco, CA 94080

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alta Vista Property Management**
5668 La Jolla Blvd
La Jolla, CA 92037

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alton Simpson - 1732 MacKinnon Ave.**
6106 Innovation Way
Carlsbad, CA 92008

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alyssa k Cook**
4219 Florida Street
San Diego, CA 92104

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Amala Swenson**
5429 Barclay Ave
San Diego, CA 92120

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Amanda Hermosillo**
5438 Clydesdale St
Las Vegas, NV 89119

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Nu Flow America, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ambassador Community Mgmt**
**7100 W. Commercial**
**Suite 107**
**Lauderhill, FL 33319**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amber Property Management**
**27261 Las Ramblas #100**
**Mission Viejo, CA 92690**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**American Real Estate Partners Management**
**2350 Corporate Park Drive Ste 110**
**Herndon, VA 20170**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMI Mechanical**
**4375 Polaris Ave., Ste A**
**Las Vegas, NV 89103**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ami Minteer**
**7722 St. Andrews**
**San Diego, CA 92067**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amy M. O'Connor**
**5087 Vinson Way**
**Sarasota, FL 34230**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anaheim Majestic Garden Hotel**
**900 South Disneyland Drive**
**Anaheim, CA 92802**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**

Case number (if known) _____

Name

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Anchorage Holdings, LP c/o CBRE**
**Billbox Q2-13800-rhus015a PO Box 2092**
**Warren, MI 48090**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Anderson Jim & Liza**
**3018 Hermosa Ave**
**Hermosa Beach, CA 90254**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Andi Davis**
**5032 Nighthawk Way**
**Oceanside, CA 92056**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Andra Savery**
**5727 Lamas St.**
**San Diego, CA 92122**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Andre Allen**
**734 Kenwood Place**
**San Marcos, CA 92069**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Andre Wolford**
**7157 Country Club Dr**
**La Jolla, CA 92037**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Andrea Askins**
**5271 E. Nantucket Ln.**
**Anaheim, CA 92807**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Vidmar**
**2044 Mohigan Way**
**Las Vegas, NV 89169**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew and Virginia Nichols**
**9377 Toucan**
**Fountain Valley, CA 92708**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Chin**
**1127 East Del Mar Blvd Unit 229**
**Pasadena, CA 91106**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Dorn**
**490 Eaton Drive**
**Pasadena, CA 91107**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Hahn**
**322 N Citrus Ave.**
**San Diego, CA 92122**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Macdonald**
**14179 Halper Rd**
**Poway, CA 92064**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Olding**
**32 Vista Montemar**
**Laguna Niguel, CA 92677**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**

Name                                            Case number (if known) _____

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Andrew Raveling**
**9737 BISCAYNE LN**
**Las Vegas, NV 89117**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Andrew Rodgers**
**2600 Welsman Rd.**
**Wheaton, MD 20895**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Andrew Spivak**
**1325 Griffith Ave**
**Las Vegas, NV 89104**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Andy Dhus**
**6635 Edmonton Ave**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Angela Hill**
**12364 Carmel Country Rd Unit C203**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Angela Lafrance**
**3208 Pawnee dr**
**Las Vegas, NV 89169**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Angela Takemoto**
**4955 Lamia Way**
**Oceanside, CA 92054**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____  Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Angela Wong**
**3646 Herman Ave**
**San Diego, CA 92104**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Angelo Mathew**
**3111 Bel Air Drive**
**Unit 10C**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Angie Franco**
**4393 Carta Luna Street**
**Las Vegas, NV 89135**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Angus MacEachern**
**3209 East Brady Ave.**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Anke Bodack**
**1004 Nardo Rd**
**Encinitas, CA 92024**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ann Coccagnia**
**2010 Ballard Drive**
**Las Vegas, NV 89104**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Anna Liza Tannehill**
**6451 Cymbal St.**
**Anaheim, CA 92807**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Nu Flow America, Inc. | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Anne Rader**
811 N. Rexford Dr.
Beverly Hills, CA 90210

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Annex Properties**
PO BOX 777933
Henderson, NV 89077

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Annie Phan**
6820 Lanewood Ct
San Diego, CA 92111

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Anthony DuCray**
9439 Stoyer Drive
Santee, CA 92071

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Anthony Medak**
3230 Herman Ave
San Diego, CA 92104

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Anthony Paglia**
5358 South Eastern
Las Vegas, NV 89119

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Antin Construction**
1453 La Habra
San Marcos, CA 92069

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**                                    Case number (if known) _____
        _____
        Name

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Antin Construction Group**
**1453 La Habra Dr**
**San Marcos, CA 92078**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anytime Plumbing Inc**
**4505 Andrews Street**
**North Las Vegas, NV 89081**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AO Reed**
**4777 Ruffner Street**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**API Nevada Properties, Inc.**
**660 N. Main Ave Suite 100**
**San Antonio, TX 78201**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**APR Construction**
**414 South 31st St**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aquamar Incorporated**
**10888 7th Street**
**Rancho Cucamonga, CA 91701**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aram Mekjian**
**1127 East Del Mar Blvd. Unit 224**
**Pasadena, CA 91106**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**                                      Case number (if known) _____
_____
Name

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Aranguren Family Trust**
**15525 Pomerado Road**
**Poway, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Area Energy, LLC**
**Lost Hills Oil Field at Belridge Produci**
**State Route 46**
**Lost Hills, CA 93249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ari Ben-Shatach**
**3111 Bel Air Dr**
**Unit 25F**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ARIA Homeowners Association**
**1441 9th Ave**
**San Diego, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Aria Resort & Casino**
**3730 Las Vegas Blvd South**
**Las Vegas, NV 89158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Arie Plumbing**
**2925 W. Vernon Avenue**
**Los Angeles, CA 90001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Arjen Bootsma**
**One Midtown Plaza, Suite 500**
**1360 Peachtree Street, NE**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**3.169**

**Nonpriority creditor's name and mailing address**

**Arkin, Steve**
**4617 Cyrus Way**
**(former owner Lee Tucker)**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.170**

**Nonpriority creditor's name and mailing address**

**Arlin Chang**
**1982 Capistrano Ave.**
**Las Vegas, NV 89169**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.171**

**Nonpriority creditor's name and mailing address**

**Arnold Leon**
**1440 Coolidge Ave**
**National City, CA 91950**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.172**

**Nonpriority creditor's name and mailing address**

**Arrowood Apartments**
**8304 South Course Dr.**
**Houston, TX 72070**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.173**

**Nonpriority creditor's name and mailing address**

**ARS Rescue Rooter**
**9895 Olson Drive**
**Suite B**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.174**

**Nonpriority creditor's name and mailing address**

**Art & Pauline Bereuter**
**1544 Calle Cristina**
**San Dimas, CA 91773**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.175**

**Nonpriority creditor's name and mailing address**

**Art Cocks**
**PO Box 2340**
**Nipmo, CA 93444**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Art Thompson**
**17327 Colony Creek Drive**
**Houston, TX 72070**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Arthur Handy**
**5103 Via Castilla**
**Oceanside, CA 92057**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ascent property Management**
**1944 Commercial St.**
**San Diego, CA 92113**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ascent property Management - MURD**
**1225 3rd Avenue**
**Chula Vista, CA 91911**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ASPM San Diego**
**2990 Mission Blvd.**
**San Diego, CA 92109**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ASPM San Diego**
**9340 Hazard Way Suite B2**
**San Diego, CA 92122**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Assanti, Alessandro**
**1 Elderwood**
**Aliso Viejo, CA 92656**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **Nu Flow America, Inc.** | | Case number (if known) | |
| | Name | | | |

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Associa On Call** | ■ Contingent | |
| | **9610 Waples St** | ■ Unliquidated | |
| | **san diego, CA 92121** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  __Warranty__ | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Associa Prescott** | ■ Contingent | |
| | **16880 West Bernardo Dr** | ■ Unliquidated | |
| | **Suite 200** | ☐ Disputed | |
| | **San Diego, CA 92122** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Warranty__ | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Associa Principal Management Group** | ■ Contingent | |
| | **11000 Corporate Centre Dr. #150** | ■ Unliquidated | |
| | **HOU623-39094** | ☐ Disputed | |
| | **Houston, TX 72070** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Warranty__ | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Associated Contractors Corporation - DaV** | ■ Contingent | |
| | **8840 Muroaka Drive Suite 140** | ■ Unliquidated | |
| | **Gilroy, CA 95020** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  __Warranty__ | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Astenberger** | ■ Contingent | |
| | **460 2nd St.** | ■ Unliquidated | |
| | **Sonoma, CA 95476** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  __Warranty__ | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Atherton Construction, LLC** | ■ Contingent | |
| | **50 N. Gibson Rd Suite 115** | ■ Unliquidated | |
| | **Henerson, NV 89015** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  __Warranty__ | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Atlantic & Pacific Mngt.- 2265  River Ru** | ■ Contingent | |
| | **11075 Carmel Mountain Rd.** | ■ Unliquidated | |
| | **San Diego, CA 92122** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  __Warranty__ | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **Nu Flow America, Inc.**                          Case number (if known) _____
_____
Name

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Atlas Plumbing**
**1628 Athol Ave**
**Henderson, NV 89011**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Atrium Irvine, LLC**
**c/o Transwestern**
**19100 Von Karman Avenue**
**Irvine, CA 92602**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Atrium Irvine, LLC c/o Transwestern**
**BB# 12-1158-26**
**PO Box 209229**
**Austin, TX 72007**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Auburn Mechanical - 860 Terry Ave.-Seatt**
**2623 W. Valley Hwy**
**Auburn, WA 98002**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Audette**
**1009 2nd St**
**Coronado, CA 92118**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Audrey W. Casserly**
**2352 Auburn Road**
**Port Charlotte, FL 33953**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aurora Apts -  Royal Design Development**
**6780 Friars Rd.**
**Unit 245**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**

Case number (if known) _____

Name

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Auto Club Of Southern Ca.**
c/o Cushman & Wakefield
3333 Fairview Rd., Mail Stp.#A-473
Costa Mesa, Ca 92628

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Avila Construction**
12 Thomas Owens Way Suite #200
Monterey, CA 93940

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Avison Young**
2425 East 12th St.
Los Angeles, CA 90001

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Axiom Construction**
1219 Wunsche Loop
Spring, TX 77373

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ayres Construction Company**
355 Bristol Street
Costa Mesa, CA 92626

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**B&B Plumbing**
1340 N. Hancock St
Anaheim, CA 92807

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**B&D Contractors**
3415 Couch Street
Houston, TX 72070

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____
          Name                                          Case number (if known) _____

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Baer Enterprises (Children's Hospital)**
**3020 Children's Way**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Baker, Dee**
**1411 Chase Terrace**
**El Cajon, CA 92020**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ballast Point Brewery**
**10051 Old Grove Road**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ballston Metro Investors, LLC c/o Gatewa**
**3020 Hamaker Court, Suite 301**
**Fairfax, VA 22030**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bally's Las Vegas Casino**
**3645 Las Vegas Blvd.South**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BAM Management**
**4629 Cass Street #53**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Barbara Barker**
**4688 Barcelona Way**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
     Name

Case number (if known) _____

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Barbara Ellis**
**2823 Wyandotte Avenue**
**San Diego, CA 92117**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Barbara Johnson**
**2091 Tustin Ave.**
**Costa Mesa, CA 92627**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Barbara Terrace Condos HOA**
**540 Oakdale Ave**
**El Cajon, CA 92021**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Barbie**
**3640 North Jones Blvd**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Barbie Unknown**
**3640 North Jones Blvd**
**Las Vegas, NV 89108**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Barcelona 326 Juniper, LLC**
**225 Broadway**
**Suite 2075**
**San Diego, CA 92101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Barcelona 326 Juniper, LLC C/O Sentre, I**
**401 West A Street**
**Suite 2300**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**                                    Case number (if known) _____

Name

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Baressi Plaza 2BA**
**1855 Diamond St. Unit 5-313**
**San Diego, CA 92109**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barker Management**
**7302 Santa Monica Blvd**
**Los Angeles, CA 90046**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barnes, Cindy**
**24335 Landover Rd.**
**Laguna Hills, CA 92654**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barrack-Nickols Contracting Inc.**
**9745 Prospect Ave #202**
**Santee, CA 92071**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barrack-Nickols Contracting, Inc**
**18655 West Bernardo Rd**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barrett, Karen**
**1390 Loraine Rd.**
**San Marino, CA 91108**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barry Amiri**
**9805 Canyon Rock Place**
**Las Vegas, NV 89134**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**                                         Case number (if known) _____
_____
Name

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barry Dunthy**
**2169 Belloc Ct**
**San Diego, CA 92109**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barry Whitson**
**13123 Old West Ave**
**San Diego, CA 92129-4334**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barry, Dan & Catherine**
**14214 Rancho Santa Fe Farms Rd**
**San Diego, CA 92122**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Basswood Manor LLLP**
**162 Ava Road**
**Toronto, Ontario**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Battelle**
**505 King Ave.**
**Columbus, OH 43201**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Baypoint HOA c/o Associa On Call**
**2249 Worden St**
**San Diego, CA 92122**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bayport HOA**
**26840 Aliso Viejo Parkway, Ste. 100**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____     Case number (if known) _____
           Name

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beachside Nursing Center**
**7781 Garfield Ave**
**Huntington Beach, CA 92647**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beachside Offices, LLC**
**3 Gingertree Lane**
**Coronado, CA 92118**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beall Residence**
**1869 San Pablo Drive**
**San Marcos, CA 92069**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Becca Wyatt**
**3359 Baltimore Street**
**San Diego, CA 92117**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beckman Coulter AP**
**PO Box 30082**
**College Station, TX 72053**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Becky Davis**
**2537 Carruth Ct**
**Las Vegas, NV 89121**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bedford, Tony**
**3061 Logan Ave.**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**                                    Case number (if known) _____
_____
Name

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Behar**
5574 Camber Drive
San Diego, CA 92117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beinbrink, Maurine**
23 Catspaw Cape
Coronado, CA 92118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beinbrink, Maurine**
1120 Virginia Way
La Jolla, CA 92037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bel Mondo Owners Association**
5614 & 5620 Camino Esmerado
Rancho Santa Fe, CA 92091

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bell**
1340 Lexington Avenue
Rochester, NY 14692

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bellagio Hotel & Casino**
3600 S Las Vegas Blvd
Las Vegas, NV 89101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bellagio Hotel and Casino**
3600 S Las Vegas Blvd
Las Vegas, NV 89109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number *(if known)* _____

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Belthoff Plaza 2BA**
**4600 Lamont St. Unit 4-212**
**San Diego, CA 92109**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ben Barnik**
**P.O box 3466**
**San Diego, CA 92163**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ben Dishman**
**6741 Golfcrest Dr**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Benhour Soleimani**
**1005 N. Crescent Drive**
**Beverly Hills, CA 90210**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bennett Construction**
**Tower 37 Project**
**201 Oak Ave**
**Carlsbad, CA 92008**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bennett Plumbing**
**3030 South Fairview**
**Santa Ana, CA 92704**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bennett's Plumbing, Inc.**
**3030 South Fairview St Unit B**
**Santa Ana, CA 92711**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Benny Riccordo**
**5701 Mello Avenue**
**Las Vegas, NV 89131**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bentar Development, Inc.**
**3030 S. Durango Dr**
**Las Vegas, NV 89101**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bentley Community Management**
**18340 Yorba Linda Blvd #107-138**
**Yorba Linda, CA 92886**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Berger, Ben &  Michelle**
**2829 La Salle**
**Costa Mesa, CA 92628**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Berger, Caesar**
**5356 Collingwood Circle**
**Calabasas, CA 91302**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Berman, Josh**
**52 Blue Lagoon**
**Laguna Beach, CA 92652**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bernardo Regency, LLC c/o Equity Office**
**BB# Q6-4471-24410**
**PO Box 2090**
**Warren, MI 48090**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Beta Calum, LLC**
**12550 Biscayne Blvd**
**Suite 800**
**North Miami, FL 33181**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Betty Lilley**
**603 Saganaw**
**Clewiston, FL 33440**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Beven & Brock Property Management**
**Compan**
**482 S  Madison Ave**
**Altadena, CA 91001**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Beverly Hills Condominiums**
**5300 Washington Street**
**Hollywood, FL 33022**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Beverly Regent HOA**
**8960 Cynthia**
**West Hollywood, CA 90069**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Beverly Wilshire Owner LP c/o Lincoln Pr**
**9465 Wilshire Blvd**
**Suite 160**
**Beverly Hills, CA 90210**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bibi insanally**
**1469 Wilson Ave**
**Escondido, CA 92027**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**

Name                                                      Case number (if known)  _____

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bill & Sally Dean**
**43176 Business Park Dr, Suite 101**
**Temecula, CA 92591**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bill Bruton**
**2914 Pasture Lane**
**Sugar Land, TX 77478**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bill Curran**
**705 Charbonne Place**
**Las Vegas, NV 89146**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bill Mason**
**9820 Glenrock Drive**
**Las Vegas, NV 89134**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bill Wetzel**
**2900 Fairview Park Dr.**
**Falls Church, VA 22046**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Biller, Susan**
**23202 Charwood Pl.**
**Diamond Bar, CA 91765**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bingham Plumbing & Piping**
**4569 Mission Gorge Place**
**Suite J**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**    Case number (if known) _____
_____
Name

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.274**

Nonpriority creditor's name and mailing address
**Bingham Plumbing and Piping**
**1430 Burroughs St**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.275**

Nonpriority creditor's name and mailing address
**BioMarin Pharmaceutical Inc.**
**608 Folsom Street**
**San Francisco, CA 94107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.276**

Nonpriority creditor's name and mailing address
**Bird Bay Condominiums**
**606 Bird Bay Drive South**
**Venice, FL 34285**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.277**

Nonpriority creditor's name and mailing address
**Birtcher Anderson Real Estate Management**
**6655 West Sahara Avenue**
**Suite B200**
**Las Vegas, NV 89146**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.278**

Nonpriority creditor's name and mailing address
**Bivona, Barb**
**68 Pamplona**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.279**

Nonpriority creditor's name and mailing address
**Black, Charles**
**14668 Encendido**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280**

Nonpriority creditor's name and mailing address
**Blair, William**
**31 Tall Hedge**
**Irvine, CA 92602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**                                    Case number (if known)    _____
                    Name

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Blake Gonsoulin**
**110 Saint Joseph Ave**
**Long Beach, CA 90803**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Blanco, Nancy**
**4020 Marron St.**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Block**
**4974 Vista Arroyo**
**La Mesa, CA 91941**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Blockade Runner Resort**
**275 Waynick Blvd**
**Wrightsville Beach, NC 28480**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bloes, Mike**
**60 Malcolm Drive**
**Pasadena, CA 91109**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Blue Barn Real Estate**
**P.O box 346**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BN Builders**
**5825 Oberlin Dr.**
**San Diego, CA 92121**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____   Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BN Builders**
**9255 Towne Centre Dr.**
**San Diego, CA 92122**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bob Davidson**
**21310 Tambo Place**
**Diamond Bar, CA 91765**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bob Finzi**
**5643 Meadows Del Mar**
**San Diego, CA 92122**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bob Kromer**
**12511 Metate Lane**
**Poway, CA 92064**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bob McGowen for The Landing HOA**
**1099 1st Ave**
**Coronado, CA 92118**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Boba Franky**
**2450 San Lucas Circle**
**Las Vegas, NV 89121**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Boban Tancic**
**3218 SAn Helena Dr**
**Oceanside, CA 92054**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

Debtor   **Nu Flow America, Inc.**                                    Case number (if known) _____
         _____
         Name

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Boggia, Richard & Margaret**
**26311 Golada**
**Mission Viejo, CA 92690**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bombard Mechanical**
**3933 West Ali Baba**
**Las Vegas, NV 89118**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bonds Land Investment Co. LTD**
**456 Montgomery St, Suite 700**
**San Francisco, CA 94124**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bonnie & Don Mike Anthony**
**4090 Forest Hill Dr.**
**La Canada Flintridge, CA 91011**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Boris Laubert**
**129 Andrews Ave**
**Encinitas, CA 92024**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bosa Development - Bayside Tower - HOA**
**1325 Pacific High**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Boulevard Motel Group LLC**
**400 S. Rampart Blvd.,Suite 220**
**Las Vegas, NV 89145**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bountiful Property Management**
525 Harris Street
Henderson, NV 89015

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bowman Plumbing Services**
11271 Ventura Blvd.
Unit #439
Studio City,, CA 91604

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Boyd Gaming**
6465 S. Rainbow Blvd.
Las Vegas, NV 89118

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brad Antt for Pacific View Corporation**
829 2nd St
Encinitas, CA 92024

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bradford Management LLC**
5832 Stadium Street
San Diego, CA 92122

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brain Czajkowski**
1573 W. Redding Street
Hernando, FL 34442

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brandlein, Tom**
136 N. Anchorage Drive
N. Palm Beach, FL 33408

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**                                    Case number (if known) _____
        Name

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bree Holley**
**320 Trocadero Avenue**
**Clewiston, FL 33440**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Breiner, Geraldine**
**30761 Greens East Dr.**
**Laguna Niguel, CA 92607**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bremenour, Mary**
**6301 Honolulu Ave**
**#27**
**Tujunga, CA 91042**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brenda Woolbert**
**25020 Terrace Lantern**
**Dana Point, CA 92629**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brent Baker**
**403 Talon Ct.**
**Lawrenceville, NJ 08648**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brent Lynch**
**1408 S17th**
**Las Vegas, NV 89104**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bri Phillips**
**6149 Alderley St**
**San Diego, CA 92114**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
      Name

Case number (if known) _____

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian and Glen Mason**
**816 Colina Alta Place**
**Las Vegas, NV 89138**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian and Lesley Driscoll**
**6426 Draw Lane**
**Sarasota, FL 34230**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Bettes**
**1415 Clark Lane**
**Redondo Beach, CA 90277**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Brent**
**3111 Bel Air Dr**
**Unit 19B**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Cambier**
**8395 Hudson Dr**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Cox Mechanical**
**North West Grumman - RB**
**San Diego, CA 92128**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Gunn**
**3460 Spencer Street**
**Las Vegas, NV 89169**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____
        Name                                              Case number _(if known)_   _____

| | |
|---|---|
| 3.323 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Brian Haskell**
**1712 Poinciana Dr.**
**El Cajon, CA 92021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._                                  $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.324 | **Nonpriority creditor's name and mailing address** |

**Brian Householder**
**924 Pacific Beach Dr.**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._                                  $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.325 | **Nonpriority creditor's name and mailing address** |

**Brian not applicable**
**827 La Presa Ave.**
**Spring Valley, CA 91977**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._                                  $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.326 | **Nonpriority creditor's name and mailing address** |

**Brian Reyes**
**1526 Brookhollow**
**Santa Ana, CA 92705**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._                                  $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.327 | **Nonpriority creditor's name and mailing address** |

**Brian Sexton**
**4405 Greenhill Drive**
**Las Vegas, NV 89121**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._                                  $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.328 | **Nonpriority creditor's name and mailing address** |

**Brian Topping**
**3111 Bel Air Drive Unit 26E**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._                                  $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.329 | **Nonpriority creditor's name and mailing address** |

**Brianne Purdy**
**2664 Meadowlark Dr**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._                                  $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____    Case number (if known) _____
         Name

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brickman 915 Wilshire, LLC**
**915 Wilshire Boulevard**
**Los Angeles, CA 90001**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bridge Plumbing and Drain Cleaning**
**P.O. Box 4745**
**Logan, UT 84321**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brill Stanford Graham Project**
**3327 Meade Ave**
**San Diego, CA 92116**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brinker International**
**Attn: Dan Gibbons, SR. Facility Director**
**6820 LBJ Freeway**
**Dallas, TX 75253**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brinker International**
**6820 LBJ Freeway**
**Dallas, TX 75253**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brittany Brown**
**908 Sweeney Ave**
**Las Vegas, NV 89104**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Broadway Center, LLC**
**2475 Broadway**
**San Diego, CA 92122**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**                                    Case number (if known) _____
       Name

| | | |
|---|---|---|
| **3.337** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.337** Nonpriority creditor's name and mailing address

**Brody, Garry & Sonia**
**103 Blue Lagoon**
**Laguna Beach, CA 92652**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.338** Nonpriority creditor's name and mailing address

**Bromberg**
**7287 Camino DeGrazia #7**
**San Diego, CA 92111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.339** Nonpriority creditor's name and mailing address

**Brookdale Central Paradise Valley**
**7127 Crossroads Blvd**
**Brentwood, TN 37027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.340** Nonpriority creditor's name and mailing address

**Brookdale Juan Tabo**
**3920 Juan Tabo Pl NE**
**Albuquerque, NM 87111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.341** Nonpriority creditor's name and mailing address

**Brookdale Juan Tabo**
**6737 West Washington St**
**Suite 2300**
**Milwaukee, WI 53203**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.342** Nonpriority creditor's name and mailing address

**Brookdale Meridian Englewood**
**6737 W. Washington St.**
**Suite 2300**
**Milwaukee, WI 53214**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.343** Nonpriority creditor's name and mailing address

**Brookdale Paradise Valley**
**13240 Tatum Blvd**
**Phoenix, AZ 85004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

3.344 | **Nonpriority creditor's name and mailing address**
**Brookdale Senior Living Inc.**
6737 W. Washington St.
Suite 2300
Milwaukee, WI 53203

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.345 | **Nonpriority creditor's name and mailing address**
**Brookdale Springs Mesa**
6620 E. Broadway Rd
Mesa, AZ 85201

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.346 | **Nonpriority creditor's name and mailing address**
**Brookdale Stock Ranch Road**
111 Westwood Place
Suite 400
Brentwood, TN 37027

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.347 | **Nonpriority creditor's name and mailing address**
**Brookdale Stock Ranch Road**
7418 Stock Ranch Rd
Citrus Heights, CA 95621

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.348 | **Nonpriority creditor's name and mailing address**
**Brookfield Properties**
333 South Hope Street
Suite C-100
Los Angeles, CA 90001

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.349 | **Nonpriority creditor's name and mailing address**
**Brookstone, LP.**
3715 Dacoma St.
Houston, TX 72070

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.350 | **Nonpriority creditor's name and mailing address**
**Brown, Bill & Dawn**
11 Costa Brava
Laguna Niguel, CA 92607

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

Debtor **Nu Flow America, Inc.**
Name

Case number (if known) _____

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Brown, Paul**
1468 Ridgeway St
Oceanside, CA 92054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Brown, Steve**
69 Blue Lagoon
Laguna Beach, CA 92652

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.353** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Browncastle Ranch, Inc.**
14 Browncastle Ranch
Santa Fe, NM 87501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.354** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Bruce Barfield**
3111 Bel Air Dr
Unit 20G
Las Vegas, NV 89101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.355** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Bruce Dyda**
21307 Halldale Ave
Torrance, CA 90501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.356** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Bruce Fagel**
1890 Carla Ridge
Beverly Hills, CA 90210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.357** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Bruce Kerstetter**
5680 Wendi St
La Mesa, CA 91942

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____   Case number (if known) _____
Name

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bruce Mengler**
**682 Via De La Valle**
**Solana Beach, CA 92075**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bruce Morgan**
**3426 Stadium Place**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bruno Sadowski**
**10809 Garden Mist Drive, Unit 1093**
**Las Vegas, NV 89135**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bryan Bordeaux**
**10105 Country View Rd**
**La Mesa, CA 91942**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bryan Clark**
**1127 E Del Mar Blvd #414**
**Pasadena, CA 91106**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bryan Masterson Enterprises**
**1364 N.McDowell Blvd. Suite 12**
**Petaluma, CA 94954**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Buckingham Venture LP**
**3945 Gibraltar Avenue**
**Los Angeles, CA 90008**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Buckley Plumbing & Engineering Inc.**
**2227 National Avenue**
**Hayward, CA 94544**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Buckley Plumbing and Enginnering Inc**
**2227 National Ave**
**Hayward, CA 94545**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Buena Vista Lift Station**
**Robert Stewart**
**4201 Sabodan Street**
**Bakersfield, CA 93301**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Buffalo Bills c/o Affinity Gaming**
**3755 Breakthrough Way Unit 300**
**Las Vegas, NV 89101**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Builders Green Remodeling**
**12805 Avenida La Valencia**
**Poway, CA 92064**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Builders United**
**6001 S Decatur Blvd Ste J**
**Las Vegas, NV 89118**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bureau of Prisons National Account Andin**
**808 Union St.**
**San Diego, CA 92101**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**                                    Case number (if known) _____

Name

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bureau of Reclamation Spot Repair**
**500 Fir St**
**Boulder City, NV 89005**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Burger Construction & Property Services**
**11760 Sorrento Velley Rd**
**San Diego, CA 92122**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Burlington Coat Factory**
**1830 Route 130**
**Burlington, NJ 08016**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Burlington Stores**
**4287 Route 130 South**
**Edgewater Park, NJ 08010**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Butkovic, Joso**
**1651 Madrone Glen**
**Escondido, CA 92025**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bycor Ltd**
**4100 Del Rey Avenue**
**Marina Del Rey, CA 90292**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Byron Goetting**
**5305 Crimson Ridge Dr**
**Las Vegas, NV 89130**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Nu Flow America, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**C,D and E Engineering Inc**
14001 N. 7th St.,
Suite C-106
Phoenix, AZ 85022

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**C. A. & Patricia Ryan**
4958 Kalamis Way
Oceanside, CA 92054

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**C.E. Kimberly Lind - KO Legal Inc.**
100 W Broadway, Suite 250
Long Beach, CA 90802

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Caesars Entertainment**
PO Box 29035
Hot Springs, AR 71903

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Caesars Entertainment - Flamingo**
3555 Las Vegas Blvd S
Las Vegas, NV 89101

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cal Poly Pomona**
3801 W Temple Ave
Pomona, CA 91769

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cal State University San Marcos**
333 South Twin Oaks Valley Rd.
San Marcos, CA 92096

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**                                      Case number *(if known)* _____
_____
Name

| 3.386 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Caleb Dunham**
**3662 E Greencrest Drive**
**Las Vegas, NV 89121**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.387 | **Nonpriority creditor's name and mailing address** |

**California Comfort System -SD Airport**
**2417 McCain Road**
**San Diego, CA 92122**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.388 | **Nonpriority creditor's name and mailing address** |

**California Comfort Systems, Gas Lamp Hil**
**7740 Kenamar Court**
**San Diego, CA 92122**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.389 | **Nonpriority creditor's name and mailing address** |

**California Community Management**
**P.O. Box 2666**
**Escondido, CA 92033**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.390 | **Nonpriority creditor's name and mailing address** |

**Callahan Management**
**523 W Sixth St**
**Los Angeles, CA 90001**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.391 | **Nonpriority creditor's name and mailing address** |

**Calsur Management C/O Cypress Arms HOA**
**8304 Clairemont Mesa Blvd**
**San Diego, CA 92122**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.392 | **Nonpriority creditor's name and mailing address** |

**Caltech**
**1200 E. California Boulevard Mail Code 1**
**Pasadena, CA 91125**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Nu Flow America, Inc.**
_____   Case number (if known) _____
         Name

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Calvin Tan**
**2900 Marlin Street**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | | $0.00 |
|---|---|---|---|

**Cam MacLean**
**28610 Evening Breeze Dr**
**Yorba Linda, CA 92885**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | | $0.00 |
|---|---|---|---|

**Camille Apartments**
**2352 NE 9th Street**
**Fort Lauderdale, FL 33311**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | | $0.00 |
|---|---|---|---|

**Camino Grande Villas HOA**
**P.O. Box 803555**
**Dallas, TX 75380-3555**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | | $0.00 |
|---|---|---|---|

**Campbell, John & Catherine**
**57 Blue Heron**
**Irvine, CA 92602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | | $0.00 |
|---|---|---|---|

**Campbell, Neil**
**26232 Hatmor Dr.**
**Calabasas, CA 91302**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | | $0.00 |
|---|---|---|---|

**Campbell, Tim**
**3830 Monroe Street**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Campos Plaza 1BA**
**4600 Lamont St. Unit 4-314**
**San Diego, CA 92109**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Candace Wingrove**
**214 Madison Park Drive**
**Cottleville, MO 63376**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Candice Van Herle**
**6792 Sylvia Drive**
**Huntington Beach, CA 92647**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Candy Sheperd**
**Unit 524-B Via Del Valle**
**Solana Beach, CA 92075**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Canyon Gate Master Association**
**8687 West Sahara Ave., #170**
**Las Vegas, NV 89117**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Capital Growth Partners, Inc.**
**1120 Silverado Street**
**La Jolla, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Capital Growth Properties**
**1120 Silverado St**
**San Diego, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____  Case number (if known) _____
　　　　　Name

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Capital Records- Certified Plumbing Prof**
**26943 Ruether Ave, Unit P**
**Canyon Country, CA 91387**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Capital Region Water**
**212 Locust Street**
**Suite 500**
**Harrisburg, PA 17101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carducci, Jeff**
**54 Rockrose**
**Aliso Viejo, CA 92656**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carilion New River Valley Medical Center**
**2900 Lamb Circle**
**Christiansburg, VA 24073**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carl Back**
**210 Blue Heron Road**
**Wellfleet, MA 02667**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carl Byers**
**1708 Raintree Road**
**Fullerton, CA 92834**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carl Duisberg**
**538 4th Street**
**San Rafael, CA 94901**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____     Case number _(if known)_   _____
Name

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Carl Duisberg**
**79 Woodland**
**San Rafael, CA 94901**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Carl Graff**
**15031 Moonglow Dr.**
**Ramona, CA 92065**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Carla Fortunato-Knox**
**2325 Paseo De Laura**
**Oceanside, CA 92056**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Carla Murray**
**1128 Loring St**
**San Diego, CA 92109**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Carleton Management**
**11440 West Bernardo Court**
**Suite 240**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Carlos Aguilar**
**24701 Old Hundred Rd**
**Dickerson, MD 20842**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Carlos Almeyda**
**810 Kenny Wway**
**Las Vegas, NV 89107**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Carlsbad**
**5950 El Camino Real**
**Carlsbad, CA 92008**

�True Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Carlsbad 76**
**2201 E. Coast Hwy**
**Corona Del Mar, CA 92625**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Carlsbad Gateway Center, LLC**
**5650 El Camino Real**
**Carlsbad, CA 92008**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Carlsbad Inn Vacation Owners Association**
**5900 Pasteur Court Suite 200**
**Carlsbad, CA 92008**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Carlsbad Municipal Water District**
**1635 Faraday Ave**
**Carlsbad, CA 92008**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Carlson Inspection**
**1708 Marson St.**
**Oceanside, CA 92058**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Carlson Restaurant, Inc.**
**701 Carlson Pkwy**
**MS 8260**
**Minnetonka, MN 55345**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____    Case number (if known) _____
　　　　　Name

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlson Restaurants TGI Friday's**
**4201 Marsh Lane**
**Carrollton, TX 75006**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carole Medway**
**3 Blue Lagoon**
**Laguna Beach, CA 92652**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carolina Peralta**
**514 Sicard St**
**San Diego, CA 92122**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carolynne Horwood**
**10370 Gilespie Street**
**Las Vegas, NV 89183**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carpenter Sellers Del Gatto Architects**
**8882 Spanish Ridge Ave**
**Las Vegas, NV 89101**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carpenter, Roy**
**532 Via de la Valle Unit I**
**Solana Beach, CA 92075**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carpenter, Sellers, Del Gatto Architects**
**8882 Spanish Ridge Avenue**
**Las Vegas, NV 89148**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
        _____    Case number *(if known)*  _____
        Name

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Carrol Archibald**
**3146 Ibsen St**
**San Diego, CA 92106**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Carson Hall**
**4539 Carriage Lane**
**Las Vegas, NV 89119**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Carstens Realty**
**1206 W Hillsdale Blvd Suite A**
**San Mateo, CA 94403**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Casa De La PLaya of Ocean Beach**
**4878 Pescadero Ave.**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Casa de las Campanas**
**18655 West Bernardo Dr.**
**San Diego, CA 92127**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Casa Del Vista HOA**
**PO Box 803555**
**Dallas, TX 75380**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Casa Vista Apartments**
**2325 Paseo De Laura**
**Oceanside, CA 92056**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Nu Flow America, Inc.** |
| | Name |

Case number (if known) _____

---

**3.442**

**Nonpriority creditor's name and mailing address**

**Casa Vista Apartments**
**2325 Paseo De Laura**
**Oceanside, CA 92056**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.443**

**Nonpriority creditor's name and mailing address**

**Casey Brown**
**338 Via Del Norte**
**La Jolla, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.444**

**Nonpriority creditor's name and mailing address**

**Casey Cooke**
**621 Palmbark St.**
**Vista, CA 92083**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.445**

**Nonpriority creditor's name and mailing address**

**Casey Keene**
**1107 Norman Ave**
**Las Vegas, NV 89104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.446**

**Nonpriority creditor's name and mailing address**

**Casey Lowery**
**1007 Nantucket**
**Houston, TX 72070**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.447**

**Nonpriority creditor's name and mailing address**

**Casey McBrian**
**225 W Santa Clara St**
**San Jose, CA 95113-1723**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.448**

**Nonpriority creditor's name and mailing address**

**Cassandra Poindexter**
**560 Sheridan Ave**
**Escondido, CA 92026**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**

_____

Name

Case number (if known) _____

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.449**

**Nonpriority creditor's name and mailing address**

**Castro Tony**
**160 Zenith Avenue**
**Chula Vista, CA 91911**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.450**

**Nonpriority creditor's name and mailing address**

**Catholic Charities Diocese of San Diego**
**349 Cedar St**
**San Diego, Ca 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.451**

**Nonpriority creditor's name and mailing address**

**CB Richard Ellis - 3655 Nobel**
**3655 Nobel Drive**
**Suite 270**
**San Diego, Ca 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.452**

**Nonpriority creditor's name and mailing address**

**CBI Eastern Anstalt**
**10th Flr. Standard Chartered Bldg.**
**Downtown**
**Dubai**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.453**

**Nonpriority creditor's name and mailing address**

**CBRE**
**201 N. Figueroa Street**
**Los Angeles, CA 90012**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.454**

**Nonpriority creditor's name and mailing address**

**CBRE**
**8880 Rio San Diego Dr.**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.455**

**Nonpriority creditor's name and mailing address**

**CBRE**
**909 Fannin Street, Ste 100**
**Houston, TX 72070**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Nu Flow America, Inc.**                                      Case number (if known) _____
_____
Name

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.456**

**Nonpriority creditor's name and mailing address**
**CBRE - Fig Plaza**
**201 N. Figueroa St**
**Los Angeles, CA 90001**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457**

**Nonpriority creditor's name and mailing address**
**CBRE Hyundai building**
**8880 Rio San Diego**
**San Diego, CA 92108**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458**

**Nonpriority creditor's name and mailing address**
**CBRE Las Vegas**
**3993 Howard Hughes Parkway**
**Suite 700**
**Las Vegas, NV 89169**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459**

**Nonpriority creditor's name and mailing address**
**CBRE Property Manager**
**9595 Wilshire Blvd**
**Beverly Hills, CA 90210**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.460**

**Nonpriority creditor's name and mailing address**
**CBRE San Diego Anding**
**525 B St., 7th Floor**
**San Diego, CA 92101**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.461**

**Nonpriority creditor's name and mailing address**
**CBRE, Inc.**
**PO Box 2021**
**BB# 01-69163-cne001**
**Warren, MI 48090**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.462**

**Nonpriority creditor's name and mailing address**
**CC&R Construction**
**1144 Isabella Ave**
**Coronado, CA 92118**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.**                                          Case number (if known) _____
         Name

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**CCRP/AG BofA Plaza Owner LLC**
**300 S 4th Street, Suite 1015**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cecil Camaclang**
**13292 Thunderhead St**
**san diego, CA 92129**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cecil Hornbeck**
**5660 Lamas St.**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cecilia Bosley**
**3724 Cactus Wheel Ct**
**Las Vegas, NV 89128**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cedar Dale HOA**
**1218 9th Street**
**Santa Monica, CA 90401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cedars Sinai**
**8700 Beverly Blvd**
**Los Angeles, CA 90048**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Centennial Contractors Enterprises, Inc.**
**2900 Woodridge Drive**
**Suite 200**
**Houston, TX 72070**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**

Case number (if known) _____

Name

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Centerra Group**
545 Second Street
suite 4
Encinitas, CA 92024

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Warranty

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Centerra Group**
7121 Fairway Drive
Suite 301
Palm Beach Gardens, FL 33410

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Warranty

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Central Park Condominium Association**
C/O Lighthouse Property Management
4951 Ringwood Meadow
Sarasota, FL 34230

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Warranty

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Central Park Condominium Association**
c/o Lighthouse Property Management
460 N. Tamiami Trail
Osprey, FL 34229

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Warranty

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Century Village Condo Assoc**
C/O Seacrest Services Inc.
2400 Centrepark W. Dr,  Suite 175
West Palm Beach, FL 33401

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Warranty

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cezary Kupiec**
517 East Indian Rock Road
Vista, CA 92083

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Warranty

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Chacone Construction Services**
PO Box 2098
Simi Valley, CA 93062

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Warranty

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.477 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.477**

**Nonpriority creditor's name and mailing address**

**Chad Balch**
**845 Faxon Ave**
**San Francisco, CA 94112**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.478**

**Nonpriority creditor's name and mailing address**

**Champagne Villas Property Owners Associa**
**8975 Lawrence Welk Dr.**
**Escondido, CA 92026**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.479**

**Nonpriority creditor's name and mailing address**

**Charlene Manzanares**
**252 Earl Street**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.480**

**Nonpriority creditor's name and mailing address**

**Charles Gedeon**
**3943 Sacramento St**
**San Francisco, CA 94118**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.481**

**Nonpriority creditor's name and mailing address**

**Charles Perry Partners, Inc.**
**200 E. Palm Valley Drive**
**Suite 1040**
**Oviedo, FL 32765**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.482**

**Nonpriority creditor's name and mailing address**

**Charles Severino**
**1640 Caxambas Court**
**Marco Island, FL 34145**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.483**

**Nonpriority creditor's name and mailing address**

**Charles Wyborney**
**2815 Clairmont Ct**
**San Diego, CA 92117**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Nu Flow America, Inc.**
_____   Case number (if known) _____
　　　　　　Name

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charlie Goodwin**
**27310 Glenwood Drive**
**Mission Viejo, CA 92690**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charlie Leach**
**300 Valdez Ave**
**San Francisco, CA 94127**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charlie Templeton**
**1805 Westward Ho Circle**
**El Cajon, CA 92021**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chas Leek**
**1255 S. 6th Street**
**Las Vegas, NV 89104**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cherrywood III C/O EBMC**
**4576 N Rancho**
**Suite 100**
**Las Vegas, NV 89130**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cheryl Peace**
**3644 33rd st**
**San Diego, CA 92104**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chin, Bryan**
**24456 Silver Spur Lane**
**Laguna Niguel, CA 92607**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**                                    Case number (if known) _____
        Name

| | |
|---|---|
| 3.491 | **Nonpriority creditor's name and mailing address**  As of the petition filing date, the claim is: Check all that apply.  $0.00 |

**3.491**

**Nonpriority creditor's name and mailing address**
**Chipotle Mexican Grill**
**610 Newport Center Drive, Suite 1300**
**Newport Beach, CA 92660**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.492**

**Nonpriority creditor's name and mailing address**
**Chipotle Mexican Grill**
**610 Newport Center Drive**
**Suite 1300**
**Newport Beach, CA 92658**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.493**

**Nonpriority creditor's name and mailing address**
**Chitra Saxena**
**7729 Roan Road**
**San Diego, CA 92129**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.494**

**Nonpriority creditor's name and mailing address**
**CHOC Childrens**
**1201 West La Veta Avenue**
**Orange, CA 92868**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.495**

**Nonpriority creditor's name and mailing address**
**Choice Management Solutions**
**1761 Hotel Circle South**
**San Diego, CA 92122**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.496**

**Nonpriority creditor's name and mailing address**
**Choo, Iris**
**50 Renata**
**Newport Beach, CA 92658**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.497**

**Nonpriority creditor's name and mailing address**
**Chris Chebegia**
**245 Broadway**
**Unit 325**
**Long Beach, CA 90802**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name                                                    Case number (if known) _____

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris Donabedian**
**13241 Yorba Street**
**North Tustin, CA 92705**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris Kirkland**
**8053 Laurel Ridge**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris Langley**
**4103 Laurel Grove**
**Seabrook, TX 77586**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris MacPherson**
**15524 Vista Vicente Drive**
**Ramona, CA 92065**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris Shadel**
**4656 Hidalgo Ave**
**San Diego, CA 92117**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris Stevenson**
**1127 East Del Mar Blvd Unit 313**
**Pasadena, CA 91106**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christiansen, Nora**
**18 Blue Lagoon**
**Laguna Beach, CA 92652**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Christie Pollero**
**31390 Corte Camarillo**
**Temecula, CA 92592**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Christina Jones**
**6985 Mira Vista Street**
**Las Vegas, NV 89120**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Christine E Lawson**
**3226 Madison Ave**
**San Diego, CA 92116**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Christine Kuhl**
**9525 Jiola Way**
**La Mesa, CA 91941**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Christine Lotter**
**3111 Bel Air Dr Unit 19A**
**Las Vegas, NV 89109**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Christopher Shadel**
**4656 Hidalgo Avenue**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Chua, Wallace**
**1710 Landau Place**
**Hacienda Heights, CA 91745**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Chuck Creigh**
**3320 La Mirada Avenue**
**Las Vegas, NV 89120**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Chuck Detari**
**Chuck's Plumbing**
**104 W Seneca Ave**
**Tampa, FL 33602**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Chuck Turner**
**2474 Katherine St**
**El Cajon, CA 92020**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Chuck's Plumbing**
**1511 E. Flowler Avenue**
**Suite E**
**Tampa, FL 33602**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**CI Pacific Trading Group S.A**
**Calle 15 #31-99**
**Autopista Cali Yumbo**
**Yumbo, Valle, Colombia**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cindy Boyd (Sealight Properties)**
**3506 Las Palmas Street**
**Houston, TX 72070**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Circus Circus - Las Vegas**
**2880 Las Vegas**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**                                    Case number (if known) _____
_____
Name

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City of Charlotte**
P.O. Box 37979
Charlotte, NC 28228

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City of Chula Vista**
270 F Street
Chula Vista, CA 91911

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City of Costa Mesa**
P.O. Box 1200
Costa Mesa, CA 92628-1200

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City of Hope National Medical Center**
1500 East Duarte Rd
Duarte, CA 91010

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City Of Imperial**
420 S. Imperial Avenue
Imperial, CA 92251

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City of Raleigh**
One Exchange Plaza
Suite 620
Raleigh, NC 27601

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City of Riverside**
3900 Main Street, City Hall
Riverside, CA 92522

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City of Santa Cruz**
**212 Locust Street Suite C**
**Santa Cruz, CA 95060**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City of Santa Monica**
**1685 Main St.**
**Santa Monica, CA 90401**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City of Santa Monica Public Works**
**1685 Main St. #113**
**Santa Monica, CA 90401**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City Scene HOA**
**2661 Reynard Way**
**San Diego, CA 92103**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Citywalk HOA**
**301 West "G" St.**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Civic Towers, LLP**
**1855 NW 15th Ave & 1400 NW 19th St**
**Miami, FL 33101**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**CJW Construction MCRD**
**841 East Washington**
**Santa Ana, CA 92701**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Claire akin**
**13130 Decant Dr**
**Poway, CA 92064**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Clairemont Rental Properties, LP**
**4238 Balboa Ave**
**San Diego, CA 92122**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Clairmont Rental Properties**
**4238 Balboa Ave**
**SanDiego, CA 92117**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Claude Ognibene**
**438 Rosecrans St.**
**San Diego, CA 92106**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Clayton Ownby**
**2003 Hollow Hook Rd.**
**Houston, TX 72070**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Clayton Timbrell & Co.**
**90 Cedar St**
**San Francisco, CA 94124**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Clune Construction**
**725 South Figueroa St.**
**Los Angeles, CA 90017**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**  Case number (if known) _____
         Name

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CMC Management**
**2740 N. Grand Ave.**
**Suite 200**
**Santa Ana, CA 92705**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cobblestone Construction**
**3830 Jones Blvd**
**Las Vegas, NV 89108**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Coca Cola - Honolulu HI Production**
**521 Lake Kathy Drive**
**Brandon, FL 33511**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Coca Cola Bottling Company**
**VFS**
**5756 Via Barcelona**
**La Verne, CA 91750**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Coco Cola
**1334 South Central Ave**
**Los Angeles, CA 90001**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cody Novini**
**23672 Calle Hogar**
**Mission Viejo, CA 92691**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colliers**
**3960 Howard Hughes Parkway**
**Suite 150**
**Las Vegas, NV 89169**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Collin Murph**
**1127 E Del Mar Blvd #434**
**Pasadena, CA 91106**

Date(s) debt was incurred __

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Collom Construction Inc.**
**10714 Louisa Dr**
**La Mesa, CA 91942**

Date(s) debt was incurred __

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colonial Property Management**
**8595 S. Eastern Ave**
**Las Vegas, NV 89123**

Date(s) debt was incurred __

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colonna, Nick**
**705 Via La Cuesta**
**Palos Verdes Estates, CA 90274**

Date(s) debt was incurred __

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colony Point 6**
**c/o Castle Management, Inc**
**11500 Colony Point Drive**
**Pembroke Pines, FL 33024**

Date(s) debt was incurred __

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colony Point, Inc**
**One Colony Point Drive**
**Punta Gorda, FL 33950**

Date(s) debt was incurred __

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colorado Springs Utilities**
**PO BOX 1103**
**Colorado Springs, CO 80947-0929**

Date(s) debt was incurred __

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Colrich CA Construction Inc.**
**444 West Beech St**
**Suite 300**
**San Diego, CA 92122**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Columbia California Las Palmas**
**C/O Lincoln Property Company**
**303 N Glenoaks Blvd. #L100**
**Burbank, CA 91505**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Columbia Property Trust Services, LLC**
**650 California St**
**San Francisco, CA 94124**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Colyear Development Corporation**
**3075 East Imperial Highway**
**#105**
**Brea, CA 92822**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Colyear Development Corporation**
**3075 E. Imperial Hwy, Suite 105**
**Brea, CA 92822**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Comfort Inn/Silicon Valley**
**940 West Weddell**
**Sunnyvale, CA 94087**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Commerce Casino**
**6131 Telegraph Road**
**Commerce, CA 90040**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____
Name                                                    Case number _(if known)_  _____

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Community Property Management**
751 E Daily Dr #300
Camarillo, CA 93010

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Complete Building Services Inc**
2101 Wisconsin Ave, NW
Washington DC, DC 20007

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Concord Consulting & Assoc. Services**
888 West Ventura Blvd.
Suite C
Camarillo, CA 93010

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Concord Consulting & Association Service**
P.O. Box 6105
Oxnard, CA 93031

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Concord Consulting & Associations Servic**
P.O Box 6105
Oxnard, CA 93036

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Condominium Administration Company, Inc.**
13637 Hawthorne Blvd
Suite 200
Hawthorne, CA 90250

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Condominium Management Services**
675 West Foothill Blvd.  Suite 104
Claremont, CA 91711

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**                                        Case number (if known) _____
          Name

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Conlon Construction Company**
**1100 Rockdale Road**
**Dubuque, IA 52003**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Connie Ho**
**619 E Avenida San Juan**
**San Clemente, CA 92672**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Construction by De Mill, Inc.**
**1243 Rambling Rd**
**Simi Valley, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Construction Product Marketing, LLC**
**3815 East Grove**
**Unit 4**
**Phoenix, AZ 85040**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cook, Harry**
**3940 Honeycutt St.**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cooper, Hy**
**33166 Acapulco Dr.**
**Dana Point, CA 92629**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Coral Tree Plaza - HOA**
**3634 7th Ave.**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____
Name

Case number *(if known)* _____

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Coral Tree Plaza c/o ASPM - San Diego**
**9340 Hazard Way Suite B2**
**San Diego, CA 92122**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Corcoran, Eric**
**1410 Via Marguerita**
**Oceanside, CA 92054**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Cordner, Jeannie**
**32 Costa Brava**
**Laguna Niguel, CA 92607**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Core Construction**
**7150 Cascade Valley Court**
**Las Vegas, NV 89128**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Corey Jarnagan**
**2247 Mardavadio Lane**
**Fallbrook, CA 92028**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Corinthian Contractors Inc**
**P.O. Box 7297**
**Arlington, VA 22201**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Coro Community Management and Consulting**
**13743 Ventura Blvd, Suite #200**
**Sherman Oaks, CA 91423**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____   Case number (if known) _____
Name

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

3.582

**Nonpriority creditor's name and mailing address**

**Coronado Cays HOA**
**505 Grand Caribe Causeway**
**Coronado, CA 92118**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.583

**Nonpriority creditor's name and mailing address**

**Coronado Cays Homeowners Association**
**505 Grand Caribe Cswy**
**Coronado, CA 92118**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.584

**Nonpriority creditor's name and mailing address**

**Coronado Shores - El Encanto**
**1810 Avenida del Mundo**
**Coronado, CA 92118**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.585

**Nonpriority creditor's name and mailing address**

**Coronado Shores - La Perla Tower # 7**
**1780 Avenida Del Mundo**
**Coronado, Ca 92118**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.586

**Nonpriority creditor's name and mailing address**

**Coronado Shores - La Princessa**
**1750 Avenida Del Mundo**
**Coronado, CA 92118**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.587

**Nonpriority creditor's name and mailing address**

**Coronado Shores El Encanto Tower**
**1810 Avenida Del Mundo**
**Coronado, CA 92118**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.588

**Nonpriority creditor's name and mailing address**

**Coronado Shores Enforcement  Committee**
**1830 Avenida Del Mundo**
**Coronado, CA 92118**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Nu Flow America, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Costello, Brenda**
**17518 Los Moros**
**PO Box 1570**
**Rancho Santa Fe, CA 92091**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cote, Bill**
**3 White Cap Drive**
**Corona Del Mar, CA 92625**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Country Club Estates, Coop, Inc**
**700 Waterway**
**Venice, FL 34285**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**County of Imperial**
**940 Main St.**
**Suite 108**
**El Centro, CA 92243**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**County Wide Mechanical**
**350 K St.**
**San Diego, CA 92101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Courtney Lofty**
**1112 5th Place**
**Las Vegas, NV 89104**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CPA Plumbing Services-Drain**
**3616 Richmond Ave**
**#1904**
**Houston, TX 72070**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____   Case number (if known) _____
         Name

| | | |
|---|---|---|

**3.596** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Craig, Steve**
**3214 San Tomas Drive**
**Oceanside, CA 92054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.597** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**CRB**
**3210 Merryfield Row**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.598** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**CreDi El Cajon**
**21136 Figueroa St**
**Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.599** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Crescent HC Investors LP c/o 2 Houston C**
**PO BOX 2108**
**BB# 78-51278-01949AE**
**Warren, MI 48090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.600** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Crescent HC Investors LP c/o CBRE**
**BB# 78-51278-01949AE**
**PO Box 2108**
**Warren, MI 48090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.601** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Crosswinds Condo Associaion**
**7936 Spring Forest Court**
**Springfield, VA 22150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.602** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**crosswinds condo association**
**7900 spring forest court**
**springfield, va 22150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____   Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.603 | **Nonpriority creditor's name and mailing address**<br>**Crown City Inn**<br>**520 Orange Ave**<br>**Coronado, CA 92118**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| 3.604 | **Nonpriority creditor's name and mailing address**<br>**Cruzan**<br>**236 S. Sierra Dr. #100**<br>**Solana Beach, CA 92075**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| 3.605 | **Nonpriority creditor's name and mailing address**<br>**CSI Electrical Contractors, Inc.**<br>**10623 Fulton Wells Ave**<br>**Santa Fe Springs, CA 90670**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| 3.606 | **Nonpriority creditor's name and mailing address**<br>**CTE Inc.**<br>**1441 Montiel Rd. Suite 115**<br>**Escondido, CA 92026**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| 3.607 | **Nonpriority creditor's name and mailing address**<br>**CTM Contracting, INC.**<br>**P.O.Box 3238**<br>**Rancho Santa Fe, CA 92091**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| 3.608 | **Nonpriority creditor's name and mailing address**<br>**Culver, Buzz**<br>**PO Box 462947**<br>**Escondido, CA 92025**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| 3.609 | **Nonpriority creditor's name and mailing address**<br>**Cummings, Karen**<br>**18 Saltaire Drive**<br>**Laguna Niguel, CA 92607**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |

Debtor  **Nu Flow America, Inc.**                                        Case number (if known) _____
_____
Name

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.610**

Nonpriority creditor's name and mailing address
**Curci Companies - Lido Peninsula Company**
**717 Lido Park Drive**
**Newport Beach, CA 92658**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.611**

Nonpriority creditor's name and mailing address
**Curt Walker**
**4112 Montebello Ave**
**Las Vegas, NV 89110**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.612**

Nonpriority creditor's name and mailing address
**Curtis Management**
**5050 Avenida Encinas #160**
**Carlsbad, CA 92008**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.613**

Nonpriority creditor's name and mailing address
**Curtis Management Co.**
**5050 Avenida Encinas**
**Suite 160**
**Carlsbad, CA 92008**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.614**

Nonpriority creditor's name and mailing address
**Cushman & Wakefield**
**555 12th Street**
**Suite #1400**
**Oakland, CA 94621**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.615**

Nonpriority creditor's name and mailing address
**Cushman and Wakefield: Emeryville**
**555 12th Street #1400**
**Oakland, CA 94607**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

**3.616**

Nonpriority creditor's name and mailing address
**Cushman and Wakefield; San Diego**
**3870 Murphy Canyon rd suite 150**
**San Diego, CA 92123**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

Debtor    **Nu Flow America, Inc.**                                    Case number (if known) _____
_____
Name

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cy Kealer**
**2911 Via Pepita**
**Carlsbad, CA 92009**

☐ Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cyndra A. Pilkington**
**839 Palmetto**
**Englewood, FL 34223**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cynthia Kindell**
**3730 Colonial Drive**
**Las Vegas, NV 89121**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cypress Arms HOA**
**1624 Cypress Ave**
**San Diego, CA 92103**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**D Brown General Contractors**
**2430 Vanderbilt Beach Rd**
**#108**
**Naples, FL 34102**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Daddi, Augustus R**
**5215 Nardo Avenue**
**Solana Beach, CA 92075**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Dale Robison**
**3111 Bel Air Dr**
**Unit 16D**
**Las Vegas, NV 89101**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____     Case number (if known) _____
Name

| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dan Bacon**
**5375 Javier St**
**San Diego, CA 92117**

☐ Date(s) debt was incurred _

☐ Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dan Callister**
**3111 Bel Air**
**Las Vegas, NV 89109**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dan Demers**
**3447 Arnold Ave.**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dan Dreger**
**3008 Azahar St**
**Carlsbad, CA 92009**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dan Homan**
**6133 El Romero**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dan Schroeder**
**8025 Silverton Ave**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dan Shapiro**
**1408 Eaton Drive**
**Las Vegas, NV 89102**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Nu Flow America, Inc.**
_____   Case number (if known) _____
         Name

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Dana Fillmore**
**3949 Brighthill Ave**
**Las Vegas, NV 89121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Dana Strand HOA**
**2522 Chambers Road #100**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Daniel Esquivel**
**721 Harris Street**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Daniel Evans**
**1124 Francis Avenue**
**Las Vegas, NV 89104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Daniel Gardner**
**4427 San Joaquin St.**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Daniel Holschneider**
**931 Chantilly Rd**
**Los Angeles, CA 90077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Daniel Kovachev**
**175 Moarch Bay Dr**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.**                                              Case number (if known) _____
                                        Name

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Daniel Parlow**
**Tinnelly Law Group**
**27101 Puerta Real, Suite 150**
**Mission Viejo, CA 92691**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Danny Panzer**
**9171 Denver Sky Ave**
**Las Vegas, NV 89149**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Dante Vargas**
**3501 Chevy Chase Ave**
**Las Vegas, NV 89110**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Dar Burleson**
**1070 E Murray Canyon**
**Palm Springs, CA 92664**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Daryll Nees**
**4421 Ohio St.**
**San Diego, CA 92122**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**DaSilva, Adrian**
**5672 Riley St**
**San Diego, CA 92122**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Dat Truong**
**11321 Weston Hill Dr**
**San Diego, CA 92122**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
Name

Case number *(if known)*

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Davalle Carol**
5539 Dalen Avenue
San Diego, CA 92122

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dave and Alyce Tracey**
1036 East Inlet Drive
Marco Island, FL 34145

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dave Boerner**
2808 Cameo Circle
Las Vegas, NV 89107

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dave Gutt**
423 N. Rossetti Drive
Nokomis, FL 34275

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dave Nieman**
5134 Galt Way
San Diego, CA 92117

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dave Pogorski**
740 North Kendall Drive
Marco Island, FL 34145

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**David & Elaine Krajanowski**
1086 Castlerock Ave
Santa Ana, CA 92711

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____
Name                                                                Case number (if known) _____

| 3.652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**David & Lisa Garcia**
**153 Ridge Haven Way**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**David Barton**
**1324 Dewey Ct**
**Madison, WI 53703**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**David Biddinger**
**624 Saint Andrews Road**
**Henderson, NV 89015**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**David Block**
**4924 Vista Arroyo**
**La Mesa, CA 91941**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**David Carlin**
**7652 Warren Road**
**Valley Springs, CA 95252**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**David Gothard**
**3111 Bel Aire Drive # 26F**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**David Hitchings**
**2116 Mohigan Way**
**Las Vegas, NV 89169**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Nu Flow America, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.659** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**David Johnson**
**5855 S Sandhill Road**
**Las Vegas, NV 89120**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.660** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**David Kattan**
**311 Bel Air Drive Unit 5G**
**Las Vegas, NV 89101**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.661** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**David Kersch**
**13755 Tobiasson Rd**
**Poway, CA 92064**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.662** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**David Linton**
**50 Via Amanti**
**Newport Coast, CA 92657**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.663** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**David Pietrangelo**
**1127 E Del Mar Blvd #135**
**Pasadena, CA 91106**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.664** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**David Poage**
**11062 Paseo Castanada**
**La Mesa, CA 91942**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.665** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**David Salud**
**5612 Adelaide Ave**
**San Diego, CA 92122**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____    Case number (if known) _____
          Name

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**David Sharon**
**5605 Vale Way**
**San Diego, CA 92115**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**David Sullins**
**536 Birch St**
**Boulder City, NV 89005**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**David Villalobos**
**7855 lansing drive**
**Lemon Grove, CA 91945**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**David Weber**
**627 Poinsettia**
**Venice, FL 34285**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Davies, John**
**4615 55th St.**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Davis Partners**
**Pacific Heights Blvd. Suite 'E'**
**San Diego, CA 92121**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Davis Partners, LLC**
**1960 E Grand Ave**
**Suite 550**
**El Segundo, CA 90245**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____
  Name

Case number *(if known)*  _____

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dawn Schultz**
**5262 Rincon St**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DBQ Asset Services Co LLC**
**1375 Enclave Parkway**
**Houston, TX 72070**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dean Christal**
**3111 Bel Air Dr**
**Unit 14D**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Deanna Montes Deoca**
**3111 Bel Air Dr**
**Unit 10A**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DEB Construction, LLC**
**2230 E. Winston Rd.**
**Anaheim, CA 92806**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Debbie Crane**
**314 Montecalm St**
**Chula Vista, CA 91911**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Debbie Newton**
**1613 La Madera**
**San Marcos, CA 92069**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**

Case number (if known) _____

Name

---

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Debbie Simmons**
**6655 W Sahara Ave**
**Las Vegas, NV 89146**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Warranty_

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Debbie Strickrodt - SFR**
**2465 El Paseo**
**Las Vegas, NV 89121**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Warranty_

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Deborah Abrams**
**9716 Caraway St.**
**Lakeside, CA 92040**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Warranty_

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Deborah Irish**
**3111 Bel Air Dr**
**Unit 7A**
**Las Vegas, NV 89109**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Warranty_

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Debra Fargo**
**662 Willard Avenue**
**Brawley, CA 92227**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Warranty_

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.685 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Decoverly IV Condominium Association**
**10007 Vanderbily Circle**
**Rockville, MD 20852**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Warranty_

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.686 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Deculus-Johnson, Gail**
**4301 Don Felipe Dr.**
**Los Angeles, CA 90001**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Warranty_

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.687** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dee Anne Cornwall**
**15112 Huntington Gate Dr**
**Poway, CA 92064**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
∎ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ∎ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.688** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Del Amo Fashion Center**
**Mail Stop ID - 5243**
**PO Box 31800**
**Salt Lake City, UT 84199**

Date(s) debt was incurred _

Last 4 digits of account number _

∎ Contingent
∎ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ∎ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.689** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Del Coffey**
**16230 Seattle St**
**Jersey Village, TX 77040**

Date(s) debt was incurred _

Last 4 digits of account number _

∎ Contingent
∎ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ∎ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.690** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Del Coronado Realty - Rental Department**
**477 E Ave**
**Coronado, CA 92118**

Date(s) debt was incurred _

Last 4 digits of account number _

∎ Contingent
∎ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ∎ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.691** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Del Mar Beach Club HOA**
**825 S. Sierra Ave.**
**Solana Beach, CA 92075**

Date(s) debt was incurred _

Last 4 digits of account number _

∎ Contingent
∎ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ∎ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.692** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Del Mar Building Group, LLC**
**6658 Las Conlinas #2056**
**Rancho Santa Fe, CA 92091**

Date(s) debt was incurred _

Last 4 digits of account number _

∎ Contingent
∎ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ∎ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.693** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Del Prado HOA**
**666 Upas St**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

∎ Contingent
∎ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ∎ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____          Case number (if known) _____
Name

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Del Sesto, Nicholas**
**4712 Barcelona Way**
**Oceanside, CA 92054**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Delgudice, Maya**
**3128 Grim Ave.**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Delta Chi Fraternity House**
**10320 SW 17th Place**
**Gainesville, FL 32601**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Delta Pipeline**
**1407 foothill blvd**
**la verne, CA 91750**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Demakas Plumbing & Heating, Inc**
**2370 Oakdale Ave**
**San Francisco, CA 94124**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Dena Cardenas**
**P.O. Box 6531**
**Anaheim, CA 92816**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Denise Berube**
**828 E Myrtle Ave**
**Glendora, CA 91741**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Nu Flow America, Inc.**
_____    Case number _(if known)_ _____
Name

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Denise Castillo**
**6243 Streamview Dr**
**San Diego, CA 92122**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Dennis Baker**
**2482 Melbourne Dr**
**San Diego, CA 92122**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Dennis Morales**
**212 Del Gado Rd**
**San Clemente, CA 92672**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Denny's House of Plumbing, Inc.**
**124 Paul Dr**
**#11**
**San Rafael, CA 94901**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Denver Water**
**Attn: Fred Sanchez**
**1600 W 12th Ave**
**Denver, CO 80202**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Derek & Lori Empey**
**4640 Los Alamos Way Unit A**
**OCeanside, CA 92054**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Derek Nastase**
**1315 Bush Street**
**Oceanside, CA 92058**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____   Case number *(if known)* _____
Name

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Derick Cirbus**
**18881 Von Karman Ave**
**Ste 400**
**Irvine, CA 92612**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Desert Oasis Property Solutions LLC**
**1213 High Altitude Ave**
**North Las Vegas, NV 89032**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Desert Oasis Property Solutions LLC**
**426 N 15th Street**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Design Build Associates**
**2472 Chambers Road, Suite 250**
**Tustin, CA 92780**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Design Mechanical Inc**
**312 CTC Blvd**
**Louisville, CO 80027**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Desmond Stevens**
**1451 Regatta Rd**
**Laguna Beach, CA 92651**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Desser**
**5412 Geyser Ave**
**Tarzana, CA 91356**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Destination San Diego Management**
**500 Hotel Circle North**
**San Diego, CA 92108**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DFAS Cleveland**
**PO Box 998022**
**Cleveland, OH 44101**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Dhira Metha**
**3111 Bel Air Drive**
**Unit # 6E**
**Las Vegas, NV 89101**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Diana Drake**
**5859 Thorn St.**
**San Diego, CA 92105**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Diana Drake**
**6236 Streamview Dr**
**San Diego, CA 92122**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Diana Roberts**
**3514 Siitio Baya**
**Carlsbad, CA 92008**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Diana Smerud**
**1694 Sheridan Ave.**
**Escondido, CA 92027**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Diane Mahony**
**4662 Barcelona Way**
**Oceanside, CA 92054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dianna Adair**
**3111 Bel Air Dr**
**Unit 26H**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dickson, Steve**
**30931 Greens East**
**Laguna Niguel, CA 92607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Diedi Construction, Inc.**
**12393 North Hwy 99**
**Lodi, CA 95240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DiGesare Mechanical, Inc.**
**3434 Carman Rd**
**Schenectady, NY 12305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dignity Health**
**3400 Data Drive**
**Rancho Cordova, CA 95670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dignity Health / Sequoia Hospital**
**3400 Data Drive**
**Rancho Cordova, CA 95670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**                           Case number *(if known)* _____
_____
Name

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dillon Hansen**
**8612 Fensmuir Street**
**San Diego, CA 92123**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dimaggio Maintenance & Construction**
**2603 Industry St**
**Oceanside, CA 92054**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dimaggio Maintenance & Construction**
**3310 Via De La Valle #E**
**Oceanside, CA 92054**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Disney Worldwide Services, Inc.**
**500 S. Buena Vista Street**
**Burbank, CA 91505**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Diversified Project Services Internation**
**5351 Olive Drive, Suite 100**
**Bakersfield, CA 93308**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DJM Capital Partners, Inc.**
**7777 Edinger Avenue #133**
**Huntington Beach, CA 92647**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DL Equipment Company**
**164 Robles Way**
**Vallejo, CA 94591**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.** _____     Case number *(if known)* _____
         Name

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DL Taylor Plumbing**
**1573 Cuyamaca St**
**El Cajon, CA 92020**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DL Taylor Plumbing Inc. - Sharp Mem. Med**
**1573 N. Cuyamaca St.**
**El Cajon, CA 92020**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Doan, Hau & Anh**
**12  Tunis**
**Laguna Niguel, CA 92607**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dole Food Company**
**1 Dole Dr.**
**Westlake Village, CA 91362**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dolores Calderon**
**1205 Pepper Dr**
**El Cajon, CA 92020**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dolores D Donovan**
**2586 Calle Del Oro**
**La Jolla, CA 92037**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dolores Donavan**
**2586 Calle Del Oro**
**La Jolla, CA 92037**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____   Case number (if known) _____
Name

| | |
|---|---|
| 3.743 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Dome Construction**
**393 East Grand Avenue**
**South San Francisco, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.744 | |

**Nonpriority creditor's name and mailing address**
**Dominic Gonzales**
**1569 Santa Anita Drive**
**Las Vegas, NV 89119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.745 | |

**Nonpriority creditor's name and mailing address**
**Dominic Pesce**
**4302 Mount Hukee Ave**
**San Diego, CA 92117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.746 | |

**Nonpriority creditor's name and mailing address**
**Dominique Geller**
**3111 Bel Air Drive**
**Unit 21G**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.747 | |

**Nonpriority creditor's name and mailing address**
**Don Anderson**
**39287 Pine Street**
**Yucaipa, CA 92399**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.748 | |

**Nonpriority creditor's name and mailing address**
**Don Dalphin**
**3280 Canyon View Dr**
**Oceanside, CA 92054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.749 | |

**Nonpriority creditor's name and mailing address**
**Don Danielson**
**3463 Thomas Drive**
**Palo Alto, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**

     Name

Case number (if known) _____

---

| 3.750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Don Eller**
**3111 Bel Air Dr**
**Unit 18G**
**Las Vegas, NV 89109**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Don Gaines**
**PO Box 1106**
**Rancho Santa Fe, CA 92067**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Don Kruger**
**431 deanza spur road**
**Borrego Springs, CA 92004**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Don Marrandino & Mrs. Kator**
**3111 Bel Air Dr Unit 7B**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Don Newmeyer**
**4933 Millwood Rd**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Don Peterson Contracting, Inc.**
**310 S. Twin Oaks Valley Rd. 107-349**
**San Marcos, CA 92069**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Don Toulouse**
**430 Cooper Street**
**Overton, NV 89040**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
       Name

Case number (if known) _____

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Donald Ahlbach**
**219 Clinton Park**
**San Francisco, CA 94124**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Donald M AHLBACH**
**219 Clinton Park**
**San Francisco, CA 94103**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Donald Olhausen Jr.**
**10014 Vista Parque**
**Lakeside, CA 92040**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Donald Raiser/ Jeanne Rogelo**
**1288 Sage Wood Dr.**
**Oceanside, CA 92054**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Donaldson, Virginia**
**18 Woodhaven Dr.**
**Laguna Niguel, CA 92607**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Donna Ollins**
**4267 Rochelle Lane**
**Las Vegas, NV 89121**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Donna Rutledge and Gary Rutledge**
**7556 Blue Lake Drive**
**San Diego, CA 92122**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**                                    Case number (if known) _____
_____
Name

| 3.764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Donna Turla**
**2333 Bay Hill Rd.**
**Chula Vista, CA 91915**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Dorothy Granville HOA**
**1748 Westwood Blvd**
**Los Angeles, CA 90024**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Dorthy Kane**
**4741 Majorca Way**
**Oceanside, CA 92054**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Dotty Giffen**
**1091 Darwin Place**
**San Diego, CA 92154**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Doug Burke**
**1702 Glasgow Ave.**
**Cardiff, CA 92007**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Doug Carlone**
**4190 Utah St.**
**San Diego, CA 92104**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Douglas Emmett LLC**
**808 Wilshire Blvd.**
**Suite 150**
**Santa Monica, CA 90401**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**                                    Case number *(if known)* _____
      Name

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Douglas Emmett Management LLC**
**1901 Avenue of the Stars**
**Suite 110**
**Los Angeles, CA 90067**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Douglas Emmett Management LLC**
**DE Payables**
**1801 Century Park West**
**Los Angeles, CA 90001**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Douglas Emmett Management, LLC**
**15301 Ventura Blvd.**
**B 360**
**Sherman Oaks, CA 91403**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Douglas McCarthy**
**10801 Piping Rock Lane**
**Houston, TX 72070**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Douglass, Stan**
**115 Costa Brava**
**Laguna Niguel, CA 92607**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dove Canyon Country Club**
**22682 Golf Club Dr**
**Trabuco Canyon, CA 92679**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dowling Construction, Inc.**
**10960 Wheatlands Ave. #105**
**Santee, CA 92071**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Downs, Sandra D. or Steven L.**
**3435 Winnetka Dr.**
**Bonita, CA 91902**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Downstream Services Inc.**
**2855 Progress Place**
**Escondido, CA 92025**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Downstream Services, Inc.**
**2855  Progress Place**
**Escondido, CA 92029**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Downtown Properties IX, LLC**
**818 West 7th St., Suite 410**
**Los Angeles, CA 90001**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dr. Khan**
**51 Blue Lagoon**
**Laguna Beach, CA 92652**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dreamscape Companies**
**888 Seventh Avenue, 27th Floor**
**New York, NY 10019**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Driver SPG**
**Attn: Brett Montgomery**
**1501 S. Harris Court**
**Anaheim, CA 92803**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**                                  Case number (if known) _____
_____
Name

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.785** | Nonpriority creditor's name and mailing address

**Duffy, Jane**
**57 Blue Lagoon**
**Laguna Beach, CA 92652**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.786** | Nonpriority creditor's name and mailing address

**Duke Rodriguez**
**3111 Bel Air Dr**
**Unit 23C**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.787** | Nonpriority creditor's name and mailing address

**Duncan, Herb**
**2614 Parana**
**Houston, TX 72070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.788** | Nonpriority creditor's name and mailing address

**Dunkirk**
**1775 Alhudson Dr**
**Escondido, CA 92029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.789** | Nonpriority creditor's name and mailing address

**Dunn, Ron**
**5052 Nighthawk Way**
**Oceanside, CA 92054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.790** | Nonpriority creditor's name and mailing address

**Dutch Properties LLC**
**24638 Via Vallarta**
**Yorba Linda, CA 92887**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.791** | Nonpriority creditor's name and mailing address

**Dwight Garland**
**12934 Marron Drive**
**Cypress, TX 77429**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
          Name

| | | |
|---|---|---|
| 3.792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.792**

**Nonpriority creditor's name and mailing address**

**Dyrseen Construction**
**34878 Monte Vista**
**Suite 113**
**Wildomar, CA 92595**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.793**

**Nonpriority creditor's name and mailing address**

**Dyrssen Construction**
**34878 Monte Vista Suite 113**
**Wildomar, CA 92595**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.794**

**Nonpriority creditor's name and mailing address**

**Eagles Aerie #2672**
**310 West Pacific Ave**
**Henderson, NV 89015**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.795**

**Nonpriority creditor's name and mailing address**

**Earl Alayon**
**1455 Elmwood Ct**
**Chula Vista, CA 91911**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.796**

**Nonpriority creditor's name and mailing address**

**East Coast Contracting, Inc.**
**4525 Technology Dr**
**Wilmington, NC 28401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.797**

**Nonpriority creditor's name and mailing address**

**East Nine Condominium Association**
**c/o Laguna Shores Manag. Co.**
**26131 Marguerite Pkwy., Suite D**
**Mission Viejo, Ca 92690**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.798**

**Nonpriority creditor's name and mailing address**

**Eatertainment Inc DBA Buon Appetito**
**1609 India St**
**San Diego, Ca 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**
_____        Case number (if known) _____
Name

| 3.799 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eben Halcyin**
**3192 Avondale Avenue**
**Las Vegas, NV 89121**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.800 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ed Mady**
**8901 Dorrington Ave.**
**West Hollywood, CA 90048**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.801 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eddie Condiotti**
**6210 E. Westview Dr**
**Orange, CA 92856**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.802 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eddie Cornejo**
**2589 Fairway Dr.**
**Costa Mesa, CA 92626**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.803 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eddie Simoes**
**1277 Calma Ct**
**Vista, CA 92083**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.804 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eddy & Karen Barth**
**336 Anise Street**
**Anaheim, CA 92803**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.805 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edith Burke**
**13055 Rolling Road**
**Baltimore, MD 21202**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**                                   Case number *(if known)* _____
_____
Name

| 3.806 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edna Swerdloff**
**3111 Bel Air Dr**
**Studio 210**
**Las Vegas, NV 89101**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eduardo Savigliano**
**4227 Bannock Ave**
**San Diego, CA 92122**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edward Borlenghi**
**2012 Broadway**
**Oceanside, CA 92054**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.809 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eileen Wiese**
**17452 Plaza Dolores**
**San Diego, CA 92122**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.810 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EJ Prescott**
**32 Prescott St**
**Gardiner, ME 04345**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.811 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**El Cortez Condominiums**
**702 Ash Street**
**San Diego, CA 92101**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.812 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**El Cortez Hotel & Casino**
**600 E Fremont St**
**Las Vegas, NV 89101**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Elaine Bearer**
**1127 East Del Mar Blvd Unit 232**
**Pasadena, CA 91106**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Eleanor Williams**
**9813 Bundella Drive**
**Las Vegas, NV 89134**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Eleven West Builders**
**2862 Executive Place**
**Escondido, CA 92025**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Elite Environmental Building Services**
**2233 E Wilson Ave**
**orange, CA 92867**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Elite Property Management, LLC**
**801 S Chevy Chase Drive**
**Glendale, CA 91201**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Elizabeth & Sheldon Rayman**
**3111 Bel Air Dr.**
**Unit 16C**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Elizabeth Bruce**
**4088 El Segundo Ave**
**Las Vegas, NV 89121**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**                                    Case number *(if known)* _____
          Name

---

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Elizabeth De Anda**
**6333 Yankee Meadow Circle**
**Las Vegas, NV 89130**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Elizabeth Gilpin**
**1959 Crest Dr**
**Encinitas, CA 92024**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ellen Herich**
**2910 Obrajero**
**San Clemente, CA 92673**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Elliot & Ronnie Lavinsky**
**PO Box 675606**
**Rancho Santa Fe, CA 92091**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Elliott Plaza 1BA**
**4600 Lamont St. Unit 4-224**
**San Diego, CA 92109**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Elmer Banci**
**9661 Pine Orchards Street**
**Pacoima, CA 91331**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Emaline Swank**
**3111 Bel Air Dr**
**Unit 16B**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Emerald M Investments**
**3111 Bel Air Dr - Unit 25C**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Emerald Park**
**2400 Main Street Suite 200**
**Irvine, CA 92602**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Emmerson Construction, Inc**
**5993 Avenida Encinas**
**Suite 101**
**Carlsbad, CA 92008**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Enclave at Lake Murray, LLC.**
**401 W. A St**
**Suite 2300**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Energy Corp. Institutional Group, LTD**
**c/o PM Realty Group, L.P.**
**10850 Richmond Ave., STE 150**
**Houston, TX 72070**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ensign Services**
**7160 Fay Ave**
**La Jolla, CA 92037**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Enterprise Products**
**9420 W. Sam Houston Pkwy N.**
**Houston, TX 72070**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Nu Flow America, Inc.**

     Name                                           Case number (if known)

---

| 3.834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Epic Association Management**
**8712 Spanish Ridge Ave**
**Las Vegas, NV 89148**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Equest Realty & Mortgage**
**1568 W. Via Ranchjo Parkway**
**Escondido, CA 92025**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Equity Office Management, LLC**
**19600 Fairchild Rd**
**Suite 360**
**Irvine, CA 92602**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Equity Office Properties**
**PO Box 681420**
**BU 24290**
**Charlotte, NC 28228**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Equity Residential**
**6100 Center Dr. Suite 750**
**Los Angeles, CA 90045**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Albert**
**47 Marisol**
**Newport Coast, CA 92657**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Banhazl**
**240 Crescent Glen Drive**
**Glendora, CA 91741**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____        Case number (if known)   _____
Name

| 3.841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eric Cartwright**
**200 Park Blvd South**
**Venice, FL 34285**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eric Huang**
**3111 Bel Air Drive**
**Unit # 5D**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eric Hupp**
**3600 Spencer Street**
**Las Vegas, NV 89169**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eric Meagher**
**7901 Base Camp Avenue**
**Las Vegas, NV 89178**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eric Young**
**25002 Shaver Lake Cr**
**Lake Forest, CA 92630**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erickson-Hall Construction Co**
**500 Corporate Dr.**
**Escondido, CA 92025**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erickson-Hall Contruction Co**
**15301 Youngwood Dr.**
**Whittier, CA 90605**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Erik Christiansen**
**1853 Desert Forrest Way**
**Henderson, NV 89012**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Erin Strater**
**3441 Siuox Way**
**Las Vegas, NV 89169**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Es Ivarsson**
**4146 Oregon St**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Eugene Burger Management Corporation**
**4576 N Rancho**
**Suite 100**
**Las Vegas, NV 89130**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Eugene Fisher**
**3111 Bel Air Drive**
**Unit 15C**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Eur-CapCon Engineering Ltd**
**Block H Unit 2**
**Maynooth Business Campus**
**Maynooth, Co. Kildare**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Eur-S.A. Leak Detection**
**13 Road Number 5 Brentwood Park Agricult**
**Benoni, Gauteng South Africa**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eva Haddad**
**925 Park Paseo**
**Las Vegas, NV 89104**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.856 | **Nonpriority creditor's name and mailing address** | | $0.00 |
|---|---|---|---|

**Eva Malik**
**3561 Lama Ave**
**Long Beach, Ca 90809**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.857 | **Nonpriority creditor's name and mailing address** | | $0.00 |
|---|---|---|---|

**Evan Ashley**
**2494 Larrabee Place**
**San Diego, CA 92123**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.858 | **Nonpriority creditor's name and mailing address** | | $0.00 |
|---|---|---|---|

**Evans and Sons**
**25812 Springbrook Avenue**
**Salinas, CA 93901**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.859 | **Nonpriority creditor's name and mailing address** | | $0.00 |
|---|---|---|---|

**Evans and Sons Inc.**
**25812 Springbrook Ave**
**Santa Clarita, CA 91383**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.860 | **Nonpriority creditor's name and mailing address** | | $0.00 |
|---|---|---|---|

**Evelyn Huaman**
**12060 Pastoral Road**
**San Diego, CA 92128**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.861 | **Nonpriority creditor's name and mailing address** | | $0.00 |
|---|---|---|---|

**Everett J. Prescott Inc.**
**32 Prescott Street**
**P.O. Box 600**
**Gardiner, ME 04345**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**                                   Case number *(if known)* _____
_____
Name

| 3.862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Evergreen Construction & Consulting, Inc**
**10635 Roselle St., Suite A**
**San Diego, CA 92121**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Evergreen Construction & Consulting, Inc**
**10635 Roselle St.**
**Suite A**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Everingham Bros. Bait Co**
**PO Box 2449**
**La Mesa, CA 91942**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Everview Properties**
**4893-4895 Coconino Way**
**San Diego, CA 92117**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ewan Martin**
**10217 Ashwood St**
**Lakeside, CA 92040**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Excel Construction**
**1950 Raymer Ave**
**Fullerton, CA 92833**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Excel Construction Services**
**1950 Raymer Ave**
**Fullerton, CA 92834**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
          Name

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Executive Towers Association**
**207 W. Clarendon Ave**
**Phoenix, AZ 85004**

☐ Date(s) debt was incurred __

☐ Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | $0.00 |

**Fabian Waldner**
**17235 Libertad Dr**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | $0.00 |

**Fabjola Lorja**
**5050 Colina Dr.**
**La Mesa, CA 91942**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | $0.00 |

**Facilities and Fleet Department**
**2310 N. First St. Suite 200**
**San Jose, CA 95120**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | $0.00 |

**Fairchild, David & Ursula**
**6126 Avenida Cresta**
**La Jolla, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | $0.00 |

**Fashion Island Hotel**
**690 Newport Center Dr.**
**Newport Beach, CA 92660**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | $0.00 |

**Fat Tuesday Forum Shops**
**375 E Warm Springs Rd**
**Suite 104**
**Las Vegas, NV 89119**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Nu Flow America, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FBISD Facilities/Operations**
**PO BOX 1004**
**Sugar Land, TX 77478**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FC Tower Property Partners LP c/o CBRE**
**PO BOX 2021**
**01-74335-3205800**
**Warren, MI 48090**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FCCMI**
**8290 Arville St.**
**Las Vegas, NV 89139**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FCCMI**
**PO Box 28759**
**Las Vegas, NV 89126-2759**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FCCMI**
**2310 Paseo Del Prado**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FCR  AC & Heating**
**3325 W AliBaba Lane**
**Las Vegas, NV 89118**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Federal Reserve Bank of Kansas City**
**1 Memorial Dr.**
**Kansas City, MO 64198**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**                                    Case number (if known) _____
                         Name

| 3.883 | **Nonpriority creditor's name and mailing address**<br>**FelCor Lodging Trust Inc.**<br>**125 E. John Carpenter Freeway Suite 1600**<br>**Atlanta, GA 30303** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.884  **Nonpriority creditor's name and mailing address**
**Felician Sisters Of North America**
**1492 Raylene Pl.**
**Pomona, Ca 91769**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.885  **Nonpriority creditor's name and mailing address**
**Fenderson, Mike**
**34 Blue Lagoon**
**Laguna Beach, CA 92652**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.886  **Nonpriority creditor's name and mailing address**
**fields, lisa**
**10 chickadee lane**
**aliso viejo, ca 92656**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.887  **Nonpriority creditor's name and mailing address**
**Fillipi's Pizza Grotto**
**10330 Friars Rd**
**San Diego, CA 92122**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.888  **Nonpriority creditor's name and mailing address**
**Fine, Jerry**
**14372 Mulholland Drive**
**Los Angeles, CA 90001**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.889  **Nonpriority creditor's name and mailing address**
**Firebird Manor Apartments**
**444 Firebird Lane**
**San Marcos, CA 92069**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
          Name

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**First Industrial Realty Trust**
**2780 Cmmerce Dr, Ste 100**
**Middletown, PA 17057**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**First Mark Contracting Inc**
**5234 Cushman Pl.**
**Suite 100**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**First Service Residential**
**5651 Palmer Way, Ste. A**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**First Service Residential - Arville**
**8290 Arville Street**
**Las Vegas, NV 89139**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fisher, Bill**
**23971 Quail Way**
**Lake Forest, CA 92630**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fisk Shogren**
**10751 Frank Daniels Way**
**San Diego, CA 92131**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fiske, John C.**
**3111 Bel Aire Drive**
**16-G**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Nu Flow America, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.897** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Flagged Cayman Islands**
**Yacht Project Management**
**1323 SE 17th Street, #272**
**Fort Lauderdale, FL 33311**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.898** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Flair Oceanside HOA**
**973 Vale Terrace Dr Suite 202**
**Vista, CA 92083**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.899** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Flamingo Las Vegas Operating Company, LL**
**3555 Las Vegas Blvd. South**
**Las Vegas, NV 89101**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.900** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**FlowNetworx**
**540 S High Street**
**PO Box 30**
**Selinsgrove, PA 17870**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.901** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Focus Plumbing**
**1220 Commerce Street #120**
**Las Vegas, NV 89102**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.902** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Fogel Marge (2007 File - Record purposes**
**5053 Aegina Way**
**Oceanside, CA 92054**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.903** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Forstenberg**
**3111 Bel Air Drive**
**Unit 10 G**
**Las Vegas, NV 89101**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**

Name

Case number (if known) _____

---

| 3.904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Founder s Club**
3430 E Tropicana Ave
#22
Las Vegas, NV 89121

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Four Fours Association**
1525 E. 17th Street, Suite A
Santa Ana, CA 92705

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fran Tran**
1597 Santa Anita Drive
Las Vegas, NV 89119

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.907 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Frances Fardy**
3747-5 Vista Campana South
Oceanside, CA 92054

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.908 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Francisco Ramos**
1127 East Del Mar Blvd Unit 134
Pasadena, CA 91106

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Frank Ledesma**
12622 Pedriza Rd
Poway, CA 92064

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Frank Perez**
16741 Cresta Dr.
San Diego, CA 92122

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.**

Name

Case number (if known)

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Frank Renteria**
**841 Ida Ave**
**Solana Beach, CA 92075**

Date(s) debt was incurred _

Last 4 digits of account number

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Frank Schmuttermair**
**1560 Garnet Ave**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Frazier, Kyland & Doug**
**31325 East Nine Dr.**
**Laguna Niguel, CA 92607**

Date(s) debt was incurred _

Last 4 digits of account number

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fred Brown**
**11002 Green Arbor Drive**
**Houston, TX 72070**

Date(s) debt was incurred _

Last 4 digits of account number

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fred Carrilo**
**8881 Bowling Green Dr**
**La Mesa, CA 91942**

Date(s) debt was incurred _

Last 4 digits of account number

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fred Daugherty**
**3534 Garrison St**
**SAn Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fred Defalco**
**47 Strand**
**Dana Point, CA 92629**

Date(s) debt was incurred _

Last 4 digits of account number

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**                                      Case number (if known) _____
          Name

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Freeman, Gaylen**
**4566 Cape Cod Circle**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Fresenius Medical Care - Amarillo**
**5920 W Amarillo Blvd**
**Amarillo, TX 79120**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Friedman, Donna**
**1 Hawk Hill**
**Mission Viejo, CA 92690**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Friel Allen**
**1160 8th St**
**Imperial Beach, CA 91932**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Fritzi Sauter**
**6572 Lake Ashmere Ct**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Front Porch Communities**
**800 N Brand Blvd**
**Glendale, CA 91203-1200**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**G&L Realty**
**14642 Newport Ave**
**Tustin, CA 92781**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**G.O. Langlois**
**77-849 Wildcat Drive**
**Palm Desert, CA 92260**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gabbard, Denise**
**31701 Mar Vista Ave.**
**Laguna Beach, CA 92652**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.927 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gabriel Kirchberger**
**119 McDill Rd**
**Mt Pleasant, Ontario**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.928 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gabrielle Oratz**
**PO Box 318**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gaetani Real Estate**
**5 Third Street, Ste. 920**
**San Francisco, CA 94103**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gaetani Real Estate**
**4444 Geary Blvd**
**#100**
**San Francisco, CA 94124**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gaffney, Dick and Carol**
**4964 Pine St.**
**La Mesa, CA 91942**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
　　　　　　Name

| | | |
|---|---|---|
| 3.932 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gail Ennis**
**636 Stillwater Rd**
**Gibson Island, MD 21056**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gail Kalani**
**1200 'A' Natoma Way**
**Oceanside, CA 92054**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.934 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gaines Investment Trust**
**7590 Fay Ave., Suite 100**
**La Jolla, CA 92037**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.935 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Galardi Enterprises**
**2121 So. Highland**
**Las Vegas, NV 89101**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.936 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gary & Carolyn Walsh**
**5263 Skylark Court**
**Cape Coral, FL 33990**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.937 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gary Albert**
**73 half moon bend**
**San Diego, CA 92118**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.938 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gary Duckworth**
**2921 & 2923 Laurel St**
**San Diego, CA 92122**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._  $0.00 |

**Gary Naparstek**
**794 Oakmont Ave.**
**Las Vegas, NV 89109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._   $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.940 | **Nonpriority creditor's name and mailing address** | |

**Gary Naparstek**
**794 Oakmont Ave #107**
**Las Vegas, NV 89109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._   $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.941 | **Nonpriority creditor's name and mailing address** | |

**Gary Pirko**
**30881 Greens East Drive**
**Laguna Niguel, ca 92607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._   $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.942 | **Nonpriority creditor's name and mailing address** | |

**Gates Hudson & Associates Inc.**
**3020 Hamaker Court, Suite 301**
**Fairfax, VA 22030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._   $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.943 | **Nonpriority creditor's name and mailing address** | |

**Gateway Houston Partners, LLC**
**c/o PM Realty Group, LP**
**15333 JFK Blvd., Suite 220**
**Houston, TX 72070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._   $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.944 | **Nonpriority creditor's name and mailing address** | |

**Gaurantee Electrical Construction Compan**
**3400 East 2nd St.**
**Benicia, CA 94510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._   $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.945 | **Nonpriority creditor's name and mailing address** | |

**GDB, FLP**
**3111 Bel Air Dr**
**Unit 18C**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._   $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.946 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gemini Condominiums**
**336 Golfview Road**
**North Palm Beach, FL 33408**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:   **Warranty**

Is the claim subject to offset?   ☑ No   ☐ Yes

---

| 3.947 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gendloff Project**
**1075 Hermes Ave**
**Encinitas, CA 92024**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:   **Warranty**

Is the claim subject to offset?   ☑ No   ☐ Yes

---

| 3.948 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gene Williams**
**1016 San Julian Dr**
**San Marcos, CA 92069**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:   **Warranty**

Is the claim subject to offset?   ☑ No   ☐ Yes

---

| 3.949 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**General Atomics**
**3550 General Atomics Court**
**San Diego, CA 92122**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:   **Warranty**

Is the claim subject to offset?   ☑ No   ☐ Yes

---

| 3.950 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**General Real Estate Management**
**2452 Wilshire Blvd**
**Santa Monica, CA 90403**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:   **Warranty**

Is the claim subject to offset?   ☑ No   ☐ Yes

---

| 3.951 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**General Services Department**
**111 East First St,(Room 601  Mail Stop 7**
**Los Angeles, CA 90012**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:   **Warranty**

Is the claim subject to offset?   ☑ No   ☐ Yes

---

| 3.952 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Genopis**
**10390 Pacific Center Dr.**
**San Diego, CA 92121**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:   **Warranty**

Is the claim subject to offset?   ☑ No   ☐ Yes

---

Debtor  **Nu Flow America, Inc.**                                    Case number *(if known)* _____
Name

---

| 3.953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Genovese, Sandi**
**31192 Brooks Street**
**Laguna Beach, CA 92652**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Geoff Frederick**
**4545 Arizona St**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**George & Priscilla Messenger**
**3111 Bel Air Dr**
**Unit 7F**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**George and Carmen Walter**
**24550 Avenida de Marcia**
**Yorba Linda, CA 92885**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**George Chi**
**890 W 15th St**
**Newport Beach, CA 92663**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**George Francis**
**1916 Goodwin Dr.**
**Vista, CA 92083**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**George Graham**
**3807 Forest Crest Drive**
**Las Vegas, NV 89121**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**                                    Case number (if known) _____
_____
Name

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**George Vernaci**
**145 N. 10th ave**
**Upland, CA 91785**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**George Zater**
**16122 Craig Lane**
**Huntington Beach, CA 92647**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Georgie Albert**
**28192 Clover Brook**
**Mission Viejo, CA 92690**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Georgie Stanfield**
**205 Fir Street**
**Henderson, NV 89015**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gerald Osterberg**
**6206 Fairlawn Drive**
**Orlando, FL 32805**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Geraldine Steiner**
**2107 36th Ave E**
**Palmetto, FL 34221**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gerda Malamud**
**3111 Bel Air Dr**
**Unit 20A**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.967 | **Nonpriority creditor's name and mailing address** |

**Gerry McHenry**
**201 Vanderpool Lane #86**
**Houston, TX 72070**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.968 | **Nonpriority creditor's name and mailing address** |

**Gerry, Chris Stowell**
**11 Chatham Court**
**Newport Beach, CA 92658**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.969 | **Nonpriority creditor's name and mailing address** |

**Ghassan Shreim**
**24205 Robledo Circle**
**Mission Viejo, CA 92690**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.970 | **Nonpriority creditor's name and mailing address** |

**GHP Environmental + Architecture**
**217 5th Avenue North**
**Nashville, TN 37219**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.971 | **Nonpriority creditor's name and mailing address** |

**GHST**
**1045 North Harper Ave**
**Los Angeles, CA 90046**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.972 | **Nonpriority creditor's name and mailing address** |

**Giacona, Catherine**
**78 Blue Lagoon**
**Laguna Beach, CA 92652**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.973 | **Nonpriority creditor's name and mailing address** |

**Giedre Astrauskas**
**1725 Kassabian**
**Las Vegas, NV 89104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gil Uderitz**
**2807 Via Tapacio**
**Carlsbad, CA 92008**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gilbert Engineering**
**3111 Bel Air Dr**
**Unit 6H**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gilko Contracting and Estimating**
**2101 Alpine Blvd.**
**Suite C**
**Alpine, CA 91901**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gillings, Victor**
**2325 Loring St**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gina Barrett**
**10707 New Street**
**Downey, CA 90241**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gina Barrett**
**10707 New Street**
**Torrance, CA 90505**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ginny Rawsthorne**
**3719 Colonial Drive**
**Las Vegas, NV 89121**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nu Flow America, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.981** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**GJ Gentry Engineering**
**1297 W 9th St**
**Upland, CA 91786**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.982** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**GK Management Co., Inc.**
**5150 Overland Avenue**
**Culver City, CA 90230**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.983** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Gladys Lohner Smith**
**6622 Everhill Circle**
**Katy, TX 77450**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.984** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Glen C. Etelson**
**Shulman, Rogers, Gandal, Pordy,& EckerPA**
**12505 Park Potomac Ave**
**6th Floor**
**Potomac, MD 20854**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.985** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Glen Rasmussen**
**38000 S Palm Canyon Drive**
**Palm Springs, CA 92264**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.986** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Glenborough West Ash, LLC c/o Equity Off**
**PO Box 2090**
**BU 23550**
**Warren, MI 48090**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.987** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Glenn Rodriguez**
**822 Chenery St**
**San Francisco, CA 94131**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**                                   Case number *(if known)* _____
          Name

| | | |
|---|---|---|

**3.988** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**GLOBAL FACILITY SOLUTIONS, LLC.**
**7134 COLUMBIA GATEWAY DR.**
**SUITE 120**
**COLUMBIA, MD 21046**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.989** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Gloria Von Zehner**
**3111 Bel Air Drive**
**Unit 27E**
**Las Vegas, NV 89101**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.990** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Glover, Chris**
**7828 East Briarwood**
**Orange, CA 92856**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.991** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Goettl Air Conditioning and Plumbing Las**
**6521 W Post Road**
**Suite 1**
**Las Vegas, NV 89118**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.992** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Goldberg, Frank**
**6194 La Fremontia**
**Rancho Santa Fe, CA 92091**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.993** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Golden Living Retirement Home**
**2618 San Miguel Drive, Suite 420**
**Newport Beach, CA 92660**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.994** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Golden Steer Steakhouse**
**308 W Sahara Ave**
**Las Vegas, NV 89102**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Golden West Hotel**
**720 4th Ave**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Goldrich Kest**
**5150 Overland Ave**
**Culver City, CA 90230**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Goldrich Kest**
**5150 Overland Ave**
**Culver City, CA 90230**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.998 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Good Steward Management**
**302 W Market St**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.999 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Goodwill Industries**
**4108 S. 31st St**
**Temple, TX 73568**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.1000 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gordon Carter**
**3298 Westwood Drive**
**Carlsbad, CA 92008**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.1001 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gordon Contractors, Inc**
**9010 Edgeworth Dr**
**Capitol Heights, MD 20743**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.100 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gossard, Jeff**
**4950 Verona Street**
**Oceanside, CA 92054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.100 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Government Employees Insurance**
**Company-C**
**4608 Willard Avenue**
**Chevy Chase, MD 20815**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.100 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**GPS Plumbing**
**8400 N. Magnolia Ave**
**Suite F**
**Santee, CA 92071**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.100 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Graco Mechanical**
**5910 Schumacher Lane**
**Houston, TX 72070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.100 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Graco Mechanical**
**5902 Schumacher Lane**
**Houston, TX 72070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.100 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Graham Nichols**
**7623 Albert Tillinghast Drive**
**Sarasota, FL 34230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**
_____
Name                                                    Case number (if known) _____

| 3.100 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Grand Bay Residences**
**445 Grand Bay Drive**
**Key Biscayne, FL 33149**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Grant, Barrie and Vaughan**
**31624 Wrightwood Rd**
**Bonsall, CA 92003**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Green**
**7829 Lake Adlon Dr**
**San Diego, CA 92119**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Green Valley Ranch**
**2300 Paseo Verde Parkway**
**Las Vegas, NV 89052**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Green Valley Ranch Station Casino**
**2300 Paseo Verde Parkway**
**Henderson, NV 89015**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Greenberg, Charles**
**23137 Audrey Ave**
**Torrance, CA 90503**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Nu Flow America, Inc.**                                    Case number (if known) _____
_____
Name

| 3.101 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Greg Canard**
**1460 Belmont Park Rd**
**Oceanside, CA 92054**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Greg Gee**
**5348 Camino Playa Norte**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Greg Grimmett**
**3295 East Fox Run Way**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Greg Wommeester**
**125 S Juanita**
**#B**
**Redondo Beach, CA 90277**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Gregory "Dean" Heard**
**1211 Ludlam Ct.**
**Marco Island, FL 34145**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Gregory & Nicole Prather**
**1223 Koleeta Dr**
**Harbor City, CA 90710**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 3.102 0 | | |

**Nonpriority creditor's name and mailing address**

**Gregson**
**1123 Emerald St**
**San Diego, CA 92109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.102 1 |
|---|

**Nonpriority creditor's name and mailing address**

**GRG Management**
**3150 Pio Pico Drive #201**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.102 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Grimaldi Forum**
**10 Avenue Princesse Grace**
**Monaco**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.102 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Grossmont Village HOA**
**10769 Woodside Ave. Suite#210**
**Santee, CA 92071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.102 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Grove Condo HOA**
**5142 Avenida Encinas**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.102 5 |
|---|

**Nonpriority creditor's name and mailing address**

**Grove Condo HOA c/o Property Advantage**
**5142 Avenida Encinas**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Nu Flow America, Inc.**
_____
Name                                                    Case number (if known) _____

| 3.102<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Grushkin, Josh & Sarice**
**24 Bower Tree**
**Irvine, CA 92602**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Guarantee Electrical Construction Compan**
**3405 Bent Ave**
**St. Louis, MO 63155**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Guardian Association Management**
**2604B El Camino Real #378**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Gulfland Engineering**
**4007 Harwick Drive**
**Houston, TX 72070**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Gulfport Shores Condominium Assoc.**
**2900 45th Street South**
**Unit# 1**
**Gulfport, FL 33711**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Gupta, Abhilekh**
**768 Warrendale**
**Simi Valley, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Nu Flow America, Inc.**
Name                                                    Case number (if known) _____

---

**3.103 2**

**Nonpriority creditor's name and mailing address**

**Guy Granfors**
**105 N. Westwind Drive**
**El Cajon, CA 92020**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.103 3**

**Nonpriority creditor's name and mailing address**

**Gwen Collins**
**4585 East Baltimore Ave**
**Las Vegas, NV 89104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.103 4**

**Nonpriority creditor's name and mailing address**

**Gwynneth Weiss**
**3111 Bel Air Dr**
**Unit 28A**
**Las Vegas, NV 89109**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.103 5**

**Nonpriority creditor's name and mailing address**

**H & S Construction Inc**
**605 Forest Street**
**Reno, NV 89509**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.103 6**

**Nonpriority creditor's name and mailing address**

**Hal Overton - Reliable  Realty**
**1431 Hoover Ave.**
**National City, CA 91950**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.103 7**

**Nonpriority creditor's name and mailing address**

**Halabia Inspection**
**2353 Congressional Dr**
**El CAjon, CA 92019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor   **Nu Flow America, Inc.**                                    Case number (if known) _____
_____
Name

---

| 3.103 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Haley and Aldrich Construction Services**
**5333 Mission Center Road Suite 300**
**San Diego, CA 92108**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Hall, Louis**
**3621 Vista Campana South #17**
**Oceanside, CA 92054**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Halvorson, Dan**
**2938 Avenida Pimentera**
**Carlsbad, CA 92008**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Hamilton Pacific Inc.**
**7062 Convoy Court**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Hamman, Raymond**
**3111 Bel Air Drive**
**Unit 12 G**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Hancock, Dale & Wendy**
**1849 Bulkskin Glen**
**Escondido, CA 92025**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____   Case number (if known)  _____
Name

---

| 3.104 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hank May**
**2100 Ednor Rd**
**Silver Spring, MD 20904**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.104 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hanna Maria**
**720 Gateway Center Dr**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.104 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hano, Arnold & Bonnie**
**1476 Santa Cruz St.**
**Laguna Beach, CA 92652**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.104 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hany Nashed**
**3560 Lama Ave**
**Long Beach, CA 90809**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.104 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hap Bledsoe**
**3111 Bel Air Dr**
**Unit 22A**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.104 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Harbor Walk Owners Association**
**3165 Harbor Blvd**
**Channel Islands Marina**
**Oxnard, CA 93035**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor **Nu Flow America, Inc.**
Name

Case number (if known) _____

---

| 3.105 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Harborside West Owner's Association**
**3420 Gulf Shore Blvd N**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Harbro**
**455 54th St Suite 101**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Harrah s Harveys Lake Tahoe**
**Highway 50 at Stateline Avenue**
**Lake Tahoe, NV 89449**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Harrah s Las Vegas Hotel and Casino**
**One Caesars Palace Drive**
**Las Vegas, NV 89109**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Harrah s Laughlin Hotel and Casino**
**One Caesars Palace Drive**
**Las Vegas, NV 89109**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Harrah's Harveys Lake Tahoe**
**Highway 50 at Stateline Ave**
**Lake Tahoe, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
Name

Case number (if known) _____

---

**3.105 6**

**Nonpriority creditor's name and mailing address**

**Harris Company**
**5701 West Sunset Rd**
**Las Vegas, NV 89118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.105 7**

**Nonpriority creditor's name and mailing address**

**Harry Buvikian**
**22514 Ridgeline Road**
**Diamond Bar, CA 91765**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.105 8**

**Nonpriority creditor's name and mailing address**

**Harry Railton**
**3111 Bel Air Drive**
**Unit 25A**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.105 9**

**Nonpriority creditor's name and mailing address**

**Harsch Investment Properties**
**4044 Schiff Dr.**
**Las Vegas, NV 89103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 0**

**Nonpriority creditor's name and mailing address**

**Hart, Dawn**
**17003 Crampton**
**Spring, TX 77373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 1**

**Nonpriority creditor's name and mailing address**

**Harvey, Wesley**
**270 Benevente Dr**
**Oceanside, CA 92054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.106 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Hassakis, Linda**
**2440 Monette Dr.**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Hassan Alwakeel**
**411 South Second Street**
**El Cajon, CA 92019**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Hazel Carr**
**3570 Pershing Ave.**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**HCI Sprinkler, Inc.**
**1354 S. Parkside Place**
**Ontario, CA 91761**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**HCI Systems, Inc.**
**1354 S. Parkside Place**
**Ontario, CA 91761**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**HDR Engineering**
**100 Pringle Ave.**
**Suite 400**
**walnut creek, CA 94596**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____    Case number _(if known)_    _____
Name

| 3.106 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Healthcare Realty Services, Inc**
**3310 West End Ave**
**Suite 700**
**Nashville, TN 37219**

As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.106 9 |
|---|

**Nonpriority creditor's name and mailing address**

**Heather Harmon**
**3446 Spencer Street**
**Las Vegas, NV 89169**

As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.107 0 |
|---|

**Nonpriority creditor's name and mailing address**

**Heather Thompson**
**980 4th Ave**
**Prince George, British Columbia**

As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.107 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Hecker Real Estate**
**4955 S Durango Drive #155**
**Las Vegas, NV 89113**

As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.107 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Hector Gonzales**
**3408 Hickey Avenue**
**North Las Vegas, NV 89030**

As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.107 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Heffernan Memorial Medical District**
**601 Heber Ave**
**Calexico, CA 92231**

As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.107 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Heidi Van Zant**
**6364 Caminito Del Pastel**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.107 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Helen Dreshner**
**5122 Windsor Dr**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.107 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Helen Fauchon**
**2323 Cartegena Way**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.107 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Helen Fitzgerald**
**3831 Atlantis Street**
**Las Vegas, NV 89121**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.107 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Helm Management**
**4668 Nebo Drive**
**La Mesa, CA 91942**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.107 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Helm Management Co.**
**540 Oakdale Lane**
**El Cajon, CA 92020**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**
Name

Case number (if known)

| 3.108 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Henrick Costruction**
**2220 Marion Ln**
**Escondido, CA 92025**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Henry Grathwohl**
**3062 El Camino Ave**
**Las Vegas, NV 89102**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hesperia Jr. High**
**10275 Cypress Ave**
**Hesperia, CA 92345**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hidden Valley Medical Center**
**255 N. Elm Street**
**Escondido, CA 92025**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Highland PM LLC**
**1750 6th Ave.**
**San Diego, CA 92101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Highland PM, LLC**
**1750 Sixth Ave**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**    Case number (if known) _____
_____
Name

---

| 3.108 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hilger Construction**
**10905 25th Ave East**
**Tacoma, WA 98402**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hill Construction**
**295 Seven Farms Dr**
**Suite 301**
**Charleston, SC 29403**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hill, Jack**
**4264 Skyline Road**
**Carlsbad, CA 92008**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hilliard, Bill**
**17035 Edina Ct.**
**Poway, CA 92064**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hilton Grand Vacations Inc - Elara**
**6355 Metrowest Blvd**
**Orlando, FL 32885**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hilton Houston Southwest**
**6780 Southwest Freeway**
**Houston, TX 72070**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
          Name

| 3.109 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**HMI, Inc.**
**942 Calle Amanecer, Suite A**
**San Clemente, CA 92674**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Hoag Hospital**
**1 Hoag Drive**
**Newport Beach, CA 92658**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Hoag Hospital**
**1 Hoag Drive**
**Newport Beach, CA 92658**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Hoag Hospital**
**500 Superior Ave #200**
**Newport Beach, CA 92658**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Hoerr Construction, Inc.**
**P.O Box 65**
**Goodfield, IL 61742**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Hoff**
**2747 Paradise Rd Unit 2601**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____
      Name

Case number (if known) _____

---

| 3.109 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hofman, Debbie**
**14 Renata**
**Newport Coast, CA 92657**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.109 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Holly Villa Condominiums**
**c/o Creative Management Co.**
**8323 Southwest Freeway, Suite 330**
**Houston, TX 72070**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.110 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Holly Villa Condominiums**
**7925 Rampart Street**
**Houston, TX 72070**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.110 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Holt Construction**
**16770 Imperial Valley Drive**
**Suite 120**
**Houston, TX 72070**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.110 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Home for Silver Spring LLC**
**1316 Fenwick Lane**
**Silver Spring, MD 20910**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.110 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Homes for Silver Spring, LLC**
**2230 N. Fairfax Drive**
**Arlington, VA 22201**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**                                  Case number *(if known)* _____
_____
Name

---

| 3.110 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Homeward Suites Carlsbad Hilton**
**2223 Palomar Airport Rd**
**Carlsbad, CA 92011**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Homewood Suites Hilton Carlsbad**
**2223 Palomar Airport Rd.**
**Carlsbad, CA 92011**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Horace Heidt Estates**
**14155 Magnolia Blvd**
**Sherman Oaks, CA 91403**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Horizon Management Company**
**21515 Hawthorne Blvd**
**Suite #700**
**Torrance, CA 90503**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Horizon Resources Inc.**
**2260 Rutherford Road Suite 111**
**Carlsbad, CA 92008**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Hotel Mission De Oro**
**13070 CA-33**
**Santa Nella, CA 95322**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**                              Case number (if known) _____
_____
Name

| 3.111 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Houston Waugh, L.P.**
**c/o PM Realty Group, L.P.**
**100 Waugh Drive, Suite 150**
**Houston, TX 72070**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Howard Hughes Medical Institution**
**4000 Jones Bridge RD.**
**Chevy Chase, MD 20815**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**HTS Texas**
**3350 Yale Street**
**Houston, TX 72070**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Hudson Pacific Properties**
**5800 Sunset Blvd.**
**Bldg 11, Suite 201**
**Hollywood, CA 90028**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Hughes, Victoria**
**22251 Parkwood St.**
**Lake Forest, CA 92630**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Hunt Construction Group, Inc.**
**7720 North 16th Street, Suite 100**
**Phoenix, AZ 85020**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Nu Flow America, Inc.**

Name

Case number (if known) _____

---

| 3.111 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hunter Coulston**
**1127 East Del Mar Blvd Unit 218**
**Pasadena, CA 91106**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.111 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Huntington Harbor Bay Club**
**4165 + 4167 Warner Ave**
**Huntington Beach, CA 92649**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.111 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hyatt Regency Houston**
**1200 Louisiana Street**
**Houston, TX 72070**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.111 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hydra-Stop**
**144 Tower Drive**
**Burr Ridge, IL 60527**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.112 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hydrology Group Inc.**
**217 N. Main Street #115**
**Santa Ana, CA 92701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.112 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hydrostructures, P.A.**
**126 Commerce Court**
**Pittsboro, NC 27312**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Nu Flow America, Inc.**
_____
Name

Case number (if known)  _____

---

| 3.112 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hyundai Rio Vista INC**
**8880 Rio San Diego Drive**
**San Diego, CA 92108**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.        $0.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hyundai Rio Vista Inc.**
**8880 Rio San Diego Drive**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.        $0.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ian Gilson**
**4942 Amador Drive**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.        $0.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ICON Builders**
**15160 N. Hayden Rd**
**2nd Floor**
**Scottsdale, AZ 85258**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.        $0.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ICON Builders**
**2461 Santa Monica Blvd. Ste. 150**
**Santa Monica, CA 90401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.        $0.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ida Brown**
**3111 Bel Aire Drive Unit #17**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.        $0.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.112 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Igor Kot**
**4236 Longridge Ave**
**Studio City, CA 91604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.112 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Iliyan Ganev**
**5196 Latigo Street**
**Las Vegas, NV 89119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.113 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**IMEG**
**1201 W. La Veta avenue**
**Orange, CA 92868**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.113 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Immaculate Heart of Mary Church**
**411 6th St**
**Ramona, CA 92065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.113 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Imperial Towers**
**2350 6th ave**
**san diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.113 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Imperial Towers Apartments**
**2350 6th Ave**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor  **Nu Flow America, Inc.**
　　　　　Name

Case number (if known) _____

---

| 3.113 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Incline Property Management**
**848 Tanager Street**
**Unit M**
**Incline Village, NV 89451**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**INLE LLC**
**2654 W Horizon Ridge Pkwy#B5165**
**Henderson, NV 89052**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Innovative Tenant Improvements**
**9195 Chesapeake Drive**
**San Diego, CA 92122**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Innovative Tenant Improvements Inc.**
**9195 Chesapeake Dr**
**San Diego, CA 92122**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Inova Alexandria Hospital**
**4320 Seminary Systems**
**Alexandria, VA 22314**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Inova Health Care Services**
**Facilities Management Department**
**3300 Gallows Road**
**Falls Church, VA 22046**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.114 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Inova Loudoun Hospital**
**44045 Riverside Pkwy**
**Leesburg, VA 20175**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** ___Warranty___

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Integrated Water Systems LLC**
**600 Queen Street**
**Suite 2805**
**Honolulu, HI 96813**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** ___Warranty___

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Investors Property Management Group Inc.**
**2181 El Camino Real, #206**
**Oceanside, CA 92054**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** ___Warranty___

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Irma Gigli**
**6219 Waverly Ave**
**La Jolla, CA 92037**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** ___Warranty___

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**IRS non-IT (OTPA)**
**ARC/ASD/APB, AVERY 3G**
**PO BOX 1328**
**PAKERSBURG, WV 26101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** ___Warranty___

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Irvin Shaprio**
**3111 Bel Air Drive Unit 26G**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** ___Warranty___

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____     Case number (if known) _____
Name

| | |
|---|---|

**3.114 6**

**Nonpriority creditor's name and mailing address**

**Irvine Company**
**P.O. Box 2460**
**Newport Beach, CA 92658**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.114 7**

**Nonpriority creditor's name and mailing address**

**Irvine Company**
**550 Newport Center Dr**
**Newport Beach, CA 92658**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

**Irvine Company - San Diego**
**4660 La Jolla Village Dr.**
**La Jolla, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

**Irvine Company LLC**
**4660 La Jolla Village Dr.**
**La Jolla, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

**Irvine Company LLC**
**450  Newport Center Dr., Ste. 100**
**Newport Beach, CA 92658**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

**Irwin A. Molasky Revocable Trust**
**3111 Bel Air Drive**
**Unit 4C**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **Nu Flow America, Inc.**
_____     Case number (if known) _____
Name

| 3.115 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Irwin Suzanne**
**8550 Sugarman Drive**
**La Jolla, CA 92037**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Isabel Marcus**
**552 Crestwood Dr.**
**Oceanside, CA 92054**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**ISBI Crescent Drive**
**601 S. Figueroa Street**
**Los Angeles, CA 90001**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Isida Delillo**
**13144 Janetta Place**
**San Diego, CA 92130**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Issy Sanchez for Jon & Kelly Pembroke**
**1504 San Mateo St**
**Oceanside, CA 92054**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Ivan Thomas**
**345 N Brook Glen Lane**
**Orange, CA 92869**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.** _____    Case number _(if known)_ _____

Name

| 3.115 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Ivo Banovac**
**1300 Elizabeth Ave**
**Las Vegas, NV 89119**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Iwamoto, Taka**
**25862 Eucalyptus**
**Laguna Hills, Ca 92654**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**J & J Worldwide Services, Inc**
**7710 Rialto Blvd, suite 200**
**Austin, TX 78735**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**J Parker & Judith Bailey**
**3111 Bel Air Dr**
**Unit 11-H**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**J Paul Getty Trust**
**1200 Getty Center Dr Suite 404**
**Los Angeles, CA 90001**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**J&J Plumbing**
**3775 W Teco Ave**
**Suite 6**
**Las Vegas, NV 89118**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____   Case number (if known) _____
  Name

---

| 3.116 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**J. Walsh Construction, Inc.**
**5663 Balboa Ave**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Jack Monahan**
**677 Wendt Terrace**
**Laguna Beach, CA 92651**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Jacor Construction**
**400 N Johnson**
**El Cajon, Ca 92020**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Jacqueline Linsin**
**3667 Vista De La Bahia**
**San Diego, CA 92117**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Jake Brandise**
**366 Bradford Dr**
**Henderson, NV 89074**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Jamba Juice**
**6475 Christie Avenue**
**Emeryville, CA 94608**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

---

| 3.117 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jamboree Housing**
**17701 Cowan**
**Irvine, CA 91714**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**James & Agnes Rutushni**
**4781 Ringwood Meadow**
**Sarasota, FL 34230**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**James & Christine Daily**
**34 Old Course Dr.**
**Newport Beach, CA 92660**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**James & Mary Johnson**
**3111 Bel Air Dr**
**Unit 11A**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**James and Joan Hicks**
**10891 Linnell Ave**
**Garden Grove, CA 92842**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**James Call**
**3111Bel Aire Drive Unit#19G**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
Name                                                                    Case number *(if known)*

---

**3.117 6**

**Nonpriority creditor's name and mailing address**

**James Caylor**
**14714-C Perchshire**
**Houston, TX 72070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
□ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  □ Yes

$0.00

---

**3.117 7**

**Nonpriority creditor's name and mailing address**

**James Conway**
**4170 Rochester Road**
**San Diego, CA 92116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
□ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  □ Yes

$0.00

---

**3.117 8**

**Nonpriority creditor's name and mailing address**

**James Cooper**
**8131 Blue Lake Dr.**
**San Diego, CA 92119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
□ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  □ Yes

$0.00

---

**3.117 9**

**Nonpriority creditor's name and mailing address**

**James Elliot**
**724 Monterey Ave**
**Chula Vista, CA 91911**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
□ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  □ Yes

$0.00

---

**3.118 0**

**Nonpriority creditor's name and mailing address**

**James Funtas**
**5445 Redding Rd.**
**San Diego, CA 92115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
□ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  □ Yes

$0.00

---

**3.118 1**

**Nonpriority creditor's name and mailing address**

**James Hite**
**3753 Forest Crest Drive**
**Las Vegas, NV 89121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
□ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  □ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**    Case number (if known) _____
_____
Name

---

| 3.118<br>2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**James J. Whalen**
**d/b/a Beechwood Investments, LLC.**
**P.O. Box 372**
**New Holland, PA 17557**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.118<br>3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Miller**
**3347 Old Oak Drive**
**Sarasota, FL 34230**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.118<br>4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Morin**
**425 Autumn Dr. #24**
**San marcos, CA 92069**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.118<br>5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**James R. Reed, owner of RSG LLC**
**1440 S. Allec Street**
**Anaheim, CA 92805**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.118<br>6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Reed**
**929 Cima Linda Lane**
**Santa Barbara, CA 93108**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.118<br>7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Tsai**
**3111 Bel Air Drive**
**Unit 22E**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.118 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.118 8

**Nonpriority creditor's name and mailing address**

**Jamie Lancaster**
**4 Malaquita**
**Coto de Caza, CA 92679**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.118 9

**Nonpriority creditor's name and mailing address**

**Janele Sousa**
**11894 Arborlake Way**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.119 0

**Nonpriority creditor's name and mailing address**

**Janet Newcomb**
**2454 San Lucas Circle**
**Las Vegas, NV 89121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.119 1

**Nonpriority creditor's name and mailing address**

**Janice Callister**
**3111 Bel Air Dr**
**Unit 24H**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.119 2

**Nonpriority creditor's name and mailing address**

**Jason Fiori**
**4709 Conrad Ave**
**San Diego, CA 92117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.119 3

**Nonpriority creditor's name and mailing address**

**Jason Kilroy**
**8141 Fairview**
**La Mesa, CA 91942**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**
Name                                                    Case number (if known)

---

| 3.119 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Jason Mccourt**
**26810 Nusial Circle**
**Sun City, CA 92585**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Jason Pena**
**1127 E. Del Mar Blvd Unit 411**
**Pasadena, CA 91106**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Jason Twilla**
**4755 Karen Way**
**El CAjon, CA 92020**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Javier Romero**
**3244 Central Ave**
**Spring Valley, CA 91977**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Javier Ruedas**
**20671 E Peach Blossom Rd**
**Walnut, CA 91788**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Jay Martin**
**1652 Travois Circle**
**Las Vegas, NV 89119**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____     Case number (if known)  _____
Name

| 3.120 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jay Piper**
**700 Marina Dr**
**Boulder City, NV 89005**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JD7 Technology Ltd UK**
**Kingsley Hall, 20 Bailey Lane**
**Manchaster Airport, Manchester**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JE Dunn Construction**
**1001 Locust Street**
**Kansas City, MO 64106**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jean Garbian**
**3111 Bel Air Drive**
**Unit 11C**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jean Paul Meuiner**
**1536 Hawk View Dr**
**Encinitas, CA 92024**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jean Pehrsson**
**4527 Castelar St**
**san diego, CA 92107**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.120 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jeanie Fiskin**
**1532 Copa De Oro Dr**
**La Jolla, CA 92037**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jeff & Valerie Swain**
**31180 Moonlight Pl**
**Valley Center, CA 92082**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jeff Brooks**
**5718 El Montevideo**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jeff Kennedy**
**14218 Coeur D Alene court**
**spring valley, CA 92062**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jeff Myers**
**1769 Tustin**
**Costa Mesa, CA 92627**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jeff Nolan**
**1330 Skeel Drive**
**Camarillo, CA 93010**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

---

**3.121 2**

**Nonpriority creditor's name and mailing address**

**Jeff Silva**
**2232 Casamento Pajarito**
**Point Loma, CA 92107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121 3**

**Nonpriority creditor's name and mailing address**

**Jeff Silva**
**12032 Medoc Lane**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121 4**

**Nonpriority creditor's name and mailing address**

**Jeff Tortoros**
**4497 E La Roca Circle**
**Las Vegas, NV 89121**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121 5**

**Nonpriority creditor's name and mailing address**

**Jeff Vanderpoel**
**4736 Austin Dr.**
**San Diego, CA 92115**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121 6**

**Nonpriority creditor's name and mailing address**

**Jeff Zevely**
**1201 Westport Rd**
**San Marcos, CA 92069**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121 7**

**Nonpriority creditor's name and mailing address**

**Jeffrey & Amy Markowitz**
**3111 Bel Air Drive**
**Unit 12H**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
Name

Case number *(if known)*

---

| 3.121 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey Cruikshank**
**241 E Palmdale Ave**
**Orange, CA 92865**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey Westchase, LLC**
**3100 Wilcrest Drive**
**Houston, TX 72070**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jelnicki Plaza 2BA**
**3664 Old Creek**
**Troy, MI 48084**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jenkins Properties**
**2626 Honolulu Ave**
**Montrose, CA 91020**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jenkins Property Management**
**2626 Honolulu Avenue**
**Montrose, CA 91020**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jenn Snarr**
**4543 Weitzman Place**
**Las Vegas, NV 89141**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
Name
Case number (if known) _____

---

| 3.122 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jenni Plaza c/o Harsch Investment Proper**
**4044 Schiff Dr.**
**Las Vegas, NV 89103**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jennifer Alongi**
**4930 Lucille Dr**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jennifer Berg**
**1015 23rd St., San Diego, CA 92102**
**San Diego, CA 92102**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jennifer Briggs**
**17483 Carnton Way**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jennifer Childs**
**221 N Rengstorff Ave #22**
**Mountain View, CA 94043**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jennifer Mcdonald**
**2832 Upas street**
**San diego, CA 92104**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____          Case number *(if known)*   _____
         Name

| | | |
|---|---|---|
| 3.123<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Jennifer McKinley**
**1822 Alvarado St**
**Oceanside, CA 92054**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
|---|---|---|

**Jennifer Munoz**
**2204 Bonnie Brae Ave**
**Las Vegas, NV 89102**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
|---|---|---|

**Jennifer Zammuto**
**2119 Cochran Street**
**Las Vegas, NV 89104**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
|---|---|---|

**Jeromy Bibb**
**2135 Sunnyslope Avenue**
**Las Vegas, NV 89119**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
|---|---|---|

**Jerry Chen**
**10035 Variel Ave**
**Chatsworth, CA 91311**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
|---|---|---|

**Jerry Galante**
**29725 Grand Point Lane**
**Los Angeles, CA 90275**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
Name

Case number (if known) _____

---

**3.123 6**

**Nonpriority creditor's name and mailing address**
**Jerry Rosenbach**
**9587 Marvin Dr**
**Santee, CA 92071**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.123 7**

**Nonpriority creditor's name and mailing address**
**Jerry Sternberg**
**PO Box 8374**
**Asheville, NC 28715**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.123 8**

**Nonpriority creditor's name and mailing address**
**Jerry Sternberg**
**3111 Bel Air Dr**
**Unit 18B**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.123 9**

**Nonpriority creditor's name and mailing address**
**Jesper Pedersen**
**1039 Silverado St.**
**La Jolla, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.124 0**

**Nonpriority creditor's name and mailing address**
**Jesse Nunoz**
**10602 Brookbend**
**Houston, TX 72070**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.124 1**

**Nonpriority creditor's name and mailing address**
**Jewett Orthopaedic Clinic**
**1285 Orange Ave**
**Winter Park, FL 32789**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**                                    Case number *(if known)* _____
          Name

| 3.124 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jiaravanont, Meth**
**34 Old Course Dr**
**Newport Beach, CA 92658**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jilk Heavy Construction**
**500 S Kraemer Blvd**
**Brea, CA 92821**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jill Smith**
**2323 Calle Del Oro**
**La Jolla, CA 92037**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jim & Kathy La Combe**
**4425 Monahan Rd**
**La Mesa, CA 91942**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jim Blastchak**
**5905 Swan Point Place**
**Las Vegas, NV 89122**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jim Davy**
**22906 8th Street**
**Santa Clarita, CA 91383**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.124 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Jim Day**
**176 Woodland Dr**
**Vista, CA 92083**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Jim Foley**
**5532 Crimson Ridge Drive**
**Las Vegas, NV 89130**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Jim Hasson**
**13907 Bella Drive**
**Cypress, TX 77429**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Jim Heiser**
**11606 Dunlap**
**Houston, TX 72070**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Jim Karla**
**2325 Paseo De Laura**
**Oceanside, CA 92056**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Jim Mcentee**
**354 Altamont Dr**
**San Francisco, CA 94124**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.125 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jim Pilkington**
**1171 Lomita RD**
**El Cajon, CA 92020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jim Schumacher**
**16426 La Gracia**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jim Stevenson**
**739 Sandlewood Dr**
**El Cajon, CA 92021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JLL**
**615 S College St**
**Ste 725**
**Charlotte, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joan Gardner**
**2106 Huntleigh Road**
**Springfield, IL 92701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joan Jacobs**
**1127 E Del Mar Blvd #423**
**Pasadena, CA 91106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

---

**3.126 0**

**Nonpriority creditor's name and mailing address**

**Joaquin Perez**
**15574 Oakstand Rd**
**Poway, CA 92064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.126 1**

**Nonpriority creditor's name and mailing address**

**Jodran Snyder**
**4955 63rd St**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.126 2**

**Nonpriority creditor's name and mailing address**

**Joe Gray**
**1127 East Del Mar Blvd Unit 317**
**Pasadena, CA 91106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.126 3**

**Nonpriority creditor's name and mailing address**

**Joe Kissell**
**3711 Meade Ave**
**San Diego, CA 92116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.126 4**

**Nonpriority creditor's name and mailing address**

**Joe Mascellino**
**3111 Bel Air Dr**
**Unit 9D**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.126 5**

**Nonpriority creditor's name and mailing address**

**Joe Terry**
**1900 Westlund**
**Las Vegas, NV 89102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.126 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Joel Kletzelman**
**33552 astoria**
**dana point, CA 92629**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**John & Gary Granum**
**3947 9th Ave.**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**John and Karen Sechrist**
**21475 Marana**
**Mission Viejo, CA 92690**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**John Artoux**
**7964 Pasadena Ave**
**La Mesa, CA 91942**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**John Caiozzo**
**3325 Canon Street**
**San Diego, CA 92106**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**John Clark**
**2126 Marlyn Place**
**El Cajon, CA 92020**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.127 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**John Dahlbeck**
**1127 E Del Mar Blvd #128**
**Pasadena, CA 91106**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.127 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**John Dana Chase**
**PO Box 8363**
**Rancho Santa Fe, CA 92067**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.127 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**John Donovan**
**861 Pohl Place**
**Vista, CA 92083**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.127 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**John Dumont**
**7142 Encita Ct**
**las vegas, NV 89131**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.127 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**John F Fritz**
**250 Titania Lane**
**Hedgesville, WV 25427**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.127 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**John Flood**
**3111 Bel Air Dr**
**Unit 19C**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.127 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Forsyth**
**5308 Village Dr**
**Oceanside, CA 92057**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.127 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Gruber**
**3111 Bel Air Dr**
**Unit 16A**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.128 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Jones**
**525 Avenue K**
**Boulder City, NV 89005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.128 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Kinnear**
**997 La Paz Rd.**
**Santa Barbara, CA 93108**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.128 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Krebs**
**27692 Horseshoe Bend**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.128 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Krebs**
**27692 Horseshoe Bend**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

---

**3.128
4**

**Nonpriority creditor's name and mailing address**

**John La Lanne
401 Ave "D"
Redondo Beach, CA 90277**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

$0.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128
5**

**Nonpriority creditor's name and mailing address**

**John Lane
10485 Viacha Dr
San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

$0.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128
6**

**Nonpriority creditor's name and mailing address**

**John Lawrence
839 25th St
San Francisco, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

$0.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128
7**

**Nonpriority creditor's name and mailing address**

**John Lincks
306 Banyan Drive
Nokomis, FL 34275**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

$0.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128
8**

**Nonpriority creditor's name and mailing address**

**John Logan
3111 Bel Air Dr
Unit 5 B
Las VEgas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

$0.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128
9**

**Nonpriority creditor's name and mailing address**

**John Mitchell
4420 Caminto Plomada
San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

$0.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
Name

Case number (if known) _____

---

| 3.129 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John O'Flynn**
**25484 Lake Wohlford Rd.**
**Escondido, CA 92025**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John O'Flynn**
**67 Balboa Coves**
**Newport Beach, CA 92658**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Perazzo**
**3112 W Washington Ave**
**Las Vegas, NV 89107**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Rimorin**
**1700 El Camino Real Spc 21-27**
**South San Francisco, CA 94080**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Scott**
**533 Tigertail Court**
**Marco Island, FL 34145**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Shields**
**1615 West Chester Pike**
**Suite 101**
**West Chester, PA 19380**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**

Name

Case number (if known)

---

**3.1296**

**Nonpriority creditor's name and mailing address**

**John Train**
**3645 Kenwood**
**Spring Valley, CA 91977**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1297**

**Nonpriority creditor's name and mailing address**

**John Velasquez**
**877 Island Ave**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1298**

**Nonpriority creditor's name and mailing address**

**John Weedle**
**6818 Oak Knoll Drive**
**Richmond, TX 77469**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1299**

**Nonpriority creditor's name and mailing address**

**John Zuanich**
**7214 Lantana Terrace**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1300**

**Nonpriority creditor's name and mailing address**

**Johnny Rivera**
**2812 Kalmia Place**
**San Diego, CA 92104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1301**

**Nonpriority creditor's name and mailing address**

**Johnson & Johnson**
**1900 Lower Rd.**
**Linden, NJ 07036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.130<br>2 | **Nonpriority creditor's name and mailing address**<br>**Johnson, Blaine**<br>**30192 Sonrisa Lane**<br>**Laguna Niguel, CA 92607** |

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.130<br>3 | **Nonpriority creditor's name and mailing address**<br>**Johnson, Nicky**<br>**53 Blue Lagoon**<br>**Laguna Beach, CA 92652** |

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.130<br>4 | **Nonpriority creditor's name and mailing address**<br>**Johnston & Johnston**<br>**1900 Lower Rd.**<br>**Linden, NJ 07036** |

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.130<br>5 | **Nonpriority creditor's name and mailing address**<br>**Jolynn Mercer**<br>**1200 McKinney St Suite 545**<br>**Houston, TX 72070** |

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.130<br>6 | **Nonpriority creditor's name and mailing address**<br>**Jon Borgeson & Jeffrey Cooley**<br>**4616 Janet Place**<br>**San Diego, CA 92122** |

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.130<br>7 | **Nonpriority creditor's name and mailing address**<br>**Jon Coger**<br>**2350 Snead Dr.**<br>**Oceanside, CA 92054** |

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
        Name                                          Case number (if known)

---

**3.130 8**

**Nonpriority creditor's name and mailing address**

**Jonas Miller**
**7927 San Carlos Drive**
**San Diego, CA 92119**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.130 9**

**Nonpriority creditor's name and mailing address**

**Jonathan Genender**
**32041 Royceton Court**
**Westlake Village, CA 91361**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.131 0**

**Nonpriority creditor's name and mailing address**

**Jones Lang LaSalle Americas, Inc.**
**55 S. Lake Ave**
**Pasadena, CA 91109**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.131 1**

**Nonpriority creditor's name and mailing address**

**Jones, Linda**
**2745 Sugar Pine Lane**
**Fallbrook, CA 92028**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.131 2**

**Nonpriority creditor's name and mailing address**

**Jones, Robert**
**6226 Caminito Del Oeste**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.131 3**

**Nonpriority creditor's name and mailing address**

**Jorge Vournas**
**215 Godfrey St.**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor **Nu Flow America, Inc.**
Name

Case number (if known) _____

---

**3.131 4**

**Nonpriority creditor's name and mailing address**

**Jose Lerma**
**831 Myrna Dr.**
**Port Hueneme, CA 93035**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.131 5**

**Nonpriority creditor's name and mailing address**

**Jose Mas**
**323 E. Norton**
**Long Beach, CA 90805**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.131 6**

**Nonpriority creditor's name and mailing address**

**Jose Tecese**
**2726 Sherman Avenue NW**
**Washington DC, DC 20007**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.131 7**

**Nonpriority creditor's name and mailing address**

**Joseph Hammet**
**29501 Vista Plaza Drive**
**Laguna Niguel, CA 92607**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.131 8**

**Nonpriority creditor's name and mailing address**

**Joseph Mahlmeister**
**241 Rio Terra**
**Venice, FL 34285**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.131 9**

**Nonpriority creditor's name and mailing address**

**Joseph Oliviera**
**8121 Beaver Lake Road**
**San Diego, CA 92119**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Nu Flow America, Inc.**

_____

Name

Case number _(if known)_  _____

---

| 3.132 0 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|---|

**Joseph Ortiz**
**184 El Sueno Rd.**
**Santa Barbara, CA 93102**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 1 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|---|

**Joseph Stemp**
**3111 Bel Air Dr.**
**Unit 24F**
**Las Vegas, NV 89101**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 2 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|---|

**Josephine Hennelly**
**5858 Midnight Pass Rd**
**Sarasota, FL 34230**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 3 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|---|

**Josh Novotny**
**8215 Fanita Dr.**
**Santee, CA 92071**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 4 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|---|

**Josh Racko**
**224 Cole Street**
**San Francisco, CA 94117**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 5 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|---|

**Joy Ollinger**
**253 Meadow Creast Dr.**
**El Cajon, CA 92020**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.132 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Juan Castillo**
**4848 E Boston Ave**
**Las Vegas, NV 89104**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Jude Jouglet**
**5650 Wendi Street**
**La Mesa, CA 91242**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Judith Mcneil**
**6660 Bonnie View Drive**
**San Diego, CA 92119**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Judith Nurse**
**4198 Fallsbrae Rd.**
**San Diego, CA 92028**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Judy Campbell**
**5021 new ranch rd**
**El Cajon, CA 92020**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Judy Doyle**
**5876 Spur Ave**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____          Case number (if known) _____
Name

---

**3.133 2**

**Nonpriority creditor's name and mailing address**

**JUHL**
**353 E Bonneville Ave**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.133 3**

**Nonpriority creditor's name and mailing address**

**Julia Budd**
**9131 Ellsworth Drive**
**Huntington Beach, CA 92647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.133 4**

**Nonpriority creditor's name and mailing address**

**Julianne Bachman**
**1260 Loch Lomond**
**Cardiff, CA 92007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.133 5**

**Nonpriority creditor's name and mailing address**

**Julie Acosta**
**620 S. Ditmar Street**
**Oceanside, CA 92054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.133 6**

**Nonpriority creditor's name and mailing address**

**Julie Martinez**
**1127 East Del Mar Blvd Unit 215**
**Pasadena, CA 91106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.133 7**

**Nonpriority creditor's name and mailing address**

**Julie Sanfilippo**
**10575 Viacha Way**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

---

3.133
8

**Nonpriority creditor's name and mailing address**
**Jung, Jae**
**278 Canyon Road**
**Newbury Park, CA 91320**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.133
9

**Nonpriority creditor's name and mailing address**
**Justin Bishop**
**7993 san carlos**
**San Diego, CA 92119**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.134
0

**Nonpriority creditor's name and mailing address**
**Justin Buckingham**
**898 Niguel St**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.134
1

**Nonpriority creditor's name and mailing address**
**Justin Collins**
**11610 Chadwick Road**
**Corona, CA 92880**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.134
2

**Nonpriority creditor's name and mailing address**
**Justin Nassie**
**3121 Platte Drive**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.134
3

**Nonpriority creditor's name and mailing address**
**JVK Constructors, LLC**
**7127 Crossroads Blvd**
**Brentwood, TN 37027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

**3.134 4**

**Nonpriority creditor's name and mailing address**

**JW Marriott Houston/Galleria**
**5150 Westheimer Road**
**Houston, TX 72070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134 5**

**Nonpriority creditor's name and mailing address**

**JW Plumbing**
**3814 Coronado Circle**
**Newbury Park, CA 91320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134 6**

**Nonpriority creditor's name and mailing address**

**K N "Woody" Clancy**
**1700 Via Boiouada**
**Palos Verdes Estates, CA 90274**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134 7**

**Nonpriority creditor's name and mailing address**

**Kabuki Springs and Spa**
**1750 Geary Blvd**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134 8**

**Nonpriority creditor's name and mailing address**

**Kaitlyn Boole**
**1531 Walton St**
**Oceanside, CA 92054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134 9**

**Nonpriority creditor's name and mailing address**

**Kalin, Ruth & Marvin**
**118 Blue Lagoon**
**Laguna Beach, CA 92652**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Nu Flow America, Inc.**
_____  Case number (if known) _____
Name

| | |
|---|---|
| 3.135 0 | |

**Nonpriority creditor's name and mailing address**

**Kampa Management**
**1492 N Lamb Blvd**
**Las Vegas, NV 89110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.135 1 | |

**Nonpriority creditor's name and mailing address**

**Karen Abel**
**801 C Ave**
**Unit #19**
**Coronado, CA 92118**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.135 2 | |

**Nonpriority creditor's name and mailing address**

**Karen Emison**
**1009 Finch St**
**El Cajon, CA 92020**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.135 3 | |

**Nonpriority creditor's name and mailing address**

**Karen Gentry**
**15864 Cumberland Dr**
**Poway, CA 92064**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.135 4 | |

**Nonpriority creditor's name and mailing address**

**Karen Leonard**
**282 Spring River Avenue**
**Las Vegas, NV 89123**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.135 5 | |

**Nonpriority creditor's name and mailing address**

**Karen Tallichet**
**907 Bellis Street**
**Newport Beach, CA 92660**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

---

**3.135 6**

**Nonpriority creditor's name and mailing address**

**Kasra, Cyrus**
**2 Point Loma**
**Newport Beach, CA 92658**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.135 7**

**Nonpriority creditor's name and mailing address**

**Kate Martin**
**4792 Allied Rd**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.135 8**

**Nonpriority creditor's name and mailing address**

**Katerra Affordable Housing, LLC**
**1405 N. Hayden Rd.**
**Suite 101**
**Scottsdale, AZ 85258**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.135 9**

**Nonpriority creditor's name and mailing address**

**Katerra Housing**
**9305 E Via De Ventura, #200**
**Scottsdale, AZ 85258**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.136 0**

**Nonpriority creditor's name and mailing address**

**Katheryn Willetts**
**2465 A St.**
**San Diego, CA 92106**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.136 1**

**Nonpriority creditor's name and mailing address**

**Kathleen McGrath**
**5107 19th Street West**
**Bradenton, FL 34203**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor     **Nu Flow America, Inc.**

Name

Case number (if known)

---

**3.136 2**

**Nonpriority creditor's name and mailing address**

**Kathryn Fullhorst**
**4946 Pacifica Dr**
**San Diego, CA 92109**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.136 3**

**Nonpriority creditor's name and mailing address**

**Kathryn Racette/Kathy McGuire**
**715 Sherwood Dr.**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.136 4**

**Nonpriority creditor's name and mailing address**

**Kayleigh Cousins**
**10798 Oak Creek Dr.**
**Lakeside, CA 92040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.136 5**

**Nonpriority creditor's name and mailing address**

**Kaz Bilinski**
**311 Hawthorn St**
**San Diego, CA 92101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.136 6**

**Nonpriority creditor's name and mailing address**

**Kearny 530, LLC**
**530 B St., Suite 1800**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.136 7**

**Nonpriority creditor's name and mailing address**

**Keith Magers**
**5116 Macafee Road**
**Torrance, CA 90505**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.136 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Kelley Ross**
4780 49th st
San Diego, CA 92115

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Kellie Luangamath**
9257 Irvington Avenue
San Diego, CA 92123

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Kelly Ortiz**
1444 Aztec Way
Las Vegas, NV 89169

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Kelly Spillane**
5564 Southwest Prosperity Park Rd
Tualatin, OR 97062

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Kelly Wittwer**
1440 Palm St
Henderson, NV 89011

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Kelsey Schramma**
929 Camellia St. Escondido
Escondido, CA 92027

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

**3.137 4**

**Nonpriority creditor's name and mailing address**

**Kelvyn Lach**
**97 Stoney Pointe**
**Laguna Niguel, CA 92677**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 5**

**Nonpriority creditor's name and mailing address**

**Kenneth Growth**
**3795 Louisiana St**
**San Diego, CA 92104**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 6**

**Nonpriority creditor's name and mailing address**

**Kenneth Poetzl**
**13807 Kingsride Lane**
**Houston, TX 72070**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 7**

**Nonpriority creditor's name and mailing address**

**Kensington Place Apartments**
**4400 Paluxy Drive**
**Tyler, TX 75701**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 8**

**Nonpriority creditor's name and mailing address**

**Kent Hart**
**3515 Shanemoss Ct**
**Houston, TX 72070**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 9**

**Nonpriority creditor's name and mailing address**

**Kenton Properties**
**1222 knoxville St.**
**San Diego, CA 92110**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Nu Flow America, Inc.**
_____
　　　　Name

Case number (if known) _____

---

| 3.138 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kenvin, Fred**
**8003 Shangrila**
**Houston, TX 72070**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kerry Glen III**
**6400 Bayou Glen Rd**
**Houston, TX 72070**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kerry Stavinoha**
**1409 Dentro De Lonas**
**Bonsall, CA 92003**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kevin Carr**
**3438 Bronwing St.**
**San Diego, CA 92106**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kevin Liu**
**4829 Carriage Run Dr**
**San Diego, CA 92130**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kevin Okholm**
**11971 Buckingham Circle**
**Garden Grove, CA 92842**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.138 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kevin Ruth**
**351 E Kimberly Drive**
**Henderson, NV 89015**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Keyoung, Andrew**
**2 Agostino**
**Newport Coast, CA 92657**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kiehl, Richard & Margaret**
**881 Durward St.**
**Chula Vista, CA 91911**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kilroy Reality**
**Kilroy Realty P.O Box 92543**
**Goleta, CA 93118-2543**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kilroy Realty**
**P.O Box 92543**
**Goleta, CA 93118-2543**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kilroy Realty**
**6255 W Sunset Blvd.**
**Los Angeles, CA 90028**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____  Case number (if known) _____
Name

| | |
|---|---|

**3.139 2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Kilroy Realty L.P.**
**13520 Evening Creek Drive North**    ■ Contingent
**Suite 120**
**San Diego, CA 92122**    ☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _    Basis for the claim: __Warranty__

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

**3.139 3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Kilroy Realty, LP**
**12200 West Olympic Blvd, Suite #200**    ■ Contingent
**Los Angeles, CA 90001**    ☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _    Basis for the claim: __Warranty__

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

**3.139 4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Kilroy Realty. L.P.**
**12200 West Olympic Blvd., Suite 200**    ■ Contingent
**Los Angeles, CA 90001**    ☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _    Basis for the claim: __Warranty__

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

**3.139 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Kim & Bill Polley**
**779 Inlet Drive**    ■ Contingent
**Marco Island, FL 34145**    ☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _    Basis for the claim: __Warranty__

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

**3.139 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Kim Powers**
**2370 Hickory Street**    ■ Contingent
**San Diego, CA 92120**    ☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _    Basis for the claim: __Warranty__

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

**3.139 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Kim Tretheway**
**404 Talon Ct.**    ■ Contingent
**Lawrenceville, NJ 08648**    ■ Unliquidated
☐ Disputed

Date(s) debt was incurred _    Basis for the claim: __Warranty__

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

**3.139 8**

**Nonpriority creditor's name and mailing address**

**Kim, Hea Shin (Shawn)**
**38 Pienza**
**Laguna Niguel, CA 92607**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.139 9**

**Nonpriority creditor's name and mailing address**

**Kimberly Elias**
**11316 Brockway Drive**
**El Cajon, CA 92021**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.140 0**

**Nonpriority creditor's name and mailing address**

**Kimberly Gerstenberg**
**505 Whitesage Rd**
**SAn Marcos, CA 92069**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.140 1**

**Nonpriority creditor's name and mailing address**

**Kimberly Lagow**
**12832 SPRING ST**
**GARDEN GROVE, CA 92845-2650**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.140 2**

**Nonpriority creditor's name and mailing address**

**Kimco Realty**
**PO Box 7769**
**Merrifield, VA 22116-7769**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.140 3**

**Nonpriority creditor's name and mailing address**

**Kimpton Hotels and Restaurants**
**1047 5th ave**
**San Diego, CA 92101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Nu Flow America, Inc.**        Case number (*if known*) _____
Name

---

| 3.140 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kinetics Mechanical Service, Inc**
6691 Brisa St
Livermore, CA 94550

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kinetics Mechanical Services Inc.**
6336 Patterson Pass Rd, Unit H
Livermore, CA 94550

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**King, Norm**
2482 Toledo Ave
Palm Springs, CA 92262

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**King, Tom**
1707 Leaning Pine Dr.
Diamond Bar, CA 91765

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kirk Richardson**
2465 Catalina Ave Vista
Vista, CA 92084

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kirk Schneider**
9225 Bernardo Lakes Dr
San Diego, CA 92127

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.141 0 | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Kitchell Contractors Inc**
**853 Camino Del Mar**
**Suite 200**
**Del Mar, CA 92014**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __    Basis for the claim:  **Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.141 1 | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Knapp Architects**
**5 Third Street, Ste. 920**
**San Francisco, CA 94124**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __    Basis for the claim:  **Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.141 2 | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Knapp Chevrolet**
**815 Houston Avenue**
**Houston, TX 72070**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __    Basis for the claim:  **Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.141 3 | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Knapp Medical Center**
**1401 E. 8th Street**
**Weslaco, TX 78596**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __    Basis for the claim:  **Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.141 4 | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Knollenberg, Ron**
**3 Durango Court**
**Aliso Viejo, CA 92656**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __    Basis for the claim:  **Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.141 5 | |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Koichi Nakamura**
**3855 Carson St.**
**San Diego, CA 92122**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __    Basis for the claim:  **Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **Nu Flow America, Inc.**                                    Case number (if known) _____
                   Name

| 3.141 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Koll Center Irvine Southwest**
**c/o PM Realty Group**
**18201 Von Karman Towers, Suite 650**
**Irvine, CA 92602**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KP Emerald Owner, LLC**
**402 West Broadway Suite #180**
**San Diego, CA 92101**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kreutziger, Karl**
**18522 Villa Drive**
**Villa Park, CA 92861**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kristie Preston**
**6031 Summerdale Drive**
**Huntington Beach, CA 92647**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.142 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kroll, Steve**
**5118 Contour**
**Houston, TX 72070**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.142 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kuan-Cheng Chen Trs**
**3111 Bel Air Drive**
**Unit # 12-A, 27-B, 23-B, 18-A**
**Las Vegas, NV 89101**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**                          Case number *(if known)* _____
Name

---

**3.142 2**

**Nonpriority creditor's name and mailing address**

**Kurmac, Inc.**
**520 N. Coast Hywy.**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.142 3**

**Nonpriority creditor's name and mailing address**

**Kwasizur,Chris & Stacey**
**44 Marisol**
**Newport Coast, CA 92657**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.142 4**

**Nonpriority creditor's name and mailing address**

**Kyle Tam**
**7047 Camino Degrazia Unit # 184**
**San Diego, CA 92111**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.142 5**

**Nonpriority creditor's name and mailing address**

**Kyne Construction, Inc**
**PO Box 1997**
**Lakeside, CA 92040**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.142 6**

**Nonpriority creditor's name and mailing address**

**L & L Barta**
**5375 Grinnell Road**
**Venice, FL 34285**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.142 7**

**Nonpriority creditor's name and mailing address**

**L.A. Louver Gallery**
**45 North Venice Boulevard**
**Venice, CA 90291**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor   **Nu Flow America, Inc.**
_____     Case number (if known) _____
Name

---

**3.142
8**

**Nonpriority creditor's name and mailing address**

**LA County Internal Srvc**
**1100 N Eastern Ave, Room 220**
**Los Angeles, CA 90001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142
9**

**Nonpriority creditor's name and mailing address**

**La Jolla Community Center**
**6811 La Jolla Blvd**
**La Jolla, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143
0**

**Nonpriority creditor's name and mailing address**

**La Palma Intercommunity Hospital**
**7901 Walker St**
**La Palma, CA 90623**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143
1**

**Nonpriority creditor's name and mailing address**

**La Reine/Monarc Construction Inc**
**2781 Hartland Rd**
**Falls Church, VA 22046**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143
2**

**Nonpriority creditor's name and mailing address**

**La Vida Real**
**11588 Via Rancho San Diego**
**El Cajon, CA 92019**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143
3**

**Nonpriority creditor's name and mailing address**

**Labarbera, Peter**
**6050 Ocean Terrace Dr.**
**Rancho Palos Verdes, CA 90275**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____
Name                                                           Case number (if known) _____

| 3.143 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Nonpriority creditor's name and mailing address**

**LaCoff, Laurence**
**113 Costa Brava**
**Laguna Niguel, CA 92607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 5 |

**Nonpriority creditor's name and mailing address**

**Laguna Construction & Builder**
**23131 Pradera Rd**
**Trabuco Canyon, CA 92679**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 6 |

**Nonpriority creditor's name and mailing address**

**Laguna Niguel Stretchlab**
**30271 Golden Lantern Unit C**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 7 |

**Nonpriority creditor's name and mailing address**

**Laguna Sur - Seabreeze Management**
**39 Argonaut Ste. 100**
**Aliso Viejo, Ca 92656**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 8 |

**Nonpriority creditor's name and mailing address**

**Laguna Surf c/o Bill Mc Carthy**
**611 S coast Hwy**
**Laguna Beach, CA 92652**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 9 |

**Nonpriority creditor's name and mailing address**

**Laguna Woods**
**PO Box 2220**
**Laguna Hills, CA 92654**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**                                                    Case number *(if known)*  _____
_____
Name

---

**3.1440**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**LAHQ**
**3333 Fairview Rd**                                                    ☑ Contingent
**Costa Mesa, CA 92628**                                                ☑ Unliquidated
                                                                       ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number _                                      Basis for the claim:  __Warranty__

                                                                       Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.1441**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Laidlaw Building & Development, Inc.**
**101 N Acacia Ave #121**                                              ☑ Contingent
**Solana Beach, CA 92075**                                             ☑ Unliquidated
                                                                       ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number _                                      Basis for the claim:  __Warranty__

                                                                       Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.1442**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Lake Park Villas HOA**
**c/o Castle Breckenridge**                                            ☑ Contingent
**5185 Comanche Dr., Suite D**                                         ☑ Unliquidated
**La Mesa, CA 91942**                                                  ☐ Disputed

Date(s) debt was incurred _                                            Basis for the claim:  __Warranty__

Last 4 digits of account number _                                      Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.1443**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Lake Wohlford Resort - O'Flynn, John**
**25484 Lake Wohlford Rd.**                                            ☑ Contingent
**Escondido, CA 92025**                                                ☑ Unliquidated
                                                                       ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number _                                      Basis for the claim:  __Warranty__

                                                                       Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.1444**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Lakeside Village Condominium**
**1130 North Lake Parker Avenue**                                      ☑ Contingent
**Lakeland, FL 33815**                                                 ☑ Unliquidated
                                                                       ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number _                                      Basis for the claim:  __Warranty__

                                                                       Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.1445**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Lakewood Associates, LLC**
**777 Edinger Ave Suite 133**                                         ☑ Contingent
**Huntington Beach, CA 92647**                                         ☑ Unliquidated
                                                                       ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number _                                      Basis for the claim:  __Warranty__

                                                                       Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**        Case number *(if known)* _____
Name

---

| 3.144 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lance & Linda Roberts**
**3111 Bel Air Dr**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lankford Construction**
**1455 Karlens Way**
**Johnsburg, IL 60051**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lantern Bay Villas Association**
**34300 Lantern Bay Drive #113**
**Dana Point, CA 92629**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lara Attayi**
**307 Sul Ross St**
**Houston, TX 72070**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lara Tuccillo**
**1738 Reed Ave**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Larrabee Villas**
**13637 Hawthorne Blvd Suite 200**
**Hawthorne, CA 90250**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**                                    Case number (if known) _____
_____
Name

| 3.145 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larry & Cindy Bloch**
**17513 Rancho La Noria**
**Rancho Santa Fe, CA 92091**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.145 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Adair**
**5895 yorkshire  avenue**
**La Mesa, CA 91942**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.145 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Deguzman**
**8307 Clearwater Court**
**Spring Valley, CA 91977**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.145 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Lovelock**
**4372 Cranbrook Circle**
**Las Vegas, NV 89103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.145 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Purvis**
**185 Majorca Circle**
**Marco Island, FL 34145**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.145 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Tarin**
**3004 El Camino Ave**
**Las Vegas, NV 89102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.1458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Las Palmas**
**3550 Paradise Rd.**
**Las Vegas, NV 89169**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Las Vegas Country Club**
**3000 Joe W. Brown Dr**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LaSalle Property Management**
**33 North LaSalle Street**
**Suite 3800**
**Chicago, IL 60699**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Laura Clemens**
**14143 Ashton Lane**
**Riverside, CA 92501**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Laurel and Seagrape Villas Condo Associa**
**612 Bird Bay Drive South**
**Venice, FL 34285**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Laurence Doemeny**
**4922 Armin Way**
**San Diego, CA 92115**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Nu Flow America, Inc.**
_____   Case number (if known) _____
Name

| 3.146 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Laurie Faris**
**1818 Ottawa Drive**
**Las Vegas, NV 89169**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.146 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Law, Diane**
**16094 Sun Summit Point**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.146 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lawrence Mather**
**925 13th Ave.**
**Imperial Beach, CA 91932**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.146 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lawrence Mazur**
**4379 Springdale Ave.**
**Las Vegas, NV 89109**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.146 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**LBA Realty**
**3347 Michelson Drive, Suite 210**
**Irvine, CA 92612**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.146 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**LBA Realty, LLC -  Park Place**
**3347 Michelson Drive**
**Irvine, CA 92602**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**

_____
Name

Case number (if known) _____

| 3.147 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Nonpriority creditor's name and mailing address**

**LCS Construction, Inc for Bobby Jones**
**PO Box 3289**
**Vista, CA 92083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.147 1**

**Nonpriority creditor's name and mailing address**

**ldfrt.llc**
**3111 bel air drive**
**unit 9g**
**las vegas, nv 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.147 2**

**Nonpriority creditor's name and mailing address**

**LDS Church - California**
**1312 W Prune Ave.**
**Lompoc, CA 93436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.147 3**

**Nonpriority creditor's name and mailing address**

**Le Martinique HOA**
**1001 B Ave**
**Coronado, CA 92118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.147 4**

**Nonpriority creditor's name and mailing address**

**Le, Michael**
**27572 Kathy Ct**
**Laguna Niguel, CA 92607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.147 5**

**Nonpriority creditor's name and mailing address**

**Leader, Richard**
**15 Center Court**
**Laguna Niguel, CA 92607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**
_____
Name                                                   Case number (if known) _____

---

| 3.147 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Leah Schwartz**
**3111 Bel Air Dr**
**Unit 22B**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.147 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lee Ann Cheadle**
**30 Faenza**
**Newport Beach, CA 92658**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.147 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lee Brown**
**1429 Santa Rosa St**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.147 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lee Clark**
**6160 Camino De La Costa**
**La Jolla, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.148 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lee Cummings**
**542 E. 9th Avenue**
**San Diego, CA 92025**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.148 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lee Davis**
**542 Hotz St**
**Spring Valley, CA 91977**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**                    Case number (if known) _____
_____
Name

---

| 3.148 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee's Garden Seafood Restaurant**
**4055 54th Street**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee, Men-Ching**
**945 Redbud Road**
**Chula Vista, CA 91911**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee, Patrick & Candy**
**4 Via Onagro**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Legacy Partners Commercial, Inc.**
**One World Trade Center, Suite 198**
**Long Beach, CA 90809**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**leo Matsiev**
**2585 Pheasant Drive**
**San Diego, CA 92123**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leon Braunschweig**
**181 Majorca Circle**
**Marco Island, FL 34145**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**    Case number (if known) _____
_____
Name

---

| 3.148 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lerner Corporation**
**7799 Leesburg Pike**
**Suite 150 South**
**Falls Church, VA 22046**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leslie Cary**
**3789 Forrestcrest drive**
**Las Vegas, NV 89121**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leslie Moody**
**215 S Irena**
**Redondo Beach, CA 90277**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leslie Nack (old Owner) David&Janice Kat**
**1744 Via Allena**
**Oceanside, CA 92054**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leso Residence**
**1318 Mimosa Ct**
**Escondido, CA 92025**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Level - Flamingo Palms**
**4200 S Valley View Blvd**
**Las Vegas, NV 89103**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**

Name

Case number (if known) _____

---

**3.149 4**

**Nonpriority creditor's name and mailing address**

**Levi Plaza TIC**
**155 Greenwhich Ave**
**San Francisco, CA 94111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.149 5**

**Nonpriority creditor's name and mailing address**

**Lewis Ross Associates**
**9401 RESEDA BLVD, SUITE 200**
**Northridge, CA 91324**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.149 6**

**Nonpriority creditor's name and mailing address**

**Lhullier, Marguerite**
**3111 Bel Air Drive**
**Unit # 27 G**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.149 7**

**Nonpriority creditor's name and mailing address**

**Liat Cohen-Reeis**
**987 Muirlands Vista Way**
**La Jolla, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.149 8**

**Nonpriority creditor's name and mailing address**

**Licuas Qatar**
**P O Box: 209143**
**Doha, Qatar**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.149 9**

**Nonpriority creditor's name and mailing address**

**Lido Peninsula Resort**
**710 Lido Park Dr.**
**Newport Beach, CA 92663**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor  **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

---

**3.150 0**

**Nonpriority creditor's name and mailing address**
**Lighthaus Condos HOA (#3A)**
**101 Coast Blvd.**
**La Jolla, CA 92037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.150 1**

**Nonpriority creditor's name and mailing address**
**Lincoln Harris CSG**
**3150 N Tenaya Way**
**Suite 405**
**Las Vegas, NV 89128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.150 2**

**Nonpriority creditor's name and mailing address**
**Lincoln Property Company West LLC**
**9465 Wilshire blvd**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.150 3**

**Nonpriority creditor's name and mailing address**
**Lincoln-PPF OFF**
**6500 Wilshire, LP**
**6500 Wilshire Blvd., Suite 125**
**Los Angeles, Ca 90001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.150 4**

**Nonpriority creditor's name and mailing address**
**Linda & James Sisek**
**2301 Lark Lane**
**Sarasota, FL 34230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.150 5**

**Nonpriority creditor's name and mailing address**
**Linda & Marvin Blackburn**
**13557 Las Potras Way**
**Lakeside, CA 92040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____   Case number _(if known)_ _____

Name

| | |
|---|---|
| 3.150 6 | |

**Nonpriority creditor's name and mailing address**

**Linda Blumenthal**
**4620 Panorama Drive**
**la mesa, CA 91941**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.150 7 | |

**Nonpriority creditor's name and mailing address**

**Linda Bodie**
**1280 Loma Vista Way**
**Vista, CA 92083**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.150 8 | |

**Nonpriority creditor's name and mailing address**

**Linda Cohen**
**3111 Bel Air Drive**
**Unit 14C**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.150 9 | |

**Nonpriority creditor's name and mailing address**

**Linda Pasas for Mark Weisenberger**
**3742 Wilson Ave**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.151 0 | |

**Nonpriority creditor's name and mailing address**

**Lindeberg, Karen**
**29 Camino Del Prado**
**San Clemente, CA 92674**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.151 1 | |

**Nonpriority creditor's name and mailing address**

**Lingate Homeowners Association**
**5325 Lindley Ave #308**
**Tarzana, CA 91356**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.151 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Linsky, Mark**
**754 Archer Street**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Liquid Assets LLC**
**4312 Winners Cir**
**Belcamp, MD 21017**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Lisa Lord**
**164 Carey Rd**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Lisa Napolitano**
**1060 Gulf Winds Way**
**Nokomis, FL 34275**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Lisa Ray**
**301 S. 15th Street**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Little and Sons Property Mgmt**
**4878 Pescadero Ave**
**San Diego, CA 92107**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.151 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Liz Haig**
**6808 Verde Ridge Road**
**Rancho Palos Verdes, CA 90275**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Llewellyn, Ed**
**10 Chatham**
**Newport Beach, CA 92658**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Lloyd Boucher**
**806 S. Shawnee Dr.**
**Santa Ana, CA 92704**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**LM Real Estate Investments LLC**
**3111 Bel Air Drive**
**Unit 8C**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**LM Real Properties, LLC - 9233 Kenwood D**
**9233 Kenwood Drive**
**Spring Valley, CA 91977**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Lockwood, Pat**
**12599 Cresta Way**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.152 4** | | |

**Nonpriority creditor's name and mailing address**

**LOGIC**
**3900 S Hualapai Way**
**Suite 200**
**Las Vegas, NV 89147**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.152 5** | |

**Nonpriority creditor's name and mailing address**

**Loma Linda VA Hospital**
**11201 Benton St**
**Loma Linda, CA 92354**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.152 6** | |

**Nonpriority creditor's name and mailing address**

**Lomando, Anthony**
**3111 Bel Air Drive**
**Unit # 20 H**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.152 7** | |

**Nonpriority creditor's name and mailing address**

**Lordon Management**
**3301 W. Gonzales Rd.**
**Oxnard, CA 93036**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.152 8** | |

**Nonpriority creditor's name and mailing address**

**Lordon Management**
**31255 Cedar Valley Drive**
**Suite 202**
**Westlake Village, CA 91362**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.152 9** | |

**Nonpriority creditor's name and mailing address**

**Loretta E. Kaczorowski**
**7336 Mallory Circle**
**Alexandria, VA 22314**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (*if known*) _____
Name

---

| 3.153 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Lorraine Vural**
3435 Beavis St.
San Diego, CA 92111

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Lorraine Vural**
6951 Beagle St
San Diego, CA 92122

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Los Angeles County Internal Services**
301 North Broadway
Los Angeles, CA 90001

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Los Angeles Unified School District**
333 S. Beaudry Ave
Los Angeles, CA 90017

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Los Feliz Homeowners Association**
4321 Los Feliz Blvd
Los Angeles, CA 90027

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Lou Ann Countryman**
444 W 8th St
National City, CA 91950

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.153 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Louis Castagnola**<br>**17009 El Mirador**<br>**Rancho Santa Fe, CA 92067** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.153 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Louise Lane Townhomes**<br>**12656 Louise Ln**<br>**Garden Grove, CA 92841** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.153 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Lowery-Pena**<br>**4700 Telegraph Ave**<br>**Oakland, CA 94621** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.153 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Loy Carrington**<br>**10 Blue Lagoon**<br>**Laguna Beach, CA 92651** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.154 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **LSG Sky Chefs**<br>**6191 N State**<br>**Hwy 161**<br>**Irving, TX 75039** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.154 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Luc Tran**<br>**2467 Mango Way**<br>**Del Mar, CA 92014** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor    **Nu Flow America, Inc.**                                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.154<br>2 | |

**Nonpriority creditor's name and mailing address**

**Lucas**
**4565 Vista De La Tierra**
**Del Mar, CA 92014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.154<br>3 | |

**Nonpriority creditor's name and mailing address**

**Lucia Villanueva**
**9928 Magic Dunes Avenue**
**Las Vegas, NV 89149**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.154<br>4 | |

**Nonpriority creditor's name and mailing address**

**Lucking, Bill & Sigrid**
**3111 Bel Air Drive**
**# 25G**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.154<br>5 | |

**Nonpriority creditor's name and mailing address**

**Luis Esquivel**
**2016 Wengert Ave**
**Las Vegas, NV 89104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.154<br>6 | |

**Nonpriority creditor's name and mailing address**

**Lula Livanis**
**1127 East Del Mar Blvd Unit 314**
**Pasadena, CA 91106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.154<br>7 | |

**Nonpriority creditor's name and mailing address**

**Lynda Sneed**
**4170 Lavinia Ave.**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____        Case number (if known)   _____
Name

| 3.154 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Lynn Mollet**
**1045 La Reina Dr**
**San Marcos, CA 92078**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Lynn Swisher**
**111 Highgate Place**
**Ithaca, NY 14850**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Lynnette O'Bryan**
**12681 Martha Ann Drive**
**Los Alamitos, CA 90720**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**M & R**
**3111 Bel Aire Drive**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Madison Mechanical, Inc.**
**1539 Fannie Dorsey Road.**
**Sykesville, MD 21784**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Madonna Donaldson**
**2221 Cortina Circle**
**Escondido**
**CA, CA 92029**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
Name

Case number (if known) _____

---

**3.155 4**

**Nonpriority creditor's name and mailing address**

**Maggianos Little Italy**
**2001 International Dr.**
**Tysons, VA 22102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.155 5**

**Nonpriority creditor's name and mailing address**

**Main St. Station Hotel**
**6465 S. Rainbow Blvd**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.155 6**

**Nonpriority creditor's name and mailing address**

**Malic Property Management**
**5648 Toyon Rd.**
**San Diego, CA 92115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.155 7**

**Nonpriority creditor's name and mailing address**

**Malic Property Management**
**C/O Tony Bedford - 750 Whiting Ct**
**5648 Toyon Rd.**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.155 8**

**Nonpriority creditor's name and mailing address**

**Mallory Safety & Supply LLC**
**PO Box 2068**
**44380 Osgood Road, Fremont, CA 94539**
**Longview, WA 98632**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.155 9**

**Nonpriority creditor's name and mailing address**

**Mandalay Bay Resort**
**950 Grier Dr.**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Debtor  **Nu Flow America, Inc.**                                    Case number (if known) _____
_____
Name

---

**3.1560**

**Nonpriority creditor's name and mailing address**

**Mandana Ighani**
**14155 Magnolia Blvd**
**Sherman Oaks, CA 91423**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1561**

**Nonpriority creditor's name and mailing address**

**Mandelbaum, Jorge**
**73 Blue Lagoon**
**Laguna Beach, CA 92652**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1562**

**Nonpriority creditor's name and mailing address**

**Mann, David H.**
**18618 Berwyn Ct**
**Leesburg, VA 20176**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1563**

**Nonpriority creditor's name and mailing address**

**Manquen, Jeff**
**26 Middleridge**
**Rolling Hills, CA 90274**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1564**

**Nonpriority creditor's name and mailing address**

**Manuel Chavez**
**1639 Arabian Way**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1565**

**Nonpriority creditor's name and mailing address**

**Manuel Ferro**
**10460 SW 64th Street**
**Miami, FL 33101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____  Case number (if known) _____
Name

---

**3.156 6**

**Nonpriority creditor's name and mailing address**

**Manwaring, Jex**
**408 Calle Campanero**
**San Clemente, CA 92674**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.156 7**

**Nonpriority creditor's name and mailing address**

**Marc Loebbert**
**5450 Clydesdale St**
**Las Vegas, NV 89119**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.156 8**

**Nonpriority creditor's name and mailing address**

**Marc Weinstein**
**1920 Gardena Place**
**San Diego, CA 92110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.156 9**

**Nonpriority creditor's name and mailing address**

**Marcheschi, John**
**89 Ocean Vista**
**Newport Beach, CA 92658**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.157 0**

**Nonpriority creditor's name and mailing address**

**Marcia Daly**
**2409 Branard St**
**Houston, TX 72070**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.157 1**

**Nonpriority creditor's name and mailing address**

**Marcia Fisher**
**2018 Trevino Ave**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.157
2**

**Nonpriority creditor's name and mailing address**

**Marcia Long
2796 Vine Street
Orlando, FL 32805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.157
3**

**Nonpriority creditor's name and mailing address**

**Marelich Mechanical Co. Inc. - Chevron S
100 Chevron Way
Richmond, CA 94804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.157
4**

**Nonpriority creditor's name and mailing address**

**Margaret Blair
748 Calla Ave
Imperial Beach, CA 91932**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.157
5**

**Nonpriority creditor's name and mailing address**

**Margaret Hilliard
1434 Berrys Ferry Rd
White Post, VA 22663**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.157
6**

**Nonpriority creditor's name and mailing address**

**Margaret Huffman c/o Myra Porter
24705 Monte Regale St
Laguna Hills, CA 92654**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.157
7**

**Nonpriority creditor's name and mailing address**

**Margie Hahn
1521 South Hill Drive
Waterloo, IA 50701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.157 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Margie Spence**
**1228 Whitney Court**
**Venice, FL 34285**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Marguerite Stewart**
**1014 La Reina Dr**
**San Marcos, CA 92069**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Maria Alvarez**
**2546 Ellis Street**
**Las Vegas, NV 89020**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Marianne Saporito**
**3111 Bel Air Dr**
**Unit 27C**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Maribeth Esquivel**
**1326 Clove St.**
**El Cajon, CA 92021**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Marin Joes**
**1585 Casa Buena Dr.**
**Corte Madera, CA 94925**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**                                         Case number (if known) _____
        Name

| 3.158 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Marina Chairez**
**1609 Strong Dr**
**Las Vegas, NV 89102**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Marina Inn**
**3110 Octavia St**
**San Francisco, CA 94124**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Mariners Church**
**5001 Newport Coast Drive**
**Irvine, CA 92603**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Mariners Village Apartment Homes**
**4600 Via Marina**
**Marina Del Rey, CA 90292**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Mario Escobar**
**345 W 10th Ave**
**Escondido, CA 92025**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Mark & Linda Sanders**
**3111 Bel Air Drive**
**Unit #18C**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____  Case number (if known) _____
Name

---

**3.1590**

**Nonpriority creditor's name and mailing address**

**Mark Griffon**
**2210 Pine Drive**
**Friendswood, TX 77546**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.1591**

**Nonpriority creditor's name and mailing address**

**Mark Herndon**
**1721 San Pablo Dr.**
**San Marcos, CA 92078**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.1592**

**Nonpriority creditor's name and mailing address**

**Mark Howell**
**29391 Buckhaven Street**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.1593**

**Nonpriority creditor's name and mailing address**

**Mark Huha**
**302 Mainssail rd**
**oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.1594**

**Nonpriority creditor's name and mailing address**

**Mark Leary**
**4739 Arizona Street**
**San Diego, CA 92116**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.1595**

**Nonpriority creditor's name and mailing address**

**Mark Lundy**
**780 North Shore Drive**
**Anna Maria, FL 34216**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

---

**3.1596**

**Nonpriority creditor's name and mailing address**
**Mark Maydaniuk**
**3111 Bel Air Drive**
**Unit 215**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1597**

**Nonpriority creditor's name and mailing address**
**Mark Moreno - Icon Maintenance Services**
**35 Hidden Trail**
**Irvine, CA 92602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1598**

**Nonpriority creditor's name and mailing address**
**Mark Nys**
**4810 Jacaranda**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1599**

**Nonpriority creditor's name and mailing address**
**Mark Ratkevich**
**6276 Camino Corto**
**San Diego, CA 92120**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1600**

**Nonpriority creditor's name and mailing address**
**Mark Ratkevitch**
**6276 Camino Corto**
**San Diego, CA 92120**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1601**

**Nonpriority creditor's name and mailing address**
**Mark Ritchie**
**3072 Greendale Street**
**Las Vegas, NV 89121**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**

Name

Case number (if known)

---

| 3.160 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mark Romero**
**3408 Central Ave.**
**San Diego, CA 92105**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mark Sochinsky**
**657 Deer Run North**
**Palm Harbor, FL 34683**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mark Steffler**
**1951 South Calliente Dr**
**Palm Springs, CA 92264**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mark Stegemeier**
**13811 Barons Bridge Dr**
**Houston, TX 72070**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mark Tatch**
**3978 Valle del Sol (3978 Valle del Sol**
**Bonsall, CA 92003**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mark Wells**
**1882 Magdalena Way**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.160 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Wilson**
**13 Corte Rivera**
**San Clemente, CA 92673**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.160 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marlin Smith**
**Po Box 2151**
**Spring Valley, CA 91979**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.161 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marlin Smith**
**Po Box 215**
**Spring Valley, CA 91977**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.161 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marquis San Diego Marina**
**333 West Hardbor Drive**
**San Diego, CA 92101**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.161 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marriot Bakersfield**
**3801 Marriot Drive**
**Bakersfield, CA 93301**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.161 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marriott Marquis**
**333 West Harbor Drive**
**San Diego, CA 92122**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **Nu Flow America, Inc.**
_____  Case number (if known) _____
Name

---

**3.161 4**

**Nonpriority creditor's name and mailing address**

**Marsh, Brian**
**66 Blue Lagoon**
**Laguna Beach, CA 92652**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.161 5**

**Nonpriority creditor's name and mailing address**

**Marsha Macias**
**1127 E Del Mar Blvd #125**
**Pasadena, CA 91106**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.161 6**

**Nonpriority creditor's name and mailing address**

**Martha Weida**
**1900 Santiago Drive**
**Newport Beach, CA 92658**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.161 7**

**Nonpriority creditor's name and mailing address**

**Martin Ramirez**
**746 Cerro Bonita Dr**
**San Marcos, CA 92069**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.161 8**

**Nonpriority creditor's name and mailing address**

**Martin Staubus**
**624 Seabright Ln**
**Solana Beach, CA 92075**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.161 9**

**Nonpriority creditor's name and mailing address**

**Martinez Construction**
**889 4th Street, Suite 207**
**San Rafael, CA 94901**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**

Name

Case number (if known)

---

3.162 0

**Nonpriority creditor's name and mailing address**

**Marty Lash**
**14941 Whites Canyon Way**
**Silverado, CA 92676**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

�True Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

3.162 1

**Nonpriority creditor's name and mailing address**

**Marty McGee**
**5775 la jolla corona drive**
**la jolla, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

3.162 2

**Nonpriority creditor's name and mailing address**

**Mary Anne Weatherwax**
**32116 Via Buena**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

3.162 3

**Nonpriority creditor's name and mailing address**

**Mary Belcher**
**1180 Princess Court**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

3.162 4

**Nonpriority creditor's name and mailing address**

**Mary Corigliano**
**1127 East Del Mar Blvd Unit 412**
**Pasadena, CA 91106**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

3.162 5

**Nonpriority creditor's name and mailing address**

**Mary Glorfield**
**119 Via Coronado**
**Rancho Santa Fe, CA 92091**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

Debtor **Nu Flow America, Inc.**
　　　　　 Name

Case number *(if known)* _____

---

| 3.162 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mary Goebel**
**3111 Bel Air Dr**
**Unit 17F**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.162 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mary Hopperton**
**16897 Sky Valley Drive**
**Ramona, CA 92065**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.162 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mary Lou Newsom**
**306 Dewitt Ct.**
**El Cajon, CA 92020**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.162 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mary Moses**
**619 Rivera St**
**Chula Vista, CA 91911**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.163 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Massimo Tinto**
**1127 East Del Mar Blvd Unit 231**
**Pasadena, CA 91106**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.163 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matchpoint**
**2919 Orville Wright Way**
**Suite 100**
**Wilmington, NC 28405**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**
_____    Case number *(if known)* _____
Name

| 3.163 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mathew Scott**
**2012 Subia Terrace**
**Carlsbad, CA 92008**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Matt Bevilacqua for Ron Neeley**
**5825 Kelton Ave**
**La Mesa, CA 91942**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Matt Feeney**
**802 Montview Drive**
**Escondido, CA 92025**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Matt Fuss**
**9685 Via Excelencia Suite 200**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Matt Kranzler**
**901 Bonita Ave**
**Las Vegas, NV 89104**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Matt McCloud**
**688 Wolf Point court**
**oceanside, CA 92057**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Nu Flow America, Inc.**
         Name                                                    Case number (if known)

---

| 3.163 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Matt Menotti**
**4264 cordobes cove**
**san diego, CA 92130**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Matt Wardlow**
**3111 Bel Aire Drive Unit 19E**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Matt Wickstorm**
**26072 Cresta Verde**
**Mission Viejo, CA 92691**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Matthew Golden**
**2784 Tyndrum Avenue**
**Henderson, NV 89044**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Matthew Tollestrup**
**4589 Euclid Ave**
**San Diego, CA 92127**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Matthew Tranquilli**
**1520 Souvenir Dr**
**El Cajon, CA 92020**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number _(if known)_ _____

---

**3.164 4**

**Nonpriority creditor's name and mailing address**

**Maui Plumbing (Joint Venture)**
**PO Box 1363**
**Wailuku, HI 96793**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 5**

**Nonpriority creditor's name and mailing address**

**Maui Plumbing, Inc. (Joint Venture)**
**PO Box 1363**
**Wailuku, HI 96793**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 6**

**Nonpriority creditor's name and mailing address**

**Max Savage**
**14 Blue Lagoon**
**Laguna Beach, CA 92652**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 7**

**Nonpriority creditor's name and mailing address**

**Maxine Gaines**
**3111 Bel Aire Drive #18H**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 8**

**Nonpriority creditor's name and mailing address**

**Mayfield Electric and Water Systems**
**301 East Broadway**
**Mayfield, KY 42066**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 9**

**Nonpriority creditor's name and mailing address**

**MCA Realty, Inc**
**18818 Teller Avenue, Suite 250**
**Irvine, CA 92612**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.165 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**McCarthy Building Companies, Inc.**
**30215 Morning View Dr.**
**Malibu, CA 90265**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**McCarthy Cook**
**675 Nelson Rising**
**San Francsico, CA 94158**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**McCarthy Cook**
**185 Berry St**
**San Francisco, CA 94124**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**McCollum, Charles & Kathleen**
**2766 Ashland Lane**
**North Port, FL 34287**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**McCoy, Erich**
**8843 Hampe Ct.**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**McFadden, Michael**
**3628 Crown Point Drive**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor      **Nu Flow America, Inc.**
                    Name                                                              Case number (if known)

---

| 3.165 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**McGarey Campa Group - Berkshire Hathaway**
**8850 W Sunset Rd Ste 200**
**Las Vegas, NV 89148**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.165 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**McGrath**
**3675 Herman Ave**
**San Diego, CA 92104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.165 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**McGuiness Construction, Inc.**
**17451 Highlander Dr.**
**Ramona, CA 92065**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.165 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**McGuiness Construction, Inc.**
**7922 La Jolla Scenic Drive N**
**La Jolla, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.166 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**McInnis**
**5785 Bakewell**
**San Diego, CA 92117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.166 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**McKenney's Inc.**
**1056 Moreland Ind. Blvd.**
**Atlanta, GA 30303**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
Name

Case number (if known)

---

| 3.166 2 | | | |

**Nonpriority creditor's name and mailing address**

**McLaughlin Project**
**1927 Grey Rabbit Hollow Lane**
**Fallbrook, CA 92028**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.166 3 | | | |

**Nonpriority creditor's name and mailing address**

**MCR Plumbing**
**450 Rosewood Ave**
**Camarillo, CA 93010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.166 4 | | | |

**Nonpriority creditor's name and mailing address**

**MCRD Building 625 Spot Repair**
**4600 Belleau Ave. Building 228**
**San Diego, CA 92140**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.166 5 | | | |

**Nonpriority creditor's name and mailing address**

**MCS Plumbing**
**2383 Winter Cliffs Street**
**Henderson, NV 89052**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.166 6 | | | |

**Nonpriority creditor's name and mailing address**

**MDC Design and Construction**
**3633 Monte Real**
**Escondido, CA 92029**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.166 7 | | | |

**Nonpriority creditor's name and mailing address**

**MDL Group**
**5960 South Jones Boulevard**
**Las Vegas, NV 89118**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

**3.1668**

**Nonpriority creditor's name and mailing address**

**Mechanical Degrees, Inc.**
**26 Worlds Fair Drive - Unit D**
**Somerset, NJ 08873**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1669**

**Nonpriority creditor's name and mailing address**

**Megan DeWert**
**148 S LARKWOOD STREET**
**Anaheim, CA 92808**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1670**

**Nonpriority creditor's name and mailing address**

**Meissner Jacquet Commercial Real Estate**
**4995 Murphy Canyon Road**
**Suite 100**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1671**

**Nonpriority creditor's name and mailing address**

**Mel Devera**
**920 Sacramento Ave.**
**Spring Valley, CA 91977**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1672**

**Nonpriority creditor's name and mailing address**

**Mel Lancaster**
**3046 El Camino Ave**
**Las Vegas, NV 89102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1673**

**Nonpriority creditor's name and mailing address**

**Melanie Forster**
**764 N Doheny**
**West Hollywood, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

---

3.167
4

**Nonpriority creditor's name and mailing address**

**Melanie Smith - SRF**
**1336 Palm Street**
**Henderson, NV 89011**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.167
5

**Nonpriority creditor's name and mailing address**

**Melchione Inspection**
**9162 Fermi Ave.**
**San Diego, CA 92123**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.167
6

**Nonpriority creditor's name and mailing address**

**Melissa Kew**
**1127 East Del Mar Blvd Unit 222**
**Pasadena, CA 91106**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.167
7

**Nonpriority creditor's name and mailing address**

**Melman Plaza 2BA**
**1855 Diamond St. Unit 5-113**
**San Diego, CA 92109**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.167
8

**Nonpriority creditor's name and mailing address**

**Melwyn Abreo**
**3373 Armagosa Way**
**Jamul, CA 91935**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.167
9

**Nonpriority creditor's name and mailing address**

**Menco Pacific, Inc.**
**336 State Place**
**Escondido, CA 92025**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Nu Flow America, Inc.**
_____
Name                                                                    Case number (if known)   _____

---

| 3.168 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Merchant Property Management**
**3773 30th St**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Meridian HOA**
**700 Front St**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Merlone Geier Partners**
**3191 Zinfandel Drive Suite 23**
**Rancho Cordova, CA 95670**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Merrill Gardens**
**9942 Highland Ave**
**Rancho Cucamonga, CA 91737**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mesa Investment LLC**
**151 West Market Street**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mesa Investment LLC**
**Attn: Property Manager**
**151 W. Market Street**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____         Case number (if known) _____
Name

---

| 3.168 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Mesa Mechanical Inc.**
**3952 Clairmont Mesa Blvd. #D101**
**San Diego, CA 92117**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**MESH Properties**
**5786 La Jolla Blvd**
**La Jolla, CA 92037**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Messina, Charlie**
**9610 Club South Circle**
**Unit# 4024**
**Sarasota, FL 34230**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Methodist Dallas Medical Center**
**1441 N Beckley Avenue**
**Dallas, TX 75253**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Metrowealth Property Management**
**11526 Sorrento Valley Rd**
**Suite J**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**MFRG - Icon Builders**
**15160 N. Hayden Rd, 2nd Floor**
**Scottsdale, AZ 85258**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**

_____  Case number _(if known)_  _____
Name

| 3.169 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**MFRG - ICON Construction**
**901 W 1st St**
**Santa Ana, CA 92703**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**MGM - Luxor**
**3900 Las Vegas Blvd. South**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**MGM - MGM Grand**
**P.O. Box 77123**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**MGM Grand**
**3799 S Las Vegas Blvd**
**Las Vegas, NV 89109**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**MGM Resorts - The Mirage (160)**
**P.O. Box 77765**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**MGM Resorts Int'l - Bellagio (190)**
**P.O. Box 77756**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
　　　　Name

Case number (if known) _____

---

**3.1698**

**Nonpriority creditor's name and mailing address**

**MGM Resorts Int'l - Excalibur (285)**
**P.O. Box 77735**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1699**

**Nonpriority creditor's name and mailing address**

**Micahel Huber**
**5215 Hillman Ave**
**Las Vegas, NV 89142**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1700**

**Nonpriority creditor's name and mailing address**

**Michael & Leslie Ramonette**
**204 Granada Street**
**Camarillo, CA 93010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1701**

**Nonpriority creditor's name and mailing address**

**Michael Arstein**
**18163 Verano Dr**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1702**

**Nonpriority creditor's name and mailing address**

**Michael Barth**
**48 Seawall Rd**
**Rancho Palos Verdes, CA 90275**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1703**

**Nonpriority creditor's name and mailing address**

**Michael Byrne**
**3041 Larkin St.**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Nu Flow America, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.170 4**

**Nonpriority creditor's name and mailing address**

**Michael Daprile**
**9536 Judd Falls Road West**
**Lake Worth, FL 33463**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.170 5**

**Nonpriority creditor's name and mailing address**

**Michael Day**
**2801 De Oro Lane**
**Fullerton, CA 92834**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.170 6**

**Nonpriority creditor's name and mailing address**

**Michael Evans**
**2723 Seabridge Drive**
**Las Vegas, NV 89121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.170 7**

**Nonpriority creditor's name and mailing address**

**Michael K. Walker & Associates, Inc.**
**1793 Mango Avenue**
**Sarasota, FL 34230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.170 8**

**Nonpriority creditor's name and mailing address**

**Michael Librizzi**
**5336 Calle Vista**
**San Diego, CA 92109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.170 9**

**Nonpriority creditor's name and mailing address**

**Michael Maria**
**4324 Mt. Helix Highlands Dr**
**La Mesa, CA 91941**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Nu Flow America, Inc.**
_____
Name                                        Case number (if known) _____

---

**3.1710**

**Nonpriority creditor's name and mailing address**
**Michael Mathis SFR**
**1814 6th street**
**Las Vegas, NV 89104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1711**

**Nonpriority creditor's name and mailing address**
**Michael Shulman**
**704 Kenny Way**
**Las Vegas, NV 89107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1712**

**Nonpriority creditor's name and mailing address**
**Michael Tang**
**3111 Bel Air Drive #15G**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1713**

**Nonpriority creditor's name and mailing address**
**Michael Vattima**
**8254 Timely Treasures Ave**
**Las Vegas, NV 89178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1714**

**Nonpriority creditor's name and mailing address**
**Michele Martes**
**1330 Soria Glen**
**Escondido, CA 92026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1715**

**Nonpriority creditor's name and mailing address**
**Mihail and Cristina Damatarca**
**16 Via Carina**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **Nu Flow America, Inc.**
Name
Case number (if known) _____

| 3.171 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mihal, James**
**2258 Edgehill Rd**
**Vista, CA 92083**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.171 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mikas, Keith**
**17017 Matinal Road**
**San Diego, CA 92122**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.171 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mike & Dacia Reynosa**
**7572 Roosevelt Ave.**
**Lemon Grove, CA 91945**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.171 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mike Barnes**
**2450 Tuttle St.**
**Carlsbad, CA 92008**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.172 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mike Bayer**
**383 Northgate St**
**San Diego, CA 92122**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.172 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mike Bell**
**2 Precipice**
**Laguna Niguel, CA 92607**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____   Case number (if known) _____
Name

| 3.172 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Cowen**
**7231 Linden Terrace**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.172 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Gearhardt**
**560 Spinnaker**
**Longboat Key, FL 34228**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.172 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Johnson**
**2026 Hillsdale Road**
**El Cajon, CA 92020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.172 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mike McCrae**
**7155 Mount Vernon St.**
**Lemon Grove, CA 91945**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.172 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Michaelsen**
**4715 Oporto Court**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.172 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Olson**
**5060 La Dorna St**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**                                    Case number (if known)    _____
_____
Name

| 3.172 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Relic**
**5028 Avenida De LA Plata**
**Oceanside, CA 92054**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Reynosa**
**7572 Rosevelt Ave**
**Lemon Grove, CA 91945**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Ronay**
**1127 East Del Mar Blvd Unit 221**
**Pasadena, CA 91106**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Vandewater**
**2207 Pine River**
**Kingwood, TX 77339**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Vieira**
**3111 Bel Air Dr**
**Unit 16F**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Millennium Tower Association - CHOA**
**301 Mission Street**
**San Francisco, CA 94105**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

**3.173 4**

**Nonpriority creditor's name and mailing address**

**Miller Contracting Company**
**1382 Valencia Avenue, Unit N**
**Tustin, CA 92781**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.173 5**

**Nonpriority creditor's name and mailing address**

**Millerick, Donna**
**4218 Middlesex Drive**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.173 6**

**Nonpriority creditor's name and mailing address**

**Mina Hung**
**3111 Bel Air Drive Unit 15D**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.173 7**

**Nonpriority creditor's name and mailing address**

**Mira Mesa Shopping Center, LLC**
**8294 Mira Mesa Blvd**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.173 8**

**Nonpriority creditor's name and mailing address**

**Mirabella Plaza 2BA**
**277 Port Royal Dr**
**Toms River, NJ 08757**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.173 9**

**Nonpriority creditor's name and mailing address**

**Mirae Construction Co.**
**320 W. Temple St.**
**Los Angeles, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**                                             Case number *(if known)*    _____
_____
Name

| 3.174 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Nonpriority creditor's name and mailing address**

**Miramar Bobcat Inc.**
**2595 Montgomery Ave.**
**Cardiff, CA 92007**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Nonpriority creditor's name and mailing address**

**Miramar Village West c/o Priority One Pr**
**PO Box 420404**
**San Diego, CA 92122**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**

**Miranda Plumbing & Air Conditioning**
**750 NW Enterprise Drive, Suite 100**
**Port St. Lucie, FL 34986**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**

**Mission Bay Condos C/O ASPM-San Diego**
**9340 Hazard Way**
**Suite B2**
**San Diego, CA 92122**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**

**Mitch Adler**
**17174 Camino Acampo**
**Rancho Santa Fe, CA 92067**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**

**Mitch Clemmons Plumbing**
**2003 Raymer Ave Suite A**
**Fullerton, CA 92833**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

The numbered labels on the left are: 3.174 0, 3.174 1, 3.174 2, 3.174 3, 3.174 4, 3.174 5

Debtor  **Nu Flow America, Inc.**                                              Case number (if known) _____
_____
Name

| 3.174 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mitch Nichols**
**9548 Upland Dr**
**Spring Valley, CA 91977**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.174 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**MITNV, LLC C/o Berkshire Hathaway Home**
**S**
**8850 West Sunset Road Ste 120**
**Las Vegas, NV 89148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.174 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**MJ Goebel Trust**
**3111 Bel Air Dr**
**Unit 7C**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.174 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Mobile Dredging & Video Pipce, Inc.**
**3100 Bethel Road**
**Chester, PA 19013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.175 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Mobile Dredging and Video Pipe Inc**
**3100 Bethel Rd**
**Chester, PA 19013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.175 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Modesto Courthouse**
**10030 Foothills Blvd**
**Roseville, CA 95747**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Nu Flow America, Inc.**
_____  Case number (if known) _____
Name

---

| 3.175 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mohammed Abdullatif**
**45 Red Rock**
**Irvine, CA 92604**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Moira & Shannon Bane**
**11 Sunswept Mesa**
**Aliso Viejo, CA 92656**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mojave Electric**
**3755 W Hecienda Ave**
**Las Vegas, NV 89118**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mokee, James**
**9532 Oviedo ST.**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Monarch Plumbing**
**375 S. Glenwood Place**
**Burbank, CA 91505**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Monarch Plumbing & Mechanical**
**675 S. Glenwood Place**
**Burbank, CA 91506**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**    Case number *(if known)* _____
_____
　　　　　Name

| 3.175 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mondle, Karen**
**1378 Via Cibola**
**Oceanside, CA 92054**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.175 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Monica Marra-Flachs**
**5321 Sugar Foot Ave**
**Las Vegas, NV 89107**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Montana Del Lago**
**15661 Red Hill Ave, Suite 201**
**Tustin, CA 92780**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Montelena HOA**
**c/o Laguna Shores Management**
**26131 Marguerite Pkwy., Ste. D**
**Mission Viejo, CA 92690**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Monterrey HOA**
**2897 Loveland Dr. unit 3401**
**Las Vegas, NV 89109**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Moran Construction**
**662 Willard Avenue**
**Brawley, CA 92227**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____   Case number (if known) _____
Name

---

**3.176 4**

**Nonpriority creditor's name and mailing address**

**Morgan Lewis**
**3770 Forestcrest Drive**
**Las Vegas, NV 89121**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.176 5**

**Nonpriority creditor's name and mailing address**

**Morning Star**
**724 Main St.**
**Woodland, CA 95695**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.176 6**

**Nonpriority creditor's name and mailing address**

**Morning View Associates, LLC**
**3375 Mission Ave #F**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.176 7**

**Nonpriority creditor's name and mailing address**

**Morningside of Fullerton**
**800 Morningside Dr.**
**Fullerton, CA 92834**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.176 8**

**Nonpriority creditor's name and mailing address**

**Morningside of Fullerton, Inc.**
**800 Morningside Drive**
**Fullerton, CA 92834**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.176 9**

**Nonpriority creditor's name and mailing address**

**Morrison Village HOA**
**4566 Deerfield Terrance**
**Freemont, CA 94538**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.177 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nonpriority creditor's name and mailing address**
**Mosden, Marian**
**3111 Bel Air Drive**
**#7G**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 1 |

**Nonpriority creditor's name and mailing address**
**Mountain Vista Development, Inc.**
**4290 S. Maryland Parkway**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

$0.00

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 2 |

**Nonpriority creditor's name and mailing address**
**Moya Properties**
**231 Guava Avenue**
**Chula Vista, CA 91911**

Date(s) debt was incurred __

Last 4 digits of account number __

$0.00

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 3 |

**Nonpriority creditor's name and mailing address**
**Mr Kyle Weaver, URSG - Sieera Vista Apar**
**1405 N Hayden Rd Suite 101**
**Scottsdale, AZ 85258**

Date(s) debt was incurred __

Last 4 digits of account number __

$0.00

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 4 |

**Nonpriority creditor's name and mailing address**
**Mr. Park**
**18500 New Hampshire Ave.**
**Ashton, MD 20861**

Date(s) debt was incurred __

Last 4 digits of account number __

$0.00

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 5 |

**Nonpriority creditor's name and mailing address**
**MSL Properties**
**923 N. Main St.**
**Orange, CA 92856**

Date(s) debt was incurred __

Last 4 digits of account number __

$0.00

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Nu Flow America, Inc.**
_____  Case number (if known) _____
Name

---

| 3.177 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mt. San Antonio College**
**1100 N. Grand Ave**
**Walnut, CA 91788**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**MTM Construction Inc.**
**16035 Phoenix Drive.**
**City of Industry, CA 91745**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**MTM Construction, Inc.**
**Project Engineer/Contracting Manager**
**16035 Phoenix Drive**
**City of Industry, CA 91715**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**MTM Construction, Inc.**
**16035 Phoenix Drive**
**City of Industry, CA 91715**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**MUBPM, LLC**
**5227 Eagledale Ave**
**Los Angeles, CA 90001**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Muller Construction**
**2133 Industrial Road**
**Las Vegas, NV 89102**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.** _____    Case number *(if known)* _____
　　　　　　　Name

---

| 3.178 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Multifamily Renovation Group, Inc.**
**1617 N 3rd Ave, Suite A**
**Phoenix, AZ 85004**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Muriel King**
**3111 Bel Air Dr**
**Unit 8A**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Murphy, Michael**
**1318 Woodview Dr.**
**Oceanside, CA 92054**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Murray Company**
**18414 S. Santa Fe Ave.**
**Compton, CA 90221**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Murray Stephenson**
**3111 Bel Air Dr**
**Unit 12D**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MVS Contracting Inc. - Elbow Room Bar**
**5225 Kearny Villa Road**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.178 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**MW Services**
**7985 Dunbrook Rd Suite A**
**San Diego, CA 92106**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**MZT COnstruction**
**841 East Washington**
**Santa Ana, CA 92701**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**N-Tech Mechanical Services, Inc.**
**4509-A Metropolitan Ct**
**Frederick, MD 21701**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**N. N. Jaeschke**
**9610 Waples Street**
**San Diego, CA 92122**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Nancy Chubbuck**
**1157 San Julian Dr**
**San Marcos, CA 92069**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Nancy Francisco**
**10626 Challenger Blvd**
**La Mesa, CA 91940**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

---

**3.179
4**

**Nonpriority creditor's name and mailing address**

**Nancy Knorr**
**14878 Via De La Valle**
**Del Mar, CA 92014**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.179
5**

**Nonpriority creditor's name and mailing address**

**Nancy Myers**
**3111 Bel Air Dr**
**Unit 6A**
**Las Vegas, NV 89101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.179
6**

**Nonpriority creditor's name and mailing address**

**Natalie Azzam**
**1293 Helix View**
**El Cajon, CA 92020**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.179
7**

**Nonpriority creditor's name and mailing address**

**National Water Main Cleaning Co**
**25 Marshall St**
**Canton, MA 02021**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.179
8**

**Nonpriority creditor's name and mailing address**

**National Water Main Cleaning Co.**
**25 Marshall St**
**Canton, MA 02021**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.179
9**

**Nonpriority creditor's name and mailing address**

**National Water Main Cleaning Company**
**1806 Newark Turnpike**
**Kearny, NJ 07032**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor     **Nu Flow America, Inc.**
        Name

Case number (if known) _____

---

| 3.180 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NAVSUP FLC San Diego**
**800 Seal Beach Blvd**
**Bldg 239**
**Seal Beach, CA 90740**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.180 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Navy Federal Credit Union**
**9999 Willow Creek Rd**
**San Diego, CA 92121**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.180 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nawar Abdulnoor**
**905 W. Main St.**
**El Cajon, CA 92020**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.180 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NAWCWD China lake**
**1 Admin Circle**
**China Lake, CA 93555**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.180 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Neete, Edmund & Joanne**
**6196 Caminito Del Oeste**
**San Diego, CA 92122**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.180 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Neil Jayasingle**
**11518 Summerhill**
**Houston, TX 72070**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____
 Name

Case number (if known) _____

---

| 3.180 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Neil Prince**
**1708 Wilstone Ave**
**Encinitas, CA 92024**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Neman, John**
**1030 Maybrook Drive**
**Beverly Hills, CA 90210**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nevada Dept of Energy**
**232 Energy Way**
**North Las Vegas, NV 89030**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**New Hope Homes LP**
**C/O Alisha Wade**
**1150 New York Stree**
**Long Beach, CA 90809**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**New Horizons South Bay Association**
**22727 Maple Ave**
**Torrance, CA 90505**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**New Line Trenchless TEchnologies Inc.**
**635 37 Ave Ne**
**Edmonton, Alberta**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number *(if known)* _____

| 3.181 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**New Pipes Inc.**
**1296 Memorex Drive**
**Santa Clara, CA 95050**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**New Pipes, Inc**
**1296 Memorex Dr,**
**Santa Clara, CA 95050**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**New York Community Bank**
**3111 Bel Air Drive Unit 26A**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**New York Leak Detection (NYLD)**
**PO BOX 269**
**Jamesville, NY 13078**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Newport Garden Villas Homeowners**
**Associa**
**5151 California Ave #100**
**Irvine, CA 92617**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nichols**
**604 Dalia Ave.**
**Imperial Beach, CA 91932**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Nu Flow America, Inc.**
Name

Case number (if known) _____

---

**3.181 8**

**Nonpriority creditor's name and mailing address**

**Nick Krenwinkel**
**336 Justina  Dr**
**Oceanside, CA 92057**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.181 9**

**Nonpriority creditor's name and mailing address**

**Nick Stamos**
**2281 Corner Creek Dr.**
**Fallbrook, CA 92028**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.182 0**

**Nonpriority creditor's name and mailing address**

**Nicklin Community Management**
**375 N Stephanie Street**
**Ste 911**
**Henderson, NV 89014**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.182 1**

**Nonpriority creditor's name and mailing address**

**Nicolas Serieys**
**5735 Red River Dr**
**San Diego, CA 92120**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.182 2**

**Nonpriority creditor's name and mailing address**

**Nielsen Construction California, Inc.**
**935 Broadway Avenue**
**El Centro, CA 92243**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.182 3**

**Nonpriority creditor's name and mailing address**

**Niguel Villas Condominium Assoc.**
**c/o MCM, LLC.**
**1900 E. Warner Ave., Suite 1P**
**Santa Ana, CA 92711**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**                                    Case number (if known) _____
_____
Name

| 3.182 4 | **Nonpriority creditor's name and mailing address**<br>**Niguel Villas Condominium Assoc. c/o MCM**<br>**1900 E. Warner Ave.**<br>**Suite 1P**<br>**Santa Ana, CA 92705**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __**Warranty**__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.182 5 | **Nonpriority creditor's name and mailing address**<br>**Nimmo Construction - Ashley Furniture Je**<br>**41957 Black Mountain Trail**<br>**Murrietta, CA 92562**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __**Warranty**__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |

| 3.182 6 | **Nonpriority creditor's name and mailing address**<br>**NN Jaeschke Inc.**<br>**9610 Waples St**<br>**Suite 200**<br>**San Diego, CA 92101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __**Warranty**__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |

| 3.182 7 | **Nonpriority creditor's name and mailing address**<br>**Noeru Hines**<br>**6218 Amber Lake Ave**<br>**San Diego, CA 92122**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __**Warranty**__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |

| 3.182 8 | **Nonpriority creditor's name and mailing address**<br>**Noreas**<br>**2534 State Street**<br>**San Diego, CA 92101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __**Warranty**__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |

| 3.182 9 | **Nonpriority creditor's name and mailing address**<br>**Noreen Schob**<br>**1127 E Del Mar Unit 322**<br>**Pasadena, CA 91106**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __**Warranty**__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |

Debtor   **Nu Flow America, Inc.**
_____   Case number (if known) _____
Name

| 3.183 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Norm King**
**2482 Toledo Ave**
**Palm Springs, CA 92264**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Norm McMahon**
**14348 Aedan Ct**
**Poway, CA 92064**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Norman Clarke**
**3111 Bel Air Dr**
**Unit 9A**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Norman Cullen**
**2270 Pine Street**
**San Diego, CA 92103**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Norman Dion**
**3111 Bel Air Dr**
**Unit 19A**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Norman J. Napier**
**326 Banyan Drive**
**Nokomis, FL 34275**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**                                      Case number *(if known)*  _____
            Name

---

| 3.183 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Normandy Apartments**
**1326 Edgewood Way**
**Oxnard, CA 93036**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**North County Hyundai**
**5282 Car Country Dr.**
**Carlsbad, CA 92008**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**North Salt Lake City**
**642 N 400 W**
**North Salt Lake, UT 84054**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**North Salt Lake City, Utah**
**642 N 400 W**
**North Salt Lake, UT 84054**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**North Wind - Weldin Construction**
**1425 Higham Street**
**Idaho Falls, ID 83402**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Northcap Commercial LLC**
**815 Pilot Rd Unit E**
**Las Vegas, NV 89119**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.184 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Northlink Services**
**1925 Angus Avenue Unit F**
**Simi Valley, CA 93063**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Novo Construction, Inc.**
**608 Folsom Street**
**San Francisco, CA 94124**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Nucon Group, Inc.**
**931 Canon**
**Pasadena, CA 91109**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Nuflow Phoenix AZ**
**943 S 48th St**
**Suite 114**
**Tempe, AZ 85281**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**NV5**
**2650 18th Street, Suite 202**
**Denver, CO 80211**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**NVE Inc. / FDA Building**
**455 Springpark Place**
**Suite 200B**
**Herndon, MD 20170**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Nu Flow America, Inc.**

Name

Case number *(if known)* _____

---

| 3.184 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Nye County Buildings and Grounds** | ■ Contingent | | |
| **2101 E Calvada Blvd #200** | ■ Unliquidated | | |
| **Pahrump, NV 89048** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Warranty__ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.184 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **O'Hara Residence** | ■ Contingent | | |
| **3115 McComas Ave** | ■ Unliquidated | | |
| **Kensington, MD 20895** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Warranty__ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.185 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **O'Malley, Lester** | ■ Contingent | | |
| **415 W. Taft Ave** | ■ Unliquidated | | |
| **# C** | ☐ Disputed | | |
| **Orange, CA 92856** | | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Warranty__ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.185 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **O'Neal, Robert** | ■ Contingent | | |
| **638 Cedar St.** | ■ Unliquidated | | |
| **San Marcos, CA 92069** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Warranty__ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.185 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Oakhurst Terrace HOA** | ■ Contingent | | |
| **325 N Oakhurst Drive** | ■ Unliquidated | | |
| **Bell, CA 00090-2010** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Warranty__ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.185 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Ocean Palms Resort** | ■ Contingent | | |
| **2950 Ocean St.** | ■ Unliquidated | | |
| **Carlsbad, CA 92008** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Warranty__ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

Debtor   **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

**3.185 4**

**Nonpriority creditor's name and mailing address**

**Ocean Terrace HOA**
**3200 La Rotonda Drive**
**Rancho Palos Verdes, CA 90275**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.185 5**

**Nonpriority creditor's name and mailing address**

**Olga Hernandez**
**3056 Parkdale Ave**
**Las Vegas, NV 89121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.185 6**

**Nonpriority creditor's name and mailing address**

**Oliver McMillen R.B. Village, LLC**
**c/o New Mark Merrill**
**427 oceanside Blvd. #K**
**Oceanside, CA 92057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.185 7**

**Nonpriority creditor's name and mailing address**

**OLS Hotels and Resorts**
**16000 Ventura Boulevard**
**Encino, CA 91436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.185 8**

**Nonpriority creditor's name and mailing address**

**Olson Inc., dba Olson Construction Compa**
**4445 Eastgate Mall Suite 200**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.185 9**

**Nonpriority creditor's name and mailing address**

**Olson, Ryan & Armi**
**28072 Turlock Ct**
**Laguna Niguel, CA 92607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**
_____
Name                                                    Case number (if known) _____

| 3.186 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Omni Hotels - San Diego**
**675 L St.**
**San Diego, CA 92101**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Omni Hotels, San Diego**
**675 L Street**
**San Diego, CA 92122**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**On It Property Management Inc.**
**10153 1/2 Riverside Dr. Suite 335**
**Toluca Lake, CA 91602**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**One Flagler Development, LLC**
**1475 W. Cypress Creek Road**
**Suite 202**
**Fort Lauderdale, FL 33311**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**One Harbor Club Drive HOA**
**200 Harbor Drive**
**San Diego, CA 92122**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**One Nevada**
**2645 S Mojave Road**
**Building B**
**Las Vegas, NV 89121**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.186 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Onni Group**
**315 West 9th St.**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.186 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Onni Group**
**315 West 9th St.**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.186 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Optimal Controls LLC.**
**600 Queen Street**
**Suite 2805**
**Honolulu, HI 96813**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.186 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Optimum Professional Property**
**Management**
**230 Commerce Suite 250**
**Irvine, CA 92602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.187 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Orange Tree Terrace HOA**
**5151 California Ave, Suite 100**
**Irvine, CA 92627**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.187 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Orchard Health Center**
**1 Amistad Dr**
**Mission Viejo, CA 92694**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.187<br>2 | |

**Nonpriority creditor's name and mailing address**
**Orcutt, Suzanne**
**4938 Alicante Way**
**Oceanside, CA 92054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

�selected Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.187<br>3 | |

**Nonpriority creditor's name and mailing address**
**Orion Construction Corp - NAVFAC SW**
**2185 La Mirada Dr.**
**Vista, CA 92083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.187<br>4 | |

**Nonpriority creditor's name and mailing address**
**OS Construction Services, Inc**
**2450 Hampton Road**
**Henderson, NV 89052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.187<br>5 | |

**Nonpriority creditor's name and mailing address**
**Oscar & Veronica Grajeda**
**1710 Los Altos Way**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.187<br>6 | |

**Nonpriority creditor's name and mailing address**
**Otay Terminal-Calle Fortunada, LLC c/o C**
**11440 West Bernardo Court**
**Suite 390**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.187<br>7 | |

**Nonpriority creditor's name and mailing address**
**Otay Water District**
**2554 Sweetwater Springs Blvd.**
**Attn: Charles Mederos**
**Spring Valley, CA 91977**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor   **Nu Flow America, Inc.**

Name                                                         Case number (if known) _____

---

| 3.1878 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Otis Froning**
**2877 Bayside Walk**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1879 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Ottaviano Residence**
**10454 Westchester Ave**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1880 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Owen Smith**
**13182 Shalimar Place**
**Del Mar, CA 92014**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1881 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**P & G Association Management**
**129 W Lake Mead Pkwy**
**Suite 16**
**Henderson, NV 89015**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1882 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Pablo Pareja**
**2285 Auden Place**
**Carlsbad, CA 92008-3856**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Pacfic Urban**
**2600 Michelson Drive Suite 770**
**Irvine, CA 92602**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**                                    Case number (if known) _____
_____
Name

| 3.188 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Pacific Building Group**
**9752 Aspen Creek Court**
**Suite 150**
**San Diego, CA 92122**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Pacific Commercial Management**
**5151 Shoreham Place**
**Suite 180**
**San Diego, CA 92122**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Pacific Legacy Property Management**
**600 palm Ave**
**Suite 225**
**Imperial Beach, CA 91932**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Pacific Mobile Home Park**
**80 Huntington St.**
**Huntington Beach, CA 92647**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Pacific Mountain Contractors**
**6600 North Wingfield Parkway**
**Sparks, NV 89431**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Pacific Plumbing**
**615 E. Washington Ave.**
**Santa Ana, CA 92711**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

**3.1890**

**Nonpriority creditor's name and mailing address**

**Pacific Rim Mechanical**
**7655 Convoy Court**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.1891**

**Nonpriority creditor's name and mailing address**

**Pacific Terrace Hotel**
**610 Diamond St**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.1892**

**Nonpriority creditor's name and mailing address**

**Pacifica Commercial Realty**
**504 First Street, Ste. A**
**Paso Robles, CA 93446**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.1893**

**Nonpriority creditor's name and mailing address**

**Pacifica Host Hotels**
**1775 Hancock St. Suite 200**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.1894**

**Nonpriority creditor's name and mailing address**

**Packard Management Group**
**9555 Chesapeake Dr. Suite 202**
**San Diego, CA 92123**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.1895**

**Nonpriority creditor's name and mailing address**

**Paguio, Rosmen**
**25648 Paseo La Cresta**
**Laguna Niguel, CA 92607**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor  **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

**3.1896**

**Nonpriority creditor's name and mailing address**
**Paige McEwen**
**PO Box 1226**
**Rancho Santa Fe, CA 92091**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1897**

**Nonpriority creditor's name and mailing address**
**Paige Squiller**
**5081 Millwood Drive**
**San Diego, CA 92117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1898**

**Nonpriority creditor's name and mailing address**
**Palm Springs Villas II HOA**
**600 W San Rafael**
**Palm Springs, CA 92262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.1899**

**Nonpriority creditor's name and mailing address**
**Palmiere**
**1959 Pacific Beach Drive**
**San Diego, CA 92109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1900**

**Nonpriority creditor's name and mailing address**
**Pamela Sattler**
**16 Empty Saddle Rd.**
**Rolling Hills Estates, CA 90274**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1901**

**Nonpriority creditor's name and mailing address**
**Pan American Properties, Inc.**
**17491 Irvine Boulevard**
**#100**
**Tustin, CA 92781**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.190 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pan Pacific Mechanical - Bay Area**
**48363 Freemont Blvd.**
**Freemont, CA 94538**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pan Pacific Plumbing**
**17911 Mitchell South**
**Irvine, CA 92602**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pan-Pacific Mechanical LLC**
**18250 Eculid Street**
**Fountain Valley, CA 92708**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Papafingos Plaza 1BA**
**PO Box 12669**
**CA**
**Westminster, CA 92685**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paramount Pictures Corporation**
**PO Box 2396**
**Secaucus, NJ 07096-2396**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Park Laureate**
**1000 Memorial Drive**
**Houston, TX 72070**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

---

| 3.1908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Park Life Real Estate**
**935 Orange Ave.**
**Coronado, CA 92118**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Park Tower Associates L.P.**
**400 North Tampa Street**
**Tampa, FL 33602**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Parker**
**3533 Moccasin Ave**
**San Diego, CA 92117**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1911 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Pasadena Towers**
**55 S Lake Ave**
**Pasadena, CA 91109**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1912 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Pat Franklin**
**1615 N. Tonopah Drive**
**Las Vegas, NV 89101**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1913 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Pat Tollett**
**9800 Northwest Frwy**
**Houston, TX 72070**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.191 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Patrica Franklin**
**1615 N. Tonopah Drive**
**Las Vegas, NV 89106**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Patricia Yanney**
**3048 el camino ave**
**Las Vegas, NV 89102**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Patrick Broe**
**1600 Pacific Hwy MS a-42**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Patrick Chapman**
**13206 Acton Ave**
**Poway, CA 92064**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Patrick Herrington**
**11310 Via Playa De Cortes**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Patsy McCarty**
**1713 Fontenlle Street**
**Las Vegas, NV 89102**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.192 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Patton, Lee & Virginia**
**5201 Palmera Dr**
**Oceanside, CA 92054**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.192 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Paul Frankel**
**321 San Lucas Dr**
**Solana Beach, CA 92075**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.192 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Paul Hernandez**
**812 San Angelo Ave**
**Montebello, CA 90640**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.192 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Paul Ruzynski**
**7419 Rockridge Rd**
**Pikesville, MD 21208**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.192 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Paul Watkinson**
**8461 Hudson Dr**
**San Diego, CA 92119**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.192 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Paul Wick**
**440 De Anza Ct**
**Oceanside, CA 92054**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

Debtor    **Nu Flow America, Inc.**                                    Case number (if known) _____

Name

---

| 3.192 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Paulinski Plaza 1BA** | ■ Contingent | |
| **4600 Lamont St. Unit 4-109** | ■ Unliquidated | |
| **San Diego, CA 92109** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.192 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Pearson, Les** | ■ Contingent | |
| **11905 Via Granero** | ■ Unliquidated | |
| **El Cajon, CA 92020** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.192 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Pechanga Resort and Casino** | ■ Contingent | |
| **45000 pechanga parkway** | ■ Unliquidated | |
| **temecula, CA 92592** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.192 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Peck, Carol** | ■ Contingent | |
| **516 S. Nevada** | ■ Unliquidated | |
| **Oceanside, CA 92054** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.193 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Pederson, John** | ■ Contingent | |
| **1151 Catalina Blvd** | ■ Unliquidated | |
| **San Diego, CA 92122** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.193 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Pegasus Utility Locating Services, Inc.** | ■ Contingent | |
| **1714 W. Lincoln St.** | ■ Unliquidated | |
| **Phoenix, AZ 85004** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Nu Flow America, Inc.**
_____
Name

Case number (if known)    _____

---

| 3.193 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Peggy Bonacuse**
**7127 Hawk's Nest Court**
**Punta Gorda, FL 33950**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Penasquitos Villas HOA c/o PMC**
**11717 Bernardo Plaza Ct.**
**#220**
**San Diego, CA 92122**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Pengelly Residence**
**3810 Fallon Circle**
**SAn Diego, CA 92122**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Pennant Village HOA**
**5775 Ferber St**
**San Diego, CA 92122**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Penny Westfall**
**4408 Brighton Ave**
**Ocean Beach, CA 92107**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Peppermill Casinos, Inc.**
**6600 N. Wingfield Pkwy.**
**Sparks, NV 89436**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.193 8 | **Nonpriority creditor's name and mailing address**<br>**Peraton, Inc.**<br>**1400 S. Shamrock Ave**<br>**Monrovia, CA 91016**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._     **$0.00**<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.193 9 | **Nonpriority creditor's name and mailing address**<br>**Permon Contractors Inc.**<br>**9380 Activity Rd.**<br>**Ste. K**<br>**San Diego, CA 92122**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._     **$0.00**<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.194 0 | **Nonpriority creditor's name and mailing address**<br>**Pernicano Realty**<br>**2851 Camino del Rio S #230**<br>**San Diego, CA 92108**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._     **$0.00**<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.194 1 | **Nonpriority creditor's name and mailing address**<br>**Perry, Patricia**<br>**171 Juanita Way**<br>**San Francisco, CA 94124**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._     **$0.00**<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.194 2 | **Nonpriority creditor's name and mailing address**<br>**Pete Damato**<br>**6794 University Ave**<br>**San Diego, CA 92115**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._     **$0.00**<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.194 3 | **Nonpriority creditor's name and mailing address**<br>**Pete Damato**<br>**5743 Red River Dr**<br>**San Diego, CA 92120**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._     **$0.00**<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.194 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pete Damato**
**3830 Bandini Street**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.194 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter Barsuk**
**708 7th Street**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.194 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter J. Downs Sr.**
**703 South Fairfax Lane**
**Alexandria, VA 22314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.194 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter Lawrence Commerical Real Estate, I**
**7100 N.W. 12th Street**
**Suite #105**
**Miami, FL 33101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.194 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter Madsen**
**7618 reposado drive**
**carlsbad, CA 92009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.194 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Petr Burianek**
**1462 Machado St**
**Oceanside, CA 92054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

---

| 3.195 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Petr Tiser**
**2640 Geneva Road**
**Venice, FL 34285**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Petr Tiser**
**2964 Odessa Road**
**Venice, FL 34285**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Petz Custom Home Inc**
**323 Sapphire**
**Newport Beach, CA 92663**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Petz Custom Home Inc.**
**323 Sapphire**
**Newport Beach, CA 92658**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Phaniraj Lyengar**
**3111 Bel Air Dr**
**Unit 8F**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Phil Moran**
**POBOX 471**
**El Centro, CA 92244**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**                                    Case number (if known) _____
_____
Name

| 3.195 6 | | | |

**Nonpriority creditor's name and mailing address**

**Phil Rutherford**
**113 South Plaza**
**Brawley, CA 92227**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.195 7 |

**Nonpriority creditor's name and mailing address**

**Philip Farley**
**3005 Mason Ave**
**Las Vegas, NV 89102**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.195 8 |

**Nonpriority creditor's name and mailing address**

**Philip Lawton**
**3649 Maria Street**
**Las Vegas, NV 89121**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.195 9 |

**Nonpriority creditor's name and mailing address**

**Phillip Bosman**
**615 S Tulip St.**
**Escondido, CA 92025**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.196 0 |

**Nonpriority creditor's name and mailing address**

**Phillip Jia**
**13138 Roundup Ave**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.196 1 |

**Nonpriority creditor's name and mailing address**

**Phillip Lawton**
**3649 Maria St**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**    Case number (if known) _____
          Name

---

| 3.196<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Phillip Lawton**
**3649 Maria Street**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.196<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Phoebe Construction**
**40 Tesla**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.196<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Phylis Hsia**
**14 Pelican Point**
**Newport Coast, CA 92657**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.196<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Phyllis Sides**
**3125 Trinity Dr**
**Costa Mesa, CA 92628**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.196<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pichler**
**9377 Crest Dr.**
**Spring Valley, CA 91977**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.196<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pierside Pavilion**
**15661 Red Hill Ave., Suite 201**
**Tustin, CA 92780**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
　　　　　Name    Case number (if known) _____

| | | |
|---|---|---|
| 3.196 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**3.196 8**

**Nonpriority creditor's name and mailing address**
**Pine Garden Apartment Home c/o Rosy Balt**
**1493 La Linda Dr**
**San Marcos, CA 92069**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.196 9**

**Nonpriority creditor's name and mailing address**
**Pine Garden Apartments**
**1775 E. 20 St.**
**San Bernardino, CA 92401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.197 0**

**Nonpriority creditor's name and mailing address**
**Pink Taco**
**10250 Santa Monica Blvd**
**Los Angeles, ca 90001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.197 1**

**Nonpriority creditor's name and mailing address**
**Pinnacle**
**7980 Linda Vista Rd**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.197 2**

**Nonpriority creditor's name and mailing address**
**Pinnacle 1617**
**1617 First Ave.**
**San Diego, CA 92101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.197 3**

**Nonpriority creditor's name and mailing address**
**Pinnacle 1617**
**8369 Vickers St**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

Debtor    **Nu Flow America, Inc.**
_____
Name                                                                Case number (if known) _____

---

| 3.197 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pinnacle Marina Tower Association**
**550 Front St**
**San Diego, CA 92101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**   <u>Warranty</u>

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address**
**Pinnacle-Shasta Lane Apts**
**5560 Shasta Lane**
**La Mesa, CA 91942**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**   <u>Warranty</u>

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address**
**Pipe Trades Inc**
**1287 Hanson Way**
**Ramona, CA 92065**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**   <u>Warranty</u>

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address**
**Pipe Werx**
**595 East Brooks #304**
**North Las Vegas, NV 89030**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**   <u>Warranty</u>

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address**
**Pipeline Diagnostic Services - NFA**
**7704 Calle Corta**
**Bakersfield, CA 93309**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**   <u>Warranty</u>

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address**
**PKC Construction**
**7802 Barton St**
**Lenexa, KS 66215**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**   <u>Warranty</u>

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**    Case number (if known) _____
_____
Name

---

| 3.198 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Plumbing Dept. 7** | ■ Contingent | |
| **5200 Marlborough Dr.** | ■ Unliquidated | |
| **San Diego, CA 92116** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.198 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Plumbing Dept. 7** | ■ Contingent | |
| **7740 Kenamar Court** | ■ Unliquidated | |
| **San Diego, CA 92122** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.198 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Plumbing Solutions of Nevada** | ■ Contingent | |
| **4170 W Pioneer Ave #A** | ■ Unliquidated | |
| **Las Vegas, NV 89102** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.198 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **PM Design** | ■ Contingent | |
| **38 Executive Park** | ■ Unliquidated | |
| **Suite 310** | ☐ Disputed | |
| **Irvine, CA 92614** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.198 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **PM Realty Group L.P.** | ■ Contingent | |
| **8954 Rio San Diego Dr., STE 104** | ■ Unliquidated | |
| **San Diego, CA 92122** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.198 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **PMP Management, LLC** | ■ Contingent | |
| **27220 Turnberry Lane** | ■ Unliquidated | |
| **Suite 150** | ☐ Disputed | |
| **Valencia, CA 91355** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Nu Flow America, Inc.**                                      Case number (if known)  _____
_____
Name

---

| 3.198 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Point Loma Villa's HOA**
**5142 Avenida Encinas**
**Carlsbad, CA 92008**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Point Loma Villa's HOA**
**4444 West Point Loma Blvd**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Pol Plaza 2BA**
**4600 Lamont St. Unit 4-104**
**San Diego, CA 92109**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Polan, Neal**
**707 Pearl Street**
**Redondo Beach, CA 90277**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Portrait Construction, Inc.**
**265 N. Joy St.**
**Suite 200**
**Corona, CA 92877**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Pospiech Contracting**
**201 South Apopka Avenue**
**Inverness, FL 34450**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____   Case number _(if known)_  _____
         Name

| 3.199 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Powell, Jeff and Heather**
**829 Benita Place**
**Boulder City, NV 89005**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Prashant Katre**
**1431 Knoll Park Glen**
**Escondido, CA 92025**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**PRC Builders**
**9801 Brier Lane**
**Tustin, CA 92705**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Preferred Electric, LLC**
**4405 W Sunset Road**
**Las Vegas, NV 89118**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Premier Project Management LLC as Agent**
**14185 Dallas Parkway**
**Suite 1150**
**Dallas, TX 75254**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Presidio Real Estate - Fortuna On Lamont**
**5680-C Lake Murray Blvd.**
**La Mesa, CA 91942**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.199 8 | **Nonpriority creditor's name and mailing address**<br>**Prill Construction Inc**<br>**7819 Norfolk Ave**<br>**Bethesda, MD 20817**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Warranty__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.199 9 | **Nonpriority creditor's name and mailing address**<br>**Professional Real Estate Management Corp**<br>**7555 Eads Avenue**<br>**La Jolla, CA 92037**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Warranty__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.200 0 | **Nonpriority creditor's name and mailing address**<br>**Professional Real Estate Mgmt:Venezia Ho**<br>**7555 Eads Ave.**<br>**La Jolla, CA 92037**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Warranty__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.200 1 | **Nonpriority creditor's name and mailing address**<br>**Professional Services Construction, Inc.**<br>**320 Camarillo Ranch Rd.**<br>**Camarillo, CA 93012**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Warranty__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.200 2 | **Nonpriority creditor's name and mailing address**<br>**Promenade West**<br>**880 W 1st St**<br>**Los Angeles, CA 90012**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Warranty__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.200 3 | **Nonpriority creditor's name and mailing address**<br>**Property Advantage Carlsbad, Inc.**<br>**5142 Avenida Encinas**<br>**Carlsbad, CA 92008**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Warranty__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
|---|---|---|---|

Debtor  **Nu Flow America, Inc.**
_____     Case number (if known) _____
Name

| 3.200 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Property Group**
**3286 S Brentwood St**
**Las Vegas, NV 89121**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Property Made Easy**
**8275 S Eastern Ave #200**
**Las Vegas, NV 89123**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Prospect Fields HOA**
**27290 Madison Avenue**
**Suite 300**
**Temecula, CA 92590**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Provencal Place HOA**
**10152 Rancho Carmel Drive**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Providence Infrastructure Consultants**
**1425 Oread West**
**Suite 102**
**Lawrence, KS 66044**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**PSS, Inc.**
**3989 Sherbourne Dr**
**Oceanside, CA 92054**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Nu Flow America, Inc.**
_____        Case number (if known) _____
Name

| 3.201 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Puget Sound Naval Shipyard**
**1400 Farragut**
**Bremerton, WA 98314**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Purcell, Joseph & Sloan**
**2 Carmel Woods**
**Laguna Niguel, CA 92607**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pykle's Remodeling - Jesus Gonzalez**
**8864 Glenira Avenue**
**La Mesa, CA 91941**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pykles Plumbing Inc**
**8348 Center Dr**
**La Mesa, CA 91942**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Quality Pipe Cleaning**
**PO Box 2200**
**Centerville, VA 31028**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Qubiqo EOOD**
**Mihail Tenev Str. Office 6.1**
**Sofia, Bulgaria 01784-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Nu Flow America, Inc.**
　　　　　　Name

Case number (if known) _____

---

| 3.201 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**R&M Service Solutions**
PO BOX 210155
West Palm Beach, FL 33421

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:　**Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**R&M Service Solutions, LLC**
7256 Westport Place
Suite A
West Palm Beach, FL 33401

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:　**Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**R&M Services**
7256 Wesport Place
Suite A
West Palm Beach, FL 33413

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:　**Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**R. Barry McComic**
3111 Bel Aire Drive Unit #4F
Las Vegas, NV 89101

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:　**Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**R.L. Fick and Son Plumbing, Inc.**
10740 Kenny St.
Santee, CA 92071

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:　**Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**R.W. Selby & Company**
11661 San Vincente Blvd, Fifth Floor
Los Angeles, CA 90049

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:　**Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.202 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rachelle Hahn**
**4810 New Ranch Rd**
**El Cajon, CA 92020**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.202 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rae Good**
**2916 Fair Field St**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.202 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Raeline Scott**
**17698 Vista Rancho Ct**
**Rancho Santa Fe, CA 92091**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.202 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RAHD Group**
**1927 Adams Ave #200**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.202 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rainbow Investment Company**
**5500 Grossmont Center Dr. #106**
**LA Mesa, CA 91942**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.202 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ralph DeLuca**
**157 Park Avenue**
**Madison, NJ 07940**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

---

**3.2028**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Ralph Hemingway**
**3111 Bel Aire Drive Unit 4G**    ☑ Contingent
**Las Vegas, NV 89101**    ☑ Unliquidated
☐ Disputed
Date(s) debt was incurred __
Last 4 digits of account number __    **Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2029**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Ramada Limited**
**3747 Midaway Dr**    ☑ Contingent
**San Diego, CA 92122**    ☑ Unliquidated
☐ Disputed
Date(s) debt was incurred __
Last 4 digits of account number __    **Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2030**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Ramona Bruno**
**4739 Terra Linda Ave**    ☑ Contingent
**Las Vegas, NV 89120**    ☑ Unliquidated
☐ Disputed
Date(s) debt was incurred __
Last 4 digits of account number __    **Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2031**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Ranch and Coast Plastic Surgery**
**1431 Camino Del Mar**    ☑ Contingent
**Del Mar, CA 92014**    ☑ Unliquidated
☐ Disputed
Date(s) debt was incurred __
Last 4 digits of account number __    **Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2032**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Rancho Veracruz HOA**
**230 Commerce Suite 250**    ☑ Contingent
**Irvine, CA 92602**    ☑ Unliquidated
☐ Disputed
Date(s) debt was incurred __
Last 4 digits of account number __    **Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2033**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Rand Palomino**
**9311 Mesa Vista Avenue**    ☑ Contingent
**La Mesa, CA 91941**    ☑ Unliquidated
☐ Disputed
Date(s) debt was incurred __
Last 4 digits of account number __    **Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.203 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Randy Brooks**
**4193 Crater street**
**Las Vegas, NV 89122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.203 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Randy Brooks**
**4153 Crated Street**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.203 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Randy Brooks**
**4153 Crater Street**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.203 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Randy Fiedler**
**1708 Griffith Ave**
**Las Vegas, NV 89104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.203 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Randy Franke**
**5146 Pendleton St.**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.203 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Randy Housley**
**4075 Ivey Vista Way**
**Oceanside, CA 92054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor  **Nu Flow America, Inc.**

Name

Case number *(if known)*

---

**3.2040**

**Nonpriority creditor's name and mailing address**

**Rantz, Paula & Mike**
**1219 Straford Ct.**
**Del Mar, CA 92014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2041**

**Nonpriority creditor's name and mailing address**

**Raven Mechanical, LP**
**1618 Buschong**
**Houston, TX 72070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2042**

**Nonpriority creditor's name and mailing address**

**Raven Services JV**
**701 East Broad Street**
**Suite 4600**
**Richmond, VA 23219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2043**

**Nonpriority creditor's name and mailing address**

**Ray Emerson**
**221 Dawn Aisle Drive**
**Las Vegas, NV 89145**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2044**

**Nonpriority creditor's name and mailing address**

**Ray Fiest**
**1902 valley road**
**oceanside, CA 92056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2045**

**Nonpriority creditor's name and mailing address**

**Ray Johnson**
**3230 Meadow Ln**
**Lemon Grove, CA 91945**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**                                    Case number (if known)    _____
_____
Name

---

| 3.204 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Raymond Horn** | ■ Contingent | |
| **12464 Mantilla road** | ■ Unliquidated | |
| **San Diego, CA 92128** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.204 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **RCCAS Enterprises Inc.** | ■ Contingent | |
| **511 'D' South Cedros Ave** | ■ Unliquidated | |
| **Solana Beach, CA 92075** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.204 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **RCI Construction** | ■ Contingent | |
| **3111 Bel Air Dr** | ■ Unliquidated | |
| **Las Vegas, NV 89101** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.204 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **RD Plumbing** | ■ Contingent | |
| **4816 Onate avenue** | ■ Unliquidated | |
| **San diego, CA 92117** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.205 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **RE Construction** | ■ Contingent | |
| **2599 State Street** | ■ Unliquidated | |
| **Carlsbad, CA 92008** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.205 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Real Vida Remodeling** | ■ Contingent | |
| **1325 Pacific Hwy** | ■ Unliquidated | |
| **San Diego, CA 92101** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.205 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Realta Management**
**318 Ave I #865**
**Redondo Beach, CA 90277**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.205 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rebecca Grossenbacher**
**3120 Felton St.**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.205 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Reddie Gonzaga**
**2094 Silver Breeze Avenue**
**Las Vegas, NV 89183**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.205 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Redlands Unified School District**
**840 E. Citrus Ave.**
**Redlands, CA 92373**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.205 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Redwood Apartments, LLLP**
**11 South Eutaw Street**
**Baltimore, MD 21202**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.205 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Redwood Construction**
**1400 West Third Street,**
**Chico, CA 95928**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.205 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Reed Avenue HOA**
**1738 Reed Avenue**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Reef Point Realty**
**3914 Murphy Canyon Road**
**San Diego, CA 92123**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Reem Khalil**
**124 Southern Rd**
**El Cajon, CA 92120**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Reenie Galo**
**9226 Pony Express**
**San Antonio, TX 78201**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Reese Shasha and Haitham**
**1743 Vakas Dr**
**El Cajon, CA 92019**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Regency Towers Association, Inc.**
**3111 Bel Air Drive**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.206 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Regent Association Services**
**CMC Community Property**
**2740 N. Grande Avenue**
**Orange, CA 92856**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.206 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Regina Schlatter**
**2980 Zurich Court**
**Laguna Beach, CA 92651**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.206 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Reginald Denson**
**959 Deborah St**
**Upland, CA 91785**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.206 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**REIG Asset Management**
**820 Los Vallecitos Rd**
**San marcos, CA 92069**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.206 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**REIG Renovations**
**820 Vallecitos blvd**
**San Marcos, CA 92069**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.206 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Related Management**
**981 Harbord Village Dr.**
**Los Angeles, CA 90001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Nu Flow America, Inc.**                                  Case number (if known) _____
_____
Name

| 3.207 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Related Management**

Los Angeles, CA 90001

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.207 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Reliant Group Management**
**601 California Street**
**Suite 1150**
**San Francisco, CA 94108**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.207 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Renaissance Las Vegas Hotel**
**3400 Paradise Road**
**Las Vegas, NV 89169**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.207 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Renee Adams**
**3456 Via Campesina**
**Palos Verdes, CA 90275**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.207 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Reno Contracting, Inc.**
**7584 Metropolitan Drive**
**Suite 100**
**San Diego, CA 92122**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.207 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Republic Services**
**770 E Sahara Ave**
**Las Vegas, NV 89104**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**                              Case number (if known) _____
Name

| 3.207 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.207 6**

**Nonpriority creditor's name and mailing address**

**Reynolds, Jeffrey**
**1227 Sunglow Dr.**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.207 7**

**Nonpriority creditor's name and mailing address**

**Rheana Schano**
**1716 S 17th Street**
**Las Vegas, NV 89104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.207 8**

**Nonpriority creditor's name and mailing address**

**Rhys, Brian**
**2155 Via Sinalda**
**La Jolla, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.207 9**

**Nonpriority creditor's name and mailing address**

**Richard Belgrad**
**3743 N. Rosecrest Circle**
**Las Vegas, NV 89121**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.208 0**

**Nonpriority creditor's name and mailing address**

**Richard Benner**
**2006 Via Cerritos**
**Palos Verdes Estates, CA 90274**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.208 1**

**Nonpriority creditor's name and mailing address**

**Richard Bloodsaw**
**4001  Sunrise avenue**
**Las Vegas, NV 89110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Debtor  **Nu Flow America, Inc.**
_____          Case number (if known) _____
Name

| 3.208 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Richard Fischer** | ■ Contingent | |
| **6013 E La Paz Way** | ■ Unliquidated | |
| **Anaheim Hills, CA 92807** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Warranty** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.208 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Richard Fox** | ■ Contingent | |
| **3222 Avenida de Portugal** | ■ Unliquidated | |
| **San Diego, CA 92106** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Warranty** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.208 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Richard Hartman** | ■ Contingent | |
| **3111 Bel Air Drive** | ■ Unliquidated | |
| **Unit 20D** | ☐ Disputed | |
| **Las Vegas, NV 89101** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.208 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Richard Landres** | ■ Contingent | |
| **5478 Pacifica Drive** | ■ Unliquidated | |
| **La Jolla, CA 92037** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Warranty** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.208 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Richard Pinel** | ■ Contingent | |
| **17075 Bernardo oaks Drive** | ■ Unliquidated | |
| **San Diego, CA 92128** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Warranty** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.208 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Richard Seitz** | ■ Contingent | |
| **8 Blue Lagoon** | ■ Unliquidated | |
| **Laguna Beach, CA 92651** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Warranty** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Nu Flow America, Inc.**                                    Case number (if known) _____
_____
Name

| 3.208 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Richard Simpao**
**4775 Caroline Dr.**
**San Diego, CA 92115**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Richards, Tim**
**5450 Burford St.**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Richter Scale Company LLC**
**336 West Upas**
**San Diego, CA 92103**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Rick Anderson**
**2240 Geronimo Way**
**Las Vegas, NV 89169**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Rick Carpenter**
**14523 Crestwood Ave**
**Poway, CA 92064**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Rick Smith**
**3810 Hilltop Drive**
**San Diego, CA 92102**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.209 4 | **Nonpriority creditor's name and mailing address**<br>**Ridenour, Doyle**<br>**9792 Oceancrest Dr.**<br>**Huntington Beach, CA 92647**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Warranty</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

---

| 3.209 5 | **Nonpriority creditor's name and mailing address**<br>**Rigby Slight**<br>**13340 Caminito Mendiola**<br>**San Diego, CA 92122**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Warranty</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

---

| 3.209 6 | **Nonpriority creditor's name and mailing address**<br>**Riker, Rosemary & Bud**<br>**24 Saltaire Dr**<br>**Laguna Niguel, CA 92607**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Warranty</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

---

| 3.209 7 | **Nonpriority creditor's name and mailing address**<br>**Rio Casino**<br>**3700 W. Flamingo Rd.**<br>**Las Vegas, NV 89101**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Warranty</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

---

| 3.209 8 | **Nonpriority creditor's name and mailing address**<br>**Rio Hotel and Casino**<br>**1 Caesars Place Drive**<br>**Las Vegas, NV 89109**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Warranty</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

---

| 3.209 9 | **Nonpriority creditor's name and mailing address**<br>**Ritz Plumbing and Heating**<br>**361 S. La Brea Ave**<br>**Los Angeles, CA 90001**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Warranty</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.210 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rivait, Dawn**
**3111 Bel Air Drive**
**#8G**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.210 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rivas, Daniel**
**29922 Running Deer Ln**
**Laguna Niguel, CA 92607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.210 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**River Walk Ranch High Noon c/o The Manag**
**8485 W Sunset Rd**
**100**
**Las Vegas, NV 89113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.210 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Riviera Management Company**
**1815 Via El Prado #300**
**Redondo Beach, CA 90277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.210 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Allen**
**701 Park Paseo**
**las vegas, NV 89104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.210 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert and Ruth Swisher 2016 Irrevocable**
**Lynn Swisher Trustee**
**111 Highgate Place**
**Ithaca, NY 14850**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

Debtor  **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.210 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Robert and Sons**
**2123 L Ave**
**National City, CA 91950**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Robert Barry**
**5120 Macafee Road**
**Torrance, CA 90503**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Robert Baum**
**808 Maria Ave**
**Spring Valley, CA 91977**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Robert Childs**
**4640 Los Alamos Way**
**Unit A**
**Oceanside, CA 92054**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Robert Dodds Construction**
**5734 Genoa Drive**
**San Diego, CA 92120**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Robert Donoghue**
**9705 Peacock Hill Circle**
**Las Vegas, NV 89117**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**          Case number (if known) _____

Name

---

**3.211 2**

**Nonpriority creditor's name and mailing address**

**Robert Gilliam**
**6 Marana**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.211 3**

**Nonpriority creditor's name and mailing address**

**Robert Grant**
**6360 Gentlewood Ave**
**Las Vegas, NV 89130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.211 4**

**Nonpriority creditor's name and mailing address**

**Robert Jones**
**3111 Bel Air Dr**
**unit 23A**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.211 5**

**Nonpriority creditor's name and mailing address**

**Robert Jones**
**5147 S. Braeswood**
**Houston, TX 72070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.211 6**

**Nonpriority creditor's name and mailing address**

**Robert Kaskie**
**1780 Belcastro Street**
**Las Vegas, NV 89117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.211 7**

**Nonpriority creditor's name and mailing address**

**Robert Kotick, 10122B Trust**
**1011 Cove Way**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.2118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Robert Laird**
**1042 11th Street**
**Ramona, CA 92065**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Robert Loeffler**
**11475 Grillo Ct**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Robert Mathewson**
**817 Margarita Ave**
**Coronado, CA 92118**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Robert Maywood**
**6121 Vista de la Mesa**
**La Jolla, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Robert Phillips**
**1903 Banks Street**
**Houston, TX 72070**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Robert Poole**
**225 Palm Avenue**
**Coronado, CA 92118**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____   Case number (if known) _____
Name

---

**3.212
4**

**Nonpriority creditor's name and mailing address**

**Robert Powell**
**9914 Vogue**
**Houston, TX 72070**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.212
5**

**Nonpriority creditor's name and mailing address**

**Robert Quade**
**5473 Avenida Fiesta**
**La Jolla, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.212
6**

**Nonpriority creditor's name and mailing address**

**Robert Romero**
**5909 Gordon Ave**
**Las Vegas, NV 89108**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.212
7**

**Nonpriority creditor's name and mailing address**

**Robert W. Spalding**
**1536 Middleton Rd**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.212
8**

**Nonpriority creditor's name and mailing address**

**Robert Webb**
**6071 Fenley Dr.**
**Huntington Beach, CA 92647**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.212
9**

**Nonpriority creditor's name and mailing address**

**Robert Weston**
**4099 Pelican Shores Circle**
**Englewood, FL 34223**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.213 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

3.213
0

**Nonpriority creditor's name and mailing address**

**Robert Williams**
**9000 Midnight Pass Rd**
**Unit 3**
**Sarasota, FL 34242**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.213
1

**Nonpriority creditor's name and mailing address**

**Robert Worley**
**1132 Morningside Drive**
**Claremont, CA 91711**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.213
2

**Nonpriority creditor's name and mailing address**

**Robin Keesee**
**5342 Aylor Road**
**Fairfax, VA 22030**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.213
3

**Nonpriority creditor's name and mailing address**

**Robin Meszoly**
**5834 Plainview Rd**
**Bethesda, MD 20817**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.213
4

**Nonpriority creditor's name and mailing address**

**Robinson, Jerry**
**7045 Leicester**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.213
5

**Nonpriority creditor's name and mailing address**

**Robinson, Mark**
**P.O Box 1466**
**Solana Beach, CA 92075**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.213 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Rochelle Bradford**
**5844 Ithaca Pl**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Rocking Horse Ridge Estates**
**15661 Red Hill Ave**
**Tustin, CA 92780**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Rod Wolcott**
**10045 Keysbourgh Drive**
**Las Vegas, NV 89134**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Roga General Contracting**
**2071 San Pascual Valley Road**
**Escondido, CA 92027**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Roger Chamberlin**
**304 Highland Mesa Court**
**Las Vegas, NV 89144**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Roger Chamberlin**
**4722 Roberta**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.214 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Roger Dinsmore**
**132 Daphne**
**Encinitas, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Roger H. Proulx II**
**15152C Campus Park Drive**
**Moorpark, CA 93021**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Rogers, Helen**
**2207 Mandeville Canyon Rd**
**Los Angeles, CA 90001**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Roka Akor**
**801 Montgomery St**
**San Francisco, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Roka Akor Restaurant**
**801 Montgomery Street**
**San Francisco, CA 94133**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Rolling Hills Estates**
**4457 Popps Ferry Rd**
**Biloxi, MS 39540**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.214 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Ron Currie**
**7735 Hidden Valley Court**
**La Jolla, CA 92037**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.214 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Ron Fraser**
**2585 Palma Vista Avenue**
**Las Vegas, NV 89121**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.215 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Ron Gearhart**
**5135 Via de Palma**
**Las Vegas, NV 89146**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.215 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Ron Harbison**
**3111 Bel Air Drive**
**Unit 9E**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.215 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Ron Jenkins**
**413 Myrtle St**
**Laguna Beach, CA 92652**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.215 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Ron Kemmerer**
**4120 Avenida De La Plata**
**Oceanside, CA 92054**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.215 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ronald Gilbert**
**5037 Avenida de la Plata**
**Oceanside, CA 92057**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Roni Wielkie**
**3111 Bel Air Drive**
**Unit 22D**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ronillie J Dasmarinas**
**1595 Ottawa Drive**
**Las Vegas, NV 89169**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rosalind Snider**
**7636 Gossamer Wind Street**
**Las Vegas, NV 89139**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rose Ashcraft**
**12961 Candela Pl.**
**San Diego, CA 92130**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rose, Steve**
**412 Marview Dr.**
**Solana Beach, CA 92075**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.216 0** | |

**Nonpriority creditor's name and mailing address**

**Ross Construction Management**
**26840 Aliso Viejo Parkway, Suite 100**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.216 1** | |

**Nonpriority creditor's name and mailing address**

**Ross Kline**
**949 Cornish**
**San Diego, CA 92107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.216 2** | |

**Nonpriority creditor's name and mailing address**

**Ross Morgan and Company**
**835 S. Lucerne Blvd**
**Los Angeles, CA 90048**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.216 3** | |

**Nonpriority creditor's name and mailing address**

**Rower LP**
**4515 Kansas Street**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.216 4** | |

**Nonpriority creditor's name and mailing address**

**Roy Lee**
**3111 Bel Air Drive**
**Unit # 24D**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.216 5** | |

**Nonpriority creditor's name and mailing address**

**Royal Lane Apartments LLLP**
**2825 Royal Lane**
**Dallas, TX 75253**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.216 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**RS HandyMan Services**
**84 Fantasia Lane**
**Henderson, NV 89074**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Rudolph and Sletten, Inc**
**1600 Seaport Blvd**
**Suite 350**
**Redwood City, CA 94063**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Rush Companies**
**5510 Franconia Road**
**Alexandria, VA 22314**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Russ Medevic**
**8832 Satterfield**
**Huntington Beach, CA 92646**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Russ Medvic**
**8832 Satterfield**
**Huntington Beach, CA 92647**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Ruth Greenawalt**
**3111 Bel Air Drive**
**Unit 4A**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____   Case number (if known) _____
Name

---

**3.217 2**

**Nonpriority creditor's name and mailing address**

**Ruth Kurisu**
**30 Baroness Ln**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.217 3**

**Nonpriority creditor's name and mailing address**

**RWS Corp, Burder Construction & Gold Cup**
**256 Copa de Oro**
**Los Angeles, CA 90001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.217 4**

**Nonpriority creditor's name and mailing address**

**Ryan Companies US, Inc.**
**4275 Executive Square #370**
**La Jolla, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.217 5**

**Nonpriority creditor's name and mailing address**

**Ryan Inman**
**3228 Villanova Ave**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.217 6**

**Nonpriority creditor's name and mailing address**

**Ryan Pham**
**2467 Vantage Way**
**Del Mar, CA 92014**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.217 7**

**Nonpriority creditor's name and mailing address**

**Ryan Smith**
**3435 Hill Street**
**San Diego, CA 92106**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (*if known*) _____

| | |
|---|---|
| 3.217 8 | **Nonpriority creditor's name and mailing address**<br>**Ryan, Tim & Connie**<br>**1255 Pacific Ave.**<br>**Laguna Beach, CA 92652**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.217 9 | **Nonpriority creditor's name and mailing address**<br>**S-H TWENTY-ONE OPOC VENTURES, LLC**<br>**3760 Kilroy Airport Way**<br>**Suite 300**<br>**Long Beach, CA 90809**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.218 0 | **Nonpriority creditor's name and mailing address**<br>**S.J. Amoroso Construction Co., Inc.**<br>**275 Baker St E B**<br>**Costa Mesa, CA 92626**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.218 1 | **Nonpriority creditor's name and mailing address**<br>**S.V.D.P. Management, Inc.**<br>**3350 E St.**<br>**San Diego, CA 92122**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.218 2 | **Nonpriority creditor's name and mailing address**<br>**Sabah Mikhaeel**<br>**2842 Wildwind Dr.**<br>**El Cajon, CA 92019**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.218 3 | **Nonpriority creditor's name and mailing address**<br>**Sac4 Preservation Limited Partnership**<br>**21515 Hawthorne Blvd.**<br>**#125**<br>**Torrance, CA 90503**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor **Nu Flow America, Inc.**
_____
Name                                    Case number (if known) _____

| 3.218 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sacramento Suburban Water District**
**9935 Auburn Folsom Road**
**PO BOX 2157**
**Granite Bay, CA 95746**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Saddleback Memorial Med Center**
**PO Box 20892**
**Fountain Valley, CA 92728**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Saeed Yadegar**
**1125 Maytor Place**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sahara Hotel & Casino**
**2535 Las Vegas Blvd**
**Las Vegas, NV 89109**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Saint Ephrem Maronite Catholic Church**
**778 Medford St.**
**El Cajon, CA 92020**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sal Damato**
**3122 Via Arcilla**
**San Diego, CA 92111**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.219 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Salesforce**
**50 Freemont**
**San Francisco, CA 94110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.219 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Salk Institute for Biological Studies**
**10010 North Torrey Pines Road**
**La Jolla, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.219 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sam Craven**
**12019 Calle De Medio**
**El CAjon, CA 92020**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.219 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sam Padilla**
**1753 Poinciana Drive**
**El Cajon, CA 92021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.219 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sam Williams**
**5822 Buffalo Speedway**
**Houston, TX 72070**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.219 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Samuel Helman**
**3021 Beck Hill Dr**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor **Nu Flow America, Inc.**        Case number *(if known)* _____
_____
Name

---

| 3.219 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**San Carlos Greens Condominium Assn**
**7835 Cowles Mountain Court**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**San Diego County**
**446 Alta Rd**
**San Diego, CA 92158-0002**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**San Diego Diversified, LLC**
**550 Newport Center Dr**
**Newport Beach, CA 92658**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**San Diego Marriott La Jolla**
**4240 La Jolla Village Dr.**
**La Jolla, CA 92037**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**San Diego Unified School Dist**
**4100 Normal St.**
**Rm 3141**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**San Jose Hotel Partners, L.L.C.**
**150 North Riverside Plaza**
**Chicago, IL 60699**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.220<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**San Jose University**
**1 Washington Square**
**San Jose, CA 95120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.220<br>3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**San Manuel Indian Bingo & Casino**
**P.O. Box 777**
**Patton, CA 92369**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.220<br>4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**San Miguel Fire Department**
**11501 Via Rancho San Diego**
**El Cajon, CA 92020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.220<br>5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**San Miguell II HOA**
**5050 Avenida Encinas**
**Suite 160**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.220<br>6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**San Miguell II HOA  c/o Curtis Mgmt**
**5050 Avenida Encinas Suite 160**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.220<br>7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sanbu Limited**
**3111 Bel Air Dr.**
**unit 3-H**
**Las Vegas, NV 89109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| | |
|---|---|
| 3.220 8 | **Nonpriority creditor's name and mailing address** |

**3.220 8**

**Nonpriority creditor's name and mailing address**

**Sandee Welch**
**553 Lombardy Ln**
**Laguna Beach, CA 92651**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.220 9**

**Nonpriority creditor's name and mailing address**

**Sanderling HOA**
**1145 Pacific Beach Drive**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.221 0**

**Nonpriority creditor's name and mailing address**

**Sandra & James Elliott**
**724 Monterey Avenue**
**Chula Vista, CA 91911**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.221 1**

**Nonpriority creditor's name and mailing address**

**Sandra Liu**
**1127 E Del Mar Blvd #424**
**Pasadena, CA 91106**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.221 2**

**Nonpriority creditor's name and mailing address**

**Sandra Matthew**
**13 Blue Lagoon**
**Laguna Beach, CA 92652**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.221 3**

**Nonpriority creditor's name and mailing address**

**Sandra Matthew**
**13 Blue Lagoon**
**Laguna Beach, CA 92652**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**

Name

Case number (if known) _____

| 3.221 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sandy Luhnow**
**1105 South Mollison**
**El Cajon, CA 92020**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.221 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sandy Schmitz**
**1046 Trevino Ave**
**Oceanside, CA 92046**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.221 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sandy Soares**
**5091 Alaska Avenue**
**Cypress, CA 90630**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.221 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sanjay Patel**
**200 E. Willow St**
**Long Beach, CA 90809**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.221 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Santa Fe Vacuum Excavation**
**14 Browncastle Ranch**
**Santa Fe, NM 87508**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.221 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sarah Hammar**
**4745 Mount Durban Dr**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.222 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Sarah Nashold**
**1515 Pawnee Drive**
**Las Vegas, NV 89169**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Sarah Outerbridge**
**14141 Dickens Street**
**Sherman Oaks, CA 91423**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Saratogan HOA**
**14345 Saratoga Ave**
**Saratoga, CA 95070**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Sawtelle, Kane**
**28 Iron Horse Trail**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Scantech Graphics**
**7150 Engineer Rd.**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Schoenbaum, Ron**
**24 Marisol**
**Newport Coast, CA 92657**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.222 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Schuelke Plumbing**
**12400 Ventura Blvd**
**Suite 700**
**Studio City, CA 91604**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Schvartzman, Jaime**
**67 Blue Lagoon**
**Laguna Beach, CA 92652**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Schweitzer, Julie**
**431 Rospaw Way**
**Placentia, CA 92871**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Scioto Properties**
**8033 Quartz Ave**
**Winnetka, CA 91306**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Scott Hancock for Foster Family Trust**
**57858 Red River**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Scott Hillier**
**2003 Sequoia St**
**San Marcos, CA 92078**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

---

**3.223**
**2**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Scott Johnson (Schwab)**
**2218 Vallecitos**
**La Jolla, CA 92037**
■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.223**
**3**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Scott Management Company**
**3820 Del Amo Blvd Suite #324**
**Torrance, CA 90503**
■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.223**
**4**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Scott Norum**
**3238 Villanova**
**San Diego, CA 92122**
■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.223**
**5**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Scott Plumbing**
**10765 Laurel Ave**
**Santa Fe Springs, CA 90670**
■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.223**
**6**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Scott Schwartz**
**1127 E. Del Mar Blvd. #328**
**Pasadena, CA 91106**
■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.223**
**7**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Scott Trowbridge**
**3935 Robinhill Road**
**La Canada, CA 91001**
■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

---

| 3.223 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Waid**
**6771 Turnergrove Dr**
**Lakewood, CA 90712**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.223 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scripps C/O Cushman and Wakefiel**
**10650 Treena St.**
**San Diego, CA 92131**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.224 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scripps Health**
**4275 Campus Point Court**
**CP200**
**San Diego, Ca 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.224 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scripps Health**
**10140 Campus Point Drive, Suite 210, AX2**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.224 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scripps Memorial (Encinitas)**
**354 N. Santa Fe**
**Encinitas, CA 92024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.224 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sea Bluff Homeowners Association**
**21515 Hawthorne Blvd. Suite 700**
**Torrance, CA 90503**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**                                    Case number (if known) _____
_____
Name

---

**3.224
4**

**Nonpriority creditor's name and mailing address**

**Sea Grape Villas Condo Association**
**682 White Pine Treet**
**Venice, FL 34285**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224
5**

**Nonpriority creditor's name and mailing address**

**Sea Oats Condominium**
**5601 Gulf of Mexico Drive**
**Longboat Key, FL 34228**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224
6**

**Nonpriority creditor's name and mailing address**

**Sea Wind 2016 LP**
**2400 Main St Suite 201**
**Irvine, CA 92602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224
7**

**Nonpriority creditor's name and mailing address**

**Seacore Industrial**
**107 Rincon Court**
**San Clemente, CA 92674**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224
8**

**Nonpriority creditor's name and mailing address**

**Seahill Hideaway HOA**
**350 Prospect**
**La Jolla, CA 92037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224
9**

**Nonpriority creditor's name and mailing address**

**Sean Burry**
**3111 Bel Air Dr**
**Unit 24B**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.** _____  Case number (if known) _____
Name

| 3.225 0 | **Nonpriority creditor's name and mailing address**<br>**Sean Mitchell**<br>**4059 Alto St**<br>**Oceanside, CA 92056**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.225 1 | **Nonpriority creditor's name and mailing address**<br>**Sean O'Donell**<br>**3410 Woodland Way**<br>**Carlsbad, CA 92008**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| 3.225 2 | **Nonpriority creditor's name and mailing address**<br>**Sean Syryda**<br>**RPO Box 21070**<br>**Dawson Creek, British Columbia**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| 3.225 3 | **Nonpriority creditor's name and mailing address**<br>**Sean Woodring**<br>**4484 Marlborough Ave.**<br>**San Diego, CA 92116**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| 3.225 4 | **Nonpriority creditor's name and mailing address**<br>**SeaWorld Parks & Entertainment**<br>**PO Box 690429**<br>**Orlando, FL 32805**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| 3.225 5 | **Nonpriority creditor's name and mailing address**<br>**Seaworld Parks and Entertainment, Inc**<br>**PO Box 690429**<br>**Orlando, FL 32805**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

Debtor    **Nu Flow America, Inc.**                                    Case number (if known) _____
_____
                Name

| | |
|---|---|

**3.225 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**See the Sea Condominium Association**
**8181 Mission Rd St. 'E'**                                            ☑ Contingent
**San Diego, CA 92120**                                               ☑ Unliquidated
                                                                      ☐ Disputed
Date(s) debt was incurred __
                                                                      **Basis for the claim:  Warranty**
Last 4 digits of account number __
                                                                      Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.225 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Seifried, Alden**
**4667 Park Drive**                                                    ☑ Contingent
**Carlsbad, CA 92008**                                                 ☑ Unliquidated
                                                                      ☐ Disputed
Date(s) debt was incurred __
                                                                      **Basis for the claim:  Warranty**
Last 4 digits of account number __
                                                                      Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.225 8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**SellPro Realty C/O Debbie Simmons**
**6655 W Sahara Ave B#200**                                            ☑ Contingent
**Las Vegas, NV 89101**                                                ☑ Unliquidated
                                                                      ☐ Disputed
Date(s) debt was incurred __
                                                                      **Basis for the claim:  Warranty**
Last 4 digits of account number __
                                                                      Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.225 9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Senseeker**
**100 Frederick Lopez Rd**                                             ☑ Contingent
**Goleta, CA 93117**                                                   ☑ Unliquidated
                                                                      ☐ Disputed
Date(s) debt was incurred __
                                                                      **Basis for the claim:  Warranty**
Last 4 digits of account number __
                                                                      Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.226 0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Serena Chaplin**
**2628 Wild Ambrosia**                                                 ☑ Contingent
**Las Vegas, NV 89074**                                                ☑ Unliquidated
                                                                      ☐ Disputed
Date(s) debt was incurred __
                                                                      **Basis for the claim:  Warranty**
Last 4 digits of account number __
                                                                      Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.226 1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Sernoffsky Plaza 2BA**
**269 Commercial St.**                                                 ☑ Contingent
**Portland, ME 04101**                                                 ☑ Unliquidated
                                                                      ☐ Disputed
Date(s) debt was incurred __
                                                                      **Basis for the claim:  Warranty**
Last 4 digits of account number __
                                                                      Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**                                    Case number *(if known)* _____
_____
Name

---

**3.226
2**

**Nonpriority creditor's name and mailing address**

**Seven Oaks Community Center, Inc.**
**16789 Bernardo Oaks Dr**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.226
3**

**Nonpriority creditor's name and mailing address**

**Seymour Gorelick**
**2 Blue Lagoon**
**Laguna Beach, CA 92652**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.226
4**

**Nonpriority creditor's name and mailing address**

**SFDC 50 Fremont LLC**
**50 Freemont Street**
**San Francisco, CA 94124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.226
5**

**Nonpriority creditor's name and mailing address**

**SFE Global - Seattle Office**
**1313 E. Maple St.**
**Bellingham, WA 98225**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.226
6**

**Nonpriority creditor's name and mailing address**

**SFII 530B, LLC**
**530 B St.**
**San Diego, CA 92101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.226
7**

**Nonpriority creditor's name and mailing address**

**SG Towne Square FLP**
**10 Waterside Plaza 36F**
**New York, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.226 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Shadow Ridge Meadows Apartments c/o Prop**
**1322 Scott St Suite 204**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Shahram Yousefian**
**13133 Welton Ln**
**Poway, CA 92064**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Shakey's USA Inc.**
**2200 W. Valley Blvd**
**Alhambra, CA 91802**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Shane & Stefanie Ekwall**
**3302 Avenida De Loyola**
**Oceanside, CA 92054**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Shane Kochon**
**2355 Bernardo Avenue**
**Escondido, CA 92029**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Shannon Lee**
**2236 29th Street**
**San diego, CA 92104**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

**3.227 4**

**Nonpriority creditor's name and mailing address**

**Shannon Turner**
**3411 Five Pennies Lane**
**Las Vegas, NV 89120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.227 5**

**Nonpriority creditor's name and mailing address**

**Sharon Briggs**
**105 Fairlane Road**
**Laguna Niguel, CA 92607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.227 6**

**Nonpriority creditor's name and mailing address**

**Sharon Dutiel C/O Richie Washington**
**342 Greenbriar Townhouse Way**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.227 7**

**Nonpriority creditor's name and mailing address**

**Sharon Hall**
**3875 #35 Vista Campana South**
**Oceanside, CA 92054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.227 8**

**Nonpriority creditor's name and mailing address**

**Sharon Harvey**
**305 Charles Drive**
**Nokomis, FL 34275**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.227 9**

**Nonpriority creditor's name and mailing address**

**Sharon Hernandez**
**3111 Bel Air Drive**
**Unit 18D**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**

      Name                                           Case number (if known)

---

| 3.2280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Sharp Equipment, Inc.**
**3111 Brookside Ln**
**Encinitas, CA 92024**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Shauna Thistle**
**18 Blue Lagoon**
**Laguna Beach, CA 92651**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Shawmut Design and Construction**
**113090 W. Olympic Blve Suit 200**
**Los Angeles, CA 90001**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Shawn Hackler**
**1904 S 17th Street**
**Las Vegas, NV 89104**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Shawn Roche**
**3172 N Rainbow #141**
**Las Vegas, NV 89108**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Sheida Khalatbari**
**12957 Candela Pl.**
**San Diego, CA 92130**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____
 Name

Case number (if known) _____

---

| 3.228 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sheldon, Jim & Toni**
**70 Blue Lagoon**
**Laguna Beach, CA 92652**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.228 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shell Point Retirement Community**
**15081 Shell Point Marina Drive**
**Fort Myers, FL 33901**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.228 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shelley Chiazzese**
**2617 Gilmary Ave**
**Las Vegas, NV 89102**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.228 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shelley Lynn**
**1404 Jessica Ave**
**Las Vegas, NV 89104**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.229 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shelly Phegley**
**1131 albion st**
**San Diego, CA 92106**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.229 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shera**
**6571 Mimulus**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| | |
|---|---|
| **3.229** **2** | |

**Nonpriority creditor's name and mailing address**

**Sheraton Suites Houston**
**2400 West Loop**
**Houston, TX 72070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.229** **3** | |

**Nonpriority creditor's name and mailing address**

**Sherburn & Flores**
**3111 Bel Air Drive**
**Unit 22C**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.229** **4** | |

**Nonpriority creditor's name and mailing address**

**Sherfick, Patricia L**
**1196 Paraclete road**
**Punta Gorda, FL 33950**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.229** **5** | |

**Nonpriority creditor's name and mailing address**

**Sherland Dirksen**
**7066 Temple Terrace St**
**San Diego, CA 92119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.229** **6** | |

**Nonpriority creditor's name and mailing address**

**Sherman Pines Apartments**
**4730 Woodman Ave**
**Sherman Oaks, CA 91423**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.229** **7** | |

**Nonpriority creditor's name and mailing address**

**Sherri Thompson**
**5909 Marka Drive**
**LAs Vegas, NV 89108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.229 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sherwood Mechanical Inc.**
6630 Top Gun St.
San Diego, CA 92121

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shirley Harrison**
3111 Bel Air Dr
Unit 12C
Las Vegas, NV 89101

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shirley Hooper**
9595 Cecilwood Dr.
Santee, CA 92071

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shirley Jenkins**
3010 El Camino Ave
Las Vegas, NV 89102

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shirley Newman**
5344 Aylor Road
Fairfax, VA 22030

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ShopOne Centers REIT, Inc.**
10100 Waterville Street
Whitehouse, OH 43571

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Nu Flow America, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.230<br>4**

**Nonpriority creditor's name and mailing address**

**Short Elliott Hendrickson Inc**
**10901 Red Circle Drive Suite 300**
**Minnetonka, MN 55343-9302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.230<br>5**

**Nonpriority creditor's name and mailing address**

**Short Elliott Hendrickson, Inc.**
**10901 Red Circle Drive**
**Suite 300**
**Minnetonka, MN 55345**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.230<br>6**

**Nonpriority creditor's name and mailing address**

**Showcase Mall**
**3785 South Las Vegas Blvd**
**las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.230<br>7**

**Nonpriority creditor's name and mailing address**

**Shresta Plaza 1BA**
**3649 1/2 Ocean Front Walk**
**San Diego, CA 92109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.230<br>8**

**Nonpriority creditor's name and mailing address**

**Shull, Gary**
**6287 Cowles Mt., Blvd.**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.230<br>9**

**Nonpriority creditor's name and mailing address**

**SIAS Enterprises**
**820 Los Vallecitos blvd**
**San Marcos, CA 92069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
          Name

| 3.231 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sierra Commercial Plumbing**
**663 E. Cochran Street**
**Simi Valley, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.231 1 |

**Nonpriority creditor's name and mailing address**

**Silverado Community Management**
**973 Vale Terrace Drive**
**Suite 202**
**Vista, CA 92083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.231 2 |

**Nonpriority creditor's name and mailing address**

**Silverado Community Management Services**
**1935 Sunset Dr.**
**Escondido, CA 92025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.231 3 |

**Nonpriority creditor's name and mailing address**

**Silverstrand Construction**
**11696 Sorrento Valley Road**
**Suite 200**
**San Diego, CA 92121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.231 4 |

**Nonpriority creditor's name and mailing address**

**Silverton Casino Lodge**
**3333 Blue Diamond Rd**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.231 5 |

**Nonpriority creditor's name and mailing address**

**Silvestre Plaza 1BA**
**3842 Sequoia St**
**San Diego, CA 92109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Nu Flow America, Inc.**
Name

Case number (if known) _____

---

**3.231 6**

**Nonpriority creditor's name and mailing address**
**Simon, Rick**
**31939 Doverwood**
**Westlake Village, CA 91362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.231 7**

**Nonpriority creditor's name and mailing address**
**Smith, Ann Adele**
**3906 Monroe Ave**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.231 8**

**Nonpriority creditor's name and mailing address**
**Smith, James**
**3454 Ciculo Adorno**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.231 9**

**Nonpriority creditor's name and mailing address**
**Smithsonian Institution**
**600 Maryland Ave**
**SW Suite 3300**
**Washington, DC 20007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.232 0**

**Nonpriority creditor's name and mailing address**
**Smoketree Serrano HOA c/o Powerstone Pro**
**25206 Grovewood**
**Lake Forest, CA 92630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.232 1**

**Nonpriority creditor's name and mailing address**
**Snyder Residence**
**117 Canyon Creek Way**
**Oceanside, CA 92054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

**3.232 2**

**Nonpriority creditor's name and mailing address**
**Snyder, Bill**
**24871 Spadra Ln**
**Mission Viejo, CA 92690**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.232 3**

**Nonpriority creditor's name and mailing address**
**Solana Beach Tennis Club HOA**
**447 S. Sierra Ave**
**Solana Beach, CA 92075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.232 4**

**Nonpriority creditor's name and mailing address**
**Solana Court Owners Association**
**600 East Solana Circle**
**Solana Beach, CA 92075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.232 5**

**Nonpriority creditor's name and mailing address**
**Solteck Pacific Construction**
**2424 Congress Street**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.232 6**

**Nonpriority creditor's name and mailing address**
**Soltek Pacific Construction**
**2424 Congress Street**
**San Diego, CA 92110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.232 7**

**Nonpriority creditor's name and mailing address**
**Sonora Regional Medical Center**
**1000 Greenley Road**
**Sonora, CA 95370**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.232 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Nonpriority creditor's name and mailing address**
**Sony Pictures Entertainment**
**MEP Operations, Colin Managhan**
**P.O. Box 5146**
**Culver City, CA 90230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.232 9 |

**Nonpriority creditor's name and mailing address**
**Sonya Muleshkov**
**480 Via Del Foro Drive**
**Henderson, NV 89011-0104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.233 0 |

**Nonpriority creditor's name and mailing address**
**Sonya Muleshkov**
**5208 Wilbur Street**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.233 1 |

**Nonpriority creditor's name and mailing address**
**Soon Choi**
**3111 Bel Air Drive**
**Unit 9H**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.233 2 |

**Nonpriority creditor's name and mailing address**
**Sorensen, Jim**
**4789 Allied Rd.**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.233 3 |

**Nonpriority creditor's name and mailing address**
**South Coast Investment Attn: Ahmed Radwa**
**27932 Cabo Rosa**
**Mission Viejo, CA 92690**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**

Name    Case number (if known) _____

---

**3.233 4**

**Nonpriority creditor's name and mailing address**

**South County Plumbing**
**20381 Lake Forest Drive Suite B-9**
**Lake Forest, CA 92630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.233 5**

**Nonpriority creditor's name and mailing address**

**South Shore Condominium**
**350 South Shore Drive**
**Miami Beach, FL 33119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.233 6**

**Nonpriority creditor's name and mailing address**

**Southland Gunite**
**1220 Sea Lavander**
**Beaumont, CA 92223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.233 7**

**Nonpriority creditor's name and mailing address**

**Southland Paving Inc.**
**361 N. Hale Ave**
**Escondido, CA 92025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.233 8**

**Nonpriority creditor's name and mailing address**

**Southwestern Ohio Water Company**
**1300 Lindy Ave**
**Lockland, OH 45215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.233 9**

**Nonpriority creditor's name and mailing address**

**Spafford, David**
**2750 Creek Crossing Lane**
**Salt Lake City, UT 84199**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
           Name

---

**3.2340**

**Nonpriority creditor's name and mailing address**

**Spectra Company**
**2510 Supply Street**
**Pomona, CA 91769**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2341**

**Nonpriority creditor's name and mailing address**

**Spectrum Property Management, Inc**
**8799 Balboa Ave**
**Suite 260**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2342**

**Nonpriority creditor's name and mailing address**

**Speedee Mart**
**2980 E Tropicana Ave**
**Las Vegas, NV 89121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2343**

**Nonpriority creditor's name and mailing address**

**Speedy Rooter Inc**
**118 Eastside Hway**
**Waynesboro, VA 22980**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2344**

**Nonpriority creditor's name and mailing address**

**Speidel**
**12674 Portada Pl**
**San Diego, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2345**

**Nonpriority creditor's name and mailing address**

**Spencer Cole**
**344 East Robindale Road**
**Las Vegas, NV 89123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**                                    Case number *(if known)* _____
          Name

---

**3.2346**

**Nonpriority creditor's name and mailing address**

**Spencer Haley**
**1805 S. 7th Street**
**Las Vegas, NV 89104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2347**

**Nonpriority creditor's name and mailing address**

**Spire Construction Services Group, Inc.**
**401 West A Street**
**Suite 2300**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2348**

**Nonpriority creditor's name and mailing address**

**Spotsylvania County Utilites/Public Work**
**600 Hudgins Road**
**Fredericksburg, VA 22401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2349**

**Nonpriority creditor's name and mailing address**

**Spounias**
**2725 Arnott Street**
**San Diego, CA 92110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2350**

**Nonpriority creditor's name and mailing address**

**Spreckels Properties Inc c/o CBRE**
**121 Broadway**
**Suite 536**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2351**

**Nonpriority creditor's name and mailing address**

**Springdale West Preservation LP**
**2095 West Spring Street**
**Long Beach, CA 90809**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

---

**3.235 2**

**Nonpriority creditor's name and mailing address**

**SPUS6 MOT, LLC c/o CBRE**
**BB# Q2-9147-s6us201**
**PO Box 2092**
**Warren, MI 48090**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.235 3**

**Nonpriority creditor's name and mailing address**

**SRI Nine 2000 WL, LP**
**2000 West Loop South**
**Ste 1050**
**Houston, TX 72070**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.235 4**

**Nonpriority creditor's name and mailing address**

**SRI Nine 2000 WL, LP**
**2000 West Loop South, Suite 1050**
**Houston, TX 72070**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.235 5**

**Nonpriority creditor's name and mailing address**

**Srilata R. Shah**
**Paul Padda Law**
**4560 S Decatur**
**Suite 300**
**Las Vegas, NV 89103**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  __**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235 6**

**Nonpriority creditor's name and mailing address**

**St. Francis Court HOA**
**3207 Grey Hawk Court**
**Suite 140**
**Carlsbad, CA 92008**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.235 7**

**Nonpriority creditor's name and mailing address**

**St. John Properties**
**5104 Pegasus Ct STE A**
**Frederick, MD 21701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.235 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**St.John, Deloris & Norbert**
**31655 Sea Shadows Way**
**Laguna Niguel, CA 92607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

| 3.235 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacy Atchison**
**2743 Lakewood Ave**
**Los Angeles, CA 90001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

| 3.236 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stacy Belnap**
**112 Via Ithaca**
**Newport Beach, CA 92663**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

| 3.236 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stan Phillips**
**12275 Carmel Vista Rd**
**#126**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

| 3.236 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stargate Plumbing**
**1951 Stella Lake St # 1**
**Las Vegas, NV 89106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

| 3.236 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Station Casinos Design & Construction**
**2411 West Sahara Ave.**
**Las Vegas, NV 89102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**                                    Case number (if known) _____
_____
Name

| | |
|---|---|

**3.236
4**

**Nonpriority creditor's name and mailing address**

**Station Casinos Design & Construction**
**1505 S. Pavillion Center Drive**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236
5**

**Nonpriority creditor's name and mailing address**

**Sted, Greg**
**24251 Bonnie Lane**
**Laguna Niguel, CA 92607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236
6**

**Nonpriority creditor's name and mailing address**

**Steelton Water Department**
**275 Christian St**
**Steelton, PA 17113**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236
7**

**Nonpriority creditor's name and mailing address**

**Stephanie Henderson**
**1404 Crestwood Ave**
**Las Vegas, NV 89104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236
8**

**Nonpriority creditor's name and mailing address**

**Stephen Griswold**
**348 South Cedros Avenue**
**Solana Beach, CA 92075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236
9**

**Nonpriority creditor's name and mailing address**

**Stephen Ward**
**79 Stoney Pointe**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

---

| 3.237 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Sterling Samudio**
**5001 Navigation Blvd**
**Houston, TX 72070**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Stesney Plaza 1BA**
**4600 Lamont St. Unit 4-133**
**San Diego, CA 92109**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Steve Colombel**
**806 Ridgemoor Dr.**
**San Diego, CA 92120**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Steve Darke**
**26305 Naccome Dr**
**Mission Viejo, CA 92690**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Steve Eaton**
**3111 Bel Air Dr**
**5E**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Steve Feiner**
**7557 High Ave.**
**La Jolla, CA 92037**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____   Case number (if known) _____
Name

| | | | |
|---|---|---|---|

**3.237 6**

**Nonpriority creditor's name and mailing address**

**Steve Fitzpatrick**
**1300 South Juniper St.**
**Escondido, CA 92025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.237 7**

**Nonpriority creditor's name and mailing address**

**Steve Knapp**
**1151 Catalina Blvd**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.237 8**

**Nonpriority creditor's name and mailing address**

**Steve Neu**
**4981 Armin Way**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.237 9**

**Nonpriority creditor's name and mailing address**

**Steve Preddy**
**5740 Yorkshire Ave**
**La Mesa, CA 91942**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.238 0**

**Nonpriority creditor's name and mailing address**

**Steve Reichenbach**
**5757 Lord Cecil**
**San diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.238 1**

**Nonpriority creditor's name and mailing address**

**Steve Repech**
**2056 Playa Rd**
**Carlsbad, CA 92009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.238 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steve Semos**
**502 N Juanita Ave**
**Unit B**
**Redondo Beach, CA 90277**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Bartling**
**P O BOX 5894**
**GARDEN GROVE, CA 92846**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Goldberg**
**3111 Bel Air Dr**
**Unit 9C**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Gwin**
**9520 East Heaney Circle**
**Santee, CA 92071**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stewart, Andy**
**3906 Bonhomme Rd.**
**Calabasas, CA 91302**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stonegate Landing LP**
**400 Convention St. Ste 1050**
**Baton Rouge, LA 70801**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.238 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Stowell, Geraldine**
**8 Villa Perazul**
**Newport Beach, CA 92658**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**STP Nuclear Operating Company**
**12090 FM 521 Rd 1468**
**Wadsworth, TX 77483**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Stransky, Adam**
**16545 North Woodson Dr**
**Ramona, CA 92065**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Strategic Asset Management Group, Inc.**
**3459 Ocean View Blvd.**
**San Diego, CA 92113**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Strategic Asset Management Group, Inc.**
**13520 Evening Creek Dr N Suite 400B**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Strathairn, Thomas**
**1221 San Julian Drive**
**San Marcos, CA 92069**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____
         Name

Case number (if known) _____

---

| 3.239 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Stuart Nemiroff**
**502 N Juanita**
**Unit A**
**Redondo Beach, CA 90277**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Sullivan, Gina**
**20 Calle La Reina**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Summit Village HOA**
**4990 Mission Blvd**
**San Diego, CA 92109**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Sun City Anthem**
**2450 Hampton Rd.**
**Henderson, NV 89052**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Sun-West Properties & Investments**
**105 S El Camino Real**
**San Clemente, CA 92672**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Sunita Punjabi**
**6522 Sandy Point Ct**
**Rancho Palos Verdes, CA 90275**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
Name

Case number (if known) _____

---

| 3.240 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sunline Systems**
**11201 Terra Rd.**
**Potomac, MD 20854**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.240 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sunrise Senior Living Community**
**7902 Westpark Drive**
**McLean, VA 22102**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.240 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sunset Captiva HOA**
**PO Box 100**
**Sanibel, FL 33957**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.240 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sunset House North**
**240 Seaview Ct.**
**Marco Island, FL 34145**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.240 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sunset Pecos Plaza c/o Harsch**
**6375 S. Pecos Road**
**Suite 116**
**Las Vegas, NV 89120**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.240 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sunset Townhomes**
**PO Box 650255**
**Dallas, TX 75265**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.**

Name

Case number (if known)

---

| 3.240 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Sunwest Management**
**3855 Avocado Blvd. #130**
**La Mesa, CA 91942**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Surf Side Projects**
**Steve Hoiles**
**830 Hermes Ave.**
**Encinitas, CA 92024**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Susan J Londrigan**
**4123 Deerfield Dr**
**Sarasota, FL 34230**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Susan McGraw**
**2149 N Slope Terrace**
**Spring Valley, CA 91977**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Susan Phifer**
**1127 E Del Mar Blvd #114**
**Pasadena, CA 91106**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Susan Russell**
**2479 El Paseo Circle**
**Las Vegas, NV 89121**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

---

| 3.241 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Susan Townson**
**2112 Poppyfield Place**
**Encinitas, CA 92075**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Susan Williams**
**2724 Crystal Beach Dr**
**Las Vegas, NV 89128**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Susan Wise**
**1986 Sorrentino Dr**
**Escondido, CA 92025**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Suttles Plumbing & Mechanical Corp.**
**21541 Nordhoff St.**
**Unit C**
**Chatsworth, CA 91311**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SVDP Management**
**16 15th St.**
**San Diego, CA 92101**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Sveningson, Kent**
**58 Blue Lagoon**
**Laguna Beach, CA 92652**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Nu Flow America, Inc.**
                   Name                                                            Case number (if known)

---

| 3.241 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**SVN - The Equity Group**
**6018 S Durango Drive**          ■ Contingent
**Ste #110**
**Las Vegas, NV 89113**           ☐ Unliquidated
                                   ☐ Disputed
Date(s) debt was incurred __       **Basis for the claim:  Warranty**
Last 4 digits of account number __
                                   Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Sweet, Melissa**
**137 Canyon Creek Way**          ■ Contingent
**Oceanside, CA 92054**
                                   ☐ Unliquidated
                                   ☐ Disputed
Date(s) debt was incurred __       **Basis for the claim:  Warranty**
Last 4 digits of account number __
                                   Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Swinerton Builders**
**16798 W.  Bernardo Drive**       ■ Contingent
**San Diego, CA 92122**
                                   ■ Unliquidated
                                   ☐ Disputed
Date(s) debt was incurred __       **Basis for the claim:  Warranty**
Last 4 digits of account number __
                                   Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Sycamore Walk - HOA**
**14672 Via Fiesta #5**            ■ Contingent
**San Diego, CA 92122**
                                   ■ Unliquidated
                                   ☐ Disputed
Date(s) debt was incurred __       **Basis for the claim:  Warranty**
Last 4 digits of account number __
                                   Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Sydney Ramirez**
**3785 Mount Abbey Ave**          ■ Contingent
**San Diego, CA 92111**
                                   ■ Unliquidated
                                   ☐ Disputed
Date(s) debt was incurred __       **Basis for the claim:  Warranty**
Last 4 digits of account number __
                                   Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Sylvia Barraza**
**1127 E. Del Mar Blvd. # 212**    ■ Contingent
**Pasadena, CA 91106**
                                   ■ Unliquidated
                                   ☐ Disputed
Date(s) debt was incurred __       **Basis for the claim:  Warranty**
Last 4 digits of account number __
                                   Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

**3.242
4**

**Nonpriority creditor's name and mailing address**

**Sylvia Rohrl**
**5756 Tulane Street**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.242
5**

**Nonpriority creditor's name and mailing address**

**T-C StoneCrest LLC  c/o CBRE**
**Billbox: G3-8063-cc040202**
**PO Box 2091**
**Warren, MI 48090**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.242
6**

**Nonpriority creditor's name and mailing address**

**T.B. Penick & Sons, Inc.**
**15435 Innovation Drive, Suite 100**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.242
7**

**Nonpriority creditor's name and mailing address**

**Tajima Restaurants**
**3015 Adams Avenue #102B**
**San Diego, CA 92116**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.242
8**

**Nonpriority creditor's name and mailing address**

**Tamara & Dan Martin**
**2 Park Blvd**
**El Cajon, CA 92020**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.242
9**

**Nonpriority creditor's name and mailing address**

**Tamayo, Leticia**
**2 Calle Alimar**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No   ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____   Case number (if known) _____
Name

---

**3.243 0**

**Nonpriority creditor's name and mailing address**

**Tammetta, Gaetana**
**511 Bourbon Street**
**New Orleans, LA 70113**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.243 1**

**Nonpriority creditor's name and mailing address**

**Tammy Gildersleeve**
**3030 Core Baldre**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.243 2**

**Nonpriority creditor's name and mailing address**

**Tampa Baptist Manor**
**215 West Grand Central Avenue**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.243 3**

**Nonpriority creditor's name and mailing address**

**Tannen, Judy**
**3111 Bel Air Drive**
**Unit # 23-G**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.243 4**

**Nonpriority creditor's name and mailing address**

**Tanya McIntosh**
**206 Faxon ST**
**Spring Valley, CA 91977**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.243 5**

**Nonpriority creditor's name and mailing address**

**Tao Xing**
**1441 Eastmore Place**
**Oceanside, CA 92056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Debtor   **Nu Flow America, Inc.**
_____        Case number (if known) _____
         Name

---

| 3.243 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Target - T0937- Santa Rosa**
**9980 Irvine Center Drive Suite 200**
**Irvine, CA 92618**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Target Corporation**
**3701 Wayzata Blvd, 7C-976**
**Minneapolis, MN 55416**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Taylor International Corp.**
**8804 Spanish Ridge Ave**
**Suite 100**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Taylor, Art**
**1805 Geneva Circle**
**San Marcos, CA 92069**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TeakOwl**
**8535 Lemon Ave.**
**LA Mesa, CA 91942**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Teasa Smart Solutions**
**Cerro de Juvencia 71,**
**Chempestre Churubusco**
**Coyoacan, CDMX 04200-0000**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.244 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Technical Builders, Inc.**
**6140 Hellyer Ave**
**San Jose, CA 95120**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.244 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Ted Burrell**
**9547 Sage Hill Way**
**Escondido, CA 92026**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.244 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Ted Strauss**
**566 Canyon Dr.**
**Solana Beach, CA 92075**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.244 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Teichart Construction**
**4921 Vanden Rd.**
**Vacaville, CA 94533**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.244 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Teichert Construction**
**3500 American River Dr**
**Sacramento, CA 95813**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.244 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Temple Beth Sholom**
**10700 Havenwood Lane**
**Las Vegas, NV 89135**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**

Name

Case number (if known) _____

---

| 3.244 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Templeton Engineering, Inc.**
**135 West Mission Ave Suite #109**
**Escondido, CA 92025**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Teri Cardot**
**4294 Tim St**
**Bonita, CA 91902-2547**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Terra Tech Corp**
**1130 East Desert Inn Road suite 250**
**Las Vegas, NV 89109**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Terra Tech Corporation**
**2040 Main St Suite 225**
**Irvine, CA 92602**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Terrace Town Homes of Woodlawn**
**8730 Walutes Circle**
**Alexandria, VA 22314**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Terry Davis**
**960 Cypress Ave**
**Imperial Beach, CA 91932**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

**3.245 4**

**Nonpriority creditor's name and mailing address**

**Terry Martin**
**7304 36th Ave E**
**Bradenton, FL 34203**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.245 5**

**Nonpriority creditor's name and mailing address**

**Testbourne House**
**Longparish**
**Andover, Hampshire**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.245 6**

**Nonpriority creditor's name and mailing address**

**TGI Fridays, Inc.**
**4201 Marsh Lane**
**Carrollton, TX 75006**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.245 7**

**Nonpriority creditor's name and mailing address**

**Thant, Myo**
**1538 Eldertree Dr.**
**Diamond Bar, CA 91765**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.245 8**

**Nonpriority creditor's name and mailing address**

**The Apartment Company**
**560 N. Coast Hwy 101 Suite 1**
**Encinitas, CA 92024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.245 9**

**Nonpriority creditor's name and mailing address**

**The Bishop's School**
**7607 La Jolla Blvd**
**La Jolla, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**
Name

Case number (if known) _____

---

| 3.246 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Bluffs  Community**
**2414 Vista Del Oro**
**Newport Beach, CA 92658**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.246 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Branches Community Corporation HOA**
**15661 Red Hill Ave, Suite 201**
**Tustin, CA 92780**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.246 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Bristol Hotel**
**1055 First Avenue**
**San Diego, CA 92101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.246 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**The British Embassy**
**3100 Massachusetts Ave**
**Washington DC, DC 20007**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.246 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Churchill Condominium Association**
**10450 Wilshire Blvd**
**Los Angeles, CA 90024**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.246 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Commodore**
**3430 Galt Ocean Drive**
**Fort Lauderdale, FL 33311**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Nu Flow America, Inc.**
_____    Case number *(if known)*  _____
Name

---

| 3.246 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Container Store**
**110 S Fairfax Ave**
**Los Angeles, CA 90001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.246 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Cosmopolitan Hotel and Casino**
**3708 S Las Vegas Blvd**
**Las Vegas, NV 89109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.246 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Dorchester of Palm Beach**
**3250 S. Ocean Blvd**
**Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.246 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Dorchester of Palm Beach**
**Condominium**
**3250 S. Ocean Blvd.**
**Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.247 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Elements Business Park**
**17682 Gothard St**
**Huntington Beach, CA 92647**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.247 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Fountains at Sea Bluffs, HOA**
**25411 Sea Bluffs Drive**
**Dana Point, CA 92629**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor **Nu Flow America, Inc.**
Name
Case number (if known) _____

---

**3.247 2**

Nonpriority creditor's name and mailing address
**The Gulfview Apartments of Marco Island,**
**58 North Collier Blvd**
**Marco Island, FL 34145**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.247 3**

Nonpriority creditor's name and mailing address
**The Heritage Group**
**110 W. A Street, Suite 1125**
**San Diego, CA 92101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.247 4**

Nonpriority creditor's name and mailing address
**The Irvine Company LLC**
**550 Newport Center Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.247 5**

Nonpriority creditor's name and mailing address
**The Lakes Country Club**
**161 Old Ranch Rd**
**Palm Desert, CA 92211**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.247 6**

Nonpriority creditor's name and mailing address
**The Lennox Central Park West HOA**
**27051 Towne Centre Drive, Suite 200**
**Foothill Ranch, CA 92610**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.247 7**

Nonpriority creditor's name and mailing address
**The Lobster**
**1602 Ocean Ave**
**Santa Monica, CA 90401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor  **Nu Flow America, Inc.**
_____  Case number (if known) _____
Name

---

| 3.247 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**The Management Team**
7477 W. Lake Mead Blvd. Ste 270
Las Vegas, NV 89128

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __Warranty__

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.247 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**The Management Trust**
15661 Red Hill Ave, Suite 201
Tustin, CA 92780

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __Warranty__

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.248 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**The Meadows School**
8601 Scholar Lane
Las Vegas, NV 89128

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __Warranty__

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.248 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**The Mirage**
3400 S Las Vegas Blvd
Las Vegas, NV 89109

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __Warranty__

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.248 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**The Murray Company**
18414 South Santa Fe Ave
Rancho Dominguez, CA 90221

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __Warranty__

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.248 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**The Oakdale Condo Owners Association**
Attn: Sarah Outerbridge
14141 Dickens Street
Sherman Oaks, CA 91403

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __Warranty__

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____                Case number *(if known)*  _____
Name

---

**3.248
4**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**The Plaza HOA**
**1801 Diamond Street**                ■ Contingent
**San Diego, CA 92109**                ■ Unliquidated
                                       ☐ Disputed

Date(s) debt was incurred _
                                       **Basis for the claim:** __Warranty__
Last 4 digits of account number _
                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.248
5**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**The Prescott Companies**
**C/O Villa Riviera**                ■ Contingent
**5950 La Place Court**              ■ Unliquidated
**Carlsbad, CA 92008**               ☐ Disputed

Date(s) debt was incurred _
                                       **Basis for the claim:** __Warranty__
Last 4 digits of account number _
                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.248
6**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**The Prescott Companies**
**16880 West Bernardo Dr. Suite 200**                ■ Contingent
**San Diego, CA 92122**              ■ Unliquidated
                                       ☐ Disputed

Date(s) debt was incurred _
                                       **Basis for the claim:** __Warranty__
Last 4 digits of account number _
                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.248
7**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**The Primadonna Company, LLC**
**Prim Valley Resort & Casino**                ■ Contingent
**31700 Las Vegas Blvd South**              ■ Unliquidated
**Las Vegas, NV 89101**               ☐ Disputed

Date(s) debt was incurred _
                                       **Basis for the claim:** __Warranty__
Last 4 digits of account number _
                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.248
8**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**The Royal Palms**
**100 Atlantic Ave**                ■ Contingent
**Long Beach, CA 90802**              ■ Unliquidated
                                       ☐ Disputed

Date(s) debt was incurred _
                                       **Basis for the claim:** __Warranty__
Last 4 digits of account number _
                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.248
9**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**The Scarlet Huntington Hotel**
**1057 California St.**                ■ Contingent
**San Francisco, CA 94108**              ■ Unliquidated
                                       ☐ Disputed

Date(s) debt was incurred _
                                       **Basis for the claim:** __Warranty__
Last 4 digits of account number _
                                       Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____  Case number (if known) _____
Name

| 3.2490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.2490**

Nonpriority creditor's name and mailing address

**The Terraces at CDM**
**820 Poppy Avenue**
**Corona del Mar, CA 92625**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2491**

Nonpriority creditor's name and mailing address

**The UPS Store**
**6060 Cornerstone Court West**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2492**

Nonpriority creditor's name and mailing address

**The Venetian Resort Hotel Casino**
**PO Box 93118**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2493**

Nonpriority creditor's name and mailing address

**The Webb Schools**
**1175 W. Baseline Rd**
**Claremont, CA 91711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2494**

Nonpriority creditor's name and mailing address

**The Whiting-Turner Contracting Company**
**250 Commerce, Suite 150**
**Irvine, CA 92602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2495**

Nonpriority creditor's name and mailing address

**The Whiting-Turner Contracting Company**
**300 East Joppa Rd**
**Baltimore, MD 21202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor   **Nu Flow America, Inc.**
_____   Case number (if known) _____
         Name

---

| 3.249 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**The Whiting-Turner Contracting Company**
**14100 San Pedro Avenue**
**Suite 101**
**San Antonio, TX 78201**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.249 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**The Wynn Resorts**
**3131 Las Vegas Blvd South**
**Las Vegas, NV 89101**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.249 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Theodore Georges**
**1015 5th Ave.**
**Chula Vista, CA 91911**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.249 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Theodore Holding**
**1301 S 7th Street**
**Las Vegas, NV 89104**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.250 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Therese Reitler Vioiva**
**8204 Evansham Court**
**Las Vegas, NV 89129**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.250 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Third Laguna Hills Mutual of Laguna Wood**
**PO Box 2220**
**Laguna Woods, CA 92637**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____   Case number (if known) _____
Name

---

**3.250 2**

**Nonpriority creditor's name and mailing address**

**Thomas B. Quinn**
**Nokes & Quinn**
**410 Broadway, Suite 200**
**Laguna Beach, CA 92651**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.250 3**

**Nonpriority creditor's name and mailing address**

**Thomas Builder**
**11526 Pebblecreek Drive**
**Timonium, MD 21093**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.250 4**

**Nonpriority creditor's name and mailing address**

**Thomas Heine**
**3111 Bel Air Dr**
**Unit 10F**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.250 5**

**Nonpriority creditor's name and mailing address**

**Thomas Properties**
**515 S. Flower Street, 6th Floor**
**Los Angeles, CA 90001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.250 6**

**Nonpriority creditor's name and mailing address**

**Thomas Realtors**
**2937 28th street**
**San Diego, CA 92104**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.250 7**

**Nonpriority creditor's name and mailing address**

**Thomas Rigsby**
**3111 Bel Air Dr**
**Unit 5A**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**

_____          Case number (if known) _____
Name

---

| 3.250 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Thomas Zang**
**1748 Ganges Ave.**
**El Cerrito, CA 94530**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Thomas, Renee & Jim**
**29931 Running Deer Ln**
**Laguna Niguel, CA 92607**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Thompson Irmgard**
**31654 W. Nine Dr**
**Laguna Niguel, CA 92607**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Thrivos**
**725 E Covey Lane, Suite 150**
**Phoenix, AZ 85024**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Tiberon Owners Association**
**3520 College Blvd**
**#202**
**Oceanside, CA 92054**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Tierra Santa lutheran Church**
**11240 Clairmont Mesa Blvd.**
**San Diego, CA 92124**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Nu Flow America, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.251 4**

**Nonpriority creditor's name and mailing address**

**Tiller Constructors, Inc.**
**306 W Katella Ave**
**#3A**
**Orange, CA 92856**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.251 5**

**Nonpriority creditor's name and mailing address**

**Tim Ball**
**3201 Brighwood CT**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.251 6**

**Nonpriority creditor's name and mailing address**

**Tim Behrendt**
**3075 Redwood Street**
**Las Vegas, NV 89146**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.251 7**

**Nonpriority creditor's name and mailing address**

**Tim Cicchetto**
**4967 New Haven Rd.**
**San Diego, CA 92117**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.251 8**

**Nonpriority creditor's name and mailing address**

**Tim Duffett**
**2013 Golden Arrow Dr**
**Las Vegas, NV 89169**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.251 9**

**Nonpriority creditor's name and mailing address**

**Tim Jones**
**458 E J St**
**Chula Vista, CA 91910**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**

_____    Case number (if known) _____

Name

---

| 3.252 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Tim Macphee** | ☑ Contingent | |
| **2114 E Calle Felicia** | ☑ Unliquidated | |
| **Palm Springs, CA 92262** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.252 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Tim Mcfarland** | ☑ Contingent | |
| **2801 Bendling Elbow Drive** | ☑ Unliquidated | |
| **Borrego Springs, CA 92004** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.252 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Tim McGrath** | ☑ Contingent | |
| **16501 Via Lago Azul** | ☑ Unliquidated | |
| **Rancho Santa Fe, CA 92067** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.252 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Tim Morris - Bennett's Plumbing** | ☑ Contingent | |
| **3030 S Fairview** | ☑ Unliquidated | |
| **Suite B** | ☐ Disputed | |
| **Santa Ana, CA 92711** | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.252 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Tim Ryan** | ☑ Contingent | |
| **815 Seabrite Lane** | ☑ Unliquidated | |
| **Solana Beach, CA 92075** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.252 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Tim Trudeau** | ☑ Contingent | |
| **249 W. Park Avenue** | ☑ Unliquidated | |
| **El Cajon, CA 92020** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.252 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TLC Casino Enterprises**
**128 Fremont Street**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TLC Casino Enterprises**
**202 Fremont Street**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Todd Jones**
**1404 6th St**
**Las Vegas, NV 89104**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tom Fleming**
**158 Pointer Ln**
**Vista, CA 92083**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tom Frost**
**3020 Qualtrough St**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tom Gallagher**
**5651 Ladybird Lane**
**La Jolla, CA 92037**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.253 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tom Hipkins**
**4120 Ingalls St.**
**San Diego, CA 92103**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tom Parkin**
**1127 E Del Mar Blvd #124**
**Pasadena, CA 91106**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Toni Couse**
**237 E. Crescent Ave**
**Clewiston, FL 33440**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tony Andersen**
**4980 Mountain Creek Drive**
**Las Vegas, NV 89148**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tony Anderson**
**4980 Mountain Creek Drive**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tony Lonardo**
**7363 Brushwood Peak Ave**
**Las Vegas, NV 89113**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.253 8 | | | |

**Nonpriority creditor's name and mailing address**

**Tony Murphy**
**4620 Jutland Dr**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.253 9 |

**Nonpriority creditor's name and mailing address**

**Tonya Wagle**
**4086 Ridgewood Ave**
**Las Vegas, NV 89120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.254 0 |

**Nonpriority creditor's name and mailing address**

**Topa Management**
**1800 Avenue of the Stars #1400**
**Los Angeles, CA 90001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.254 1 |

**Nonpriority creditor's name and mailing address**

**Topa Management Company**
**1800 Ave of Stars #1400**
**Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.254 2 |

**Nonpriority creditor's name and mailing address**

**Torrance Memorial Medical Center**
**3330 Lomita Blvd**
**Torrance, CA 90503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.254 3 |

**Nonpriority creditor's name and mailing address**

**Tower 16 Capital Partners**
**5857 Owens Ave**
**Suite 300**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

**3.254**
**4**

**Nonpriority creditor's name and mailing address**

**Townsquare HOA**
**700 W 3rd St**
**Santa Ana, CA 92701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.254**
**5**

**Nonpriority creditor's name and mailing address**

**TPBC Encore Warranty**
**Encore At Wynn Las Vegas Hotel and Casin**
**3121 South Las Vegas Boulevard**
**Las Vegas, NV 89101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.254**
**6**

**Nonpriority creditor's name and mailing address**

**Tracy Mui**
**1921 S. Horne Street**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.254**
**7**

**Nonpriority creditor's name and mailing address**

**Tracy Reed**
**13757 Powers Rd**
**Poway, CA 92064**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.254**
**8**

**Nonpriority creditor's name and mailing address**

**Transcontinental Management**
**3355 Mission Ave.**
**Suite 111**
**Oceanside, CA 92054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.254**
**9**

**Nonpriority creditor's name and mailing address**

**Transitional Living**
**709 3rd Ave**
**Chula Vista, CA 91911**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor  **Nu Flow America, Inc.**
_____  Case number (if known) _____
Name

| | |
|---|---|
| 3.255 0 | **Nonpriority creditor's name and mailing address** |

**Transwestern**
**6430 Sunset Blvd.**
**Suite 460**
**Los Angeles, CA 90001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.255 1 | **Nonpriority creditor's name and mailing address** |

**Transwestern**
**1801 Main Street**
**Houston, TX 72070**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.255 2 | **Nonpriority creditor's name and mailing address** |

**Transwestern**
**CPF 801 Tower LLC, BB# 12-1158-36 PO Box**
**Austin, TX 72007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.255 3 | **Nonpriority creditor's name and mailing address** |

**Transwestern Property Company West, LLC**
**6430 Sunset Blvd.**
**Suite 460**
**Los Angeles, CA 90001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.255 4 | **Nonpriority creditor's name and mailing address** |

**Transwestern Property Managemennt**
**2290 Cosmos Court**
**Carlsbad, CA 92008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.255 5 | **Nonpriority creditor's name and mailing address** |

**Travis Hartman**
**8440 beethoven Drive**
**Buena park, CA 90621**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**

Name

Case number (if known) _____

---

| 3.255 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**TREA SH Brockman, LLC**
**7601 East Technology Way, Suite 600**
**Denver, CO 80237**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Treat Towers Property LLC**
**1255/1277 Treat Blvd**
**Walnut Creek, CA 94597**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Trench Free Plumbing**
**1443 Pomona Ave**
**San Jose, CA 95120**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Trest, LLC**
**1605 South tremont St**
**Oceanside, CA 92054**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Tri City Medical Center -Food Services**
**4002 Vista Way**
**Oceanside, CA 92054**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Tri City Patrol**
**668 Townsite Drive**
**Vista, CA 92083**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____     Case number (if known) _____

Name

---

| 3.256 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Triple Crown**
**C/O Curtis Management**
**5050 Avenida Encinas, Ste 160**
**Carlsbad, CA 92008**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.256 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Triple Crown Owners Association, c/o Cur**
**5050 Avenidas Encinas**
**Suite 160**
**Carlsbad, CA 92008**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.256 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Triple G Contracting, Inc.**
**7749 Normandy Blvd**
**Suite 145-327**
**Jacksonville, FL 32203**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.256 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tropic Harbor Condominium Association**
**800 Tropic Isle Drive**
**Delray Beach, FL 33484**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.256 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Troy Parham**
**4947 Becky Place**
**Las Vegas, NV 89120**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.256 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Trudy Pachon**
**662 El Norte Hills PLace**
**Escondido, CA 92025**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**                                      Case number (if known) _____
_____
Name

---

| 3.256 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**TSG Management**
**27129 Calle Arroyo Ste 1802**
**San Juan Capistrano, CA 92693**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**TTG Corp**
**100 S. Anaheim Blvd.**
**Suite 150**
**Anaheim, CA 92803**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Tuesday Mazuran**
**8 Alicante**
**Aliso Viejo, CA 92656**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Turn-Key Contractors**
**61027 E. Angora Place**
**Oracle, AZ 85623**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Turnberry Towers West**
**222 E Karen Ave**
**Las Vegas, NV 89109**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Tustin Gold Key HOA**
**1401 Bryan Avenue**
**Tutsin, CA 92780**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____
Name                                                              Case number (if known) _____

| 3.257 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Tustin Park Villas #113 - 116**
**2740 N. Grand Ave.**
**Suite 200**
**Santa Ana, CA 92711**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.257 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Twins Inc.**
**380 State Place**
**Escondido, CA 92025**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.257 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Twins, Inc.**
**1355 Grand Ave**
**Suite 109**
**San Marcos, CA 92078**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.257 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Two Eleven Spalding Condominium Associat**
**211 S Spalding Dr**
**Beverly Hills, CA 90212**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.257 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Tyler Bruce**
**10426 Calico Circle**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.257 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**UCSD**
**9500 Gilman Dr**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| 3.258 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**UDC Corporation**
**1041 n kraemer place**
**anaheim, CA 92806**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.258 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Uli Kuster**
**4643 Sleeping Indian Rd**
**Fallbrook, CA 92028**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.258 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ullman Sails**
**2710 S. Croddy Way**
**Santa Ana, CA 92704**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.258 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Una Hynum**
**1039 E 24th St**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.258 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Unilev**
**One  Riverway**
**Suite 120**
**Houston, TX 72070**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.258 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**United Laguna Woods Mutual**
**PO Box 2220**
**Laguna Woods, CA 92637**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.258<br>6 | **Nonpriority creditor's name and mailing address**<br>**United Renovations Specialty Group, LLC**<br>**1405 N. Hayden Rd.**<br>**Suite 101**<br>**Scottsdale, AZ 85257**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.258<br>7 | **Nonpriority creditor's name and mailing address**<br>**United States Olympic Committee**<br>**One Olympic Plaza**<br>**Colorado Springs, CO 80903**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.258<br>8 | **Nonpriority creditor's name and mailing address**<br>**Universal Plumbing & Heating Co.**<br>**4155 W. Teco Ave.**<br>**Las Vegas, NV 89101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.258<br>9 | **Nonpriority creditor's name and mailing address**<br>**University Mechanical & Engineering Cont**<br>**1168 Fesler St.**<br>**El Cajon, CA 92020**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.259<br>0 | **Nonpriority creditor's name and mailing address**<br>**University of California San Diego**<br>**9500 Gilman Drive #0908**<br>**La Jolla, CA 92093**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.259<br>1 | **Nonpriority creditor's name and mailing address**<br>**University of Houston Downtown**<br>**One Main Street**<br>**Houston, TX 72070**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor    **Nu Flow America, Inc.**                                    Case number (if known) _____
_____
Name

---

| 3.259 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**UNLV**
**PO Box 451033**
**4505 S Maryland Parkway**
**Las Vegas, NV 89154**

�this is Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Ursula Severino**
**288 Grapewood Court**
**Marco Island, FL 34145**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**US Olympic Training Center**
**2800 Olympic Parkway**
**Chula Vista, CA 91911**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**USA Environmental**
**10234 Lucore St.**
**Houston, TX 72070**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**USC East College Prep**
**3825 N Mission Rd**
**Los Angeles, CA 90001**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**UTC Venture, LLC c/o Westfield Property**
**4545 La Jolla Village Dr**
**E-25**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.2598 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Valerie DePasquale**
**1688 E Twain Ave**
**Las Vegas, NV 89169**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2599 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Valerie Read**
**35041 Camino Capistrano**
**Capistrano Beach, CA 92624**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2600 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Vanessa Myers**
**4635 Derrick Dr.**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2601 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Vanessa Teachout**
**6520 Lake Ashmere Ct.**
**San Diego, CA 92119**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2602 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Vaught, John**
**2007 Tweed Street**
**Placentia, CA 92871**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2603 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Veronica Adams**
**14059 Betsy Ross LAne**
**Centerville, VA 31028**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.260 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Verville,Lucia & Claude**
**2007 Bishop Court**
**Cornelius, NC 28031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.260 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vicky Rooker SFR**
**1720 Pawnee Drive**
**Las Vegas, NV 89169**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.260 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Victor Plumbing - Children's Hospital of**
**25520 Avenue Stanford**
**#301**
**Valencia, CA 91355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.260 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vikram Rao**
**317 Cresent Ave**
**San Francisco, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.260 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Village Management Services, Inc.**
**PO Box 2220**
**Laguna Hills, CA 92654**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.260 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Village Woods Owners' Association**
**3282 Ashford St**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.261<br>0 | **Nonpriority creditor's name and mailing address**<br>**Villas at Painted Desert**<br>**2851 S. Decatur Blvd**<br>**Las Vegas, NV 89102**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Warranty__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.261<br>1 | **Nonpriority creditor's name and mailing address**<br>**Vince Valenti**<br>**10224 Singing View Court**<br>**Las Vegas, NV 89129**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Warranty__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.261<br>2 | **Nonpriority creditor's name and mailing address**<br>**Viola Chang**<br>**2202 Hillcrest Drive**<br>**Los Angeles, CA 90016**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Warranty__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.261<br>3 | **Nonpriority creditor's name and mailing address**<br>**Viola Chang**<br>**17682 Gothard St**<br>**Huntington Beach, CA 92647**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Warranty__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.261<br>4 | **Nonpriority creditor's name and mailing address**<br>**Virginia Bezoenik**<br>**351 Cypress Crest Terrace**<br>**Escondido, CA 92025**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Warranty__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.261<br>5 | **Nonpriority creditor's name and mailing address**<br>**Visipipe LLC**<br>**PO Box 2050**<br>**Hayden, ID 83835**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Warranty__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

**3.261 6**

**Nonpriority creditor's name and mailing address**
**VISTA URBANA MAINTENANCE**
**ASSOCIATION**
**351 Riverpark Blvd**
**Oxnard, CA 93036**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.261 7**

**Nonpriority creditor's name and mailing address**
**Vito Di Natale**
**2937 Su Siempre Pl**
**Escondido, CA 92025**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.261 8**

**Nonpriority creditor's name and mailing address**
**Vlad Slavin**
**20925 Almazon Rd**
**Calabasas, CA 91302**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.261 9**

**Nonpriority creditor's name and mailing address**
**Vornado**
**1901 S Bell St.**
**Arlington, VA 22201**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.262 0**

**Nonpriority creditor's name and mailing address**
**W. L. Butler Construction, Inc.**
**140 Frank West Circle, Suite 100**
**Stockton, CA 95206**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.262 1**

**Nonpriority creditor's name and mailing address**
**WA State Ferries**
**6000 6th Ave S**
**Seattle, WA 98108**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

---

| 3.262 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wade Frost**
**4026 Laurel Grove Drive**
**Seabrook, TX 77586**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.262 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Waldorf Astoria Monarch Beach Resort & C**
**1 Monarch Beach Resort**
**Dana Point, CA 92629**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.262 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Walker Mill Apartments, LLC**
**5425 Wisconsin Ave. #202**
**Chevy Chase, MD 20815**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.262 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wallace Napier-Psomas**
**3111 Bel Air Dr**
**Unit 4D**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.262 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Walt Disney World c/o Jones Lang LaSalle**
**700 West Ball Rd**
**Mail Code 124C**
**Anaheim, CA 92803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.262 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Walter Bannister (new owner Glenn Richar**
**12397 Fairway Pointe Row**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.262 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Walter Borschel**
**4186 Rochester Ave**
**San Diego, CA 92116**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Wang, Megan**
**1 Blue Lagoon**
**Laguna Beach, CA 92652**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Wardell Builders**
**649 Valley Ave Suite A**
**Solana Beach, CA 92075**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Warenski, James**
**4135 Mathews Way**
**Salt Lake City, UT 84199**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Warner Mechanical**
**217 Monroe Ave**
**Frederick, MD 21701**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Washington Golf and Country Club**
**3017 Glebe Rd**
**Arlington, VA 22201**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Nu Flow America, Inc.**
_____    Case number (if known) _____
Name

---

| 3.263 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Washington State Ferries**
**2901 3rd Ave**
**Suite 500**
**Seattle, WA 98101**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.263 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Waterway East and West**
**304 Golfview Road**
**North Palm Beach, FL 33408**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.263 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Watt Plaza**
**1875 Century Park East**
**Suite 1110**
**Los Angeles, CA 90001**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.263 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Waugh, Fred**
**1538 Windsor Forest Trail**
**Keller, TX 76248**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.263 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Wayne Connors**
**4206 S Ambassador Ave**
**Las Vegas, NV 89122**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.263 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Wayne Rudick**
**17 Tremblant Court**
**Timonium, MD 21093**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor   **Nu Flow America, Inc.**
_____   Case number (if known) _____
Name

---

| 3.264 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Weinberg**
**3111 Bel Air Dr**
**Unit 12B**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Weitzman, Andy & Gary**
**25645 La Cima**
**Laguna Niguel, CA 92607**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Welk Resorts**
**8975 Lawrence Welk Dr**
**Escondido, CA 92026**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Welldone Restaurants Concepts, Inc.**
**Goldberg, Bart**
**653 Milford St.**
**Los Angeles, CA 90001**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Wendy Golden**
**7866 Hummingbird Lane**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Wendy Stafford**
**1622 Harvey Milk St**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**

Name

Case number *(if known)* _____

---

**3.264 6**

**Nonpriority creditor's name and mailing address**
**Wesolowski, Cas**
**14275 Hacienda Lane**
**Poway, CA 92064**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.264 7**

**Nonpriority creditor's name and mailing address**
**West Anaheim Medical Center**
**3033 West Orange Ave**
**Anaheim, CA 92803**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.264 8**

**Nonpriority creditor's name and mailing address**
**West Coast Backhoe Services**
**10681 Chestnut Ave.**
**Stanton, CA 90680**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.264 9**

**Nonpriority creditor's name and mailing address**
**West Coast Management**
**5440 Baltimore Dr.**
**Suite 350**
**La Mesa, CA 91942**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.265 0**

**Nonpriority creditor's name and mailing address**
**West Coast Mechanical**
**221 W. Pomona Blvd**
**Monterey Park, CA 91754**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.265 1**

**Nonpriority creditor's name and mailing address**
**West Valley RE, LLC**
**33 North LaSalle Street, Suite 3800**
**Chicago, IL 60602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**

Name

Case number (if known) _____

---

| 3.265 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Westbrook**
**1411 S. Orange Blossom Trail**
**Orlando, FL 32805**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Westbrook Properties**
**625 Broadway**
**San Diego, CA 92101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Westcore II North SD Portfolio, LLC**
**PO Box 82504**
**Goleta, CA 93199**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Western National Contractors**
**8 executive circle**
**irvine, CA 92614**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Westfield Culver City**
**6000 Supulveda**
**Culver City, CA 90230**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Westfield Culver City Mall LLC**
**6000 Sepulveda Drive**
**Suite 2828**
**Culver City, CA 90230**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**

Name

Case number (if known) _____

---

| 3.265 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Westfield Mall - Sarasota**
**8201 S. Tamiami Trail**
**Sarasota, FL 34230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.265 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Westgate Hotel**
**1055 2nd Avenue**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.266 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Whitaker Construction**
**44 South 1050 West**
**Brigham City, UT 00084-3302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.266 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**White Sand Holdings, LLC**
**468 North Cammden Drive Suite 200**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.266 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Whiteco Pool Solutions**
**1000 E. 80th Pl**
**Suite 600 North**
**Merrillville, IN 46410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.266 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Whiting-Turner Contracting Company**
**3911 Sorrento Valley Blvd.**
**Suite 100**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Nu Flow America, Inc.**

Name

Case number (if known) _____

---

**3.266
4**

**Nonpriority creditor's name and mailing address**

**Whitney, Eli
1215 San Julian Place
San Marcos, CA 92069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.266
5**

**Nonpriority creditor's name and mailing address**

**Why Energy
6061 E. Grant Road
Tucson, AZ 85712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.266
6**

**Nonpriority creditor's name and mailing address**

**Wicker, Sonja
2002 Crandall Drive
San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.266
7**

**Nonpriority creditor's name and mailing address**

**Will Canfield
12603 Pinerock Lane
Houston, TX 72070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.266
8**

**Nonpriority creditor's name and mailing address**

**Willard Chapman
318Justina Dr.
Oceanside, CA 92054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.266
9**

**Nonpriority creditor's name and mailing address**

**Willetts, Peter
136 Costa Brava
Laguna Niguel, Ca 92607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.267 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**William Alexander Lopez**
**784 Gardenia Ave #9**
**Long Beach, CA 90813**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**William Conrad**
**202 S Rockingham**
**Los Angeles, CA 90001**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**William Hernstadt**
**3111 Bel Air Dr**
**Unit 14H**
**Las Vegas, NV 89101**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**William Hoff**
**2636 Soledad Way**
**North Las Vegas, NV 89030**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**William J. Viherek**
**337 Barbara Drive, NW**
**Fort Walton Beach, FL 32548**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**William Knowles**
**615 Sereno View Rd**
**Encinitas, CA 92024**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Nu Flow America, Inc.**
_____
Name

Case number (if known) _____

| 3.267 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Martin**
**3111 Bel Air Drive**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.267 7 |
|---|

**Nonpriority creditor's name and mailing address**

**William McNeilly**
**3111 Bel Air Drive**
**Unit 17E**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.267 8 |
|---|

**Nonpriority creditor's name and mailing address**

**William Paul**
**15941 Oak Hill Drive**
**Chino Hills, CA 91709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.267 9 |
|---|

**Nonpriority creditor's name and mailing address**

**William R Porter**
**16219 Swartz Canyon Rd**
**Ramona, CA 92065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.268 0 |
|---|

**Nonpriority creditor's name and mailing address**

**William Rowan**
**3590 East Patrick Lane**
**Las Vegas, NV 89120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.268 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Willin Properties**
**1771 Monita Dr.**
**Ventura, CA 93001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Nu Flow America, Inc.**
Name

Case number (if known) _____

---

**3.268 2**

**Nonpriority creditor's name and mailing address**
**Wills, Lewis**
**13749 Tobiasson Road**
**Poway, CA 92064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.268 3**

**Nonpriority creditor's name and mailing address**
**Wisdom, Darwin & Karen**
**13310 Bronco Way**
**Poway, CA 92064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.268 4**

**Nonpriority creditor's name and mailing address**
**Wise Management Services**
**3719 4th Ave**
**San Diego, CA 92103-4202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.268 5**

**Nonpriority creditor's name and mailing address**
**Wise Management Services**
**1932 Dain Dr.**
**Lemon Grove, CA 91945**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.268 6**

**Nonpriority creditor's name and mailing address**
**WL Butler Construction**
**140 Frank West Circle, Suite 100**
**Stockton, CA 95206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.268 7**

**Nonpriority creditor's name and mailing address**
**Wolford, Rob**
**6 Poppy Hills Rd**
**Laguna Niguel, CA 92607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Nu Flow America, Inc.**
Name                                          Case number (if known) _____

---

| 3.268 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Woodway Place Atrium**
**661 Bering Drive**
**Houston, TX 72070**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Wooten Plaza 2BA**
**4600 Lamont St. Unit 4-127**
**San Diego, CA 92109**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Wright Custom Home**
**1635 Village Center Circle**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**WSREF HDH, LLC**
**13435 Gull Court**
**Apple Valley, MN 55124**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Wyndham San Diego Bayside**
**1355 N. Harbor Drive**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Wynsen, Eugene & Gertrude**
**18582 Jacotal Avenue**
**Villa Park, CA 92861**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Nu Flow America, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.269
4**

**Nonpriority creditor's name and mailing address**

**Yon Zhong
25 Vista Tramonto
Newport Coast, CA 92657**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.269
5**

**Nonpriority creditor's name and mailing address**

**Yoshi & Mei Ichikawa
107 Costa Brava
Laguna Niguel, CA 92607**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.269
6**

**Nonpriority creditor's name and mailing address**

**Youssef Abouzaki
2341 Gloaming Way
Beverly Hills, CA 90210**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.269
7**

**Nonpriority creditor's name and mailing address**

**Yuki Iwatani
1127 East Del Mar Blvd Unit 321
Pasadena, CA 91106**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.269
8**

**Nonpriority creditor's name and mailing address**

**Zaca Mesa Winery
6905 Foxen Canyon Road
Los Olivos, CA 93441**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.269
9**

**Nonpriority creditor's name and mailing address**

**ZNTH Inc
5755 Oberlin Drive #301
San Diego, CA 92122**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor **Nu Flow America, Inc.**
_____
Name

Case number *(if known)* _____

| 3.270 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zook Family Investments L.P.**
**2750 Grand Ave.**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent

■ Unliquidated

☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 84.23 |
| 5b. Total claims from Part 2 | 5b. + $ | 0.00 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 84.23 |

| Fill in this information to identify the case: |
|---|

Debtor name __**Nu Flow America, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Alarm System Provider at 2388 E. Artesia Blvd, Long Beach, CA. Account # 403334585 Month-to-Month**<br><br><br>**ADT**<br>**3190 S Vaughn Way**<br>**Aurora, CO 80014** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Vehicle Lease Agreements with lessor (Enterprise) were all terminated by or before February 28, 2023. Lessor is in process of of final account reconciliation.**<br><br>**ENTERPRISE FM TRUST**<br>**PO Box 800089**<br>**Kansas City, MO 64180-0089** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Unexpired Lease of Real Property at 2388 E. Artesia Blvd, Long Beach CA**<br>**24 Months**<br><br>**Gateway Pacific Properties**<br>**1630 S. Sunkist St**<br>**Anaheim, CA 92806** |

Debtor 1   **Nu Flow America, Inc.**                                    Case number *(if known)* _____
　　　　　　First Name　　　　Middle Name　　　　Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Electricity Utility Provider for 2388 E. Artesia Blvd, Long Beach CA. Account Number 700137699224** | |
|---|---|---|---|
| | State the term remaining | | **Southern California Edison** |
| | List the contract number of any government contract | | **PO Box 6400** |
| | | | **Rancho Cucamonga, CA 91729** |

**Exhibit A**

**(APAs)**

## ASSET PURCHASE AGREEMENT

This ASSET PURCHASE AGREEMENT (this "**Agreement**"), dated as of December __, 2021 but effective as of December 1, 2021 (the "**Effective Date**"), is made and entered into by and among **Nu Flow America, Inc.**, a New York corporation d/b/a Specialized Pipe Technologies ("**Seller**"), Total Drain Solutions, LLC, a Nevada limited liability company ("**Buyer**"), and Justin Mizell, a Florida resident ("**Buyer Principal**").

RECITALS:

WHEREAS, Seller is a wholly-owned subsidiary of Aquam Corporation, an Ontario corporation ("**Parent**");

WHEREAS, Seller and Aquam USA, Inc., a Delaware corporation and wholly-owned subsidiary of Parent ("**Aquam USA**"), jointly operate a pipe drain inspection, cleaning, maintenance, remediation and non-invasive pipe lining business in the United States (the "**Drain Services**"), and the inspection, cleaning, maintenance and remediation of sovent drain systems business including "DrainWell" (the "**Sovent Services**");

WHEREAS, Buyer Principal is the sole owner and President of the Buyer;

WHEREAS, Seller owns and operates a portion of its business with the assets, liabilities and employees described on Schedules A-1, A-2 and A-3 attached hereto, which are dedicated to performing (x) all of Seller's Sovent Services and (y) Drain Services in the greater Las Vegas area (collectively, the "**Las Vegas Operations**");

WHEREAS, Seller no longer desires to pursue any Sovent Services in North America and desires to transfer the Las Vegas Operations to Buyer; and

WHEREAS, Buyer desires to purchase, acquire and assume, and Seller desires to sell, transfer and assign, the Las Vegas Operations on the terms and conditions set forth herein.

NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto, intending to be legally bound hereby, agree as follows:

ARTICLE I. DEFINED TERMS

1.1   Defined Terms.  As used in this Agreement, the following terms have the meanings indicated:

"**Affiliate**" has the meaning set forth in Rule 12b-2 of the regulations promulgated under the Securities Exchange Act of 1934, as amended.

"**Business Day**" means any day other than a Saturday, Sunday or legal holiday on which banks in the State of Delaware are or may elect to be closed.

"**Effective Time**" means 12:01 a.m., PST, on the Effective Date.

9785057.v5

"**Encumbrance(s)**" means any mortgage, pledge, security interest, lien, charge, adverse claim, conditional (or other title retention agreement) sale agreement, tenancy, encumbrance or any other restrictions or third party rights (whether absolute, accrued, contingent or otherwise).

"**including**" means including but not limited to.

"**Office Lease Assignment**" means an Assignment and Assumption of Office Lease (as defined below), by Aquam USA, Buyer and Landlord (as defined below), in a form reasonably acceptable to Seller.

"**ordinary course of business**" means the ordinary course of business of the Las Vegas Operations as conducted by Seller and consistent with past practice.

"**Person**" means an individual, partnership, corporation, limited liability company, limited liability partnership, trust, unincorporated organization, other entity or group.

"**Seller Change in Control**" means any of (a) the acquisition of Seller by another Person by means of any transaction or series of related transactions to which Seller or Parent is a party (including, without limitation, any equity acquisition, reorganization, merger or consolidation) other than a transaction or series of related transactions in which Parent retains, immediately after such transaction or series of related transactions, at least a majority of the total voting power represented by the outstanding voting securities of Seller or such other surviving or resulting entity (or if Seller or such other surviving or resulting entity is a wholly-owned subsidiary immediately following such acquisition, its parent) or (b) a sale, lease or other disposition of all or substantially all of the assets of Seller by means of any transaction or series of related transactions, except where such sale, lease or other disposition is to a wholly-owned subsidiary of Seller or Parent.

"**Transition Services Agreement**" means a transition services agreement in substantially the form of Exhibit A attached hereto pursuant to which Seller, Aquam USA and Parent will agree to provide Buyer with certain post-Closing transition services relating to the Las Vegas Operations.

"**UNLV A/R**" means the account receivable in the aggregate face amount of $384,239.57 payable by Builders United (for work at the University of Nevada, Las Vegas) to Seller for services provided.

ARTICLE II.  TRANSFER OF ASSETS AND LIABILITIES

2.1    Purchase and Sale.

(a)    Subject to the terms and conditions set forth herein, at the Closing, Buyer shall purchase and acquire from Seller, and Seller shall sell and transfer to Buyer, all of Seller's rights, title and interests in the fixed assets and inventory relating to the Las Vegas Operations described on Schedule A-1 attached hereto (the "**Assets**"), on a "where is" and "as is" condition with no warranty whatsoever by Seller or any other Person.  The parties acknowledge the list of inventory fluctuates on a daily basis in the ordinary course of business, and, accordingly, the actual inventory that will be included in the Assets may differ from what is set forth on Schedule A-1

2

attached hereto (and there shall be no adjustment to the amount of the Purchase Price on account of any such fluctuation).

(b)      Notwithstanding the foregoing, the Assets shall not include any of the following assets (collectively, the "**Excluded Assets**") (i) Seller's rights and obligations under this Agreement, (ii) any cash or cash equivalents, (iii) any accounts receivable and notes receivable as of the Effective Time (collectively, "**Outstanding Receivables**"), or (iv) any right, title or interest to any of Seller's other assets or operations not included in the Las Vegas Operations.  For the avoidance of doubt, Buyer (x) acknowledges and agrees that Seller (as well as Aquam USA) shall continue with the Drain Services and all other business operations other than the Sovent Services from and after the Closing Date, (y) Buyer is acquiring no interest in any of the Seller's assets other than those listed in Schedule A-1, and (z) nothing in this Agreement shall be deemed to limit or restrict the Drain Services operations by Seller (as well as Aquam USA) from and after Closing. Notwithstanding anything to the contrary otherwise contained in this Agreement, Buyer shall not be provided, have access to or be permitted to examine or copy Seller's customer lists, mailing lists, customer databases, or any other similar lists, suppliers, vendors and sources related to the Las Vegas Operations until the Closing Date.

2.2      Assumption of Liabilities.  On the terms and subject to the conditions set forth in this Agreement, at the Closing but effective as of the Effective Time, Buyer shall assume and agree to perform, pay or discharge when due all liabilities and obligations arising with respect to the ownership of the Assets from and after the Effective Time (collectively, the "**Assumed Liabilities**"); including, without limitation (i) all obligations under that certain Standard Industrial/Commercial Multi-Tenant Lease – Net, dated May 14, 2021, by and between York Decatur Crossing, LLC ("**Landlord**") and Aquam USA, for the facility located at 6420 S. Cameron St, Suite 206, Las Vegas, NV 89118 (the "**Office Lease**") [**NTD:  If Landlord will not agree to assignment of Lease, will obtain consent to SubLease**], (ii) all actual operating costs of the Las Vegas Operations from December 1, 2021 through December 31, 2021, as detailed on Schedule A-2 attached hereto (such actual costs, the "**December Operating Costs**"), and (iii) all operating costs of the Las Vegas Operations from and after December 31, 2021.  For the avoidance of doubt, with the exception of the Dreamscapes Project (as defined below) for which Seller will have no warranty liability, Seller shall retain any and all warranty liability for all projects completed prior to the Effective Time and any projects that are in process as of the Effective Time that are completed by Seller.  Buyer shall be responsible for any warranty liability with respect to the Dreamscapes Project as well as any and all warranty liability for all projects completed after the Effective Time by Buyer.  It is expressly understood and agreed that the parties intend that Buyer shall not be considered a successor to Seller by reason of any theory of law or equity and that Buyer shall have no liability for any liability or obligation of Seller, except as expressly set forth in this Agreement.

2.3      Purchase Price.  On the terms and subject to the conditions set forth in this Agreement, for and in consideration of the purchase and sale of the Assets and the assumption of the Assumed Liabilities, Buyer shall pay (or be deemed to have paid) the following amounts (collectively, the "**Purchase Price**") to or on behalf of the Seller and provided the additional value as indicated below:

3

(a)     An amount equal to the actual December Operating Costs, as determined in accordance with Section 2.4 below;

(b)     The transfer by Buyer to Seller of 1,181,185 common shares of Parent (which shall be free and clear of any Encumbrances and shall be accompanied by a stock power executed in blank by Buyer or such other transfer documents as may be reasonably requested by Seller); and

(c)     Buyer has agreed to provide the additional potential sources of revenue for Seller in accordance with Sections 4.2, 4.4, 4.5, 4.6 and 4.7 below.

Further, within five (5) days of Seller's receipt of payment in full of the UNLV A/R, Seller shall make a cash payment to Buyer in the amount of $_____ (the "**Buyer's UNLV Payment**"), less any amount that Buyer is obligated to pay Seller in accordance with Section 2.4 below.

2.4     December 2021 Las Vegas Operations. Buyer shall be responsible for all operating costs and expenses related to the Las Vegas Operations from and after the Effective Time. This will include the timely payment of all December Operating Costs (including amounts due under the Office Lease from and after the Effective Time). Further, Buyer shall be entitled to any and all revenue generated by the Las Vegas Operations from and after the Effective Time. Buyer and Seller shall cooperate and work in good faith to determine the amount of any adjustments related to the operation of the Las Vegas Operations during the month of December 2021 (the "**December Operations**"). In connection with the calculation of the December Operations, (i) Seller shall be entitled to a $6,357.43 credit for the security deposit under the Office Lease and a credit for the Seller Dreamscape Commission (as defined in Section 4.4 below) and (ii) Buyer acknowledges that Seller has already advanced $400,000.00 to Buyer toward payment of the December Operations (the items in clause (i) and (ii) hereof are collectively referred to as the "**Seller Credits**"). In the event that the December Operations generate revenue in excess of an amount equal to the December Operating Costs plus the Seller Credits, Seller shall pay Buyer an amount equal to such excess in immediately available funds within five (5) Business Days of the final determination of the December Operations. In the event that the December Operations generate revenue less than an amount equal to the December Operating Costs plus the Seller Credits, Seller shall reduce the Buyer's UNLV Payment by the amount of such shortfall.

2.5     Allocation of Purchase Price. Seller and Buyer agree that the Purchase Price shall be allocated among the Assets, the Assumed Liabilities and the covenants set forth in Section 6.1 below for all purposes (including tax and financial accounting) as shown on an allocation schedule (the "**Allocation Schedule**") created in accordance with and in the form required by Section 1060 of the Internal Revenue Code of 1986, as amended (the "**Code**"), as reasonably determined in good faith by Seller and Buyer.

2.6     Liability for Taxes. Buyer and Buyer Principal shall be responsible for all federal, state and local income taxes now or hereafter due or assessed against Buyer or Buyer Principal in connection with the transactions contemplated by this Agreement, including without limitation, Buyer's receipt of the Assets and assumption of the Assumed Liabilities. Seller shall be responsible for all federal, state and local income taxes now or hereafter due or assessed against

9785057.v5

Seller in connection with the transactions contemplated by this Agreement, including without limitation, Seller's receipt of the Purchase Price and assignment of the Assumed Liabilities.

2.7   **"AS IS"; "WHERE IS" Transaction**.  Buyer hereby acknowledges and agrees that notwithstanding anything expressed or implied herein to the contrary, Seller does not make any representations or warranties whatsoever, express or implied, with respect to any matter related to the Assets, Assumed Liabilities, or the Las Vegas Operations.  Without in any way limiting the foregoing, Seller hereby disclaims any warranty (express or implied) of (i) merchantability or fitness for any particular purpose as to any and all portions of the Assets, and (ii) title or transferability of any and all portions of the Assets.  Buyer further acknowledges that Buyer has had the opportunity to and has conducted an independent inspection and investigation of Seller, the Assets, Assumed Liabilities, the Las Vegas Operations and its operations, assets, liabilities, results of operations, financial condition and prospects, and all such other matters relating to or affecting the foregoing as Buyer deemed necessary or appropriate and that in proceeding with its acquisition of the Assets and assumption of the Assumed Liabilities, Buyer is doing so based solely upon such independent inspections and investigations.  Accordingly, Buyer will accept the Assets and assume the Assumed Liabilities at the Closing "AS IS," "WHERE IS" and "WITH ALL FAULTS", without any warranties or representations. Without limiting the foregoing, Buyer further acknowledges that no material or information provided by or communications made by Seller or its agents will create any representation or warranty of any kind, whether express or implied, with respect to Seller, the Assets, the Assumed Liabilities, the Las Vegas Operations or its operations, assets, liabilities, results of operations, financial condition or prospects.  Buyer hereby assumes the risk that adverse matters relating to the physical condition of the Assets, including, but not limited to, latent or patent defects, may not have been revealed by Buyer's review and inspections and investigations.

## ARTICLE III.  CLOSING

3.1   Closing.  The closing of the transactions contemplated by this Agreement (the "**Closing**") shall take place via the exchange of electronic signature pages (with delivery of original signature pages by overnight courier service within three (3) Business Days after the Closing Date) simultaneously with the execution and delivery of this Agreement between the parties or such other date as Buyer and Seller may agree. The date on which the Closing actually occurs is referred to herein as the "**Closing Date**".

3.2   Deliveries by Seller.

(a)   At the Closing, Seller shall deliver to Buyer (unless delivered previously), the following:

(i)   possession of the Assets;

(ii)   the Transition Services Agreement, executed by Seller, Aquam USA and Parent;

(iii)   the Office Lease Assignment, executed by Seller and Landlord **[NTD: Or Sub-lease]**;

5

9785057.v5

(iv)     an extract of Seller's NetSuite CRM sales pipeline of all Las Vegas opportunities and all Sovent Services opportunities in the United States (which Seller is providing without any representations or warranties);

(v)     with respect to all Transferred Employees (as defined herein) that have been provided by Seller with mobile telephones and computers (laptop and otherwise), such Transferred Employees shall be entitled to retain those devices (including mobile phone numbers) (which, for the avoidance of doubt, shall now belong to Buyer); provided that all Seller (or Aquam USA or Parent) information and data not related to Las Vegas Operations shall be purged from those devices by Parent prior to Closing;

(vi)     copies of all books and records (including all computerized records and other computerized storage media) of the Las Vegas Operations (collectively, "**Books and Records**"), including all Books and Records relating to the purchase of inventory, materials, supplies and services for the Las Vegas Operations, dealings with customers, suppliers and distributors of the Las Vegas Operations, and the Transferred Employees (to the extent that such books and records can be transferred under applicable law); provided, however, to the extent any such Books and Records contain information regarding any of Seller's, Aquam USA's or Parent's business activities other than the Las Vegas Operations, Seller shall only be required hereunder to deliver a copy of such Books and Records related to the Las Vegas Operations; and

(vii)     all other previously undelivered documents, instruments and writings required to be delivered by Seller to Buyer at or prior to the Closing pursuant to this Agreement or otherwise required in connection herewith.

3.3     <u>Deliveries by Buyer; Payment of Taxes</u>.

(a)     At the Closing, Buyer shall deliver to Seller (unless delivered previously) the following:

(i)     the Transitions Services Agreement, executed by Buyer;

(ii)     the Office Lease Assignment, executed by Buyer; and

(iii)     all other previously undelivered documents, instruments and writings required to be delivered by Buyer to Seller at or prior to the Closing pursuant to this Agreement or otherwise required in connection herewith.

(b)     At or prior to the Closing, Buyer shall pay of all transfer, stamp, sales, use, excise or similar taxes payable in connection with the sale of the Assets contemplated hereby.

## ARTICLE IV.  RELATED MATTERS

4.1     <u>Employees</u>.  Attached hereto as <u>Schedule A-3</u> is a complete list of all full and part-time employees and contractors of Seller who are employed in the Las Vegas Operations on the date of this Agreement (the *"***Transferred Employees***"*). It is Buyer's intention to offer employment to each of the Transferred Employees. To the extent that any Transferred Employee has any contractual obligation to Seller that might stand in the way of such Transferred Employee's

6

acceptance of employment with Buyer, such obligation is hereby waived by Seller. Seller shall be responsible for the payment of any severance and vacation, sick and personal day accruals (in accordance with Seller's standard policies therefor) due and owing prior to and as of the Effective Date to any Transferred Employees, whether or not employed by Buyer, as well as any sales commissions for orders received and accepted by seller prior to the Effective Time pursuant to the Seller's sales commission policies. Nothing contained in this Section shall be construed to confer upon or give to any person other than Buyer and Seller and their respective successors and assigns any rights or remedies hereunder.

4.2    <u>Sovent Sales Opportunities</u>.  Seller has a sales pipeline of Sovent Services sales opportunities in Las Vegas and other U.S. locations. For Sovent Services customers and prospects in the Seller's sales pipeline, Seller and Buyer will cooperate on the best way to transition such opportunities to closed sales contracts and project completion.  For new Sovent Services opportunities outside of Las Vegas that Seller may bring to Buyer after the Closing, the parties will work collaboratively on closing those opportunities and Buyer shall price such proposals to include a commission for Seller's cognizant account manager pursuant to the Seller's commission policies at the time.  If Seller and Buyer are both pursuing the same Sovent Services sales opportunity, Buyer shall provide Seller a payment in the amount earned by the Seller's account manager pursuant to the Seller's sales commission policies in effect at the time, providing Buyer first became aware of the opportunity from Seller.

4.3    <u>Projects in Seller's Las Vegas Operations' Backlog</u>. For all projects Seller has in the Las Vegas Operations' backlog as of the Closing Date, execution of those projects and any associated profits, losses, and warranty liabilities shall be the responsibility of Buyer.

4.4    <u>Dreamscape Companies Sovent Opportunity</u>. Dreamscape Companies in Las Vegas is a Sovent Services project opportunity in Seller's backlog as of December 4th, 2021 (the "**Dreamscape Project**"). In recognition of Seller's investment in developing the Dreamscape Project, Buyer shall pay Seller fifteen percent (15%) of the approximately $507,000 value of the initial phase of the project (the "**Seller Dreamscape Commission**").  Payment by Buyer to Seller of the Seller Dreamscape Commission shall be due within forty-five (45) days after completion of the initial phase of the project. Seller shall have the right to audit the books and records of Buyer relating to the Dreamscape Project to confirm Buyer's compliance with this <u>Section 4.4</u>.

4.5    <u>Sovent Projects Outside of Las Vegas Operations</u>.  With respect to the Sovent Services projects of Seller outside of the Las Vegas Operations as of the Effective Time, the parties will work collaboratively to execute those projects and split the profit based on the proportion of costs each party incurs. For such projects, the parties will execute a statement of work specifying the project plan, financial arrangements, and warranty obligations.

4.6    <u>Subcontract</u>.  During the period starting on the Closing Date and ending on the earlier of (i) the twelve (12) month anniversary of the Effective Time or (ii) the initial closing date of a Seller Change in Control (such period, the "**Subcontract Period**"), the parties shall work in good faith to subcontract to each other project labor that exceeds at the time their respective capacities to fulfill, subject in all case upon the parties being competitive on price, resource availability, schedule, and quality, and any other material terms. Further, during the Subcontract

7

Period, Seller agrees to use commercially reasonable efforts to subcontract warranty work to Buyer subject to Buyer being competitive on price and schedule, quality, and any other material terms.

4.7    <u>Buyer to become a Nu Flow Licensee</u>. Within thirty (30) days after the Closing Date, Buyer shall use commercially reasonable efforts to finalize and execute a non-exclusive license agreement with Nu Flow Technologies (a wholly-owned subsidiary of Parent) for the Las Vegas territory with an effective date of the Buyer's receipt of its Nevada Plumbing Contractor's License; providing that Nu Flow Technologies shall waive (x) all start-up fees and (y) any minimum order quantities for Buyer to maintain a first-year discount of twenty percent (20%).

4.8    <u>Transition Services</u>.   For no additional consideration, Seller shall provide the finance, HR, and IT and other related transaction services to Buyer in accordance with the terms of the Transition Services Agreement for a period of sixty (60) days after the Closing Date.  To the extent permitted under applicable law, Buyer shall be permitted to perform work under Seller's Nevada Plumbing Contractor's License subject to the terms of the Transition Services Agreement. After the expiration of such sixty (60) day period, at the request of Buyer, the parties will negotiate in good faith an extension to the transition services term which in no event shall extend beyond 31-March, 2022 or the date of the initial closing of a Seller Change in Control, whichever occurs first.  Seller agrees that, subject to the terms of the Transition Services Agreement, the SPT email accounts and addresses of the Transferred Employees shall remain accessible for the earlier of (x) 31-March, 2022 or (y) the initial closing date of a Seller Change in Control, after which they will be terminated.  Further, Seller agrees that Buyer may continue doing business as "Specialized Pipe Technologies" in the Las Vegas market for the earlier of (x) 31-March, 2022 or (y) the initial closing date of a Seller Change in Control, provided that Seller shall have the right to rescind the right for Buyer to use such name in the event Buyer, in Seller's sole judgment, materially tarnishes the Specialized Pipe Technologies/SPT brand and/or reputation.

4.9    <u>Relationship of Parties</u>. Each party will be an independent contractor as to the other party.  Neither party will be the agent, employee or joint venture partner of other party nor do they have any authority to bind the other party by contract or otherwise to any obligation.  Each party will agree not to make representations to the contrary, either expressly, implicitly, by appearance or otherwise.

4.10    <u>Collection of Receivables</u>.  Notwithstanding anything otherwise set forth in this Agreement, Seller may collect any and all Outstanding Receivables and any accounts receivables relating to the December Operations in a commercially reasonable manner consistent with past practices of the Las Vegas Operations.  The accounts receivable relating to the December Operations shall be subject to <u>Section 2.4</u> above.  Buyer shall be responsible for receivable collections associated with all Las Vegas Operations' projects for all accounts receivables for invoices issued from and after December 31, 2021.

8

## ARTICLE V.  SURVIVAL; INDEMNIFICATION

5.1     <u>Survival</u>. Each provision of this Agreement that establishes with respect to a party hereto or beneficiary a right and/or obligation that expressly or by implication is to be in enforceable after the termination or expiration of this Agreement, shall be binding for such period of time as may be reasonably be required in order to give full effect to the intended application of such provision; provided, however, that, for the avoidance of doubt, Seller shall have no continuing obligations under this Agreement upon the initial closing a Seller Change in Control other than its obligations under <u>Section 6.1</u> below.

5.2     <u>Indemnification</u>.

(a)     From and after the Effective Time, to the extent provided in this <u>Article V</u>, Seller shall indemnify, defend and hold harmless Buyer and its officers, directors, managers, members, shareholders, employees, agents, affiliates, successors and assigns (each, an "**<u>Indemnified Buyer Party</u>**") from and against:

(i)     any liabilities, claims, demands, judgments, losses, costs, damages or expenses whatsoever, including reasonable attorneys', consultants' and other professional fees and disbursements of every kind, nature and description incurred by such Indemnified Buyer Party in connection therewith (collectively, "**<u>Damages</u>**"), that such Indemnified Buyer Party may sustain, suffer or incur and that result from, arise out of or relate to:

(A)     the nonfulfillment of any covenant, agreement or other obligation of Seller set forth in this Agreement; and

(B)     all liabilities and obligations of Seller that are not Assumed Liabilities; and

(ii)     any and all actions, suits, claims, proceedings, investigations, allegations, demands, assessments, audits, fines, judgments, costs and other expenses (including reasonable attorneys' fees and expenses) incident to any of the foregoing or to the enforcement of this <u>Section 5.2(a)</u>;

provided, however, Seller shall not be liable for any such Damages arising as a result of the gross negligence, bad faith or willful misconduct of any Indemnified Buyer Party.

(b)     From and after the Effective Time, to the extent provided in this <u>Article V</u>, Buyer and Buyer Principal, jointly and severally, shall indemnify, defend and hold harmless Seller and its officers, directors, managers, members, shareholders, employees, agents, affiliates, successors and assigns (each, an "**<u>Indemnified Seller Party</u>**") from and against:

(i)     any Damages that such Indemnified Seller Party may sustain, suffer or incur and that result from, arise out of or relate to:

(A)     the nonfulfillment of any covenant, agreement or other obligation of Buyer or Buyer Principal set forth in this Agreement; and

9

(B)     the Assumed Liabilities (including, without limitation, all obligations with respect to the December Operating Costs); and

(ii)     any and all actions, suits, claims, proceedings, investigations, allegations, demands, assessments, audits, fines, judgments, costs and other expenses (including reasonable attorneys' fees and expenses) incident to any of the foregoing or to the enforcement of this Section 5.2(b);

provided, however, that Buyer and Buyer Principal shall not be liable for any such Damages arising as a result of the gross negligence, bad faith or willful misconduct of any Indemnified Seller Party.

(c)     Buyer will not make any claim against Seller (and Seller shall have no liability for and shall not be required to pay), and Seller will not make any claim against Buyer and Buyer Principal (and Buyer and Buyer Principal shall have no liability for and shall not be required to pay), for indemnification either under this Agreement or pursuant to any other legal rights or remedies relating to the transactions contemplated hereby ("**Indemnification Claims**") for any Damages incurred unless and until Seller, on the one hand, or Buyer and Buyer Principal, on the other hand, as applicable, shall have incurred Damages in excess of $10,000.00 in the aggregate (in which event Buyer and Buyer Principal, on the one hand, or Seller, on the other hand, as applicable, shall be entitled to indemnification either under this Agreement or pursuant to any other legal rights or remedies relating to the transactions contemplated hereby for all Damages incurred by such party in excess of such amount).

5.3     Conditions of Indemnification.  The obligations and liabilities of Buyer and Buyer Principal, on the one hand, and Seller, on the other hand, as indemnifying parties (each, an "**Indemnifying Party**") to indemnify Seller and Buyer, as applicable (each, an "**Indemnified Party**"), under Section 5.2 with respect to claims made by third parties shall be subject to the terms and conditions of this Section 5.3.  The Indemnified Party shall give written notice to the Indemnifying Party of any Damages with respect to which it seeks indemnification promptly after the discovery by such party of any matters giving rise to such claim for indemnification; provided, however, that the failure of any Indemnified Party to give notice as provided herein shall not relieve the Indemnifying Party of its obligations under Section 5.2 unless it shall have been materially prejudiced by the omission to provide such notice.  In case any Indemnification Claim is brought against an Indemnified Party, the Indemnifying Party shall be entitled to participate in the defense thereof and, to the extent that it may wish, to assume the defense thereof, with counsel reasonably satisfactory to the Indemnified Party, and after notice from the Indemnifying Party of its election so to assume the defense thereof, the Indemnifying Party will not be liable to the Indemnified Party under Section 5.2 for any legal or other expense subsequently incurred by the Indemnified Party in connection with the defense thereof; provided, however, that (i) if the Indemnifying Party shall elect not to assume the defense of such Indemnification Claim or (ii) if the Indemnified Party reasonably determines that there may be a conflict between the positions of the Indemnifying Party and the Indemnified Party in defending such Indemnification Claim, then separate counsel shall be entitled to participate in and conduct such defense, and the Indemnifying Party shall be liable for any reasonable legal or other expenses incurred by the Indemnified Party in connection with such defense (but not more than one (1) counsel).  The Indemnifying Party shall not be liable for any settlement of any Indemnification Claim effected without its written consent, which consent shall not be unreasonably withheld.  The Indemnifying Party shall not, without the

10

Indemnified Party's prior written consent, settle or compromise any Indemnification Claim to which the Indemnified Party is a party or consent to entry of any judgment in respect thereof. The Indemnifying Party further agrees that it will not, without the Indemnified Party's prior written consent, settle or compromise any Indemnification Claim or consent to entry of any judgment in respect thereof in any pending or threatened Indemnification Claim in respect of which indemnification may be sought hereunder (whether or not the Indemnified Party is an actual or potential party to such Indemnification Claim) unless such settlement or compromise includes an unconditional release of the Indemnified Party from all liability arising out of such Indemnification Claim.

      5.4    <u>Exclusive Remedy</u>. Seller, Buyer and Buyer Principal acknowledge and agree that from and after the Closing, the indemnification provisions in this <u>Article V</u> shall be the sole and exclusive remedy of any party with respect to any and all claims arising out of or in connection with the transactions contemplated by this Agreement, other than claims based in fraud or willful misconduct. The parties hereto may not avoid the limitations on liability set forth in this <u>Article V</u> by seeking damages for breach of contract, tort or pursuant to any other theory or liability. Nothing in this <u>Section 5.4</u> shall prevent or prohibit a party from seeking and/or obtaining specific performance for a breach of any covenant in accordance with applicable law.

ARTICLE VI.  OTHER OBLIGATIONS OF SELLER AND BUYER

      6.1    <u>Non-Competition and Non-Solicitation</u>.

      (a)    Seller hereby covenants and agrees that for a period starting on the Closing Date and ending on the ten (10) year anniversary of the Closing Date (such period, the "**Noncompetition Period**"), Seller shall not, anywhere within the Territory (as defined below), directly or indirectly, own, operate, lease, manage, control, participate in, consult with, advise, permit its name to be used by, provide services for or in any manner engage in any business, including by itself or in association with any person, firm, corporate or other business organization or through any other entity, that is engaged in providing Sovent Services; provided, however, that (x) the passive ownership of less than 2% of the outstanding stock of any publicly-traded corporation will not be deemed, solely by reason thereof, a violation of this <u>Section 6.1(a)</u>, and (y) the activities by the Seller described in <u>Sections 4.2</u> and <u>4.5</u> above shall not be deemed, solely by reason thereof, a violation of this <u>Section 6.1(a)</u>. For the purposes of this Agreement, the "**Territory**" shall mean North America.

      (b)    For a period of three (3) years from and after the Closing, Seller and Buyer each agree that neither shall solicit or recruit, or attempt to solicit or recruit, directly or by assisting others, any employees or subagents of the other for the purpose of inducing such individuals to terminate their relationship with the Seller or Buyer, as applicable.

      (c)    Seller acknowledges and agrees that (i) it has access to competitively sensitive confidential business or professional information with respect to Buyer (including, without limitation, trade secrets, development plans, launch plans, marketing strategy and sales plans), (ii) the covenants set forth in this <u>Section 6.1</u> are reasonably limited in both time and scope and in all other respects, (iii) the covenants set forth in this Agreement are reasonably necessary for the protection of Buyer and are reasonably necessary to prevent great damage or loss to Buyer

11

as a result of action taken by the Seller, (iv) Buyer would not have entered into this Agreement but for the covenants of Seller contained herein and (v) the covenants contained herein have been made a material incentive to the parties hereto to enter into this Agreement.

6.2     Further Assurances; Cooperation.  Each of the parties agrees at any time and from time to time after the Closing, at the request of the other party hereto, to execute and deliver such other documents and instruments of transfer or assignment or assumption and to do all such further acts and things as shall reasonably be necessary or desirable to effectuate the transactions contemplated hereby, including the transfer to Buyer of the Las Vegas Operations and the Assets.

6.3     Records; Further Information.  From and after the date hereof and following the Closing Date, upon reasonable notice given in accordance with this Agreement, Seller and Buyer shall give, or cause to be given, to the representatives, employees, counsel and accountants of the other party, access, during normal business hours, to all original agreements, documents, books, records and files in its possession or in the possession of any of its Affiliates relating to the Las Vegas Operations (the "**Records**") relating to periods prior to or after the Closing Date, as the case may be, and shall permit such persons to examine and copy such Records to the extent reasonably requested by the other party in connection with the preparation of tax and financial reporting matters, audits, legal proceedings, governmental investigations and other business purposes; provided, however, that nothing herein shall obligate any party to take actions that would unreasonably disrupt the normal course of its business.

ARTICLE VII.  TERMINATION OF AGREEMENT

7.1     Termination of Agreement.  This Agreement may be terminated as to the parties' respective post-Closing obligations:

(a)     by mutual agreement of Seller and Buyer;

(b)     by Buyer or Seller, if the other party breaches any of the material terms of the Agreement including any failure to make a timely payment or fails to cure a breach or default within thirty (30) days from receipt of notice to the defaulting party from the other party; or

(c)     If one or both parties become insolvent, fails to pay its debts as they come due, makes a general assignment for the benefit of creditors or to an agent authorized to liquidate any substantial amount of its assets, is subject to a petition in bankruptcy, or has a receiver appointed for any of its assets or substantial amount of its assets, is subject to a petition in bankruptcy, or has a receiver appointed for any of its assets.

7.2     Procedure Upon Termination.  In the event of a proper termination pursuant to Section 7.1, the terminating party shall immediately give written notice thereof to the other party and the parties' respective post-Closing obligations under this Agreement shall be terminated without further action by either party.  Such termination shall not in any way limit or restrict the rights and remedies of Seller or Buyer against any party hereto that has breached any of the agreements or other provisions of this Agreement prior to the termination hereof.

7.3     Disclaimer of Consequential Damages.  In no event will either party be liable to the other for any special, incidental or consequential damages for breach of the terms of this

12

Agreement (other than any such Damages that are imposed by a third party against such party hereto which are subject to indemnification under Section 5.2 above), even if that party has been advised of the possibility of such damages.

## ARTICLE VIII. MISCELLANEOUS

8.1    Press Releases and Public Announcements.  No press release or any other public disclosure, including any general notices to customers and suppliers with respect to this Agreement and the transactions contemplated by this Agreement, may be made by any party hereto without the express written approval of the other party hereto prior to the issuance or disclosure thereof, it being acknowledged and agreed by the parties hereto that they shall consult and cooperate with each other in connection with public disclosures made to any party with respect to the transactions contemplated by this Agreement; provided, however, that either party may make any public disclosure that it believes in good faith is required by law or regulation (in which case the disclosing party shall advise the other party prior to making such disclosure and provide such other party an opportunity to review the proposed disclosure).

8.2    Commissions.  Each of the parties hereto represents and warrants that no broker or finder is entitled to any brokerage or finder's fee or other commission in connection with the transactions contemplated hereby.  Each of the parties hereto shall pay or discharge, and shall indemnify and hold the other harmless from and against, all claims or liabilities for brokerage commissions or finder's fees incurred by reason of any action taken by it.

8.3    Parties-in-Interest.  This Agreement shall be binding upon, inure to the benefit of and be enforceable by the respective successors and permitted assigns of the parties hereto.  Except in the event of merger, acquisition, sale of assets, divestiture or other corporate transaction, the rights and obligations of Buyer, on the one hand, and Seller, on the other hand, hereunder may not be assigned without the consent of the other party hereto; provided, however, that Seller may freely assign or transfer any portion or all of its rights or obligations under this Agreement, without the consent thereto by Buyer (each, a "**Permitted Assignee**"), and upon any such assignment, such Permitted Assignee shall be deemed to be the Seller hereunder for all purposes hereof and have all the rights of Seller hereunder.

8.4    Entire Agreement; Amendments and Waiver.

(a)    This Agreement and the exhibits, the schedules and other writings referred to herein or delivered pursuant hereto that form a part hereof contain the entire understanding of the parties with respect to its subject matter.  This Agreement supersedes all prior understandings and agreements or representations by or between Buyer (or any Affiliate) and Seller with respect to its subject matter. Notwithstanding the forgoing, that certain Confidential Information Agreement, dated November 11, 2021, by and between Buyer Principal, Seller and Aquam USA shall remain in full force and effect.

(b)    This Agreement may be amended only by a written instrument duly executed by the parties.  Any condition to a party's obligations hereunder may be waived in writing by such party to the extent permitted by law.

13

9785057.v5

    8.5    <u>Headings</u>. The Article and Section headings contained in this Agreement are for reference purposes only and shall not affect in any way the meaning or interpretation of this Agreement.

    8.6    <u>Notices</u>. All notices, claims, certificates, requests, demands and other communications hereunder shall be in writing and shall be deemed to have been duly given if delivered personally, sent by facsimile transmission (with written confirmation of receipt), delivered by overnight courier or mailed (registered or certified mail, postage prepaid, return receipt requested) as follows:

| | |
|---|---|
| If to Buyer: | Total Drain Solutions LLC<br>Attn: Justin Mizell<br>1248 Riverscape Street<br>Bradenton, FL 34208 |
| If to Seller: | Nu Flow America, Inc.<br>Attn: Dan Squiller, Chief Executive Officer<br>7710 Kenamar Court<br>San Diego, CA 92121 |

or to such other address as the person to whom notice is to be given may have previously furnished to the others in writing in the manner set forth above, provided that notice of a change of address shall be deemed given only upon receipt. Notice shall be deemed given on (i) the date such notice is personally delivered, (ii) the next succeeding Business Day after transmission by facsimile, (iii) one (1) Business Day after the date of delivery to the overnight courier if sent by Business Day or (iv) three (3) days after mailing if sent by registered or certified mail. Notice by counsel for a party shall not constitute notice by such party.

    8.7    <u>Governing Law</u>. This Agreement shall be governed by and construed in accordance with the laws of the State of Delaware without regard to any applicable conflicts of law.

    8.8    <u>Mandatory Arbitration; Waiver of Jury Trial</u>. All disputes arising between the parties relating to this Agreement shall be submitted to binding arbitration. Such disputes shall be administered by the American Arbitration Association ("**AAA**") and shall be administered in accordance with the AAA's Commercial Arbitration Rules in effect on the date of the submission. The parties to this Agreement hereby expressly agree that any arbitration proceeding arising out of this Agreement shall be conducted in the City of Wilmington, State of Delaware. By executing this Agreement, each party hereto submits to the personal jurisdiction of the State of Delaware in connection with the enforcement of any arbitration awards or any other claims or disputes arising out of this Agreement. To the extent allowed by law, the parties to this Agreement waive any protections under any federal or state laws related to service of process, and agree to submit to the laws of the State of Delaware as relates to the service of process. EACH PARTY HERETO WAIVES TRIAL BY JURY WITH RESPECT TO ANY ACTION BROUGHT, OR CLAIM MADE, REGARDING, OR IN CONNECTION WITH, THIS AGREEMENT OR THE TRANSACTIONS CONTEMPLATED HEREBY.

9785057.v5

8.9     Third Parties. Nothing herein expressed or implied is intended or shall be construed to confer upon or give to any Person, other than the parties hereto and their successors or permitted assigns, any rights or remedies under or by reason of this Agreement.

8.10    Counterparts.   This Agreement may be executed simultaneously by PDF or facsimile and in several counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

8.11    Expenses. Each party hereto will bear its own costs and expenses (including fees and expenses of auditors, attorneys, financial advisors, bankers, brokers and other consultants and advisors) incurred in connection with this Agreement and the transactions contemplated hereby; provided, however, that Seller shall reimburse Buyer for up to $10,000 in Buyer's out-of-pocket, reasonable and documented attorneys' fees and expenses that are directly related to this Agreement.  Buyer shall submit such invoices and other relevant information relating to such reimbursement as reasonably requested by Seller.

8.12    Construction.  Seller and Buyer have participated jointly in the negotiation and drafting of this Agreement.  In the event an ambiguity or question of intent or interpretation arises, this Agreement will be construed as if drafted jointly by the parties hereto, and no presumption or burden of proof will arise favoring or disfavoring any party by virtue of the authorship of any of the provisions of this Agreement.  Any reference to any federal, state, local or foreign statute or law will be deemed also to refer to all rules and regulations promulgated thereunder, unless the context requires otherwise.

[Signature Page Follows]

9785057.v5

IN WITNESS WHEREOF, intending to be legally bound hereby, Buyer, Buyer Principal and Seller have caused this Asset Purchase Agreement to be executed by their duly authorized representatives as of the date first written above.

NU FLOW AMERICA, INC.

By: _____
    Name: Dan Squiller
    Title: Chief Executive Officer

TOTAL DRAIN SOLUTIONS, LLC

By: _____
Name: Justin Mizell
Title: President


_____
Justin Mizell

**Schedule A-1**

**Fixed Assets and Inventory**
**[NTD: This schedule to be refreshed prior to execution]**

LAS VEGAS OPERATIONS FIXED ASSETS AS OF 31-AUGUST, 2021

| Asset Description | Net Book Value as of Aug, 2021 |
|---|---|
| Office Furn - 6 desks & chairs, 8' Conf. table, 12' Conf. table, 8 Conf. Chairs, Credenza, 3 File Cabinet | 8,593.79 |
| Mini Cleaner 110v US, includes a Cleaning Package PIC 3540000816NF | 3,284.21 |
| Mini Cleaner 110v US, includes a Cleaning Package PIC 3540000816NF | 3,284.21 |
| Ridgid R44473 Receiver, SR-24 Utility Locator Q0046993 | 1,910.64 |
| Ridgid R44473 Receiver, SR-24 Utility Locator Q0046993 | 1,910.64 |
| Ridgid R19238 Locator, Navitrack Scout Q0046993 | 996.21 |
| Ridgid R19238 Locator, Navitrack Scout Q0046993 | 996.21 |
| Ridgid R69038 Kit, CS65XR w/2Batt/Charger Q0046993 | 3,339.57 |
| Ridgid R69038 Kit, CS65XR w/2Batt/Charger Q0046993 | 3,339.57 |
| Ridgid R63628 Reel, 200 Mini 30 MM SL HDR Q0046993 | 4,313.90 |
| Ridgid R63628 Reel, 200 Mini 30 MM SL HDR Q0046993 | 4,313.90 |
| Ridgid R55898 Camera, Micro CA-350 NA Q0046992 | 330.32 |
| Ridgid R37468 Reel, Microdrain D65S SS 115V | 1,959.82 |
| Ridgid R44473 Receiver, SR-24 Utility Locator Q0046992 | 2,050.12 |
| Ridgid R19238 Locator, Navitrack Scout Q0046992 | 1,068.91 |
| Ridgid R69038 Kit, CS65XR w/2Batt/Charger Q0046992 | 3,583.40 |
| Ridgid R64968 Monitor, CS6X VERSA w/2 BAT LI Q0046992 | 1,981.50 |
| Ridgid R63628 Reel, 200 Mini 30 MM SL HDR Q0046992 | 4,628.83 |
| Ridgid R63583 Reel, 325 Standard 35 MM SL HR Q0046992 | 6,018.45 |
| Ridgid R37468 Reel, Microdrain D65S SS 115V, SN#33-17948 | 2,618.31 |
| 220 V Heat Assit Kit | 4,243.92 |
| 220 V Heat Assit Kit | 4,243.93 |

| | |
|---|---|
| Wizard Small Electric Cutter | 1,763.98 |
| NuFlow Mini Miller G8/17 US 110v x5 | 2,195.26 |
| Mini Coating Pump U.S., UK 110v (Now includes 3 hose connectors and 2 brush stoppers) | 5,452.92 |
| Ridgid R35183 Reel, Microreel L100C 115VSS | 2,353.28 |
| Ridgid R35183 Reel, Microreel L100C 115VSS | 2,353.28 |
| Ridgid R19238 Locator, Navitrack Scout | 978.80 |
| Ridgid R19238 Locator, Navitrack Scout | 978.80 |
| Ridgid R44473 Receiver, SR-24 Utility Locator | 1,877.25 |
| Ridgid R22163 Receiver, SR-60 Utility Locator | 2,066.67 |
| Ridgid R64943 Monitor, CS6X VERSA 115V/230V | 1,569.61 |
| Ridgid R68768 Monitor, CS65XR 115V/230V | 3,031.42 |
| Ridgid R63628 Reel, 200 Mini 30 MM SL HDR | 4,238.44 |
| Ridgid R63583 Reel, 325 Standard 35 MM SL HR | 5,510.88 |
| Ridgid R54463 Monitor, CS65X 115V W/WIFI | 3,253.84 |
| Ridgid R40008 Reel, Nanoreel N85S SS NTSC | 3,130.48 |
| Ridgid R40008 Reel, Nanoreel N85S SS NTSC | 3,130.48 |
| Ridgid R63628 Reel, 200 Mini 30 MM SL HDR | 5,027.04 |
| Ridgid R63583 Reel, 325 Standard 35 MM SL HR | 6,536.16 |
| Ridgid R22163 Receiver, SR-60 Utility Locator | 2,451.12 |
| Ridgid R44473 Receiver, SR-24 Utility Locator | 2,226.48 |
| Mini Miller G8/17 US 110v | 2,542.15 |
| Drain Equipment for the monitor and the SR 24 locator for the LV Office | 4,851.63 |
| Mini Miller G8/17 US 110v | 2,346.60 |
| Reel 200 Mini and Monitor CS65X 115V W/WIFI | 6,104.47 |
| Ice Machine - Las Vegas | 2,935.03 |
| IA-NFA-0452 C42891- Super Midi 12/20 110v US - LV | 1,448.05 |
| EPL #0018359- LV New equipment for truck - camera and monitor | 209.20 |
| EPL #0018168- LV New equipment for truck - camera tools | 286.85 |
| GI INDUSTRIES - ASSET PURCHASE - CC 5019 | 0.00 |
| Order POTU162784 - Tools | 0.00 |
| NuflowTech:Tool-Cutter Pneumatic | 0.00 |
| CCTV Camera's from South Africa (One CCTV has two units) - Tag # 865 (Las Vegas) | 0.00 |
| Hoffmeyer - Hoses & Fittings | 0.00 |
| Ferguson - Victaulic Couplings | 0.00 |
| 2 - 130'Viztrac w/5112 HZ Sonde Camera System - (LV) | 0.00 |
| Modular Van Shelf Unit 52"Wx60"Hx14"D x2 & 42" x1 & Steel 3 drawer Cabinet x2 Lockerx1 - 2021 | 3,394.44 |

2

| | |
|---|---|
| AME Bins and Shelves VIN 3C6URVWG2LE109703 WC-4 23P3FJ | 3,574.77 |
| Global Aviation G0505266Las Noc 11 2017 TA246 | 755.38 |
| 2018 GMC Savana Cutaway VIN 1GD376C65J1267669 Work Van Chassis 159 in. WB SRW | 14,432.53 |
| 2018 GMC Savana Vin#1GD37SCG5J1267669 EPL#0018367-SPT-LV Truck-T7669 | 4,120.30 |
| EPL#0018367-SPT-LVTruck-T7669-Vin#1 | 1,993.27 |
| | **178,131.22** |

## LAS VEGAS INVENTORY

| Item | Item: Description (Sales) | On Hand | Standard Cost | Inv. Value |
|---|---|---|---|---|
| NUFLEX-1.5 XFT | 1.5" Nu Flex Liner Per Foot | 87.00 | $10.39 | $903.93 |
| NUFLEX-2 XFT | Nuflex 2" by the foot | 326.00 | $10.39 | $3,387.14 |
| NUFLEX-3 XFT | Nuflex 3" by the foot | 716.20 | $11.29 | $8,085.90 |
| NUFLEX-4 XFT | 4" Nu Flex Liner Per Foot | 1,657.90 | $7.06 | $11,704.77 |
| NUFLEX-5 XFT | 5" Nu Flex Liner Per Foot | 240.30 | $9.32 | $2,239.60 |
| NUFLEX-6 XFT | 6" Nu Flex Liner Per Foot | 1,258.10 | $9.88 | $12,430.03 |
| NUFLEX-8 XFT | 8" Nu Flex Liner Per Foot | 615.50 | $17.73 | $10,912.82 |
| RB200-LB | Internal - 200 Resin A - LBS | 598.50 | $4.01 | $2,399.99 |
| RB300-LB | Base 20 L/5 Gal- High Temp. A by the pound | 406.00 | $5.73 | $2,328.02 |
| RF210-LB | Base - Part A Resin | 77.90 | $4.10 | $319.06 |
| RN220-LB | Internal 220 Normal B - LBS | 409.70 | $5.61 | $2,298.42 |
| RN320-LB | Internal High TempB-LB | 93.70 | $7.70 | $721.49 |
| RN420-LB | spot repair B - lb | 13.80 | $24.88 | $343.34 |
| VHCL-3ON3-Y FELT KIT | 3" on 3" Y Felt thin w/epoxy | 2.00 | $70.00 | $140.00 |
| VHCL-LAUNCHER-3 | vhcl -launcher Kit 3" | 1.00 | $376.60 | $376.60 |
| **Total** | | **6,503.60** | | **$58,591.11** |

3

**Schedule A-2**

**Estimated December Operating Costs**

| SPT Las Vegas Balance Sheet December, 2021 Estimated Profit and Loss | | |
|---|---|---|
| **Total - Income** | | **$ XX,XXX** |
| Cost Of Sales | | |
| Total - 50002 - Wages | $ 26,100 | |
| Total - 50030 - Direct Labour Employer Taxes | $ 3,770 | |
| Total - 50050 - Benefits/Allowances | $ 3,480 | |
| Total - 50080 - Commissions | $ 4,320 | |
| Total - 50090 - Direct Labour Bonuses | $    - | |
| **Total - 50001 - Wages & Benefits** | | **$ 37,670** |
| **Total - 50100 - Materials/Consumables** | | **$ 3,810** |
| Total - 50201 - Subcontractors | $    - | |
| Total - 50210 - Travel | $ 1,000 | |
| Total - 50230 - Transportation | $ 1,400 | |
| Total - 50255 - Freight | $ 50 | |
| Total - 50270 - Equipment | $ 1,500 | |
| Total - 50280 - Other Cost of Goods | $ 10,000 | |
| **Total - 50200 - Other Cost of Goods Sold** | | **$ 13,950** |
| **Total - 50300 - Warranty** | | **$    -** |
| **Total - 50000 - Cost of Goods Sold** | | **$ XX,XXX** |
| Total - Cost Of Sales | | |
| **Gross Profit** | | **$XX,XXX)** |
| Expense | | |
| Total - 60003 - Salary & Wages | $ 13,920 | |
| Total - 60020 - Employer Taxes | $ 2,088 | |
| Total - 60050 - SG&A Benefits/Allowances | $ 2,610 | |
| Total - 60080 - Indirect Labour Bonuses | $    - | |
| **Total - 60001 - Compensation and Benefits** | | **$ 18,618** |
| 60100 - General and Administration | | |
| 60200 - Property | | |
| 60201 - Rent | $ 5,960 | |
| 60202 - Utilities | $ 550 | |
| 60206 - Security & Alarms | $ 684 | |
| 60209 - Other Building Expenses | $ 500 | |
| **Total - 60200 - Property** | | **$ 7,694** |
| Total - 60300 - Telecommunication & IT | $ 1,240 | |
| Total - 60750 - G&A Transportation | $ 6,000 | |
| Total - 60800 - Travel & Entertainment | $ 3,600 | |
| Total - 60925 - General Office Supplies | $ 200 | |
| **Total - 60100 - General and Administration** | | **$ 18,534** |
| **Total - 60000 - Operating Expenses** | | **$ 37,152** |
| **Net Ordinary Income (cash estimate)** | | **$ XX,XXX** |

### Schedule A-3

**Transferred Employees**

| Payroll Name | Job Title Description | To Buyer | Retained by Seller |
|---|---|---|---|
| Brown, Brittany | Bus. Development Rep | X | |
| Brown, David | Project Manager | X | |
| Burgos, Ismael | Technician - Service | X | |
| Butterworth, Roger | Senior Project Manager | | X |
| Carrasco Valdez, Adrian | Technician - Service | X | |
| Cruz Lopez, Cindy | Office Administrator | X | |
| Estrada, Michael | Technician - Service | | X |
| Flack, Jonathan E | Technician - Service | | X |
| Fowlkes Jr, Errol Allen | Technician - Service | X | |
| Maziarz, Dillon A. | Technician - Service | | X |
| Northington, Brannon L. | Lead Technician | | X |
| Roque, Christopher S | Lead Technician | | X |
| Summersville, Byron F. | Jr. Lead Technician | | X |
| To, Mandy H | Technician - Service | | X |
| Torres, Philip R | Account Manager | X | |

<u>**Exhibit A**</u>

**Form of Transition Services Agreement**

# ASSET PURCHASE AGREEMENT

This ASSET PURCHASE AGREEMENT (this "**Agreement**"), dated as of June 6, 2022, is made and entered into by and between NuFlow America, Inc., a New York corporation ("**Seller**"), and Pipe Restoration Solutions, Inc., a Florida corporation ("**Buyer**").

RECITALS:

WHEREAS, Seller and Nu Flow America, Inc., a New York corporation ("**NFA**"), are wholly-owned subsidiaries of Aquam Corporation, an Ontario corporation ("**Parent**");

WHEREAS, Seller operates a pipe inspection, cleaning, maintenance, remediation and non-invasive pipe lining business in the United States (the "**Drain Services**");

WHEREAS, Seller owns and operates a portion of its business with the assets and employees described on Schedules A-1, A-2 and A-3 attached hereto, which are dedicated to performing Drain Services in Orange County, California, and Los Angeles County, California (collectively, the "**Transferred Operations**"); and

WHEREAS, Buyer desires to purchase, acquire and assume, and Seller desires to sell, transfer and assign, the Transferred Operations on the terms and conditions set forth herein.

NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto, intending to be legally bound hereby, agree as follows:

## ARTICLE I.  DEFINED TERMS

1.1     Defined Terms.  As used in this Agreement, the following terms have the meanings indicated:

"**Affiliate**" has the meaning set forth in Rule 12b-2 of the regulations promulgated under the Securities Exchange Act of 1934, as amended.

"**Business Day**" means any day other than a Saturday, Sunday or legal holiday on which banks in the State of Delaware are or may elect to be closed.

"**Effective Time**" means 12:01 a.m., ET, on the Closing Date.

"**including**" means including but not limited to.

"**ordinary course of business**" means the ordinary course of business of the Transferred Operations as conducted by Seller and consistent with past practice.

"**Person**" means an individual, partnership, corporation, limited liability company, limited liability partnership, trust, unincorporated organization, other entity or group.

## ARTICLE II.  TRANSFER OF ASSETS AND LIABILITIES

2.1   <u>Purchase and Sale</u>.

(a)   Subject to the terms and conditions set forth herein, at the Closing, Buyer shall purchase and acquire from Seller, and Seller shall sell and transfer to Buyer, all of Seller's rights, title and interests in the fixed assets and inventory relating to the Transferred Operations described on <u>Schedule A-1</u> attached hereto (the "**Assets**"), on a "where is" and "as is" condition with no warranty whatsoever by Seller or any other Person.  <u>Schedule 2.1</u> lists Seller's "in process" projects that will be assigned and fulfilled by Buyer after Closing (the "**In-Process Projects**") and the corresponding amount of the deposits for such projects that Seller shall transfer to Buyer at Closing (the "**Transferred Deposits**") (based on the percentage of completed work on each In-Process Project as of the Closing Date). The parties acknowledge that the list of inventory fluctuates on a daily basis in the ordinary course of business, and, accordingly, the actual inventory that will be included in the Assets may differ from what is set forth on <u>Schedule A-1</u> attached hereto (and there shall be no adjustment to the amount of the Purchase Price on account of any such fluctuation).

(b)   Notwithstanding the foregoing, the Assets shall not include any of the following assets (collectively, the "**Excluded Assets**") (i) Seller's rights and obligations under this Agreement, (ii) any cash or cash equivalents, (iii) any accounts receivable and notes receivable as of the Effective Time (collectively, "**Outstanding Receivables**"), (iv) any customer agreements, contracts or similar documents relating to Pre-Closing Warranties (as defined in <u>Section 2.2</u> below), or (v) any right, title or interest to any of Seller's other assets or operations not included in the Transferred Operations.  For the avoidance of doubt, Buyer (x) acknowledges and agrees that Seller and NFA are selling certain of their other assets and Drain Services operations that are not included in the Transferred Operations to a third party, and (y) Buyer is acquiring no interest in any of the Seller's' assets other than those listed in <u>Schedule A-1</u>.

2.2   <u>Assumption of Liabilities</u>.  On the terms and subject to the conditions set forth in this Agreement, effective as of the Effective Time, Buyer shall assume and agree to perform, pay or discharge when due all liabilities and obligations arising with respect to the ownership of the Assets from and after the Effective Time (collectively, the "**Assumed Liabilities**"); including, without limitation all operating costs of the Transferred Operations from and after the Effective Time and the obligation to complete the In-Process Projects.  For the avoidance of doubt, Buyer shall not have any liability with respect to any warranties provided by Seller to its customers for all projects completed and work performed on the In-Process Projects by Seller prior to the Effective Time and all other projects completed before the Effective Time by Seller (collectively, "**Pre-Closing Warranties**").  Buyer shall be responsible for any and all warranty liability for all work performed on In-Process Projects after the Effective Time and all other projects completed after the Effective Time by Buyer.  It is expressly understood and agreed that the parties intend that Buyer shall not be considered a successor to Seller by reason of any theory of law or equity and that Buyer shall have no liability for any liability or obligation of Seller, except as expressly set forth in this Agreement.

2.3   <u>Purchase Price</u>.  On the terms and subject to the conditions set forth in this Agreement, for and in consideration of the purchase and sale of the Assets and the assumption of

the Assumed Liabilities, Buyer shall pay the following amounts (collectively, the "**Purchase Price**") to or on behalf of the Seller:

(a)     $500,000 of the Purchase Price shall be payable in cash at the Closing by wire transfer by Buyer to a bank account designated in writing by Seller (the "**Cash Purchase Price**");

(b)     $500,000 of the Purchase Price shall be payable by the delivery by Buyer to Seller of a Secured Promissory Note in the form attached hereto as Exhibit A (the "**Seller Note**"), which provides for (i) four monthly principal and interest payments of $100,000 each commencing on July 1, 2022, and (ii) a final payment on November 1, 2022 of $107,600.57 or an amount equal to all unpaid principal and accrued and unpaid interest under the Seller Note.

2.4     Allocation of Purchase Price.  Seller and Buyer agree that the Purchase Price shall be allocated among the Assets and the Assumed Liabilities for all purposes (including tax and financial accounting) as shown on an allocation schedule (the "**Allocation Schedule**") created in accordance with and in the form required by Section 1060 of the Internal Revenue Code of 1986, as amended (the "**Code**"), as reasonably determined in good faith by Seller and Buyer.

2.5     Liability for Taxes. Buyer shall be responsible for all federal, state and local income taxes now or hereafter due or assessed against Buyer in connection with the transactions contemplated by this Agreement, including without limitation, Buyer's receipt of the Assets and assumption of the Assumed Liabilities and issuance of the Seller Note.  Seller shall be responsible for all federal, state and local income taxes now or hereafter due or assessed against Seller in connection with the transactions contemplated by this Agreement, including without limitation, Seller's receipt of the Purchase Price and assignment of the Assumed Liabilities.

2.6     Third Party Consents. To the extent that Seller's rights under any contract or agreement constituting an Asset may not be assigned to Buyer without the consent of another Person which has not been obtained, this Agreement shall not constitute an agreement to assign the same if an attempted assignment would constitute a breach thereof or be unlawful, and Seller shall use commercially reasonable efforts for thirty (30) days after Closing to obtain any such required consent(s) as promptly as possible; provided, that, Seller shall not be required to expend funds to obtain such require consent(s).

2.7     "AS IS"; "WHERE IS" Transaction.  Buyer hereby acknowledges and agrees that notwithstanding anything expressed or implied herein to the contrary, Seller does not make any representations or warranties whatsoever, express or implied, with respect to any matter related to the Assets, Assumed Liabilities, or the Transferred Operations.  Without in any way limiting the foregoing, Seller hereby disclaims any warranty (express or implied) of (i) merchantability or fitness for any particular purpose as to any and all portions of the Assets, and (ii) title or transferability of any and all portions of the Assets.  Buyer further acknowledges that Buyer has had the opportunity to and has conducted an independent inspection and investigation of Seller, the Assets, Assumed Liabilities, the Transferred Operations and their operations, assets, liabilities, results of operations, financial condition and prospects, and all such other matters relating to or affecting the foregoing as Buyer deemed necessary or appropriate and that in proceeding with its acquisition of the Assets and assumption of the Assumed Liabilities, Buyer is doing so based solely

3

upon such independent inspections and investigations.  Accordingly, Buyer will accept the Assets and assume the Assumed Liabilities at the Closing "AS IS," "WHERE IS" and "WITH ALL FAULTS", without any warranties or representations. Without limiting the foregoing, Buyer further acknowledges that no material or information provided by or communications made by Seller or its agents will create any representation or warranty of any kind, whether express or implied, with respect to Seller, the Assets, the Assumed Liabilities, the Transferred Operations or their operations, assets, liabilities, results of operations, financial condition or prospects.  Buyer hereby assumes the risk that adverse matters relating to the physical condition of the Assets, including, but not limited to, latent or patent defects, may not have been revealed by Buyer's review and inspections and investigations.

## ARTICLE III.  CLOSING

3.1     <u>Closing</u>.  The closing of the transactions contemplated by this Agreement (the "**<u>Closing</u>**") shall take place via the exchange of electronic signature pages (with delivery of original signature pages by overnight courier service within three (3) Business Days after the Closing Date) simultaneously with the execution and delivery of this Agreement between the parties or such other date as Buyer and Seller may agree. The date on which the Closing actually occurs is referred to herein as the "**<u>Closing Date</u>**".

3.2     <u>Deliveries by Seller</u>.

(a)     At the Closing, Seller shall deliver to Buyer (unless delivered previously), the following:

(i)     possession of the Assets and the Transferred Deposits;

(ii)     an extract of Seller's NetSuite CRM sales pipeline of all Transferred Operations opportunities (which Seller are providing without any representations or warranties);

(iii)     copies of all books and records (including all computerized records and other computerized storage media) of the Transferred Operations (collectively, "**<u>Books and Records</u>**"), including all Books and Records relating to the purchase of inventory, materials, supplies and services for the Transferred Operations, dealings with customers, suppliers and distributors of the Transferred Operations, and the Transferred Employees (to the extent that such books and records can be transferred under applicable law); provided, however, (x) to the extent any such Books and Records contain information regarding any of Seller's, NFA's or Parent's business activities other than the Transferred Operations, Seller shall only be required hereunder to deliver a copy of such Books and Records related to the Transferred Operations and (y) Seller shall retain the originals of any customer agreements, contracts, project documentation and similar documents necessary for Seller to satisfy the Pre-Closing Warranties;

(iv)     all other previously undelivered documents, instruments and writings required to be delivered by Seller to Buyer at or prior to the Closing pursuant to this Agreement or otherwise required in connection herewith; and

(v)     a payment schedule for each In-Process Project showing a timeline of expected payments due from the customer.

4

3.3    Deliveries by Buyer; Payment of Taxes.

(a)    At the Closing, Buyer shall deliver to Seller (unless delivered previously) the following:

(i)    the Cash Purchase Price in accordance with Section 2.3(a);

(ii)    the Seller Note, executed by Buyer; and

(iii)    all other previously undelivered documents, instruments and writings required to be delivered by Buyer to Seller at or prior to the Closing pursuant to this Agreement or otherwise required in connection herewith.

(b)    At or prior to the Closing, Buyer shall pay all transfer, stamp, documentary stamp tax, sales, use, excise or similar taxes payable in connection with the sale of the Assets contemplated hereby, including, without limitation, any tax incident to the issuance by Buyer of the Seller Note.

## ARTICLE IV.  RELATED MATTERS

4.1    California C-36 Plumbing License. Buyer shall work expeditiously to obtain a California C-36 Plumbing license as soon as possible after the Closing Date, a process which is expected to take 90 days.

4.2    Employees. Attached hereto as Schedule A-2 is a complete list of all full and part-time employees and contractors of Seller who are employed in the Transferred Operations on the date of this Agreement (the "**Transferred Employees**"). It is Buyer's intention to offer employment to each of the Transferred Employees immediately following Seller obtaining their C-36 plumbing license, the "**Secondment Period**"). On or before the 5th business day of each month of the Secondment Period, Buyer shall make a cash payment to Seller (which shall be payable in cash by wire transfer by Buyer to a bank account designated in writing by Seller), which amount represents reimbursement for the previous month's out-of-pocket costs and expenses including benefits and insurance of Seller to employ the Transferred Employees during the Secondment Period (such payment, the "**Secondment Payment**"). In consideration of the payment by Buyer to Seller of the Secondment Payment, during the Secondment Period, the Transferred Employees shall be deemed seconded to Buyer and shall work at the primary direction and supervision of Buyer. To the extent that any Transferred Employee has any contractual obligation to Seller that might stand in the way of such Transferred Employee's acceptance of employment with Buyer, such obligation is hereby waived by Seller. At the end of the Secondment Period, Buyer shall take all necessary actions to transfer employment of the Transferred Employees to Buyer. Seller shall be responsible for the payment of any severance and vacation, retention incentives, sick and personal day accruals (in accordance with Seller's standard policies therefor) due and owing prior to and as of the end of the Secondment Period to any Transferred Employees, whether or not employed by Buyer, as well as any earned sales commissions for orders received and accepted by Seller prior to the Effective Time pursuant to the Seller's sales commission policies. Nothing contained in this Section shall be construed to confer upon or give to any person other than Buyer and Seller and their respective successors and assigns any rights or remedies hereunder.

4.3     Facility Lease. Seller will retain the lease of 2388 E. Artesia Blvd., Long Beach, CA 90805 and Buyer shall be responsible for reimbursing Seller for monthly lease and maintenance costs while inhabiting the facility. Thereafter, Seller shall be responsible for all facility costs. Upon expiration or termination of the lease or the Buyer's exit from the facility, the Buyer shall return the facility in the same condition as on the Closing date.

4.4     Vehicle Leases. Seller has leased 12 vehicles from Enterprise Rent-a-Car shown in Schedule A-3. Buyer intends to purchase the vehicles in multiple transactions such that all vehicles are purchased by 31-December, 2022. Until such purchase(s) occur, the leases will be retained by Seller with Buyer reimbursing Seller monthly for the lease cost for all unpurchased vehicles. Purchase prices of each vehicle shall be at fair market value at the time of sale and shall not exceed values indicated in Schedule A-3.

4.5     Projects in Seller's Transferred Operations' Backlog. For all projects Seller have in the Transferred Operations' backlog as of the Closing Date, execution of those projects and any associated profits, losses, and warranty liabilities shall be the responsibility of Buyer. Seller and Buyer shall work together cooperatively for the assignment of such projects to the Buyer from the Seller.

4.6     SPT Trade Name.  Seller hereby grants Buyer a limited license to operate the Assets in Orange County, California and Los Angeles County, California under the trade name "Specialized Pipe Technologies" or "SPT" brand for a period commencing immediately after the Closing Date and ending on December 31, 2023; provided, however, that Seller (or its assigns) shall have the right to terminate such license upon delivery of written notice to Buyer in the event that Seller (or its assigns) determine, in its sole judgment, that Buyer's use of such trade name is materially tarnishing the brand.

4.7     Subcontract of Warranty Work.  From and after Closing, (i) Buyer agrees to provide prompt notice to Seller of any customer claims with respect to Pre-Closing Warranties and (ii) Seller may request Buyer to evaluate any such claims and complete warranty work on behalf of the Seller at Seller's expense.  Buyer agrees to work in good faith to agree on subcontracting terms and logistics such that Seller's warranty obligations can be satisfied on commercially reasonable terms. Buyer shall charge Seller $100/hour for labor (labor to include travel time) plus material marked up 20% for such warranty work.

4.8     Relationship of Parties. Each party will be an independent contractor as to the other party.  Neither party will be the agent, employee or joint venture partner of other party nor do they have any authority to bind the other party by contract or otherwise to any obligation.  Each party will agree not to make representations to the contrary, either expressly, implicitly, by appearance or otherwise.

4.9     Collection of Receivables; Agreement on Allocation of In-Process Projects. Notwithstanding anything otherwise set forth in this Agreement, Seller may collect any and all Outstanding Receivables and any receivable for the In-Process Projects in a commercially reasonable manner consistent with past practices of the Transferred Operations.  Buyer shall be responsible for receivable collections associated with all Transferred Operations' projects for all accounts receivables for invoices issued by Buyer for work completed by Buyer from and after the

6

Effective Time (other than invoices for the In-Process Projects, which shall be invoiced by Seller). Seller agrees to pay over to Buyer the applicable portion of any amounts that Seller receives as payment on the In-Process Projects. The parties covenant and agree to work in good faith to appropriately allocate all customer payments received with respect to the In-Process Projects. Each party agrees that it will promptly transfer and deliver to the other party any cash, checks or other property that such first party may receive after the Closing Date relating to any accounts receivable belonging to the second party.

## ARTICLE V.  SURVIVAL; INDEMNIFICATION

5.1   <u>Survival</u>.  Each provision of this Agreement that establishes with respect to a party hereto or beneficiary a right and/or obligation that expressly or by implication is to be in enforceable after the termination or expiration of this Agreement, shall be binding for such period of time as may be reasonably be required in order to give full effect to the intended application of such provision.  All covenants and agreements of the parties contained herein shall survive the Closing indefinitely or for the period explicitly specified therein.

5.2   <u>Indemnification</u>.

(a)   From and after the Effective Time until the eighteen (18) month anniversary of the Closing Date, to the extent provided in this <u>Article V</u>, Seller shall indemnify, defend and hold harmless Buyer and its officers, directors, managers, members, shareholders, employees, agents, affiliates, successors and assigns (each, an "**Indemnified Buyer Party**") from and against:

(i)   any liabilities, claims, demands, judgments, losses, costs, damages or expenses whatsoever, including reasonable attorneys', consultants' and other professional fees and disbursements of every kind, nature and description incurred by such Indemnified Buyer Party in connection therewith (collectively, "**Damages**"), that such Indemnified Buyer Party may sustain, suffer or incur and that result from, arise out of or relate to:

(A)   the nonfulfillment of any covenant, agreement or other obligation of Seller set forth in this Agreement; and

(B)   all liabilities and obligations of Seller that are not Assumed Liabilities, including, without limitation, any customer warranty claims relating to work performed by Seller prior to the Effective Time; and

(ii)   any and all actions, suits, claims, proceedings, investigations, allegations, demands, assessments, audits, fines, judgments, costs and other expenses (including reasonable attorneys' fees and expenses) incident to any of the foregoing or to the enforcement of this <u>Section 5.2(a)</u>;

provided, however, Seller shall not be liable for any such Damages arising as a result of the gross negligence, bad faith or willful misconduct of any Indemnified Buyer Party.

(b)   From and after the Effective Time until the eighteen (18) month anniversary of the Closing Date, to the extent provided in this <u>Article V</u>, Buyer shall indemnify, defend and

hold harmless Seller and its officers, directors, managers, members, shareholders, employees, agents, affiliates, successors and assigns (each, an "**Indemnified Seller Party**") from and against:

(i)     any Damages that such Indemnified Seller Party may sustain, suffer or incur and that result from, arise out of or relate to:

(A)     the nonfulfillment of any covenant, agreement or other obligation of Buyer set forth in this Agreement; and

(B)     the Assumed Liabilities, including, without limitation, any customer warranty claims relating to work performed by Buyer after to the Effective Time; and

(ii)    any and all actions, suits, claims, proceedings, investigations, allegations, demands, assessments, audits, fines, judgments, costs and other expenses (including reasonable attorneys' fees and expenses) incident to any of the foregoing or to the enforcement of this Section 5.2(b);

provided, however, that Buyer shall not be liable for any such Damages arising as a result of the gross negligence, bad faith or willful misconduct of any Indemnified Seller Party.

(c)     Buyer will not make any claim against Seller (and Seller shall have no liability for and shall not be required to pay), and Seller will not make any claim against Buyer (and Buyer shall have no liability for and shall not be required to pay), for indemnification either under this Agreement or pursuant to any other legal rights or remedies relating to the transactions contemplated hereby ("**Indemnification Claims**") for any Damages incurred unless and until Seller, on the one hand, or Buyer, on the other hand, as applicable, shall have incurred Damages in excess of $25,000.00 in the aggregate (in which event Buyer, on the one hand, or Seller, on the other hand, as applicable, shall be entitled to indemnification either under this Agreement or pursuant to any other legal rights or remedies relating to the transactions contemplated hereby for all Damages incurred by such party in excess of such amount); provided, however, that the aggregate amount of all Damages (other than any Damages related to fraud or willful misconduct (which shall not be subject to any cap)) for which Buyer, on the one hand, and Seller, on the other hand, shall be liable hereunder to the other party shall not exceed an amount equal to the Purchase Price.  Each party shall take all reasonable steps to mitigate any Damage upon becoming aware of any event or circumstance that would be reasonably expected to, or does, give rise thereto.

5.3     Conditions of Indemnification.  The obligations and liabilities of Buyer, on the one hand, and Seller, on the other hand, as indemnifying parties (each, an "**Indemnifying Party**") to indemnify Seller and Buyer, as applicable (each, an "**Indemnified Party**"), under Section 5.2 with respect to claims made by third parties shall be subject to the terms and conditions of this Section 5.3.  The Indemnified Party shall give written notice to the Indemnifying Party of any Damages with respect to which it seeks indemnification promptly after the discovery by such party of any matters giving rise to such claim for indemnification; provided, however, that the failure of any Indemnified Party to give notice as provided herein shall not relieve the Indemnifying Party of its obligations under Section 5.2 unless it shall have been materially prejudiced by the omission to provide such notice.  In case any Indemnification Claim is brought against an Indemnified Party, the Indemnifying Party shall be entitled to participate in the defense thereof and, to the extent that

8

it may wish, to assume the defense thereof, with counsel reasonably satisfactory to the Indemnified Party, and after notice from the Indemnifying Party of its election so to assume the defense thereof, the Indemnifying Party will not be liable to the Indemnified Party under <u>Section 5.2</u> for any legal or other expense subsequently incurred by the Indemnified Party in connection with the defense thereof; provided, however, that (i) if the Indemnifying Party shall elect not to assume the defense of such Indemnification Claim or (ii) if the Indemnified Party reasonably determines that there may be a conflict between the positions of the Indemnifying Party and the Indemnified Party in defending such Indemnification Claim, then separate counsel shall be entitled to participate in and conduct such defense, and the Indemnifying Party shall be liable for any reasonable legal or other expenses incurred by the Indemnified Party in connection with such defense (but not more than one (1) counsel).   The Indemnifying Party shall not be liable for any settlement of any Indemnification Claim effected without its written consent, which consent shall not be unreasonably withheld.  The Indemnifying Party shall not, without the Indemnified Party's prior written consent, settle or compromise any Indemnification Claim to which the Indemnified Party is a party or consent to entry of any judgment in respect thereof.  The Indemnifying Party further agrees that it will not, without the Indemnified Party's prior written consent, settle or compromise any Indemnification Claim or consent to entry of any judgment in respect thereof in any pending or threatened Indemnification Claim in respect of which indemnification may be sought hereunder (whether or not the Indemnified Party is an actual or potential party to such Indemnification Claim) unless such settlement or compromise includes an unconditional release of the Indemnified Party from all liability arising out of such Indemnification Claim.

5.4     <u>Disclaimer of Consequential Damages</u>. In no event will either party be liable to the other for any special, incidental or consequential damages for breach of the terms of this Agreement (other than any such Damages that are imposed by a third party against such party hereto which are subject to indemnification under <u>Section 5.2</u> above), even if that party has been advised of the possibility of such damages.

5.5     <u>Exclusive Remedy</u>.  Seller and Buyer acknowledge and agree that from and after the Closing, the indemnification provisions in this <u>Article V</u> shall be the sole and exclusive remedy of any party with respect to any and all claims arising out of or in connection with the transactions contemplated by this Agreement, other than claims based in fraud or willful misconduct. The parties hereto may not avoid the limitations on liability set forth in this <u>Article V</u> by seeking damages for breach of contract, tort or pursuant to any other theory or liability. Nothing in this <u>Section 5.5</u> shall prevent or prohibit a party from seeking and/or obtaining specific performance for a breach of any covenant in accordance with applicable law.

ARTICLE VI.  OTHER OBLIGATIONS OF SELLER AND BUYER

6.1     <u>Non-Solicitation</u>.   Other than with respect to the hiring of the Transferred Employees by Buyer in accordance with <u>Section 4.1</u> above, for a period of three (3) years from and after the Closing, Seller and Buyer each agree that neither shall solicit or recruit, or attempt to solicit or recruit, directly or by assisting others, any employees or subagents of the other for the purpose of inducing such individuals to terminate their relationship with the Seller or Buyer, as applicable.  For a period of three (3) years from Closing, Seller agrees that it will not, directly or indirectly, call on, solicit, take away, or attempt to call on, solicit, or take away any current

customer of the Buyer, with the intent of inducing such customer to engage the Seller for Drain Services in lieu of, or in replacement of, the Buyer.

6.2    Further Assurances; Cooperation.  Each of the parties agrees at any time and from time to time after the Closing, at the request of the other party hereto, to execute and deliver such other documents and instruments of transfer or assignment or assumption and to do all such further acts and things as shall reasonably be necessary or desirable to effectuate the transactions contemplated hereby, including the transfer to Buyer of the Transferred Operations and the Assets.

6.3    Records; Further Information.  From and after the date hereof and following the Closing Date, upon reasonable notice given in accordance with this Agreement, Seller and Buyer shall give, or cause to be given, to the representatives, employees, counsel and accountants of the other party, access, during normal business hours, to all original agreements, documents, books, records and files in its possession or in the possession of any of its Affiliates relating to the Transferred Operations (the "**Records**") relating to periods prior to or after the Closing Date, as the case may be, and shall permit such persons to examine and copy such Records to the extent reasonably requested by the other party in connection with the preparation of tax and financial reporting matters, audits, legal proceedings, governmental investigations and other business purposes; provided, however, that nothing herein shall obligate any party to take actions that would unreasonably disrupt the normal course of its business.

## ARTICLE VII.  MISCELLANEOUS

7.1    Press Releases and Public Announcements.  No press release or any other public disclosure, including any general notices to customers and suppliers with respect to this Agreement and the transactions contemplated by this Agreement, may be made by any party hereto without the express written approval of the other party hereto prior to the issuance or disclosure thereof, it being acknowledged and agreed by the parties hereto that they shall consult and cooperate with each other in connection with public disclosures made to any party with respect to the transactions contemplated by this Agreement; provided, however, that either party may make any public disclosure that it believes in good faith is required by law or regulation (in which case the disclosing party shall advise the other party prior to making such disclosure and provide such other party an opportunity to review the proposed disclosure).

7.2    Commissions.  Each of the parties hereto represents and warrants that no broker or finder is entitled to any brokerage or finder's fee or other commission in connection with the transactions contemplated hereby.  Each of the parties hereto shall pay or discharge, and shall indemnify and hold the other harmless from and against, all claims or liabilities for brokerage commissions or finder's fees incurred by reason of any action taken by it.

7.3    Parties-in-Interest.  This Agreement shall be binding upon, inure to the benefit of and be enforceable by the respective successors and permitted assigns of the parties hereto.  Except in the event of merger, acquisition, sale of assets, divestiture or other corporate transaction, the rights and obligations of Buyer, on the one hand, and Seller, on the other hand, hereunder may not be assigned without the consent of the other party hereto.

7.4    Entire Agreement; Amendments and Waiver.

10

(a)     This Agreement and the exhibits, the schedules and other writings referred to herein or delivered pursuant hereto that form a part hereof contain the entire understanding of the parties with respect to its subject matter.  This Agreement supersedes all prior understandings and agreements or representations by or between Buyer (or any Affiliate) and Seller with respect to its subject matter. Notwithstanding the forgoing, that certain Confidential Information Agreement, dated February 9, 2022, by and between Buyer and Seller and NFA shall remain in full force and effect.

(b)     This Agreement may be amended only by a written instrument duly executed by the parties.  Any condition to a party's obligations hereunder may be waived in writing by such party to the extent permitted by law.

7.5     <u>Headings</u>.  The Article and Section headings contained in this Agreement are for reference purposes only and shall not affect in any way the meaning or interpretation of this Agreement.

7.6     <u>Notices</u>.    All notices, claims, certificates, requests, demands and other communications hereunder shall be in writing and shall be deemed to have been duly given if delivered personally, sent by facsimile transmission (with written confirmation of receipt), delivered by overnight courier or mailed (registered or certified mail, postage prepaid, return receipt requested) as follows:

| | |
|---|---|
| If to Buyer: | Pipe Restoration Solutions, Inc.<br>Attn: Rudy Rudisill, President<br>128 Sarasota Center Blvd.<br>Sarasota, FL 34240 |
| If to Seller: | NuFlow America, Inc.<br>Attn: Dan Squiller, Chief Executive Officer<br>7710 Kenamar Court<br>San Diego, CA 92121 |

or to such other address as the person to whom notice is to be given may have previously furnished to the others in writing in the manner set forth above, provided that notice of a change of address shall be deemed given only upon receipt.  Notice shall be deemed given on (i) the date such notice is personally delivered, (ii) the next succeeding Business Day after transmission by facsimile, (iii) one (1) Business Day after the date of delivery to the overnight courier if sent by Business Day or (iv) three (3) days after mailing if sent by registered or certified mail.  Notice by counsel for a party shall not constitute notice by such party.

7.7     <u>Governing Law</u>.  This Agreement shall be governed by and construed in accordance with the laws of the State of Delaware without regard to any applicable conflicts of law.

7.8     <u>Mandatory Arbitration; Waiver of Jury Trial</u>.  All disputes arising between the parties relating to this Agreement shall be submitted to binding arbitration.  Such disputes shall be administered by the American Arbitration Association ("**<u>AAA</u>**") and shall be administered in accordance with the AAA's Commercial Arbitration Rules in effect on the date of the submission. The parties to this Agreement hereby expressly agree that any arbitration proceeding arising out

11

of this Agreement shall be conducted in the City of Wilmington, State of Delaware.  By executing this Agreement, each party hereto submits to the personal jurisdiction of the State of Delaware in connection with the enforcement of any arbitration awards or any other claims or disputes arising out of this Agreement.  To the extent allowed by law, the parties to this Agreement waive any protections under any federal or state laws related to service of process, and agree to submit to the laws of the State of Delaware as relates to the service of process.  EACH PARTY HERETO WAIVES TRIAL BY JURY WITH RESPECT TO ANY ACTION BROUGHT, OR CLAIM MADE, REGARDING, OR IN CONNECTION WITH, THIS AGREEMENT OR THE TRANSACTIONS CONTEMPLATED HEREBY.

7.9     Third Parties.  Nothing herein expressed or implied is intended or shall be construed to confer upon or give to any Person, other than the parties hereto and their successors or permitted assigns, any rights or remedies under or by reason of this Agreement.

7.10     Counterparts.  This Agreement may be executed simultaneously by PDF or facsimile and in several counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

7.11     Expenses.  Each party hereto will bear its own costs and expenses (including fees and expenses of auditors, attorneys, financial advisors, bankers, brokers and other consultants and advisors) incurred in connection with this Agreement and the transactions contemplated hereby.

7.12     Construction.  Seller and Buyer have participated jointly in the negotiation and drafting of this Agreement.  In the event an ambiguity or question of intent or interpretation arises, this Agreement will be construed as if drafted jointly by the parties hereto, and no presumption or burden of proof will arise favoring or disfavoring any party by virtue of the authorship of any of the provisions of this Agreement.  Any reference to any federal, state, local or foreign statute or law will be deemed also to refer to all rules and regulations promulgated thereunder, unless the context requires otherwise.

[Signature Page Follows]

IN WITNESS WHEREOF, intending to be legally bound hereby, Buyer and Seller have caused this Asset Purchase Agreement to be executed by their duly authorized representatives as of the date first written above.

NUFLOW AMERICA, INC.

By: _____

Name: Dan Squiller
Title: Chief Executive Officer

PIPE RESTORATION SOLUTIONS, INC.

By: _____

Name:  David R. Rudisill
Title: President

13

**Schedule A-1**

**Fixed Assets and Inventory**

**Fixed Assets**

| Name | Asset ID | Asset Type | Qty | Prior Year NBV | AppCan Ref | Location | Truck? |
|------|----------|-----------|-----|----------------|-----------|----------|--------|
| Super Midi 12/20 110v | NIN1120 | Plant Equipment | 1 | $ 5,591 | 2359643 | Laguna Woods | WC-12 |
| Rigid mini | NIN1118 | Plant Equipment | 1 | | 2370822 | Long Beach (OC) | WC-7 |
| Bin/Shelving Packages - Enterprise FM Unit 23PRVT 21 RAM | FAM000835 | Plant Equipment | 1 | $ 3,412 | | Laguna Woods | WC-1 |
| PRO CUTTING KIT DN100/4" 12MM SHAFT | NIN1117 | Plant Equipment | 1 | $ 1,958 | 2354205 | Laguna Woods | WC-30 |
| PRO CUTTING KIT DN100/4" 12MM SHAFT | NIN1116 | Plant Equipment | 1 | $ 1,958 | 2358851 | Long Beach (OC) | WC-11 |
| Bin/Shelving VIN 1GD37SC70M1186387 WC-8 23RT5Z | FAM001013 | Transportation Equipment | 1 | $ 3,417 | | Laguna Woods | WC-8 |
| Boldan Medium Steamer | NIN1115 | Plant Equipment | 1 | $ 5,780 | 2386483 | Long Beach (OC) | |
| Boldan Medium Steamer 21C252 | NIN1114 | Plant Equipment | 1 | $ 5,780 | 2386473 | Long Beach (OC) | |
| Modular Van Shelf Units 52"x2, 42"x1, Steel3 Drawersx2, Cabinet Locker VIN 1HA3GTC75MN000549 WC-31 23WFPQ | FAM001017 | Transportation Equipment | 1 | $ 3,171 | | Laguna Woods | WC-31 |
| Rigid CS6 156-006282 | NIN1108 | Plant Equipment | 1 | | 2371558 | Laguna Woods | |
| Rigid Mini 21-043810 | NIN1106 | Plant Equipment | 1 | | 2371514 | Laguna Woods | |
| Heat assist | NIN1104 | Plant Equipment | 1 | $ 2,295 | 2371501 | Laguna Woods | |
| Rigid Standard 505-002518 | NIN1103 | Plant Equipment | 1 | | 2371491 | Laguna Woods | |
| Rigid SR 60 | NIN1102 | Plant Equipment | 1 | | 2370768 | Long Beach (OC) | WC-7 |
| RIGID CS12x | NIN1088 | Plant Equipment | 1 | | 2359726 | Laguna Woods | WC-8 |
| Bin Shelving Package Unit 23W4MZ RAM 2021 | FAM000905 | Plant Equipment | 1 | $ 3,899 | | Long Beach (OC) | WC-9 |
| RIGID STANDARD 20-036866 | NIN1087 | Plant Equipment | 1 | | 2359727 | Laguna Woods | WC-8 |

A-1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rigid CS65X | NIN1083 | Plant Equipment | 1 | | 2359711 | Laguna Woods | WC-29 |
| RIGID MINI 506-008749 | NIN1082 | Plant Equipment | 1 | | 2359715 | Laguna Woods | WC-29 |
| Rigid Standard | NIN1081 | Plant Equipment | 1 | | 2359722 | Laguna Woods | WC-29 |
| Super Midi 12/20 110v US | NIN1077 | Plant Equipment | 1 | $ 5,591 | 2359698 | Laguna Woods | WC-28 |
| NuFlow Mini Miller G8/17 US 110v | NIN1076 | Plant Equipment | 1 | $ 1,951 | 2359696 | Laguna Woods | WC-28 |
| Rigid CS65X | NIN1075 | Plant Equipment | 1 | | 2359679 | Laguna Woods | WC-28 |
| Rigid Mini 21-043958 | NIN1074 | Plant Equipment | 1 | | 2359672 | Laguna Woods | WC-28 |
| RIGID MINI 506-006886 | NIN1073 | Plant Equipment | 1 | | 2359670 | Laguna Woods | WC-28 |
| Rigid Standard 505-005850 | NIN1072 | Plant Equipment | 1 | | 2359674 | Laguna Woods | WC-28 |
| Rigid Mini 506-008747 | NIN1070 | Plant Equipment | 1 | | 2359637 | Laguna Woods | WC-12 |
| NuFlow Mini Miller G8/17 US 110v | NIN1068 | Plant Equipment | 1 | $ 1,951 | 2359641 | Laguna Woods | WC-12 |
| Rigid Standard | NIN1065 | Plant Equipment | 1 | | 2359309 | Laguna Woods | WC-31 |
| Rigid CS65X Monitor 169-005827 | NIN1055 | Plant Equipment | 1 | | 2354047 | Long Beach (OC) | |
| Picote Maxi paint pump | NIN1050 | Plant Equipment | 1 | $ 4,847 | 2353533 | Long Beach (OC) | |
| NuFlow Mini Miller G8/17 US 110v | NIN0084 | Plant Equipment | 1 | $ 1,951 | 2370554 | Long Beach (OC) | WC-7 |
| Generac Power Rush | NIN0079 | Plant Equipment | 1 | | 2370592 | Long Beach (OC) | WC-7 |
| Maximiller Cleaning System | NIN0078 | Plant Equipment | 1 | $ 11,000 | 2370572 | Long Beach (OC) | WC-7 |
| 2005 Toyota Tacoma 5TENX22N45Z142509 OC-P4 | NIN1062 | Transportation Equipment | 1 | $ 4,000 | 2359246 | Long Beach (OC) | OC-P4 |
| 2006 Chevrolet W3S042 4KBC4B1U16J804751 OC-P5 | NIN1092 | Transportation Equipment | 1 | $ 6,000 | 2359734 | Laguna Woods | |
| Rigid Kitchen PORTABLE JETTER - CC 4084 TOOLUP.COM | FAM000616 | Plant Equipment | 1 | $ 728 | 2341871 | Long Beach (OC) | |
| Primeline #9446 Maximiller Cleaning & Brush System | FAM000621 | Plant Equipment | 1 | $ 16,674 | 2353472 | Long Beach (OC) | |
| Pipe Liner's NuCure CCUV Starter Package - INV-NFT-2088 | FAM000638 | Plant Equipment | 1 | $ 10,460 | 2366622 | Laguna Woods | |

2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10FT UV LIGHT CORE ASSEMBLY - LIGHTS/AIR-PULL ENDS | FAM001002 | Plant Equipment | 1 | $ 2,835 | 2366604 | Laguna Woods | |
| 2017 GMC Savana Cutaway Van - VIN 7GZ37SCG8HN010970 (CA) | FAM000489 | Transportation Equipment | 1 | $ 6,735 | 2370515 | Long Beach (OC) | WC-7 |
| 2018 GMC Savana - 1GD37SCG2J1256922 - CA | FAM000502 | Transportation Equipment | 1 | $ 12,357 | 2366657 | Laguna Woods | WC-29 |
| 2018 GMC Savana - 1GD37SCG7J1253417 - CA | FAM000501 | Transportation Equipment | 1 | $ 12,357 | 2359700 | Laguna Woods | WC-28 |
| 3FT UV LIGHT CORE ASSEMBLY - LIGHTS/AIR-PULL ENDS | FAM001004 | Plant Equipment | 1 | $ 945 | 2366608 | Laguna Woods | |
| Brute Car Portable Jetter | FAM000643 | Plant Equipment | 2 | $ 13,441 | 2321709 & 2353882 | Long Beach (OC) | |
| IA-NFA-0558 C42891 Super Midi 12/20 110v US - SD | FAM000630 | Plant Equipment | 1 | $ 1,014 | 2353939 | Long Beach (OC) | |
| Brute Cart Portable Jetter 9-Gpm 4000-Psi With 300' X 3/8" Jet-Hose On A Hand-Crank Hose-Reel Item JNW-CART-4009-H-300 | FAM001049 | Plant Equipment | 1 | $ 11,695 | 2341988 | Laguna Woods | WC-28 |
| UV REEL COMPLETE WITH UMBILICAL/CONTROLL BOX/VAC PUMP | FAM001007 | Plant Equipment | 1 | $ 6,284 | 2321750 | San Diego | |
| EPL Solutions - Reel 200FT Mini 35MM HR | FAM000633 | Plant Equipment | 1 | $ 1,272 | 2353983 | Long Beach (OC) | |
| 30FT UV LIGHT CORE ASSEMBLY - LIGHTS/AIR-PULL ENDS | FAM001003 | Plant Equipment | 1 | $ 9,450 | 2366614 | Laguna Woods | |
| 10FT UV LIGHT CORE ASSEMBLY - LIGHTS/AIR-PULL ENDS | FAM001001 | Plant Equipment | 1 | $ 2,835 | 2366624 | Laguna Woods | |
| General Wire JM-3030 Push Cart Jetter SKU2198 EPL Solutions Inv 0030724 | FAM001050 | Plant Equipment | 1 | $ 3,071 | 2341869 | Long Beach (OC) | |
| BRUTE CART PORTABLE JETTER 9-GPM / 4000-PSI (inv 225468-1) | FAM001093 | Plant Equipment | 1 | $ 4,917 | 2341974 | Laguna Woods | WC-9 |
| IA-NFA-0454 C42891 Mini Miller G8/17 US 110v, | FAM000629 | Plant Equipment | 1 | $ 1070 | 2354207 | Laguna Woods | WC-8 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IA-NFA-0454 C42891 Mini Miller G8/17 US Super Midi 12/20 110v US - OC | FAM000629 | Plant Equipment | 1 | $ 1070 | 2359723 | Laguna Woods | WC-8 |
| Mini Coating Pump U.S., UK 110v (Now includes 3 hose connectors and 2 brush stoppers) | FAM000829 | Plant Equipment | 1 | $ 4,847 | 2353495 | Long Beach (OC) | |
| UV REEL COMPLETE WITH UMBILICAL/CONTROLL BOX/VAC PUMP | FAM001006 | Plant Equipment | 1 | $ 6,284 | 2366618 | Laguna Woods | |
| Two way Radios - OC | FAM000634 | Plant Equipment | 1 | $ 513 | 2371081 | Long Beach (OC) | |
| NuFlow Mini Miller G8/17 US 110v | FAM000862 | Plant Equipment | 1 | $ 2,033 | 2353935 | Long Beach (OC) | |
| NuFlow Mini Miller G8/17 US 110v | FAM000861 | Plant Equipment | 1 | $ 2,033 | 2354206 | Long Beach (OC) | WC-30 |
| NuFlow Mini Miller G8/17 US 110v x5 | FAM000900 | Plant Equipment | 1 | $ 2,073 | 2358866 | Long Beach (OC) | WC-11 |
| NuFlow Mini Miller G8/17 US 110v x5 | FAM000902 | Plant Equipment | 1 | $ 2,073 | 2359384 | Laguna Woods | WC-31 |
| NuFlow Mini Miller G8/17 US 110v x5 | FAM000901 | Plant Equipment | 1 | $ 2,073 | 2359720 | Laguna Woods | WC-29 |
| NuFlow Super Midi 12/20 110v US PIC-3551031220NF | FAM001053 | Plant Equipment | 1 | $ 6,630 | 2359724 | Laguna Woods | WC-8 |
| NuFlow Super Midi 12/20 110v US PIC-3551031220NF | FAM001055 | Plant Equipment | 1 | $ 6,630 | 2359716 | Laguna Woods | WC-29 |
| NuFlow Super Midi 12/20 110v US PIC-3551031220NF | FAM001052 | Plant Equipment | 1 | $ 6,630 | 2359338 | Laguna Woods | WC-31 |
| NuFlow Super Midi 12/20 110v US PIC-3551031220NF | FAM001054 | Plant Equipment | 1 | $ 6,630 | 2359695 | Laguna Woods | WC-28 |
| NuFLow Super Midi 12/20 110v US PIC-3551031220NF | FAM001056 | Plant Equipment | 1 | $ 6,630 | 2353547 | Long Beach (OC) | |
| Smart Crusher 4" FDH 3.3" | FAM000857 | Plant Equipment | 1 | $ 1,556 | 2371588 | Laguna Woods | |
| Rigid R69038 Kit, CS65XR w/2Batt/Charger Q0046994 | FAM000945 | Plant Equipment | 1 | $ 3,388 | 2370785 | Long Beach (OC) | WC-7 |
| Rigid R69038 Kit, CS65XR w/2Batt/Charger Q0046994 | FAM000946 | Plant Equipment | 1 | $ 3,388 | 2370747 | Long Beach (OC) | WC-7 |
| Rigid R69038 Kit, CS65XR w/2Batt/Charger Q0046841 | FAM000921 | Plant Equipment | 1 | $ 3,388 | 2359728 | Laguna Woods | WC-8 |

4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rigid R69038 Kit, CS65XR w/2Batt/Charger Q0046841 | FAM000919 | Plant Equipment | 1 | $ 3,388 | 2359721 | Laguna Woods | WC-29 |
| Rigid R69038 Kit, CS65XR w/2Batt/Charger Q0046841 | FAM000922 | Plant Equipment | 1 | $ 3,388 | 2359677 | Laguna Woods | WC-28 |
| Rigid R69038 Kit, CS65XR w/2Batt/Charger Q0046841 | FAM000920 | Plant Equipment | 1 | $ 3,388 | 2359613 | Laguna Woods | WC-12 |
| Rigid R69038 Kit, CS65XR w/2Batt/Charger Q0045886 | FAM000883 | Plant Equipment | 1 | $ 3,343 | 2358835 | Long Beach (OC) | WC-11 |
| Picote Smartroller - Drill Powered Roller for 2"-6" liners | FAM000858 | Plant Equipment | 1 | $ 2,114 | 2371545 | Laguna Woods | |
| Picote Smartroller - Drill Powered Roller for 2"-6" liners | FAM000859 | Plant Equipment | 1 | $ 2,114 | 2371547 | Laguna Woods | |
| Reel Standard and Mini | FAM000645 | Plant Equipment | 2 | $ 14,993 | 2371520 & 2371512 | Laguna Woods | |
| Rigid R69038 Kit, CS65XR w/2Batt/Charger Q0045886 | FAM000884 | Plant Equipment | 1 | $ 3,343 | 2358819 | Long Beach (OC) | WC-11 |
| Rigid R69038 Kit, CS65XR w/2Batt/Charger Q0045432 | FAM000867 | Plant Equipment | 1 | $ 3,343 | 2354210 | Long Beach (OC) | WC-30 |
| Rigid R69038 Kit, CS65XR w/2Batt/Charger Q0045432 | FAM000868 | Plant Equipment | 1 | $ 3,343 | 2354108 | Long Beach (OC) | WC-10 |
| Rigid R64968 Monitor, CS6X VERSA w/2 BAT LI Q0046994 | FAM000943 | Plant Equipment | 1 | $ 1,873 | 2371529 | Laguna Woods | |
| Rigid R19238 Locator, Navitrack Scout Q0045886 | FAM000893 | Plant Equipment | 1 | $ 997 | 2354062 | Long Beach (OC) | |
| Rigid R19238 Locator, Navitrack Scout Q0046841 | FAM000924 | Plant Equipment | 1 | $ 1,011 | 2359714 | Laguna Woods | WC-29 |
| Rigid R19238 Locator, Navitrack Scout Q0046841 | FAM000926 | Plant Equipment | 1 | $ 1,011 | 2359725 | Laguna Woods | WC-8 |
| Rigid R19238 Locator, Navitrack Scout Q0046841 | FAM000923 | Plant Equipment | 1 | $ 1,011 | 2359620 | Laguna Woods | WC-12 |
| Rigid R64968 Monitor, CS6X VERSA w/2 BAT LI Q0046994 | FAM000944 | Plant Equipment | 1 | $ 1,873 | 2370793 | Long Beach (OC) | WC-7 |
| Rigid R64968 Monitor, CS6X VERSA w/2 BAT LI Q0046841 | FAM000917 | Plant Equipment | 1 | $ 1,873 | 2359712 | Laguna Woods | WC-29 |
| Rigid R64968 Monitor, CS6X VERSA w/2 BAT LI Q0046841 | FAM000915 | Plant Equipment | 1 | $ 1,873 | 2359632 | Laguna Woods | WC-12 |
| Rigid R37468 Reel, Microdrain D65S SS 115V | FAM000932 | Plant Equipment | 1 | $ 1,853 | 2354053 | Long Beach (OC) | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rigid R37468 Reel, Microdrain D65S SS 115V | FAM000934 | Plant Equipment | 1 | $ 1,853 | 2358845 | Long Beach (OC) | WC-11 |
| Rigid R37468 Reel, Microdrain D65S SS 115V | FAM000952 | Plant Equipment | 1 | $ 1,853 | 2359356 | Laguna Woods | WC-31 |
| Rigid R37468 Reel, Microdrain D65S SS 115V | FAM000931 | Plant Equipment | 1 | $ 1,853 | 2359730 | Laguna Woods | WC-8 |
| Rigid R64968 Monitor, CS6X VERSA w/2 BAT LI Q0046841 | FAM000916 | Plant Equipment | 1 | $ 1,873 | 2359319 | Laguna Woods | WC-31 |
| Rigid R64968 Monitor, CS6X VERSA w/2 BAT LI Q0045886 | FAM000885 | Plant Equipment | 1 | $ 1,849 | 2354209 | Long Beach (OC) | WC-30 |
| Rigid R64968 Monitor, CS6X VERSA w/2 BAT LI Q0045886 | FAM000886 | Plant Equipment | 1 | $ 1,849 | 2354113 | Long Beach (OC) | WC-10 |
| Rigid R40008 Reel, Nanoreel N85S SS NTSC Q0045432 | FAM000871 | Plant Equipment | 1 | $ 2,689 | 2354104 | Long Beach (OC) | WC-10 |
| Rigid R40008 Reel, Nanoreel N85S SS NTSC Q0045886 | FAM000888 | Plant Equipment | 1 | $ 2,689 | 2354049 | Long Beach (OC) | |
| Rigid R40008 Reel, Nanoreel N85S SS NTSC Q0045886 | FAM000887 | Plant Equipment | 1 | $ 2,689 | 2370736 | Long Beach (OC) | WC-7 |
| Rigid R44473 Receiver, SR-24 Utility Locator Q0045432 | FAM000876 | Plant Equipment | 1 | $ 1,913 | 2353575 | Long Beach (OC) | |
| Rigid R44473 Receiver, SR-24 Utility Locator Q0045432 | FAM000875 | Plant Equipment | 1 | $ 1,913 | 2353806 | Long Beach (OC) | |
| Rigid R44473 Receiver, SR-24 Utility Locator Q0045886 | FAM000892 | Plant Equipment | 1 | $ 1,913 | 2353783 | Long Beach (OC) | |
| Rigid R44473 Receiver, SR-24 Utility Locator Q0045886 | FAM000891 | Plant Equipment | 1 | $ 1,913 | 2354118 | Long Beach (OC) | WC-10 |
| Rigid R44473 Receiver, SR-24 Utility Locator Q0046841 | FAM000928 | Plant Equipment | 1 | $ 1,938 | 2354200 | Long Beach (OC) | WC-30 |
| Rigid R44473 Receiver, SR-24 Utility Locator Q0046841 | FAM000930 | Plant Equipment | 1 | $ 1,938 | 2358826 | Long Beach (OC) | WC-11 |
| Rigid R44473 Receiver, SR-24 Utility Locator Q0046841 | FAM000927 | Plant Equipment | 1 | $ 1,938 | 2359681 | Laguna Woods | WC-28 |
| Rigid R44473 Receiver, SR-24 Utility Locator Q0046841 | FAM000929 | Plant Equipment | 1 | $ 1,938 | 2370615 | Long Beach (OC) | WC-7 |
| Rigid R44473 Receiver, SR-24 Utility Locator Q0046994 | FAM000950 | Plant Equipment | 1 | $ 1,938 | 2370934 | Long Beach (OC) | |
| Rigid R44473 Receiver, SR-24 Utility Locator Q0046994 | FAM000949 | Plant Equipment | 1 | $ 1,938 | 2371550 | Laguna Woods | |

6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rigid R55898 Camera, Micro CA-350 NA Q0045432 | FAM000874 | Plant Equipment | 1 | $ 308 | 2354212 | Long Beach (OC) | WC-30 |
| Rigid R55898 Camera, Micro CA-350 NA Q0045432 | FAM000873 | Plant Equipment | 1 | $ 308 | 2359669 | Laguna Woods | WC-28 |
| Rigid R55898 Camera, Micro CA-350 NA Q0045886 | FAM000890 | Plant Equipment | 1 | $ 308 | 2370752 | Long Beach (OC) | WC-7 |
| Rigid R55898 Camera, Micro CA-350 NA Q0045886 | FAM000889 | Plant Equipment | 1 | $ 308 | 2371568 | Laguna Woods | |
| Rigid R64968 Monitor, CS6X VERSA w/2 BAT LI Q0045432 | FAM000869 | Plant Equipment | 1 | $ 1,849 | 2354040 | Long Beach (OC) | |
| Rigid R64968 Monitor, CS6X VERSA w/2 BAT LI Q0045432 | FAM000870 | Plant Equipment | 1 | $ 1,849 | 2353593 | Long Beach (OC) | |
| Rigid R63628 Reel, 200 Mini 30 MM SL HDR Q0046994 | FAM000941 | Plant Equipment | 1 | $ 4,376 | 2359640 | Laguna Woods | WC-12 |
| Rigid R55898 Camera, Micro CA-350 NA Q0046841 | FAM000937 | Plant Equipment | 1 | $ 312 | 2370775 | Long Beach (OC) | WC-7 |
| Rigid R63628 Reel, 200 Mini 30 MM SL HDR Q0046994 | FAM000942 | Plant Equipment | 1 | $ 4,376 | 2359368 | Laguna Woods | WC-31 |
| Rigid R63628 Reel, 200 Mini 30 MM SL HDR Q0046841 | FAM000913 | Plant Equipment | 1 | $ 4,376 | 2359349 | Laguna Woods | WC-31 |
| Rigid R63583 Reel, 325 Standard 35 MM SL HR Q0045432 | FAM000864 | Plant Equipment | 1 | $ 5,615 | 2353776 | Long Beach (OC) | |
| Rigid R63583 Reel, 325 Standard 35 MM SL HR Q0045432 | FAM000863 | Plant Equipment | 1 | $ 5,615 | 2353771 | Long Beach (OC) | |
| Rigid R63583 Reel, 325 Standard 35 MM SL HR Q0045886 | FAM000880 | Plant Equipment | 1 | $ 5,615 | 2353767 | Long Beach (OC) | |
| Rigid R63583 Reel, 325 Standard 35 MM SL HR Q0045886 | FAM000879 | Plant Equipment | 1 | $ 5,615 | 2353761 | Long Beach (OC) | |
| Rigid R63583 Reel, 325 Standard 35 MM SL HR Q0046841 | FAM000908 | Plant Equipment | 1 | $ 5,690 | 2353951 | Long Beach (OC) | |
| Rigid R63583 Reel, 325 Standard 35 MM SL HR Q0046841 | FAM000910 | Plant Equipment | 1 | $ 5,690 | 2353948 | Long Beach (OC) | |
| Rigid R63583 Reel, 325 Standard 35 MM SL HR Q0046841 | FAM000907 | Plant Equipment | 1 | $ 5,690 | 2353945 | Long Beach (OC) | |
| Rigid R63583 Reel, 325 Standard 35 MM SL HR Q0046841 | FAM000909 | Plant Equipment | 1 | $ 5,690 | 2354121 | Long Beach (OC) | WC-10 |

7

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rigid R63583 Reel, 325 Standard 35 MM SL HR Q0046994 | FAM000940 | Plant Equipment | 1 | $ 5,690 | 2354199 | Long Beach (OC) | WC-30 |
| Rigid R63583 Reel, 325 Standard 35 MM SL HR Q0046994 | FAM000939 | Plant Equipment | 1 | $ 5,690 | 2358807 | Long Beach (OC) | WC-11 |
| Rigid R63628 Reel, 200 Mini 30 MM SL HDR Q0045432 | FAM000866 | Plant Equipment | 1 | $ 4,318 | 2353966 | Long Beach (OC) | |
| Rigid R63628 Reel, 200 Mini 30 MM SL HDR Q0045432 | FAM000865 | Plant Equipment | 1 | $ 4,318 | 2353960 | Long Beach (OC) | |
| Rigid R63628 Reel, 200 Mini 30 MM SL HDR Q0045886 | FAM000882 | Plant Equipment | 1 | $ 4,318 | 2353975 | Long Beach (OC) | |
| Rigid R63628 Reel, 200 Mini 30 MM SL HDR Q0045886 | FAM000881 | Plant Equipment | 1 | $ 4,318 | 2353977 | Long Beach (OC) | |
| Rigid R63628 Reel, 200 Mini 30 MM SL HDR Q0046841 | FAM000912 | Plant Equipment | 1 | $ 4,376 | 2354125 | Long Beach (OC) | WC-10 |
| Rigid R63628 Reel, 200 Mini 30 MM SL HDR Q0046841 | FAM000914 | Plant Equipment | 1 | $ 4,376 | 2354204 | Long Beach (OC) | WC-30 |
| Rigid R63628 Reel, 200 Mini 30 MM SL HDR Q0046841 | FAM000911 | Plant Equipment | 1 | $ 4,376 | 2358812 | Long Beach (OC) | WC-11 |
| Office equipment including furniture, furnishings, IT infrastructure, computer equipment, company owned printers and other non-leased items | | Office items | | $2,500 | | Long Beach (OC) | |

**Total    $ 463,048**

8

# Inventory Summary

## As of Jun 1, 2022

| Item | Item: Description (Sales) | Qty | Standard Cost | Inv. Value |
|---|---|---|---|---|
| NUFLEX-10 XFT | 10" Nu Flex Liner Per Foot | 113.00 | $23.71 | $2,679.23 |
| NUFLEX-12XFT | Nuflex 12" by the foot | 342.5 | $49.77 | $17021.34 |
| NUFLEX-2 XFT | Nuflex 2" by the foot | 1172 | $10.39 | $12,177.08 |
| NUFLEX-3 XFT | Nuflex 3" by the foot | 1608 | $11.29 | $18,154.32 |
| NUFLEX-4 XFT | 4" Nu Flex Liner Per Foot | 2404 | $7.06 | $16,972.24 |
| NUFLEX-4T XFT | Nuflex 4" T by the foot | 905.00 | $7.06 | $6,389.30 |
| NUFLEX-5 XFT | 5" Nu Flex Liner Per Foot | 750.00 | $9.32 | $6,990.00 |
| NUFLEX-6 XFT | 6" Nu Flex Liner Per Foot | 830 | $9.88 | $8,200.40 |
| NUFLEX-8 XFT | 8" Nu Flex Liner Per Foot | 211 | $17.73 | $3,741.03 |
| NUFLOW-DBDFP-15-18 | 15-18" Nu Flow vinyl FT (DBDFP) with plastic | 192.80 | $63.05 | $12,156.04 |
| NUFLOW-DBDFP-19-28 | 19- 28" Nu Flow Vinyl Liner (DBDFP)with plastic | 15.74 | $63.11 | $993.35 |
| NUFLOW-DBDFP-29-32 | 29-32" Nu Flow Vinyl Liner (DBDFP) with plastic | 12.00 | $49.77 | $597.24 |
| NUFLOW-DBSFP-15-18 | 15-18" Nu Flow Vinyl Liner (DBSFP) with plastic | 10.00 | $32.13 | $321.30 |
| NUFLOW-SBSFP-16-28 | 16" TO 28" SBSFP with plastic | 153.00 | $25.20 | $3,855.60 |
| RB-CCUV 831 - LB | Internal - CCUV 831 LB | 238.10 | $17.12 | $4,076.27 |
| RB200-LB | Internal - 200 Resin A - LBS | 2385.00 | $4.01 | $9,563.85 |
| RB300-LB | Base 20 L/5 Gal- High Temp. A by the pound | 673.00 | $5.73 | $3,856.29 |
| RF210-LB | Base - Part A Resin | 137.00 | $4.10 | $561.70 |
| RN220-LB | Internal 220 Normal B - LBS | 796.00 | $5.61 | $4,465.56 |
| RN320-LB | Internal High Temp B-LB | 256.00 | $7.70 | $1,971.20 |
| RN420-LB | spot repair B - lb | 141.00 | $24.88 | $3,508.08 |
| RS230-LB | Slow - Part B Resin | 45.40 | $5.99 | $271.95 |
| UV-BLADDER 3 - FT | UV BLADDER 3 BY THE FT | 100.00 | $2.95 | $295.00 |
| UV-BLADDER 4 - FT | UV BLADDER 4 BY THE FT | 100.00 | 3.00 | 300.00 |
| UV-BLADDER 6 - FT | UV BLADDER 6 BY THE FT | 100.00 | $3.09 | $309.00 |
| UV-GLASS FIBER 3 - FT | UV GLASS FIBER 3 BY THE FT | 300.00 | $11.69 | $3,507.00 |
| UV-GLASS FIBER 4 - FT | UV GLASS FIBER  4 BY THE FT | 300.00 | $12.64 | $3,792.00 |
| UV-GLASS FIBER 6 - FT | UV GLASS FIBER  6 BY THE FT | 300.00 | $20.12 | $6,036.00 |
| UV-PLASTIC BLACK 10 - FT | UV PLASTIC BLACK 10FT BY THE FOOT | 100.00 | $0.67 | $67.00 |
| UV-PLASTIC BLACK 16 - FT | UV PLASTIC BLACK 16" BY THE FT | 250.00 | $0.46 | $115.00 |
| UV-SLEEVE 3 - FT | UV SLEEVE 3" BY THE FOOT | 100.00 | $0.87 | $87.00 |
| UV-SLEEVE 6 - FT | UV SLEEVE 6" BY THE FOOT | 100.00 | $1.13 | $113.00 |
| VHCL-4ON4-Y FELT KIT | VHCL-4ON4-Y FELT KIT | 11 | $70 | $700 |
| PIC - 2110001001G - single cartridge | 1 Cartridge (Gray) | 21.00 | $52.28 | $1096.20 |
| PIC - 2110001001W - single cartridge | 1 Cartridge (White) | 110.00 | $52.28 | $5742.00 |

**Total – Orange County:   $160,682.57**

9

# Schedule A-2

## Transferred Employees

| Payroll Name | Job Title Description | Hire Date | Rate Type | Rate Amount |
|---|---|---|---|---|
| Chen, Jerry | Regional Operations Manager | 05/31/2017 | Salary | $ 3,778.62 |
| Affinito, Nicholas Anthony | Technician #1 | 06/07/2021 | Hourly | $ 21.50 |
| Atchison, Justin A | Lead Technician | 07/05/2017 | Hourly | $ 27.50 |
| Balandran, Erick | Office Administrator | 09/14/2020 | Hourly | $ 20.60 |
| Ball, Kenneth | Lead Technician | 08/28/2015 | Hourly | $ 29.50 |
| Barney, Phillip S | Project Manager | 07/31/2017 | Salary | $ 2,800.00 |
| Bermudez, Carlos [1] | Technician #1 | 6/6/2022 | Hourly | $ 18.00 |
| Buck, Aaron Paul | Technician #1 | 08/30/2021 | Hourly | $ 20.00 |
| DeWert, Megan A | Account Manager | 10/22/2018 | Salary | $ 3,248.08 |
| Escobar, Santiago | Technician - Service | 03/21/2022 | Hourly | $ 20.00 |
| Gutierrez, Erick | Lead Technician | 04/18/2017 | Hourly | $ 27.50 |
| Kanakubo, Anna | Project Coordinator | 03/18/2019 | Salary | $ 2,400.00 |
| Keys, Eric J | Technician #2 | 08/27/2020 | Hourly | $ 24.00 |
| Lagunas-Munoz, Eduardo J | Foreman | 07/11/2016 | Hourly | $ 35.00 |
| Linn, Travis C | Lead Technician | 04/03/2017 | Hourly | $ 27.50 |
| Mendy, Nicole (Layana) | Junior Estimator | 01/10/2018 | Hourly | $ 25.00 |
| Morris, Eric | Technician #1 | 10/05/2021 | Hourly | $ 20.00 |
| Morris, Ronald E | Lead Technician | 02/12/2018 | Hourly | $ 27.50 |
| Nagy, Robert M | Lead Technician | 01/23/2015 | Hourly | $ 26.00 |
| Northington, Brannon L. | Sr. Lead Technician | 02/15/2012 | Hourly | $ 30.00 |
| Palafox, Elijio | Technician #1 | 02/15/2021 | Hourly | $ 20.00 |
| Parra, Joshua | Technician #1 | 08/05/2021 | Hourly | $ 19.50 |
| Preston, Kalani | Technician #1 | 06/07/2021 | Hourly | $ 20.00 |
| Preston, Matthew Lee | Lead Technician | 03/29/2021 | Hourly | $ 28.00 |
| Quinones, Jorge A | Technician #2 | 08/19/2019 | Hourly | $ 25.00 |
| Ramirez, Miguel | Technician #2 | 02/15/2021 | Hourly | $ 24.00 |
| Raust, Mark Andrew | Project Manager | 02/01/2021 | Salary | $ 3,425.96 |
| Reynoso, Jaime | Technician #1 | 02/15/2021 | Hourly | $ 20.00 |
| Rojas, Frederick | Technician #1 | 08/02/2021 | Hourly | $ 20.00 |
| Romero, Geovanny OBryan | Technician #2 | 11/08/2021 | Hourly | $ 26.00 |
| Roque, Christopher S | Lead Technician | 07/01/2019 | Hourly | $ 26.00 |
| Rose, Erin | Business Development Rep | 12/14/2020 | Salary | $ 2,400.00 |
| Thomas, Diron | Technician #1 | 10/07/2020 | Hourly | $ 21.00 |
| To, Mandy H | Technician #2 | 09/01/2021 | Hourly | $ 22.00 |
| Torres, Gustavo And | Technician #1 | 09/02/2021 | Hourly | $ 22.00 |
| Vargas, Jesus D | Lead Technician | 06/20/2018 | Hourly | $ 30.00 |
| Weston, Rynol J. | Sr. Lead Technician | 03/14/2014 | Hourly | $ 33.00 |

10

[1] = Carlos Scheduled start for SPT on Monday June 6, 2022 pending results from pre-employment checks

**Schedule A-3**

**Enterprise Lease Vehicles with Buyout Values as of June 6, 2022**

| Efleet # | Asset # | Office | License | State | VIN | Year | Make | Model | Buyout |
|----------|---------|--------|---------|-------|-----|------|------|-------|--------|
| 23PRVT | WC-1 | LW | 13144D3 | CA | 3C6LRVDG0ME512479 | 2021 | Ram | Promaster (High Roof) | $51,506.20 |
| 254J6H | WC-12 | LW | 59147G3 | CA | 1HA3GTC74MN009923 | 2021 | Chevrolet | Express Cutaway W Box & Liftgate | $36,703.40 |
| 23WFPQ | WC-31 | LW | 41805E3 | CA | 1HA3GTC75MN000549 | 2021 | Chevrolet | Express Cutaway w/ liftgate | $34,084.85 |
| 23RT5Z | WC-8 | LW | 60687F3 | CA | 1GD37SC70M1186387 | 2021 | GMC | Savana Cutaway | $35,851.25 |
| 23P6DV | WC-35 | LB | 48740A3 | CA | 3C6URVWG0LE109702 | 2020 | RAM | Promaster (Std Roof) | $45,152.45 |
| 23S7D9 | WC-3 | LB | 020S47 | LV | 1GD37SC72M1186276 | 2021 | GMC | Savana G3500 | $36,311.25 |
| 23W4MZ | WC-9 | LB | 21369E3 | CA | 3C6LRVDGXME523327 | 2021 | Ram | Promaster 2500 (High Roof) | $51,822.45 |
| 23W4N5 | WC-10 | LB | 21370E3 | CA | 3C6LRVDGXME523294 | 2021 | Ram | Promaster 2500 (High Roof) | $51,822.45 |
| 23WFQ3 | WC-11 | LB | 41801E3 | CA | 1HA3GTC76MN000771 | 2021 | Chevrolet | Express Cutaway W Box & Liftgate | $34,033.10 |
| 23W4H8 | WC-13 | LB | 21770E3 | CA | 1C6RR6FG6MS530656 | 2021 | RAM | 1500 Classic | $31,538.75 |
| 23WFP4 | WC-14 | LB | 41809E3 | CA | 1HA3GTC78MN000609 | 2021 | Chevrolet | Express Cutaway w/ liftgate | $33,660.50 |
| 23PRWB | WC-30 | LB | 80955B3 | CA | 3C6LRVDG9ME512481 | 2021 | Ram | Promaster (High Roof) | $50,844.95 |

EXHIBIT A

Form of Seller Note

**SECURED PROMISSORY NOTE**

**$500,000**                                                                                                    **June 6, 2022**

**FOR VALUE RECEIVED**, Pipe Restoration Solutions, Inc., a Florida corporation ("**Buyer**"), hereby unconditionally promises to pay to the order of NuFlow America., a New York corporation d/b/a Specialized Pipe Technologies with an address at 7710 Kenamar Court, San Diego, CA 92121 ("**Seller**"), or registered assigns, at the address of Seller set forth above or at such other address as Seller may designate in writing to Buyer, in lawful money of the United States, the principal sum of Five Hundred Thousand Dollars and 00/100 cents ($500,000), together with interest thereon, all as provided for below.

This Secured Promissory Note (this "**Note**") is being executed and delivered by Buyer to Seller pursuant to the terms and conditions of that certain Asset Purchase Agreement, dated as of even date hereof, by and between Buyer and Seller (the "**Purchase Agreement**"). Capitalized terms used herein and not otherwise defined shall have the meanings set forth in the Purchase Agreement. Seller is entitled to the benefits of the Purchase Agreement and all the rights and remedies thereunder. Neither reference to the Purchase Agreement nor any provision thereof shall affect or impair the absolute and unconditional obligation of Buyer to pay the principal amount hereof, together with interest accrued thereon and expenses owed hereunder, when due.

ARTICLE VIII.  Interest.

8.1    Interest shall accrue on the outstanding principal balance hereof at a rate equal to six percent (6%) per annum. Interest shall be computed on the basis of a 360-day year of actual days elapsed.

8.2    Interest will accrue on the outstanding principal amount hereof until paid following the occurrence and during the continuance of an Event of Default or the Maturity Date at the rate of twelve percent (12%) in excess of the stated interest rate (the "**Default Rate**").

ARTICLE IX.  Payment of Principal and Interest.

9.1    Commencing on July 1, 2022 and on the first day of each of the next four (4) successive months thereafter, Buyer shall pay to Seller monthly installments of principal and interest in the amount of $100,000 each and one final payment on November 1, 2022 of $107,600.57 (for a total of $507,600.57) in principal and interest payments pursuant to this Section 2(a)). The payment schedule is shown in Schedule A, "Payment Schedule.

9.2    Buyer shall pay the entire unpaid principal balance hereof, and any accrued and unpaid interest thereon, on the earlier of (such earliest date, the "**Maturity Date**") (i) November 1, 2022, (ii) the occurrence of an Event of Default (as defined herein) or (iii) the

liquidation, dissolution or winding up of Buyer, a sale of all or substantially all the assets of Buyer or a merger, stock transfer, consolidation or other similar transaction where the holders of a majority of Buyer's voting securities prior to such event hold less than a majority of the voting securities of the entity resulting from such event. If the date for any payment or prepayment hereunder falls on a day which is not a Business Day, then for all purposes of this Note the same shall be deemed to have fallen on the next following Business Day, and such extension of time shall in such case be included in the computation of payments of interest. In the event any payment of the amount of principal and interest due hereunder is not made in full, such payment shall be applied first to the interest and then to principal.

9.3    Buyer may prepay all or any part of the unpaid principal amount of this Note, together with accrued interest, at any time after the date hereof without premium, penalty or other charge.

ARTICLE X.    <u>Covenants</u>.  To induce Seller to accept this Note, Buyer covenants to Seller as follows:

10.1    <u>Method of Payment</u>.  All payments made hereunder shall be made in immediately available funds and in lawful currency of the United States of America.

10.2    <u>Post-Petition Interest</u>.  Buyer shall pay interest, including post-petition interest, in any insolvency, receivership, bankruptcy, dissolution, liquidation, or reorganization proceeding, or in any other proceeding, whether voluntary or involuntary, by or against Buyer, under any bankruptcy or insolvency law or other similar laws, including without limitation, any federal or state law relating to the relief of debtors of any jurisdiction, or involving any custodian, liquidator or trustee whether now or hereafter in effect, and in any out-of-court composition, assignment for the benefit of creditors, readjustment in indebtedness, reorganization, extension or other debt arrangement of any kind on overdue installments of principal and interest on this Note at the Default Rate.

10.3    <u>Restrictive Covenants</u>.  Buyer shall not, without the prior written consent of Seller, take any of the following actions:

(a)    <u>Limitation on Dividends</u>.  Buyer shall not effect the declaration, payment or setting part of for payment of any dividend or similar distribution on any part of Buyer's capital stock; *provided, however, that,* if no Event of Default has occurred and is continuing, distributions to stockholders in Buyer in an amount equal to the income tax liabilities of such stockholders attributable to the net earnings of Buyer, shall not be prohibited by this Section.

(b)    <u>Limitation on Debt</u>.  Buyer shall not incur any obligations for borrowed money ("**<u>Indebtedness</u>**") except for Indebtedness (i) evidenced by a note or notes in the aggregate principal amount not to exceed $100,000 (the "**<u>Permitted Loans</u>**"), and (ii) any refinancing of the Permitted Loans which does not increase the then unpaid principal balance of the Permitted Loans more than the cost of refinancing.

2

       (c)   <u>Limitation on Liens</u>.  Buyer shall not create, incur, assume or suffer to exist any pledge, lien, charge, security interest or other encumbrance upon any of its or any of its subsidiaries' assets or property, whether tangible or intangible, securing any indebtedness for borrowed money.

       (d)   <u>Dissolution</u>.  Buyer shall not enter into any proceedings in connection with the total or partial dissolution of Buyer or any of its subsidiaries.

       (e)   <u>Legal Structure</u>.  Buyer shall not make or suffer any change in its legal structure.

       (f)   <u>Redemptions</u>.  Buyer shall not redeem or repurchase any of its equity securities, except for the purchase of option shares from terminated or deceased employees of Buyer pursuant to the terms of the option grant agreement.

       (g)   <u>Asset Sales</u>.  Buyer shall not convey, sell, let, sublet, transfer or otherwise dispose of, or grant any person an option, warrant or other right to acquire, any material part of its assets or the assets of any of its subsidiaries (individually or as part of a common plan), except in the ordinary course of business; provided, that Buyer may sell all or substantially all of its assets (a "**<u>Sale Transaction</u>**") for a Sale Transaction resulting in the payment in full of this Note in accordance with its terms.

       (h)   <u>Mergers</u>.  Buyer shall not (A) become a party to any merger with any other corporation, company or entity unless it is the surviving entity without causing or triggering a breach of any other covenant herein, or (B) acquire the capital stock of, any person.

       (i)   <u>Affiliate Transactions</u>.  Buyer shall not purchase or sell any property or services, or borrow or lend money or property from or to, or co-invest in any transaction with, any member of the Board of Directors of Buyer or any officer, management employee or other Affiliate of Buyer or any Affiliate of any such officer, management employee or affiliate (each, an "**<u>Affiliate Transaction</u>**"); provided that Buyer may hereafter from time to time, without obtaining the consent required by this <u>Section 3(c)</u>, make payments for the reimbursement for any third party or other out-of-pocket costs and expenses incurred on behalf of Buyer, provided that such expenses are not in excess of the amounts that would be charged for such services by independent third parties.

      10.4   <u>Information Rights</u>.  Upon and during the occurrence of an Event of Default, Buyer shall provide Seller with (i) monthly, internally-prepared financial statements (balance sheet, income statement and statement of cash flows) for Buyer within twenty (20) days of the end of the applicable monthly period, and (ii) such other financial information as may be reasonably requested by Seller.

      10.5   <u>Inspection Rights</u>. Upon thirty (30) days prior notice and no more than twice a year (provided that there will be no such limitation or prior notice required during the existence of an Event of Default), Buyer will permit the Seller or its agents to inspect Buyer's premises,

examine and copy Buyer's records and discuss its business, operations and financial or other condition with Buyer's responsible officers and independent accountants.

10.6   <u>Notice of Defaults and Material Adverse Changes</u>.   Immediately upon acquiring reason to know of (i) any Event of Default, (ii) any "event of default" under any Permitted Loans, (iii) any event or condition that would reasonably be expected to have a material adverse effect upon the Buyer or (iv) any pending or threatened claim, audit, investigation, action or other legal proceeding or judgment, order or award of any court, agency or other governmental authority or arbitrator that would reasonably be expected to have a material adverse affect upon Buyer (an "**Action**"), Buyer shall provide to Seller a certificate executed by Buyer's senior individual authorized to transact business on behalf of Buyer, specifying the date(s) and nature of the event or the Action and what action Buyer have taken or proposes to take with respect to it.

ARTICLE XI.   <u>Security</u>.

11.1   This Note shall be and is secured by a lien and security interest hereby granted by Buyer in favor of Seller on all of Buyer's and its subsidiaries' tangible and intangible assets, including but not limited to inventory, accounts, chattel paper, documents, general intangibles, goods, instruments, equipment, furniture and fixtures (as each of those terms are used in the Delaware Uniform Commercial Code), now owned or hereafter acquired, as well as proceeds and products thereof (the "**Collateral**").

11.2   Concurrently with the execution of this Note, Buyer hereby consents to the filing of UCC-1 Financing Statements and/or continuation statements necessary to perfect the security interest granted to Seller herein in form satisfactory to Seller.   During the term of this Note, Buyer consents to the filing of and shall execute and deliver all documents, certificates and statements, including continuation or termination statements and do all acts and things which may be reasonably necessary to perfect and continue perfected the security interest created by this Note and to protect the Collateral.   Buyer shall pay all costs of filing all financing, continuation or termination statements which are necessary with respect to the security interest created by this Note.

11.3   Upon the occurrence and during the continuance of an Event of Default, Seller shall have with respect to the Collateral, in addition to such rights as may be granted to Seller herein, all rights and remedies available to a secured party under the Delaware Uniform Commercial Code.   In furtherance thereof, Seller may:

(a)   Take possession of any Collateral, books and records and computer materials relating to Collateral not then in their custody, and Buyer will at Seller's request assemble same and deliver them to any reasonably convenient location designated by Seller;

(b)   Peaceably, by their own means or within judicial assistance, enter Buyer's or any other premises and take possession of the Collateral and secure, remove or dispose of it on Buyer's premises and Buyer will not resist or interfere with any such action;

(c)     Sell or otherwise dispose of the Collateral at one or more public or private sales without advertisement or notice except as required by law (it being understood that notice of any intended public or private sale or other disposition shall be deemed to have been reasonably made if delivered or mailed, postage prepaid, to Buyer at the address of Buyer set forth in the records of Seller at least five (5) days prior to the date of public sale or the date after which the private sale or other disposition is to be consummated);

(d)     Purchase the Collateral or any portion thereof to any public sale or, as to any item of Collateral customarily sold in a recognized market or subject to widely distributed standard price quotations, at a private sale, in either event free of all rights of redemption of Buyer;

(e)     Collect from any account debtor or other obligor on the Collateral all or any portion of the sums due thereon and in the course thereof Seller may:

(i)     Require that payment thereon be made directly to Seller;

(ii)    Require that all mail of Buyer be delivered to Seller;

(iii)   Adjust, settle or compromise any account or other item of Collateral: when, in the discretion of Seller, deemed advisable or entered into any arrangement with respect thereto; and

(iv)    Endorse in the name of Buyer any instrument of payment received with respect to the Collateral and, in the name of Buyer, enter into any related release, note or arrangement (such endorsement or entry to be effective as that of Buyer for all purposes).

11.4    This Note shall constitute a written agreement granting a security interest for purposes of the Delaware Uniform Commercial Code.

ARTICLE XII.  Default; Acceleration.

12.1    Upon the occurrence and during the continuance of an Event of Default (as hereinafter defined), Seller, at Seller's option and without the need for presentment, demand, protest, or other notice of any kind, may declare all unpaid principal hereof and interest hereunder to be immediately due and payable, and the same shall become immediately due and payable upon such declaration; provided that in the event of any Event of Default specified in Sections 5(b)(iii) or 5(b)(iv), all such amounts shall become immediately due and payable automatically and without any requirement of notice from Seller.

12.2    For purposes of this Note, each of the following shall constitute an Event of Default:

Buyer fails to make any payment of principal or interest hereunder for five (5) days after the same shall have become due;

5

Buyer fails to observe or perform any other provision of this Note and such failure is not remedied within thirty (30) days after written notice from Seller;

Buyer applies for or consents to a custodian, trustee, liquidator or receiver for it or a major part of its properties, or a custodian, trustee, liquidator, or receiver is appointed for Buyer or for the major part of the property of Buyer and is not discharged within ninety (90) days after such appointment; or

Bankruptcy, reorganization, arrangement or insolvency proceedings, or other proceedings for relief under any bankruptcy or similar law or laws of the relief of debtors, are instituted by or against Buyer and, if instituted against, are consented to or are not dismissed within ninety (90) days after such institution.

ARTICLE XIII.  <u>Certain Waivers</u>.  Buyer and any endorser or guarantor hereof (and each of them waive presentment, diligence, protest, demand, notice of demand, notice of acceptance or reliance, notice of non-payment, notice of dishonor, notice of protest and all other notices to parties in connection with the delivery, acceptance, performance, default or enforcement of this Note.

ARTICLE XIV.  <u>Registration and Transfer of this Note</u>.  Buyer shall keep at its principal executive office a register (herein sometimes referred to as the "**Note Register**"), in which Buyer shall provide for the registration and transfer of this Note. Any transfer of this Note is subject to compliance with applicable securities laws and regulations.  Seller, at Seller's option, may in person or by duly authorized attorney surrender this Note for exchange at the principal office of Buyer, to receive in exchange therefore a new Note, as may be requested by Seller, in the same unpaid principal amount as the unpaid principal amount of the Note so surrendered; provided, however, that any transfer tax relating to such transaction shall be paid by Seller requesting the exchange. Each such new Note shall be dated as of the date to which interest has been paid and shall be in such principal amount and registered in such name or names as such Seller may designate in writing.

ARTICLE XV.  <u>Lost Documents</u>.  Upon receipt by Buyer of evidence satisfactory to it of the loss, theft, destruction or mutilation of this Note or any Note exchanged for it, and of indemnity satisfactory to it, and upon reimbursement to Buyer of all reasonable expenses incidental thereto, and upon surrender and cancellation of such Note, if mutilated, Buyer will make and deliver in lieu of such Note a new Note of the same tenor and unpaid principal amount and dated as of the date to which interest has been paid on the unpaid principal amount of the Note in lieu of which such new Note is made and delivered.

ARTICLE XVI.  <u>Commercial Transaction; Jury Waiver</u>.  BUYER ACKNOWLEDGES THAT THE TRANSACTION OF WHICH THIS NOTE IS A PART IS A COMMERCIAL TRANSACTION. BUYER HEREBY KNOWINGLY AND VOLUNTARILY WAIVES TRIAL BY JURY AND THE RIGHT THERETO IN ANY ACTION OR PROCEEDING OF ANY KIND, ARISING UNDER OR OUT OF, OR OTHERWISE RELATED TO OR OTHERWISE CONNECTED WITH, THIS NOTE AND OR ANY RELATED DOCUMENT.

ARTICLE XVII.  <u>Expenses; Indemnification</u>.  If this Note is placed in the hands of an attorney for collection, or suit is brought on the same, or the same is collected through any judicial

proceeding whatsoever, or if any action be had hereon, then Buyer agrees and promises to pay all reasonable out-of-pocket expenses incurred by Seller in connection with enforcing its rights herein or in connection with any subsequent accommodations or modifications hereof, including the reasonable fees, charges and disbursements of counsel to Seller.

ARTICLE XVIII.  <u>Binding Nature</u>.  This Note shall bind Buyer and its successors and permitted assigns and shall inure to the benefit of Seller and Seller's successors and assigns. The term "Seller" as used herein shall include, in addition to the initial Seller, any successors, endorsees, or other assignees of such Seller and shall also include any other holder of this Note. Buyer may not assign any of its obligations hereunder without the prior written consent of Seller.

ARTICLE XIX.  <u>Governing Law; Jurisdiction, Venue and Service</u>.  This Note shall be governed by and construed and interpreted in accordance with the laws of the State of Delaware without regard to its rules pertaining to conflicts of laws.  **BUYER HEREBY CONSENTS TO THE JURISDICTION OF THE COURTS OF THE STATE OF DELAWARE AND THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE, AS WELL AS TO THE JURISDICTION OF ALL COURTS FROM WHICH AN APPEAL MAY BE TAKEN FROM SUCH COURTS, FOR THE PURPOSE OF ANY SUIT, ACTION OR OTHER PROCEEDING ARISING OUT OF ANY OF ITS OBLIGATIONS UNDER THIS NOTE OR ANY OTHER RELATED DOCUMENTS OR WITH RESPECT TO THE TRANSACTIONS CONTEMPLATED HEREBY. BUYER EXPRESSLY WAIVES ANY CLAIM THAT SUCH COURTS ARE AN INCONVENIENT FORUM OR AN IMPROPER FORUM BASED UPON LACK OF VENUE. BUYER FURTHER WAIVES PERSONAL SERVICE OF ANY AND ALL PROCESS UPON IT, AND AGREES THAT ALL SUCH SERVICE OF PROCESS MAY BE MADE BY MESSENGER, CERTIFIED MAIL OR REGISTERED MAIL DIRECTED TO BUYER AT THE ADDRESS PROVIDED FOR IN SECTION 14 HEREOF AND SERVICE SO MADE SHALL BE DEEMED TO BE COMPLETED UPON THE EARLIER OF ACTUAL RECEIPT OR THREE (3) BUSINESS DAYS AFTER THE SAME SHALL HAVE BEEN POSTED TO BUYER'S ADDRESS.**

ARTICLE XX.  <u>Miscellaneous</u>.  No delay or omission by Seller in exercising any right or remedy hereunder shall operate as a waiver of such right or remedy or any other right or remedy; and a waiver on one occasion shall not be a bar to or waiver of any right or remedy on any other occasion. All rights and remedies of Seller hereunder, any other applicable document and under applicable law shall be cumulative and not in the alternative. No provision of this Note may be waived or modified orally but only by a writing signed by the party against whom enforcement of such amendment, waiver or other modification is sought.

ARTICLE XXI.  <u>Notices</u>.  All notices, requests, consents and demands shall be made in writing and shall be mailed first class postage prepaid, delivered by overnight courier providing proof of delivery, or delivered by hand or by messenger to Buyer or to Seller at their respective addresses set forth herein or at such other respective addresses as may be furnished in writing to each other.

ARTICLE XXII.  General Provisions

22.1    Neither any failure nor any delay on the part of Seller in exercising any right, power or remedy hereunder shall operate as a waiver thereof, nor shall single or partial exercise thereof preclude any other or further exercise thereof or the exercise of any other right, power or remedy.  Buyer hereby waives, to the extent the same may be waived under applicable law: (i) presentment, demand for payment, protest and notice of any kind (including of non-payment and all exemptions; (ii) all other notices or demands which by applicable law must be given to or made upon Buyer by Seller; and (iii) all rights of setoff and rights to interpose counterclaims of any nature.

22.2    If any provision, or any part of any provision, of this Note shall for any reason be held invalid or unenforceable by any court or governmental agency of competent jurisdiction, such invalidity or unenforceability shall not affect the remainder of such provision nor any other provisions, and this Note shall survive and be construed as if such invalid provision had not been contained herein.  This Note contains the entire agreement of Buyer and Seller with respect to the matters covered hereby and no other agreement, statement or promise made by Buyer and Seller, or by any employee or agent of either Buyer or Seller, which is not contained herein, shall be valid or binding.

22.3    All covenants, agreements, representations and warranties contained herein shall survive the execution and delivery hereof and shall continue in full force and effect until all of the obligations hereunder have been paid in full in cash.  Each reference in this Note to Buyer or Seller shall be deemed to include their respective successors and assigns.

22.4    This Note is subject to the express condition that at no time shall Buyer be obligated or required to pay interest hereunder at a rate which could subject Seller to either civil or criminal liability as a result of being in excess of the maximum rate which Buyer is permitted by law to contract or agree to pay.  If, by the terms of this Note, Buyer is at any time required or obligated to pay interest at a rate in excess of such maximum rate, the rate of interest hereunder shall be deemed to be immediately reduced to such maximum rate and interest payable hereunder shall be computed at such maximum rate and the portion of all prior interest payments in excess of such maximum rate shall be applied and shall be deemed to have been payments in reduction of the principal balance of this Note.

[Signature Page Follows]

8

**IN WITNESS WHEREOF**, Buyer has executed and delivered this Note as of the day and year first written above.


**PIPE RESTORATION SOLUTIONS, INC.**


By: _____

    Name: David R. Rudisill

    Title: President

Address of Buyer:

128 Sarasota Center Blvd.

Sarasota, FL 34240

Attn: Rudy R. Rudisill

9

## Schedule A

## Payment Schedule

| Payment Number | Payment Date | Beginning Balance | Scheduled Payment | Extra Payment | Total Payment | Principal | Interest | Ending Balance | Cumulative Interest |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 06-07-22 | $500,000.00 | $100,000.00 | $0.00 | $100,000.00 | $97,500.00 | $2,500.00 | $402,500.00 | $2,500.00 |
| 2 | 06-08-22 | $402,500.00 | $100,000.00 | $0.00 | $100,000.00 | $97,987.50 | $2,012.50 | $304,512.50 | $4,512.50 |
| 3 | 06-09-22 | $304,512.50 | $100,000.00 | $0.00 | $100,000.00 | $98,477.44 | $1,522.56 | $206,035.06 | $6,035.06 |
| 4 | 06-10-22 | $206,035.06 | $100,000.00 | $0.00 | $100,000.00 | $98,969.82 | $1,030.18 | $107,065.24 | $7,065.24 |
| 5 | 06-11-22 | $107,065.24 | $107,600.57 | $0.00 | $107,065.24 | $106,529.91 | $535.33 | $0.00 | $7,600.56 |

## Schedule 2.1: In-Process Projects

| Project | Contract Value | POC as of 31-May | Projected Completion Date | Revenue Buyer Will Invoice | Staffing |
|---|---|---|---|---|---|
| Laguna Woods | $3,000,000 | 48% | 31-Dec-22 | $1,560,000 | 1 x Project Foreman, 5 x 3-person crew |
| 999 N. Doheny Drive | $1,600,000 | 28% | 31-Dec-22 | $1,152,000 | 1 x Project Foreman, 1 x 3-person crew |
| 3819 East Livingston Waste Risers | $168,568 | 90% | 10-Jun-22 | $16,857 | 1 x 3-person crew |
| Monevista | $379,825 | 94% | 15-Jun-22 | $21,025 | 1 x 3-person crew (forecasted) |
| Beverly Regent HOA | $700,000 | 0% | 31-Dec-22 | $700,000 | 2 x 2-person crews (forecasted) |
| Two Eleven Spalding | $58,150 | 0% | 2 weeks | $58,150 | N/A |
| Bayport HOA | $187,466 | 0% | 6 weeks | $187,466 | 1 x 3-person crew (forecasted) |
| Marriner's Village | $30,250 | 0% | 5-Jul-22 | $30,250 | 1 x 3-person crew (forecasted) |
| **Total** | **$6,124,259** | | | **$3,725,748** | |

Notes:

1) Laguna Woods is a five year contract at $3M or revenue per year through 2026

2) East Livingston: Work completed except decision on whether mainline needs to be done. Seekig to complete this in June. $153k invoiced to-date, 90% PoC based on mainline being lined

3) Monevista: Majority of risers & Mainlines complete. Waiting for permission from HOA to enter last few apartments to undertake lining. Provisionally planned for June 6 start (8-days)

4) Beverly Regent contract signed, client requested moblization on August 1, 2022, negotiatng for July 1, 2022.

5) Marriner's Village is a $3-4m lining opportunity loosely expected to start in March,2023

6) Two Eleven Spalding expected to close in June 2022

7) Bayport HOA project to line CIPP risers expected to close in June 2022

## ASSET PURCHASE AGREEMENT

This ASSET PURCHASE AGREEMENT (this "**Agreement**"), dated as of 14-July, 2022, is made and entered into by and between NuFlow America, Inc., a New York corporation ("**Seller**"), and Bill Howe Plumbing, Inc. a California corporation ("**Buyer**").

RECITALS:

WHEREAS, Seller, is a wholly-owned subsidiary of Aquam Corporation, an Ontario corporation ("**Parent**");

WHEREAS, Seller operates a pipe inspection, cleaning, maintenance, remediation and non-invasive pipe lining business in the United States (the "**Drain Services**");

WHEREAS, Seller owns and operates a portion of its business with the assets and employees described on Schedules A-1, A-2 and A-3 attached hereto, which are dedicated to performing Drain Services in San Diego County, California (collectively, the "**Transferred Operations**"); and

WHEREAS, Buyer desires to purchase, acquire and assume, and Seller desires to sell, transfer and assign, the Transferred Operations on the terms and conditions set forth herein.

NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto, intending to be legally bound hereby, agree as follows:

ARTICLE I.  DEFINED TERMS

1.1     Defined Terms.  As used in this Agreement, the following terms have the meanings indicated:

"**Affiliate**" has the meaning set forth in Rule 12b-2 of the regulations promulgated under the Securities Exchange Act of 1934, as amended.

"**Business Day**" means any day other than a Saturday, Sunday or legal holiday on which banks in the State of Delaware are or may elect to be closed.

"**Effective Time**" means 12:01 a.m., ET, on the Closing Date.

"**including**" means including but not limited to.

"**ordinary course of business**" means the ordinary course of business of the Transferred Operations as conducted by Seller and consistent with past practice.

"**Person**" means an individual, partnership, corporation, limited liability company, limited liability partnership, trust, unincorporated organization, other entity or group.

## ARTICLE II.  TRANSFER OF ASSETS AND LIABILITIES

2.1    <u>Purchase and Sale</u>.

(a)    Subject to the terms and conditions set forth herein, at the Closing, Buyer shall purchase and acquire from Seller, and Seller shall sell and transfer to Buyer, all of Seller's rights, title and interests in the fixed assets and inventory relating to the Transferred Operations described on <u>Schedule A-1</u> attached hereto (the "**Assets**"), on a "where is" and "as is" condition with no warranty whatsoever by Seller or any other Person.  <u>Schedule 2.1</u> lists Seller's "in process" projects that will be assigned and fulfilled by Buyer after Closing (the "**In-Process Projects**") and the corresponding amount of the deposits for such projects that Seller shall transfer to Buyer at Closing (the "**Transferred Deposits**") (based on the percentage of completed work on each In-Process Project as of the Closing Date).  The parties acknowledge that the list of inventory fluctuates on a daily basis in the ordinary course of business, and, accordingly, the actual inventory that will be included in the Assets may differ from what is set forth on <u>Schedule A-1</u> attached hereto (and there shall be no adjustment to the amount of the Purchase Price on account of any such fluctuation).

(b)    Notwithstanding the foregoing, the Assets shall not include any of the following items (collectively, the "**Excluded Assets**") (i) Seller's rights and obligations under this Agreement, (ii) any cash or cash equivalents, (iii) any accounts receivable and notes receivable as of the Effective Time (collectively, "**Outstanding Receivables**"), (iv) any customer agreements, contracts or similar documents relating to Pre-Closing Warranties (as defined in <u>Section 2.2</u> below), or (v) any right, title or interest to any of Seller's other assets or operations not included in the Transferred Operations.  For the avoidance of doubt, Buyer acknowledges and agrees that it is acquiring no interest in any of the Seller's' assets other than those listed in <u>Schedule A-1</u>.

2.2    <u>Assumption of Liabilities</u>.  On the terms and subject to the conditions set forth in this Agreement, effective as of the Effective Time, Buyer shall assume and agree to perform, pay or discharge when due all liabilities and obligations arising with respect to the ownership of the Assets from and after the Effective Time (collectively, the "**Assumed Liabilities**"); including, without limitation all operating costs of the Transferred Operations from and after the Effective Time and the obligation to complete the In-Process Projects.  For the avoidance of doubt, Buyer shall not have any liability with respect to any warranties provided by Seller to its customers for all projects completed and work performed on the In-Process Projects by Seller prior to the Effective Time and all other projects completed before the Effective Time by Seller (collectively, "**Pre-Closing Warranties**").  Buyer shall be responsible for any and all warranty liability for all work performed on In-Process Projects after the Effective Time and all other projects completed after the Effective Time by Buyer.  It is expressly understood and agreed that the parties intend that Buyer shall not be considered a successor to Seller by reason of any theory of law or equity and that Buyer shall have no liability for any liability or obligation of Seller, except as expressly set forth in this Agreement.

2.3    <u>Purchase Price</u>.  On the terms and subject to the conditions set forth in this Agreement, for and in consideration of the purchase and sale of the Assets and the assumption of the Assumed Liabilities, Buyer shall pay the following amount (collectively, the "**Purchase Price**") to or on behalf of the Seller:

(a)      $100,000 shall be payable in cash at the Closing by wire transfer by Buyer to a bank account designated in writing by Seller.

(b)      $500,000 shall be payable in cash on or before 31-July, 2022 by wire transfer by Buyer to a bank account designated in writing by Seller.

(c)      $100,000 shall be payable in cash on or before 31-August, 2022 by wire transfer by Buyer to a bank account designated in writing by Seller.

2.4      <u>Allocation of Purchase Price</u>.  Seller and Buyer agree that the Purchase Price shall be allocated among the Assets and the Assumed Liabilities for all purposes (including tax and financial accounting) as shown on an allocation schedule (the "**<u>Allocation Schedule</u>**") created in accordance with and in the form required by Section 1060 of the Internal Revenue Code of 1986, as amended (the "**<u>Code</u>**"), as reasonably determined in good faith by Seller and Buyer.

2.5      <u>Liability for Taxes</u>. Buyer shall be responsible for all federal, state and local income taxes now or hereafter due or assessed against Buyer in connection with the transactions contemplated by this Agreement, including without limitation, Buyer's receipt of the Assets and assumption of the Assumed Liabilities.  Seller shall be responsible for all federal, state and local income taxes now or hereafter due or assessed against Seller in connection with the transactions contemplated by this Agreement, including without limitation, Seller's receipt of the Purchase Price and assignment of the Assumed Liabilities.

2.6      <u>Third Party Consents</u>. To the extent that Seller's rights under any contract or agreement constituting an Asset may not be assigned to Buyer without the consent of another Person which has not been obtained, this Agreement shall not constitute an agreement to assign the same if an attempted assignment would constitute a breach thereof or be unlawful, and Seller shall use commercially reasonable efforts for thirty (30) days after Closing to obtain any such required consent(s) as promptly as possible; provided, that, Seller shall not be required to expend funds to obtain such require consent(s). Notwithstanding Seller's inability to obtain assignments requiring third party consent, Seller shall collect any and all amounts due under such contract or agreements and transfer such funds to Buyer in accordance with Section 4.4 below.

2.7      <u>"AS IS"; "WHERE IS" Transaction</u>.  Buyer hereby acknowledges and agrees that notwithstanding anything expressed or implied herein to the contrary, Seller does not make any representations or warranties whatsoever, express or implied, with respect to any matter related to the Assets, Assumed Liabilities, or the Transferred Operations.  Without in any way limiting the foregoing, Seller hereby disclaims any warranty (express or implied) of (i) merchantability or fitness for any particular purpose as to any and all portions of the Assets, and (ii) title or transferability of any and all portions of the Assets.  Buyer further acknowledges that Buyer has had the opportunity to and has conducted an independent inspection and investigation of Seller, the Assets, Assumed Liabilities, the Transferred Operations and their operations, assets, liabilities, results of operations, financial condition and prospects, and all such other matters relating to or affecting the foregoing as Buyer deemed necessary or appropriate and that in proceeding with its acquisition of the Assets and assumption of the Assumed Liabilities, Buyer is doing so based solely upon such independent inspections and investigations.  Accordingly, Buyer will accept the Assets and assume the Assumed Liabilities at the Closing "AS IS," "WHERE IS" and "WITH ALL

3

FAULTS", without any warranties or representations. Without limiting the foregoing, Buyer further acknowledges that no material or information provided by or communications made by Seller or its agents will create any representation or warranty of any kind, whether express or implied, with respect to Seller, the Assets, the Assumed Liabilities, the Transferred Operations or their operations, assets, liabilities, results of operations, financial condition or prospects. Buyer hereby assumes the risk that adverse matters relating to the physical condition of the Assets, including, but not limited to, latent or patent defects, may not have been revealed by Buyer's review and inspections and investigations. Notwithstanding all of the above, Seller agrees to

## ARTICLE III.  CLOSING

3.1     <u>Closing</u>.  The closing of the transactions contemplated by this Agreement (the "**<u>Closing</u>**") shall take place via the exchange of electronic signature pages (with delivery of original signature pages by overnight courier service within three (3) Business Days after the Closing Date) simultaneously with the execution and delivery of this Agreement between the parties or such other date as Buyer and Seller may agree. The date on which the Closing actually occurs is referred to herein as the "**<u>Closing Date</u>**".

3.2     <u>Deliveries by Seller</u>.

(a)     At the Closing, Seller shall deliver to Buyer (unless delivered previously), the following:

(i)     possession of the Assets and the Transferred Deposits;

(ii)     an extract of Seller's NetSuite CRM sales pipeline of all Transferred Operations opportunities (which Seller are providing without any representations or warranties);

(iii)     copies of all books and records (including all computerized records and other computerized storage media) of the Transferred Operations (collectively, "**<u>Books and Records</u>**"), including all Books and Records relating to the purchase of inventory, materials, supplies and services for the Transferred Operations, dealings with customers, suppliers and distributors of the Transferred Operations, and the Transferred Employees (to the extent that such books and records can be transferred under applicable law); provided, however, (x) to the extent any such Books and Records contain information regarding any of Seller's, NFA's or Parent's business activities other than the Transferred Operations, Seller shall only be required hereunder to deliver a copy of such Books and Records related to the Transferred Operations and (y) Seller shall retain the originals of any customer agreements, contracts, project documentation and similar documents necessary for Seller to satisfy the Pre-Closing Warranties;

(iv)     all other previously undelivered documents, instruments and writings required to be delivered by Seller to Buyer at or prior to the Closing pursuant to this Agreement or otherwise required in connection herewith;

(v)     digital copies of all SPT collateral marketing materials;

4

(vi)     implementation on SPT's website Buyer's contact information and a link to the Buyer's website; and

(vii)    a payment schedule for each In-Process Project showing a timeline of expected payments due from the customer.

3.3     <u>Deliveries by Buyer; Payment of Taxes</u>.

(a)     At the Closing, Buyer shall deliver to Seller (unless delivered previously) the following:

(i)     the Cash Purchase Price in accordance with <u>Section 2.3(a)</u>; and

(ii)    all other previously undelivered documents, instruments and writings required to be delivered by Buyer to Seller at or prior to the Closing pursuant to this Agreement or otherwise required in connection herewith.

(b)     At or prior to the Closing, Buyer shall pay all transfer, stamp, documentary stamp tax, sales, use, excise or similar taxes payable in connection with the sale of the Assets contemplated hereby.

## ARTICLE IV.  RELATED MATTERS

4.1     <u>Employees</u>.  Attached hereto as <u>Schedule A-2</u> is a complete list of all employees of Seller who are employed in the Transferred Operations on the date of this Agreement (the "**Transferred Employees**"). It is Buyer's intention to offer employment to each of the Transferred Employees with such employment beginning on 21-July, 2022. During the period between Closing and the date on which the Transferred Employees become employees of the Buyer, Buyer shall reimburse Seller for all out of pocket costs and expenses including benefits, insurance, payroll taxes, and Buyer's 401K contributions. To the extent that any Transferred Employee has any contractual obligation to Seller that might stand in the way of such Transferred Employee's acceptance of employment with Buyer, such obligation is hereby waived by Seller. Seller shall be responsible for the payment of any severance and vacation, sick and personal day accruals (in accordance with Sellers' standard policies therefor) due and owing prior to and as of the Closing Date to any Transferred Employees, whether or not employed by Buyer, as well as any sales commissions for orders received and accepted by seller prior to the Effective Time pursuant to the Sellers' sales commission policies.  Nothing contained in this Section shall be construed to confer upon or give to any person other than Buyer and Seller and their respective successors and assigns any rights or remedies hereunder.

4.2     <u>Facility Relocation</u>. Seller will provide reasonable support in assisting Buyer to relocate Seller's operations to their facility.

4.3     <u>Vehicle Leases</u>. Seller has leased seven (7) vehicles from Enterprise Rent-a-Car shown in Schedule A-3. Buyer agrees to purchase the vehicles from the Seller by 31-December, 2022. Purchase prices of each vehicle shall be at fair market value at the time of sale and shall not exceed values indicated in Schedule A-3. Until such purchase(s) occur, the leases will be retained by Seller with Buyer reimbursing Seller monthly for the lease cost for all unpurchased vehicles.

4.4     In-Process Projects in Seller's Transferred Operations' Backlog. For all projects Seller have in the Transferred Operations' backlog as of the Closing Date, execution of those projects and any associated profits, losses, and warranty liabilities shall be the responsibility of Buyer after the Closing date. Seller and Buyer shall work together cooperatively for the assignment of such projects to the Buyer from the Seller.

4.5     Subcontract of Warranty Work. From and after Closing, (i) Buyer agrees to provide prompt notice to Seller of any customer claims with respect to Pre-Closing Warranties and (ii) Seller may request Buyer to evaluate any warranty claims it may become aware of and complete warranty work on behalf of the Seller at Seller's expense. Buyer agrees to work in good faith to agree on subcontracting pricing, terms, and logistics on a case by case basis such that Seller's warranty obligations can be satisfied on commercially reasonable terms.

4.6     Transition Services Support. It is estimated that Seller will require approximately five hours per week from Briana Romero, one of the Transferred Employees from the Closing Date through 31-August, 2022. Seller agrees to reimburse Buyer for any such time on a monthly basis.

4.7     Relationship of Parties. Each party will be an independent contractor as to the other party. Neither party will be the agent, employee or joint venture partner of other party nor do they have any authority to bind the other party by contract or otherwise to any obligation. Each party will agree not to make representations to the contrary, either expressly, implicitly, by appearance or otherwise.

4.8     Collection of Receivables; Agreement on Allocation of In-Process Projects. Notwithstanding anything otherwise set forth in this Agreement, Seller may collect any and all Outstanding Receivables and any receivable for the In-Process Projects in a commercially reasonable manner consistent with past practices of the Transferred Operations. Buyer shall be responsible for receivable collections associated with all Transferred Operations' projects for all accounts receivables for invoices issued by Buyer for work completed by Buyer from and after the Effective Time (other than invoices for the In-Process Projects, which shall be invoiced by Seller). Seller agrees to pay over to Buyer the applicable portion of any amounts that Seller receives as payment on the In-Process Projects. The parties covenant and agree to work in good faith to appropriately allocate all customer payments received with respect to the In-Process Projects. Each party agrees that it will promptly transfer and deliver to the other party any cash, checks or other property that such first party may receive after the Closing Date relating to any accounts receivable belonging to the second party.

ARTICLE V.  SURVIVAL; INDEMNIFICATION

5.1     Survival. Each provision of this Agreement that establishes with respect to a party hereto or beneficiary a right and/or obligation that expressly or by implication is to be in enforceable after the termination or expiration of this Agreement, shall be binding for such period of time as may be reasonably be required in order to give full effect to the intended application of such provision. All covenants and agreements of the parties contained herein shall survive the Closing indefinitely or for the period explicitly specified therein.

5.2    <u>Indemnification</u>.

(a)    From and after the Effective Time until the twenty four (24) month anniversary of the Closing Date, to the extent provided in this <u>Article V</u>, Seller shall indemnify, defend and hold harmless Buyer and its officers, directors, managers, members, shareholders, employees, agents, affiliates, successors and assigns (each, an "**<u>Indemnified Buyer Party</u>**") from and against:

(i)    any liabilities, claims, demands, judgments, losses, costs, damages or expenses whatsoever, including reasonable attorneys', consultants' and other professional fees and disbursements of every kind, nature and description incurred by such Indemnified Buyer Party in connection therewith (collectively, "**<u>Damages</u>**"), that such Indemnified Buyer Party may sustain, suffer or incur and that result from, arise out of or relate to:

(A)    the nonfulfillment of any covenant, agreement or other obligation of Seller set forth in this Agreement; and

(B)    all liabilities and obligations of Seller that are not Assumed Liabilities, including, without limitation, any customer warranty claims relating to work performed by Seller prior to the Effective Time; and

(ii)    any and all actions, suits, claims, proceedings, investigations, allegations, demands, assessments, audits, fines, judgments, costs and other expenses (including reasonable attorneys' fees and expenses) incident to any of the foregoing or to the enforcement of this <u>Section 5.2(a)</u>;

provided, however, Seller shall not be liable for any such Damages arising as a result of the gross negligence, bad faith or willful misconduct of any Indemnified Buyer Party.

(b)    From and after the Effective Time until the twenty four (24) month anniversary of the Closing Date, to the extent provided in this <u>Article V</u>, Buyer shall indemnify, defend and hold harmless Seller and its officers, directors, managers, members, shareholders, employees, agents, affiliates, successors and assigns (each, an "**<u>Indemnified Seller Party</u>**") from and against:

(i)    any Damages that such Indemnified Seller Party may sustain, suffer or incur and that result from, arise out of or relate to:

(A)    the nonfulfillment of any covenant, agreement or other obligation of Buyer set forth in this Agreement; and

(B)    the Assumed Liabilities, including, without limitation, any customer warranty claims relating to work performed by Buyer after to the Effective Time; and

(ii)    any and all actions, suits, claims, proceedings, investigations, allegations, demands, assessments, audits, fines, judgments, costs and other expenses (including reasonable attorneys' fees and expenses) incident to any of the foregoing or to the enforcement of this <u>Section 5.2(b)</u>;

provided, however, that Buyer shall not be liable for any such Damages arising as a result of the gross negligence, bad faith or willful misconduct of any Indemnified Seller Party.

(c)      Buyer will not make any claim against Seller (and Seller shall have no liability for and shall not be required to pay), and Seller will not make any claim against Buyer (and Buyer shall have no liability for and shall not be required to pay), for indemnification either under this Agreement or pursuant to any other legal rights or remedies relating to the transactions contemplated hereby ("**Indemnification Claims**") for any Damages incurred unless and until Seller, on the one hand, or Buyer, on the other hand, as applicable, shall have incurred Damages in excess of $25,000.00 in the aggregate (in which event Buyer, on the one hand, or Seller, on the other hand, as applicable, shall be entitled to indemnification either under this Agreement or pursuant to any other legal rights or remedies relating to the transactions contemplated hereby for all Damages incurred by such party in excess of such amount); provided, however, that the aggregate amount of all Damages (other than any Damages related to fraud or willful misconduct (which shall not be subject to any cap)) for which Buyer, on the one hand, and Seller, on the other hand, shall be liable hereunder to the other party shall not exceed an amount equal to the Purchase Price.  Each party shall take all reasonable steps to mitigate any Damage upon becoming aware of any event or circumstance that would be reasonably expected to, or does, give rise thereto.

5.3     Conditions of Indemnification.  The obligations and liabilities of Buyer, on the one hand, and Seller, on the other hand, as indemnifying parties (each, an "**Indemnifying Party**") to indemnify Seller and Buyer, as applicable (each, an "**Indemnified Party**"), under Section 5.2 with respect to claims made by third parties shall be subject to the terms and conditions of this Section 5.3.  The Indemnified Party shall give written notice to the Indemnifying Party of any Damages with respect to which it seeks indemnification promptly after the discovery by such party of any matters giving rise to such claim for indemnification; provided, however, that the failure of any Indemnified Party to give notice as provided herein shall not relieve the Indemnifying Party of its obligations under Section 5.2 unless it shall have been materially prejudiced by the omission to provide such notice.  In case any Indemnification Claim is brought against an Indemnified Party, the Indemnifying Party shall be entitled to participate in the defense thereof and, to the extent that it may wish, to assume the defense thereof, with counsel reasonably satisfactory to the Indemnified Party, and after notice from the Indemnifying Party of its election so to assume the defense thereof, the Indemnifying Party will not be liable to the Indemnified Party under Section 5.2 for any legal or other expense subsequently incurred by the Indemnified Party in connection with the defense thereof; provided, however, that (i) if the Indemnifying Party shall elect not to assume the defense of such Indemnification Claim or (ii) if the Indemnified Party reasonably determines that there may be a conflict between the positions of the Indemnifying Party and the Indemnified Party in defending such Indemnification Claim, then separate counsel shall be entitled to participate in and conduct such defense, and the Indemnifying Party shall be liable for any reasonable legal or other expenses incurred by the Indemnified Party in connection with such defense (but not more than one (1) counsel).  The Indemnifying Party shall not be liable for any settlement of any Indemnification Claim effected without its written consent, which consent shall not be unreasonably withheld.  The Indemnifying Party shall not, without the Indemnified Party's prior written consent, settle or compromise any Indemnification Claim to which the Indemnified Party is a party or consent to entry of any judgment in respect thereof.  The Indemnifying Party further agrees that it will not, without the Indemnified Party's prior written consent, settle or compromise any Indemnification Claim or consent to entry of any judgment in respect thereof in any pending

or threatened Indemnification Claim in respect of which indemnification may be sought hereunder (whether or not the Indemnified Party is an actual or potential party to such Indemnification Claim) unless such settlement or compromise includes an unconditional release of the Indemnified Party from all liability arising out of such Indemnification Claim.

5.4     Disclaimer of Consequential Damages. In no event will either party be liable to the other for any special, incidental or consequential damages for breach of the terms of this Agreement (other than any such Damages that are imposed by a third party against such party hereto which are subject to indemnification under Section 5.2 above), even if that party has been advised of the possibility of such damages.

5.5     Exclusive Remedy.  Seller and Buyer acknowledge and agree that from and after the Closing, the indemnification provisions in this Article V shall be the sole and exclusive remedy of any party with respect to any and all claims arising out of or in connection with the transactions contemplated by this Agreement, other than claims based in fraud or willful misconduct. The parties hereto may not avoid the limitations on liability set forth in this Article V by seeking damages for breach of contract, tort or pursuant to any other theory or liability. Nothing in this Section 5.5 shall prevent or prohibit a party from seeking and/or obtaining specific performance for a breach of any covenant in accordance with applicable law.

ARTICLE VI.  OTHER OBLIGATIONS OF SELLER AND BUYER

6.1     Non-Solicitation.   Other than with respect to the hiring of the Transferred Employees by Buyer in accordance with Section 4.1 above, for a period of three (3) years from and after the Closing, Seller and Buyer each agree that neither shall solicit or recruit, or attempt to solicit or recruit, directly or by assisting others, any employees or subagents of the other for the purpose of inducing such individuals to terminate their relationship with the Seller or Buyer, as applicable.  For a period of three (3) years from Closing, Seller agrees that it will not, directly or indirectly, call on, solicit, take away, or attempt to call on, solicit, or take away any current customer of the Buyer, with the intent of inducing such customer to engage the Seller for Drain Services in lieu of, or in replacement of, the Buyer.

6.2     Further Assurances; Cooperation.  Each of the parties agrees at any time and from time to time after the Closing, at the request of the other party hereto, to execute and deliver such other documents and instruments of transfer or assignment or assumption and to do all such further acts and things as shall reasonably be necessary or desirable to effectuate the transactions contemplated hereby, including the transfer to Buyer of the Transferred Operations and the Assets.

6.3     Records; Further Information.  From and after the date hereof and following the Closing Date, upon reasonable notice given in accordance with this Agreement, Seller and Buyer shall give, or cause to be given, to the representatives, employees, counsel and accountants of the other party, access, during normal business hours, to all original agreements, documents, books, records and files in its possession or in the possession of any of its Affiliates relating to the Transferred Operations (the "**Records**") relating to periods prior to or after the Closing Date, as the case may be, and shall permit such persons to examine and copy such Records to the extent reasonably requested by the other party in connection with the preparation of tax and financial reporting matters, audits, legal proceedings, governmental investigations and other business

9

purposes; provided, however, that nothing herein shall obligate any party to take actions that would unreasonably disrupt the normal course of its business.

## ARTICLE VII.  MISCELLANEOUS

7.1     <u>Press Releases and Public Announcements</u>.  No press release or any other public disclosure, including any general notices to customers and suppliers with respect to this Agreement and the transactions contemplated by this Agreement, may be made by any party hereto without the express written approval of the other party hereto prior to the issuance or disclosure thereof, it being acknowledged and agreed by the parties hereto that they shall consult and cooperate with each other in connection with public disclosures made to any party with respect to the transactions contemplated by this Agreement; provided, however, that either party may make any public disclosure that it believes in good faith is required by law or regulation (in which case the disclosing party shall advise the other party prior to making such disclosure and provide such other party an opportunity to review the proposed disclosure).

7.2     <u>Commissions</u>.  Each of the parties hereto represents and warrants that no broker or finder is entitled to any brokerage or finder's fee or other commission in connection with the transactions contemplated hereby.  Each of the parties hereto shall pay or discharge, and shall indemnify and hold the other harmless from and against, all claims or liabilities for brokerage commissions or finder's fees incurred by reason of any action taken by it.

7.3     <u>Parties-in-Interest</u>.  This Agreement shall be binding upon, inure to the benefit of and be enforceable by the respective successors and permitted assigns of the parties hereto.  Except in the event of merger, acquisition, sale of assets, divestiture or other corporate transaction, the rights and obligations of Buyer, on the one hand, and Seller, on the other hand, hereunder may not be assigned without the consent of the other party hereto.

7.4     <u>Entire Agreement; Amendments and Waiver</u>.

(a)     This Agreement and the exhibits, the schedules and other writings referred to herein or delivered pursuant hereto that form a part hereof contain the entire understanding of the parties with respect to its subject matter.  This Agreement supersedes all prior understandings and agreements or representations by or between Buyer (or any Affiliate) and Seller with respect to its subject matter. Notwithstanding the forgoing, that certain Confidential Information Agreement, dated 18-May, 2022, by and between Buyer and Seller shall remain in full force and effect.

(b)     This Agreement may be amended only by a written instrument duly executed by the parties.  Any condition to a party's obligations hereunder may be waived in writing by such party to the extent permitted by law.

7.5     <u>Headings</u>.  The Article and Section headings contained in this Agreement are for reference purposes only and shall not affect in any way the meaning or interpretation of this Agreement.

7.6     <u>Notices</u>.     All notices, claims, certificates, requests, demands and other communications hereunder shall be in writing and shall be deemed to have been duly given if

delivered personally, sent by facsimile transmission (with written confirmation of receipt), delivered by overnight courier or mailed (registered or certified mail, postage prepaid, return receipt requested) as follows:

If to Buyer:    Bill Howe Plumbing, Inc.
                Ms. Jessica Howe
                9085 Aero Drive, Suite B
                San Diego, CA 92123

If to Seller:   NuFlow America, Inc.
                Attn: Lori Maya
                1270 West Mission Ave.
                Escondido, CA 92029
                lmaya@nuflowtech.com
                858-242-1629

or to such other address as the person to whom notice is to be given may have previously furnished to the others in writing in the manner set forth above, provided that notice of a change of address shall be deemed given only upon receipt. Notice shall be deemed given on (i) the date such notice is personally delivered, (ii) the next succeeding Business Day after transmission by facsimile, (iii) one (1) Business Day after the date of delivery to the overnight courier if sent by Business Day or (iv) three (3) days after mailing if sent by registered or certified mail. Notice by counsel for a party shall not constitute notice by such party.

7.7    Governing Law. This Agreement shall be governed by and construed in accordance with the laws of the State of California without regard to any applicable conflicts of law.

7.8    Dispute Resolution and Venue; Waiver of Jury Trial. By signing this Agreement, the parties agree and acknowledge that all disputes arising between the parties related to this Agreement shall be first subject to mediation as a condition precedent before either party institutes a legal and/or equitable action or proceeding against the other. The parties agree to formal mediation with a mediator approved by both parties, with at least one representative of each party required to appear for mediation. The parties shall mutually agree on a mediator within 15 (fifteen) days of the demand for mediation and the mediation shall take place in San Diego, California within 45 (forty-five) days of the demand for mediation. The parties shall share in the mediator's fees and/or mediation societies' costs equally (50/50). If such disputes cannot be resolved by the mediation process described above, each party agrees that the dispute shall be submitted for binding arbitration administered by the American Arbitration Association ("**AAA**") and shall be administered in accordance with the AAA's Commercial Arbitration Rules in effect on the date of the submission. The parties expressly agree that any arbitration proceeding arising out of this Agreement shall be conducted in San Diego, California. By executing this Agreement, each party hereto submits to the personal jurisdiction of the State of California in connection with the enforcement of any arbitration awards or any other claims or disputes arising out of this Agreement. To the extent allowed by law, the parties waive any protections under any federal or state laws related to service of process, and agree to submit to the laws of the State of California as relates to the service of process. EACH PARTY HERETO WAIVES TRIAL BY JURY WITH

11

RESPECT TO ANY ACTION BROUGHT, OR CLAIM MADE, REGARDING, OR IN CONNECTION WITH, THIS AGREEMENT OR THE TRANSACTIONS CONTEMPLATED HEREBY.

7.9     _Third Parties_. Nothing herein expressed or implied is intended or shall be construed to confer upon or give to any Person, other than the parties hereto and their successors or permitted assigns, any rights or remedies under or by reason of this Agreement.

7.10    _Counterparts_. This Agreement may be executed simultaneously by PDF or facsimile and in several counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

7.11    _Expenses_. Each party hereto will bear its own costs and expenses (including fees and expenses of auditors, attorneys, financial advisors, bankers, brokers and other consultants and advisors) incurred in connection with this Agreement and the transactions contemplated hereby.

7.12    _Construction_. Seller and Buyer have participated jointly in the negotiation and drafting of this Agreement. In the event an ambiguity or question of intent or interpretation arises, this Agreement will be construed as if drafted jointly by the parties hereto, and no presumption or burden of proof will arise favoring or disfavoring any party by virtue of the authorship of any of the provisions of this Agreement. Any reference to any federal, state, local or foreign statute or law will be deemed also to refer to all rules and regulations promulgated thereunder, unless the context requires otherwise.

IN WITNESS WHEREOF, intending to be legally bound hereby, Buyer and Seller have caused this Asset Purchase Agreement to be executed by their duly authorized representatives as of the date first written above.

NUFLOW AMERICA, INC.

By: _____
Name: Dan Squiller
Title: Chief Executive Officer

BILL HOWE PLUMBING, INC

By: _____
Name: Tina Howe
Title: Chief Financial Officer

12

**Schedule A-1**

# Fixed Assets and Inventory

## Fixed Assets

| Name | Asset ID | Qty | Prior Year NBV | AppCan Ref | Location | Truck |
|------|----------|-----|----------------|------------|----------|-------|
| Ridgid R69038 Kit_ CS65XR w/2Batt/Charger | NIN1139 | 1 | $3,388 | 2321779 | San Diego | |
| Bin/Shelving Packages - Enterprise FM Unit 23PRVD 21 RAM | FAM000827 | 1 | $3,342 | | | WC-17 |
| Ridgid R69038 Kit_ CS65XR w/2Batt/Charger | NIN1137 | 1 | $3,388 | 2321793 | San Diego | |
| Ridgid R69038 Kit_ CS65XR w/2Batt/Charger | NIN1136 | 1 | $3,388 | 2321797 | San Diego | |
| Bin/Shelving Packages - Enterprise FM Unit 23PRWL 21 RAM | FAM000837 | 1 | $3,412 | | | WC-34 |
| Ridgid R63583 Reel_ 325 Standard 35 MM SL HR | NIN1135 | 1 | $5,690 | 2321800 | San Diego | |
| Ridgid R63583 Reel_ 325 Standard 35 MM SL HR | NIN1134 | 1 | $5,690 | 2321807 | San Diego | |
| Ridgid R63583 Reel_ 325 Standard 35 MM SL HR | NIN1133 | 1 | $5,690 | 2321809 | San Diego | |
| Ridgid R63628 Reel_ 200 Mini 30 MM SL HDR | NIN1132 | 1 | $4,376 | 2321843 | San Diego | WC-20 |
| Ridgid R63628 Reel_ 200 Mini 30 MM SL HDR | NIN1131 | 1 | $4,376 | 2321865 | San Diego | WC-17 |
| Ridgid R63583 Reel_ 325 Standard 35 MM SL HR | NIN1130 | 1 | $5,690 | 2321870 | San Diego | WC-17 |
| Ridgid R63628 Reel_ 200 Mini 30 MM SL HDR | NIN1129 | 1 | $4,376 | 2327917 | San Diego | WC-19 |
| Ridgid R64968 Monitor_ CS6X VERSA w/2 BAT LI | NIN1128 | 1 | $1,873 | 2328174 | San Diego | WC-22 |
| Ridgid R63628 Reel_ 200 Mini 30 MM SL HDR | NIN1127 | 1 | $4,376 | 2328192 | San Diego | WC-22 |
| EPL Solutions - Reel 200FT Mini 35MM HR | NIN1126 | 1 | | 2328504 | San Diego | |
| NuFlow Mini Miller G8/17 US 110v | NIN1125 | 1 | $1,951 | 2328662 | San Diego | |
| Ridgid R64968 Monitor_ CS6X VERSA w/2 BAT LI | NIN1124 | 1 | $1,873 | 2328670 | San Diego | |
| Ridgid R63628 Reel_ 200 Mini 30 MM SL HDR | NIN1123 | 1 | $4,376 | 2328852 | San Diego | |
| Bin Shelving Package Unit 23W4NG RAM 2021 | FAM000987 | 1 | $3,898 | | | WC-33 |
| Bin Shelving Package Unit 23W4NV RAM 2021 | FAM000988 | 1 | $3,898 | | | WC-26 |
| Bin/Shelving Packages - Enterprise FM Unit 23PRVZ 21 RAM | FAM000838 | 1 | $3,352 | | | WC-20 |

| | | | | | |
|---|---|---|---|---|---|
| Bin/Shelving Packages - Enterprise FM Unit 23RW9G 21 GMC | FAM000856 | 1 | $2,883 | | | WC-21 |
| Ridgid R55898 Camera_ Micro CA-350 NA | NIN1122 | 1 | $312 | 2333216 | San Diego | |
| Milwaukee Expander C67AD185100065 | NIN1096 | 1 | | 2366251 | San Diego | |
| Rod cutter K38AD190900256 | NIN1095 | 1 | | 2366242 | San Diego | |
| Pipe and Wall Video inspection system 3188D | NIN1094 | 1 | | 2366124 | San Diego | |
| Rigid CS65X | NIN1026 | 1 | | 2334518 | San Diego | WC-18 |
| Modular Van Shelf Unit 52"Wx60"Hx14"D x2 & 42" x1 & Steel 3 drawer Cabinet x2 - GMC Savana Cutaway 1GD37SCG0G1260007 | FAM000996 | 1 | $3,113 | | | WC-15 |
| Radiodetection RD7100 10/71DL-2338 | NIN1023 | 1 | | 2333763 | San Diego | |
| PD-100 Pipe and Sewer Locator | NIN1021 | 1 | | 2333743 | San Diego | |
| Drain Pipe inspection system NU FLO ASSET#0865 | NIN1020 | 1 | | 2333717 | San Diego | |
| Rigid CS65X 160-005916 | NIN1014 | 1 | | 2328182 | San Diego | WC-22 |
| Rigid CS65x Monitor 160-005399 | NIN1013 | 1 | | 2327912 | San Diego | WC-19 |
| Rigid ST-20 213-37017 | NIN1011 | 1 | | 2321874 | San Diego | WC-21 |
| Rigid SR-20 213-36812 | NIN1006 | 1 | | 2321853 | San Diego | WC-20 |
| Radiodetection RD7100 10/71DL-GB-54 | NIN1004 | 1 | | 2321816 | San Diego | |
| TOOLUP.COM - RIGID MONITOR - CC 4084 | FAM000565 | 1 | | 2334513 | San Diego | WC-18 |
| Predator 6500 | NIN1001 | 1 | | 2321746 | San Diego | |
| Predator 3500 Inverter | NIN1000 | 1 | | 2321742 | San Diego | |
| 2015 Ford Transit 250 Base High Roof Cargo Van 1FTNR2XMXFKA02190 | NIN1016 | 1 | $26,500 | 2328266 | San Diego | |
| Tow Behind Jetter | NIN1012 | 1 | $4,452 | 2321896 | San Diego | |
| XLC Ring Kit | FAM000592 | 1 | $455 | 2366591 | San Diego | |
| TV for San Diego - Large | FAM000568 | 1 | | 2375286 | San Diego | |
| Super Midi 12/20 110v US - PIC - 3551031220US | FAM000991 | 1 | $5,591 | 2321821 | San Diego | WC-15 |
| Super Midi 12/20 110v US - PIC - 3551031220US | FAM000991 | 1 | $5,591 | 2328497 | San Diego | |
| Super Midi 12/20 110v US | FAM001000 | 1 | $5,697 | 2321854 | San Diego | WC-20 |
| Super Midi 12/20 110v US | FAM000999 | 1 | $5,697 | 2321868 | San Diego | WC-17 |
| Drain Equipment for the replacement of camera equipment on OC-U1 | FAM000647 | 1 | $14,591 | 2327923 | San Diego | WC-19 |
| Super Midi 12/20 110v US | FAM000997 | 1 | $5,697 | 2327929 | San Diego | WC-19 |
| Super Midi 12/20 110v US | FAM000998 | 1 | $5,697 | 2321880 | San Diego | WC-21 |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| Ridgid R69038 Kit, CS65XR w/2Batt/Charger | FAM000977 | 1 | $3,388 | 2321876 | San Diego | WC-21 |
| EPL Solutions ,Inv 0020177 Monitor justin Ness's Truck | FAM000586 | 1 | $2,271 | 2321864 | San Diego | WC-17 |
| EPL Solutions- cameras for OC-D8 the newest truck built for LW | FAM000588 | 1 | $4,445 | 2321842 | San Diego | WC-20 |
| Ridgid R69038 Kit, CS65XR w/2Batt/Charger | FAM000978 | 1 | $3,388 | 2321856 | San Diego | WC-20 |
| Heat assist unit | FAM000608 | 1 | $2,295 | 2334327 | San Diego | |
| Ridgid R64968 Monitor, CS6X VERSA w/2 BAT LI | FAM000975 | 1 | $1,873 | 2321828 | San Diego | WC-15 |
| Ridgid R64968 Monitor, CS6X VERSA w/2 BAT LI | FAM000976 | 1 | $1,873 | 2321769 | San Diego | |
| Ridgid R63628 Reel, 200 Mini 30 MM SL HDR | FAM000973 | 1 | $4,376 | 2321825 | San Diego | WC-15 |
| Mini Miller G8/17 US 110v | FAM000642 | 1 | $5,866 | 2321760 | San Diego | |
| NuFlow Mini Miller G8/17 US 110v | FAM000860 | 1 | $2,033 | 2328126 | San Diego | WC-22 |
| Ridgid R63628 Reel, 200 Mini 30 MM SL HDR | FAM000974 | 1 | $4,376 | 2321819 | San Diego | WC-15 |
| Ridgid R63583 Reel, 325 Standard 35 MM SL HR | FAM000971 | 1 | $5,690 | 2321878 | San Diego | WC-21 |
| Ridgid R63583 Reel, 325 Standard 35 MM SL HR | FAM000972 | 1 | $5,690 | 2321822 | San Diego | WC-15 |
| Ridgid R55898 Camera, Micro CA-350 NA | FAM000985 | 1 | $312 | 2334522 | San Diego | WC-18 |
| Ridgid R55898 Camera, Micro CA-350 NA | FAM000986 | 1 | $312 | 2321820 | San Diego | WC-15 |
| Ridgid R44473 Receiver, SR-24 Utility Locator | FAM000981 | 1 | $1,938 | 2321786 | San Diego | |
| Ridgid R44473 Receiver, SR-24 Utility Locator | FAM000982 | 1 | $1,938 | 2321783 | San Diego | |
| Ridgid R19238 Locator, Navitrack Scout | FAM000979 | 1 | $1,011 | 2321776 | San Diego | |
| Ridgid R19238 Locator, Navitrack Scout | FAM000980 | 1 | $1,011 | 2321823 | San Diego | WC-15 |
| R37468 REEL, Microdrain D65S SS 115V SN 33-017625 | FAM000906 | 1 | $2,274 | 2321795 | San Diego | |
| R22163 Receiver SR-60 Utility LOC | FAM001033 | 1 | $2,772 | 2321775 | San Diego | |
| Pulsar - Line Tracers CC6163 | FAM000617 | 1 | $3,498 | 2328750 | San Diego | WC-33 |
| Propress Tool | FAM000591 | 1 | $569 | 2328742 | San Diego | WC-33 |
| OC-D8, Cameras for OC | FAM000639 | 1 | $12,896 | 2328184 | San Diego | WC-22 |
| PRO CUTTING KIT DN100/4" 12MM SHAFT - PIC - 1030012100 | FAM000989 | 1 | $1,958 | 2371547 | San Diego | WC-17 |
| PRO CUTTING KIT DN100/4" 12MM SHAFT - PIC - 1030012100 | FAM000989 | 1 | $1,958 | 2375597 | San Diego | WC-18 |
| PRO CUTTING KIT DN100/4" 12MM SHAFT - PIC - 1030012100 | FAM000989 | 1 | $1,958 | 2375612 | San Diego | WC-15 |

| PRO CUTTING KIT DN100/4" 12MM SHAFT - PIC - 1030012100 | FAM000989 | 1 | $1,958 | 2375621 | San Diego | WC-20 |
|---|---|---|---|---|---|---|
| PRO CUTTING KIT DN100/4" 12MM SHAFT - PIC - 1030012100 | FAM000989 | 1 | $1,958 | 2375643 | San Diego | WC-21 |
| PRO CUTTING KIT DN100/4" 12MM SHAFT - PIC - 1030012100 | FAM000989 | 1 | $1,958 | 2371547 | San Diego | |
| NuFLow Super Midi 12/20 110v US PIC-3551031220NF | FAM001051 | 1 | $6,479 | 2334538 | San Diego | WC-18 |
| REEL, 200 MINI 30MM SL HDR | FAM000646 | 1 | $21,473 | 2321877 | San Diego | WC-21 |
| Ridgid R19238 Locator, Navitrack Scout | FAM000878 | 1 | $997 | 2321778 | San Diego | |
| Ridgid R19238 Locator, Navitrack Scout | FAM000877 | 1 | $997 | 2321772 | San Diego | |
| Ridgid R19238 Locator, Navitrack Scout | FAM000894 | 1 | $997 | 2321813 | San Diego | |
| NuFlow Mini Miller G8/17 US 110v | FAM000833 | 1 | $1,951 | 2334531 | San Diego | WC-18 |
| NuFlow Mini Miller G8/17 US 110v | FAM000831 | 1 | $1,951 | 2327935 | San Diego | WC-19 |
| NuFlow Mini Miller G8/17 US 110v | FAM000834 | 1 | $1,951 | 2321879 | San Diego | WC-21 |
| NuFlow Mini Miller G8/17 US 110v | FAM000832 | 1 | $1,951 | 2321866 | San Diego | WC-17 |
| Ridgid R19238 Locator, Navitrack Scout | FAM000925 | 1 | $1,011 | 2328138 | San Diego | WC-22 |
| Ridgid R19238 Locator, Navitrack Scout | FAM000948 | 1 | $1,011 | 2321867 | San Diego | WC-17 |
| Ridgid R19238 Locator, Navitrack Scout | FAM000947 | 1 | $1,011 | 2321792 | San Diego | |
| NuFlow Mini Miller G8/17 US 110v | FAM000830 | 1 | $1,951 | 2321844 | San Diego | WC-20 |
| NUFLOW Mini Miller G8/17 US 110v - PIC - 3540000817NF x1 | FAM000990 | 1 | $2,155 | 2321824 | San Diego | WC-15 |
| MINIFLEX sewer camera with display 5.6 DVR 20m | FAM000636 | 1 | $990 | 2328261 | San Diego | WC-22 |
| Hajoca Propress Tool | FAM000602 | 1 | $879 | 2366233 | San Diego | |
| Ridgid R37468 Reel, Microdrain D65S SS 115V | FAM000933 | 1 | $1,853 | 2328146 | San Diego | WC-22 |
| Expansion Tool Kit | FAM000590 | 1 | $530 | 2366254 | San Diego | |
| Ridgid R40008 Reel, Nanoreel N85S SS NTSC Q0045432 | FAM000872 | 1 | $2,689 | 2328665 | San Diego | |
| EPL Solutions - Reel for OC-D2 | FAM000631 | 1 | $1,262 | 2334525 | San Diego | WC-18 |
| EPL Solutions - Monitor is for OC-D8 | FAM000632 | 1 | $928 | 2334530 | San Diego | WC-18 |
| BRUTE CART PORTABLE JETTER 9-GPM / 4000-PSI (inv 225468-1) | FAM001089 | 1 | $18,763 | 2321691 | San Diego | |
| 2018 GMC Savana 1GD37SCG9J1255184 CA | FAM000496 | 1 | $11,432 | 2327787 | San Diego | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2018 GMC Savana 1GD37SCG4J1254282 - CA | FAM000497 | 1 | $11,432 | 2334541 | San Diego | |
| 2016 GMC Savana Cutaway Van - VIN 1GD37SCG0G1260007 (CA 2018) | FAM000487 | 1 | $6,663 | 2321839 | San Diego | |
| FERGUSON #694586T4364-PLUMBING PRESS TOOLS | FAM000624 | 1 | $1,280 | 2328755 | San Diego | WC-34 |
| Ridgid R64968 Monitor, CS6X VERSA w/2 BAT LI | FAM000918 | 1 | $1,873 | 2321781 | San Diego | |
| Ridgid R55898 Camera, Micro CA-350 NA | FAM000935 | 1 | $312 | 2321801 | San Diego | |
| Ridgid R55898 Camera, Micro CA-350 NA | FAM000938 | 1 | $312 | 2321804 | San Diego | |
| Ridgid R55898 Camera, Micro CA-350 NA Q0046841 | FAM000936 | 1 | $312 | 2321805 | San Diego | |

**Total: 359,931**

## Inventory

| Item | Item: Description (Sales) | SD Store | Plaza Store | On Order from NFT | Total | Standard Cost | Inventory Value |
|------|---------------------------|----------|-------------|-------------------|-------|---------------|-----------------|
| NUFLEX-1 1/2XFT | Nuflex 1½" by the foot | 342.5 | 0 | 38 | 50 | $49.77 | $17021.34 |
| NUFLEX-2 XFT | Nuflex 2" by the foot | 1172 | 203 | 60 | 200 | $10.39 | $12,177.08 |
| NUFLEX-3 XFT | Nuflex 3" by the foot | 1608 | 447 | 204 | 300 | $11.29 | $18,154.32 |
| NUFLEX-4 XFT | 4" Nu Flex Liner Per Foot | 2404 | 1555 | 225 | 300 | $7.06 | $16,972.24 |
| NUFLEX-4T XFT | Nuflex 4" T by the foot | 905.00 | 150 | | | $7.06 | $6,389.30 |
| NUFLEX-5 XFT | 5" Nu Flex Liner Per Foot | 750.00 | 311 | | | $9.32 | $6,990.00 |
| NUFLEX-6 XFT | 6" Nu Flex Liner Per Foot | 830 | 866 | | | $9.88 | $8,200.40 |
| NUFLEX-8 XFT | 8" Nu Flex Liner Per Foot | 211 | 144 | | | $17.73 | $3,741.03 |
| NUFLEX-10 XFT | 10" Nu Flex Liner Per Foot | 113.00 | 20 | | | $23.71 | $2,679.23 |
| NUFLEX-12XFT | Nuflex 12" by the foot | 342.5 | 59 | | | $49.77 | $17021.34 |
| NUFLOW-DBDFP-10-14 | 10-14" Nu Flow Vinyl Liner (DBDFP) | 23 | | | 23 | $24.50 | $563.50 |
| RB200-LB | Internal - 200 Resin A - LBS | 340 | 67 | 180 | 587 | $4.01 | $9,563.85 |
| RN220-LB | Internal 220 Normal B - LBS | 266 | 122 | 90 | 478 | $5.61 | $4,465.56 |
| RN420-LB | spot repair B - lb | 86 | 34 | | 120 | $24.88 | $3,508.08 |
| PIC - 2110001001G | 1 Cartridge (Gray) | 36 | | | 36 | $52.28 | $1096.20 |
| PIC - 2110001001W | 1 Cartridge (White) | 36 | | | 36 | $52.28 | $5742.00 |

Total – San Diego: $60,199

During the June inventory count, batch numbers on the RF210, RS230, RB300 & RN320 included in the previous data package were found to be close to expiry. Out of the abundance of caution, these have been removed from the inventory list.

## Schedule A-2

## Transferred Employees

| NAME | HIRE DATE | JOB TITLE | RATE TYPE | RATE 1 | ANNUAL | Monthly | Worker's Comp Rate | Worker's Comp. Cost | Health Cost Paid By Company | Health Cost Paid by Employee | Payroll Taxes | Monthly Company Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aguilar, Daniel I. | 11/05/2007 | PRJ MGMT-Project Manager | S-Salary | $ 3,615.39 | $ 94,000.14 | 7,833.35 | 5.52 | $ 432.40 | $ 515.77 | $ 200.69 | $ 1,069.25 | $ 9,850.77 |
| Alfaro, Mark Anthony | 08/23/2021 | TBC1-Technician #1 | H-Hourly | $ 22.00 | $ 45,760.00 | 3,813.33 | 12.1 | $ 461.41 | $ 36.11 | $ 9.10 | $ 520.52 | $ 4,831.38 |
| Ames, Mark C. | 01/20/2014 | PRJ MGMT-Project Manager | S-Salary | $ 3,500.00 | $ 91,000.00 | 7,583.33 | 5.52 | $ 418.60 | $ 936.69 | $ 826.67 | $ 1,035.13 | $ 9,973.75 |
| Anding, Jeremy R. | 02/28/2008 | ACCT MGR-Account Manager | S-Salary | $ 3,653.85 | $ 95,000.10 | 7,916.68 | 0.66 | $ 52.25 | $ 641.70 | $ 508.49 | $ 1,080.63 | $ 9,691.25 |
| Carreno, Ivan E | 03/16/2015 | SRLDTECH-Sr. Lead Technician | H-Hourly | $ 34.00 | $ 70,720.00 | 5,893.33 | 5.52 | $ 325.31 | $ 539.93 | $ 164.05 | $ 804.44 | $ 7,563.02 |
| Carreno, Jorge E. | 08/22/2007 | SRLDTECH-Sr. Lead Technician | H-Hourly | $ 35.00 | $ 72,800.00 | 6,066.67 | 5.52 | $ 334.88 | $ 518.92 | $ 201.48 | $ 828.10 | $ 7,748.57 |
| Carreno, Oscar | 08/06/2003 | PRJ FORE-Project Foreman | H-Hourly | $ 38.00 | $ 79,040.00 | 6,586.67 | 5.52 | $ 363.58 | $ 421.49 | $ 138.30 | $ 899.08 | $ 8,270.82 |
| Carter, Lance Andrew | 05/10/2021 | PRJ MGMT-Project Manager | S-Salary | $ 3,000.00 | $ 78,000.00 | 6,500.00 | 5.52 | $ 358.80 | $ 420.67 | $ 42.30 | $ 887.25 | $ 8,166.72 |
| Chavez, Jose R. | 05/11/2015 | PRJ FORE-Project Foreman | H-Hourly | $ 35.00 | $ 72,800.00 | 6,066.67 | 5.52 | $ 334.88 | $ 410.98 | $ 135.11 | $ 828.10 | $ 7,640.63 |
| Esoo, Dean R | 09/14/2018 | TBC2-Technician #2 | H-Hourly | $ 25.00 | $ 52,000.00 | 4,333.33 | 12.1 | $ 524.33 | $ 14.89 | $ - | $ 591.50 | $ 5,464.06 |
| Figueroa, Jorge L | 11/05/2018 | LDTCH-Lead Technician | H-Hourly | $ 30.00 | $ 62,400.00 | 5,200.00 | 5.52 | $ 287.04 | $ 551.26 | $ 126.88 | $ 709.80 | $ 6,748.10 |
| Gonzalez, Cristian A | 04/08/2019 | LDTCH-Lead Technician | H-Hourly | $ 28.00 | $ 58,240.00 | 4,853.33 | 5.52 | $ 267.90 | $ 558.85 | $ 129.56 | $ 662.48 | $ 6,342.57 |
| Guerrero, Christian | 02/24/2022 | TECHSVC-Technician - Service | H-Hourly | $ 19.00 | $ 39,520.00 | 3,293.33 | 12.1 | $ 398.49 | $ 157.17 | $ 30.56 | $ 449.54 | $ 4,298.54 |
| Herrin, Jarrett | 01/13/2021 | TBC2-Technician #2 | H-Hourly | $ 22.00 | $ 45,760.00 | 3,813.33 | 12.1 | $ 461.41 | $ 140.02 | $ 28.60 | $ 520.52 | $ 4,935.29 |
| Loredo, Andree | 10/22/2019 | TBC2-Technician #2 | H-Hourly | $ 25.00 | $ 52,000.00 | 4,333.33 | 12.1 | $ 524.33 | $ 28.52 | $ 6.42 | $ 591.50 | $ 5,477.69 |
| Raygosa, Jose A | 12/27/2017 | LDTCH-Lead Technician | H-Hourly | $ 30.00 | $ 62,400.00 | 5,200.00 | 5.52 | $ 287.04 | $ 351.78 | $ 116.56 | $ 709.80 | $ 6,548.62 |
| Robles Villalvazo, Josue Emmanuel | 04-10-21 | TBC2-Technician #2 | H-Hourly | $ 25.00 | $ 52,000.00 | 4,333.33 | 12.1 | $ 524.33 | $ 405.72 | $ 74.62 | $ 591.50 | $ 5,854.89 |
| Romero, Briana | 24-02-14 | ACCANA-Accounting Analyst | S-Salary | $ 2,462.39 | $ 64,022.14 | 5,335.18 | 0.41 | $ 21.87 | $ 558.85 | $ 129.56 | $ 728.25 | $ 6,644.15 |
| Santacruz, Aldo R. | 05/09/2011 | SRLDTECH-Sr. Lead Technician | H-Hourly | $ 35.00 | $ 72,800.00 | 6,066.67 | 5.52 | $ 334.88 | $ 161.32 | $ 31.34 | $ 828.10 | $ 7,390.97 |
| Sigala, Isidro | 12/02/2021 | TBC1-Technician #1 | H-Hourly | $ 23.00 | $ 47,840.00 | 3,986.67 | 12.1 | $ 482.39 | $ 558.85 | $ 129.56 | $ 544.18 | $ 5,572.08 |
| Yates-Siilata, Shayne D | 08/25/2020 | TBC2-Technician #2 | H-Hourly | $ 26.00 | $ 54,080.00 | 4,506.67 | 12.1 | $ 524.77 | $ 558.85 | $ 129.56 | $ 615.16 | $ 5,929.44 |
| 21 | | | | | | $ 113,515 | | $ 7,445 | $ 8,488 | $ 3,159 | $ 15,495 | 144,943 |

8

**Schedule A-3**

**Enterprise Lease Vehicles with Buyout Values as of June 30, 2022**

| Efleet # | Asset # | Office | License | State | VIN | Year | Make | Model | Q2-22 Buyout Price |
|---|---|---|---|---|---|---|---|---|---|
| 23VVZP | WC-15 | SD | 77653J2 | CA | 1GD37SCG0G1260007 | 2016 | GMC | Savana G3500 | Included in Assets |
| 23PRVD | WC-17 | SD | 80837B3 | CA | 3C6LRVDGXME509024 | 2020 | Ram | Promaster (High Roof) | $          50,844.95 |
| 23PK2B | WC-18 | SD | 74853M2 | CA | 1GD37SCG4J1254282 | 2018 | Chevrolet | Savana G3500 | Included in Assets |
| 23PK2Z | WC-19 | SD | 74883M2 | CA | 1GD37SCG9J1255184 | 2018 | Chevrolet | Savana G3500 | Included in Assets |
| 23PRVZ | WC-20 | SD | 13090D3 | CA | 3C6LRVDG7ME512480 | 2020 | Ram | Promaster (High Roof) | $          50,844.95 |
| 23RW9G | WC-21 | SD | 60670F3 | CA | 1GD37SC75M1186482 | 2021 | Chevrolet | Express Cutaway W Box | $          33,896.25 |
| 23PKLF | WC-22 | SD | 97936D1 | CA | 1FTNR2XMXFKA02190 | 2015 | Ford | Transit 250 Base High Roof Cargo Van | Included in Assets |
| 23W4HX | WC-23 | SD | 21362E3 | CA | 1C6RR6FG1MS530659 | 2021 | Ram | 1500 Classic | $          30,705.00 |
| 23W4NV | WC-26 | SD | 21372E3 | CA | 3C6LRVDG2ME523354 | 2021 | Ram | Promaster 2500 (High Roof) | $          51,822.45 |
| 23W4NG | WC-33 | SD | 21366E3 | CA | 3C6LRVDG0ME523322 | 2021 | Ram | Promaster (High Roof) | $          51,822.45 |
| 23PRWL | WC-34 | SD | 13280D3 | CA | 3C6LRVDG0ME512482 | 2021 | RAM | Promaster (Standard Roof) | $          50,844.95 |

9

## <u>Schedule 2.1</u>: Projects

### SPT San Diego Projects (as of 14-July, 2022)

| Project | Contract Value | POC as of 14-Jul | Projected Completion Date | Staffing |
|---|---|---|---|---|
| The Plaza HOA | $1,966,211 | 53% | 31-Mar-23 | 1 x Project Foreman, 2 x 2-person crew & 1 x 3-person crew |
| City Scene HOA | $1,533,170 | 10% | 1-Oct-23 | 1 Project Foreman, 1 x 4-person crew |
| Miramare HOA | $313,750 | 0% | 14 weeks | 1 x 3-person crew (forecasted) |
| Kaiser Riverside Phase II | $720,370 | 0% | 10-12 weeks | 1 x 3-person crew (forecasted) |
| Kaiser MOB Corona | $277,166 | 0% | 4 weeks | 1 x 3-person crew (forecasted) |
| Adam Herbert (Residential) | $12,619 | 0% | 7/18 - 7/21/2022 | 1 x 2-person crew (forecasted) |
| Ben Schwan (Residential) | $21,659 | 0% | 7/25 - 7-29/2022 | 1 x 2-person crew (forecasted) |
| Project Total | $4,844,945 | | | |

**<u>Notes</u>:**

1) The Plaza contract value includes $44,711 of approved change orders up to May

2) City Scene contract value includes ~$1,500 of expected change orders per month from July through October

3) Miramare scheduled to commence on September 12, 2022

4) Kaiser Corona expected to book and be completed in August/September. Kaiser Riverside will be Q4/Q1-23

**<u>Exhibit B</u>**

**(Settlement Agreement - Schedule G)**

## <u>SETTLEMENT AGREEMENT REGARDING PAYMENT OF OUTSTANDING FUNDS</u>

This agreement is made this 19th day of December, 2016, by and between NU FLOW AMERICA, INC. hereinafter referred to as "NU FLOW" and LAGUNA SUR VILLAS COMMUNITY ASSOCIATION, hereinafter referred to as "LAGUNA SUR," and is made with reference to the following facts:

## I.    <u>RECITALS</u>

1.    On or about September 30, 2014, NU FLOW and LAGUNA SUR entered into a written agreement whereby NU FLOW was to perform certain plumbing and pipelining work for LAGUNA SUR located in Laguna Niguel, California. A copy of such written contract is attached hereto and made a part hereof as **Exhibit 1.**

2.    After entering into the written contract, NU FLOW commenced plumbing and pipelining work at the LAGUNA SUR property.

3.    Thereafter, a dispute arose between NU FLOW and LAGUNA SUR relating to the completion of the work performed and the amount owed to NU FLOW. Both parties agree that a balance of $246,501.26 remains to be paid for the completion of the work.

## II.    <u>PURPOSE OF AGREEMENT</u>

1.    The parties desire to compromise and settle this matter by way of this agreement.

2.    The parties desire to resolve, compromise, and release each other from each, any and all claims, actions, causes of action, demands, rights, damages, costs, and/or choses in action that each party has against the other, **relating to the payment of the outstanding amount only.**

## III.    <u>TERMS OF COMPROMISE AND RELEASE</u>

1.    LAGUNA SUR agrees to pay to NU FLOW the sum of $146.501.26 by December 23, 2016. The balance of $100,000 will be placed in an escrow account to be used for any damages which are a result of nonconforming work (including uncoated pipe) on the part of Nu Flow up to $10,000 per year for 10 years. As a condition, Nu Flow must be contacted as soon as a problem is detected so that Nu Flow can repair or replace the nonconforming work and can verify any damages that have occurred as a result of the nonconforming work. Homeowner must also make every effort to mitigate any damages which may occur. If no damages have occurred during the year necessitating the use of the $10,000/year holdback funds, $10,000 will be released each year on August 1, for the next 10 years, beginning on August 1, 2017. If damages have occurred during the year necessitating the use of some of the $10,000/year holdback funds, the remaining amount, if any, will be released on August 1 of that year.

2.    <u>Escrow Account:</u>  As LAGUNA SUR is in possession of the funds remaining to be paid, LAGUNA SUR will set up an escrow account and will provide NU FLOW with the account number and name of the institution where the funds are being held by December 23, 2016.

3.  **Warranty:** NU FLOW agrees to honor and abide by each and every term of its warranties contained in the contract, for the fifteen (15) year term of the warranty.

4.  **General Provisions:** Each party hereby acknowledges and represents that he or she (a) has fully and carefully read this agreement prior to signing it, (b) has been, or has had the opportunity to be, fully apprised by his or her attorney of the legal effect and meaning of this document and all terms and conditions hereof, (c) has had the opportunity to make whatever investigation or inquiry he or she deems necessary or appropriate in connection with the subject matter of this agreement, (d) has been offered the opportunity to negotiate as to any and all terms thereof, and (e) is executing this agreement freely and voluntarily, without duress, menace, or undue influence of any kind or nature.

5.  **Integration:** This agreement sets forth the entire agreement between the parties with regard to the subject matter hereof. All agreements, documents, covenants, representations and warranties, express and/or implied, oral and/or written, of the parties with regard to the subject matter hereof are contained herein. No other agreements, covenants, representations or warranties, express and/or implied, oral and/or written, have been made by either party to the other with respect to the subject matter of this agreement. All prior and contemporaneous conversations, negotiations, possible and alleged agreements and representations, covenants, and warranties with respect to the subject matter hereof are waived and merged herein and superseded hereby. This is a fully integrated agreement.

6.  **Benefit and Burden:** This agreement shall be binding upon and inure to the benefit and/or burden of the parties and their respective heirs, executors, administrators, agents, representatives, successors, and legally permissible assigns.

7.  **Assignment:** LAGUNA SUR consents to the assignment of the Agreement in the event NU FLOW integrates with its affiliate, Aquam USA, Inc. dba Specialized Pipe Technologies. LAGUNA SUR shall sign all documents reasonably required to facilitate such assignment.

Executed on the dates set forth hereinafter at San Diego County, California and Laguna Niguel, California.

**LAGUNA SUR VILLAS**
**COMMUNITY ASSOCIATION**

By: _Anthony J. William_

Its: _Vice President_

Date: _12/20/2016_

**NU FLOW AMERICA, INC.**

By: _____

Its: _President_

Date: _12/20/2016_